LAWRENCE L CRAWFORD AKA
JONAH GABRIEL JAH JAH T. Tishbite
ET AL

2018 OCT 26 PM 12:43
RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

#300839 Edisto A-16
Lieber C I P.O. Box 205
Ridgeville SC 29472

IN re to seeking APPEAL by leave
in CASE 1:14-cv-14176-ADB

JO! The 1st Circuit,
In the 4th Circuit we have
Rule 4(d) where if the APPEAL is
filed in wrong court the APPEALS
court will stamp it and send
the document to the lower court

1 of 2

to be sent up. The 1st circuit should have similar rule. We are seeking leave to appeal any determination that was made in the October 15, 2018 hearing. Attachments are mentioned. Those attachments will be sent once the court assigns a case number. Thank you.

Respectfully

Jahjah Almahdi

October 15, 2018

2 of 2

The United States District Court
The District of Massachusetts et al,

LAWRENCE L CRAW-
ford AKA Jonah
Gabriel Jah Jah
TI Tishbite et al,
        Petitioners

vs

students for fair
Admissions, Inc
        plaintiffs

vs.
The President of
Harvard et al,
        defendants

CA

1:14-cv-14176-ADB

Affidavit

of Service

1 of 13

We, the petitioners in the above captioned matter do hereby certify that we have mailed and or served, a copy of an affidavit of facts giving judicial notice, motion to join in the (48) page document dated September 4, 2018 seeking to intervene, notice seeking leave to appeal, on the 1st circuit, the Boston District Court and all involved parties by US mail postage prepaid by placing it in the institution mail box on October 16, 2018. It is deemed filed that date. Houston v Lack, 287 US 266, 273-76, 108 Sct 2379 (1988).

2 of 13

Respectfully,

Jah Jah Al mahdi

Anthonny Cook
Anthony Cook

Robert mitchell
Robert Mitchell

Yahya mu Quit
Yahya Muqeel

October 16, 2018

Joseph Rowland
Joseph Rowland

The United States District Court
The District of Massachusetts et al,

LAWRENCE L CRAW-
ford aka Jonah
Gabriel Jahjah
T. Tishbite et al,

    petitioners

 

 

Vs

Students for fair
Admissions Inc.
    plaintiffs

Vs

 

c/a

1:14-cv-14176-ADB

 

Affidavit of facts
Giving judicial
Notice ; motion To
join in the (48)
page document dated
September 4, 2018
seeking To
Intervene ;
Notice seeking
leave to appeal

The PRESIDENT of
HARVARD College
Et Al,

defendants

RULE 4(d) attaches
1st circuit court

IN RE: CASE 1:16-cu-14076-ADB in
seeking leave to appeal.

To: The U.S District Court Boston,
The 1st circuit court of
Appeals Et al,

here the 1st circuit will find:

(1) A copy of the Affidavit of facts
Giving judicial notice; motion To
challenge the US District courts

5 of 13

Jurisdiction; motion to transfer pursuant to the multi district litigation rule and the seeking of a 3 judge panel review; motion to intervene and amend the parties; ***, (48) pages dated September 4, 2018 that is filed in case number - 14176 - ADB.

The 1st circuit and Boston district court will find:

(2) A copy of the affidavit of facts giving judicial notice; supplementing the § 1983 action renewing all motions, petitions previously filed pursuant to the (45) page affidavit of facts dated

September 8, 2018 ; *** , (51) pages
dated September 27, 2018 and its (3)
page prefix filed in both cases 1:14-
cv-14176-ADB and 1:18cu-13459-NLH.

(3) The affidavit of facts giving
judicial notice ; motion to stay and
or recall the mandate ; motion
for recusal ; *** , (19) pages dated
October 12, 2018 filed in cases
18-7077 ; 18-6947 ; 18-6954 ; 18-6279 ;
18-6606 ; 17-6925 et al within the
4th circuit.

For the record . We give all
parties judicial notice . The parties
Robert Mitchell # 262003 ; Anthony
Cook # 11S157 ; Joseph Rowland # 290065

7 of 13

Yahya Muquit #318455 at Lieber CI
join in the (48) page affidavit dated
September 4, 2018 seeking to intervene
in case 1:14-CV-14176-ADB. This is sought
before the Boston District Court not
requiring that the 1st Circuit give
ruling on this issue. Crawford as
fiduciary via the attorney powers
petitioned for and won under
CASE 2013-CP-400-0084 where collateral
estoppel attaches. He filed for all of
us. Thus, our names must be
permitted officially added to the
court record before the Boston
District court to protect our acquired
interest as beneficiaries of the

Trust as is out linked in Exhibit "Trustee" filed before the Boston court.

We give the court notice that after the signing of this document on October 15, 2018. Yahya Muquit has been transferred as an act of retaliation and machination to hinder our working on this case collectively. This is another reason why the other parallel plaintiffs felt it was necessary to now officially join in the intervention to protect our acquired interest.

Based upon the filings now attached. We motion to disqualify

9 of 13

the 4th circuit in its totality. Any holding coming out of that court cannot be used by any court except to remedy the Fraud or the proceedings in question becomes unconstitutional And voids all courts involved jurisdiction. Loumiet v United States, 65 Fsupp3d 19 (2014); Montgomery v Louisiana, 136 Sct 718, 193 LEd2d 599, 84 USLW (US 2016); Hill v Snyder, N.E.3d, 2017 WL 1838423 (2017); 24 Senatorial Dist. Republican Committee v Alcorn, 820 F3d 624 (4th Cir 2016).

Inasmuch, the Boston District court failed to give us notice of the hearing that occurred in this case

on October 15, 2018 conspiring with
the judges in the 4th circuit who
and a hearing scheduled the same
exact day to in acts of fraud upon
the court make the issues moot
to prevent the hearing where it
would be required that the de-
fendants respond to prove they
timely responded to defeat the
affidavits emerging from case 2013-
CP-400-0084 where collateral estoppel
attaches creating a jurisdictional
bar under case 1:14-cv-14176-ADB.
Thus, anything coming out of the
hearing that occurred on October

11 of 13

15, 2018 must be construed as a final ruling on our seeking to intervene; have the required hearing where we be called before the court under federal rule 16; our right to establish collateral estoppel and for class action certification allowing us to seek leave to appeal before the 1st circuit, Jar Kor Noo v Helwig, 2017 WL 4898260 (DCMD 2017) [Bonner v Kilmore, 2017 WL 1057633, # 4 (MID ALA; Strong v U.S., 57 FSupp 2d 908, 1999 WL 543737 (NID Cali 1999); Intelligent Verification Systems LLC v microsoft corp. FSupp 3d, 2015 WL 846012 (ED VA 2015) ; montgomery v Internal Revenue service - FSupp 3d. --

12 of 13

2018 WL 953331 (DDC 2018) ; In Re Whole Sale Grocery Products Antitrust Litigation, 849 F3d 761, 96 Fed R. Serv. 3d 1207 (8th Cir 2017) ; Alila-Katila v US Bank National Association, 2016 WL 4992464 (MD Cal 2016). Therefore, this is also notice seeking leave to appeal. The Boston District court's jurisdiction is now divested.

Joseph Rowland

Respectfully
Jahiah Al Mahdi

Yahya Mu Quit

Anthony Cook

Robert Mitchell

October 15, 2018

FIRST CLASS

UNITED STATES

TIME
SENSITIVE
MATERIAL

FOR LEGAL USE ONLY

Lawrence Crawford
#300839 Edisto A-16
Lieber C.I. P.O. Box 205
Ridgeville, SC 29472

Marked #7

The Court of Appeals
for the 1st Circuit
John Joseph Moakley Federal Bld
Rm 1606
Boston, Massachusetts
02210 - 0000

02210

RECEIVED
OCT 18 2018
MAILROOM
LIEBER C.I.