LAWRENCE L CRAWFORD AKA

GABRIEL JAH JAH T TISHBITE

#300839 Edisto A-16

Lieber CI P.O. Box 205

Ridgeville, SC 29472

2018 NOV 19 PM 2:38
RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

IN REX CASE 18-8022

To: The 1st Circuit Court,

MR Antonio Lopez-Blanco,

Sir, I am in Receipt of your and the Courts initial document establishing this case. Thank you. Can you please look in your records and send the direct address for Attorney Michaele

1of2

N. Jurnage Young? For this I would be grateful. Also can you please send me a document highlighting any necessary rules and timeline that must be adhered to within this court which include any necessary filing in forma pauperis documents, that are required for this court, to allow the process to proceed?

I thank you in advance.

Respectfully
Jah Jah Al mahdi

November 9, 2018

2 of 2

Lawrence L Crawford
#300839 Edisto A-16
Lieber C.I. P.O. Box 205
Ridgeville SC 29472

US Court of Appeals
First Circuit Ste 2500
1 Courthouse Way
Boston, MA. 02210

CHARLESTON SC 294
13 NOV 2018 PM 3 T

TIME SENSITIVE MATERIAL

RECEIVED
NOV 13 2018
MAIL ROOM
LIEBER C.I.

FOR LEGAL USE ONLY

USM SCREENED

FOR LEGAL USE ONLY

LIEBER CORRECTIONAL INSTITUTION
S.C. DEPARTMENT OF CORRECTIONS

THE DEPARTMENT OF CORRECTIONS HAS NOT INSPECTED OR CENSORED THIS ITEM. THEREFORE IT CANNOT ATTEST TO OR ASSUME RESPONSIBILITY FOR ITS CONTENTS.