# United States Court of Appeals
## For the First Circuit

No. 18-8022

LAWRENCE L. CRAWFORD, a/k/a JahJah Tishbite, a/k/a Jonah Gabriel, d/b/a JahJah Al Mahdi

Interested Party - Petitioner

v.

STUDENTS FOR FAIR ADMISSIONS, INC.

Plaintiff - Respondent

PRESIDENT AND FELLOWS OF HARVARD COLLEGE; SARAH COLE; FADHAL MOORE; ARJINI KUMARI NAWAL; ITZEL VASQUEZ-RODRIGUEZ; KEYANNA WIGGLESWORTH; M.B.; K.C.; Y.D.; G.E.; A.G.; I.G.; R.H.; J.L.; R.S.

Defendants - Respondents

### NOTICE

Issued: November 21, 2018

Our records indicate that the attorneys listed below have not registered for a CM/ECF account in this court. Any attorney who intends to file documents in this case, or wishes to continue receiving court issued documents, must register immediately with PACER for a CM/ECF account. For additional information, please go to our website, www.ca1.uscourts.gov, and select "E-Filing (Information)."

If you do not represent a party to this appeal and want to be removed from the service list, you may file a "Request for Removal from Service List." A copy of this form can be found on our on our website, www.ca1.uscourts.gov, under "Forms & Instructions."

**After December 5, 2018, the clerk's office will no longer send paper copies of court issued documents to the following attorneys, unless they register for a CM/ECF account prior to that date.**

Lee Cheng
Rahsaan D. Hall
Cara McClellan
Jennifer A. Holmes

Gordon M. Fauth
Adam R.F. Gustafson
Andrew R. Varcoe
Brenda Shum
Thomas R. McCarthy
Nicole K. Ochi
Michaele N. Turnage Young
Earl A. Kirkland
John J. Park
Kenneth N. Thayer
Matthew J. Donnelly
Genevieve Bonadies Torres
Kenneth Kimerling
Priya A. Lane
Matthew M. Cregor
Claylan Boyden Gray
James R. Conde
Matthew S. Hellman
Samuel Spital
Jennifer N. Seich
Marc John Randazza
John Michael Connolly
Randall Baldwin Clark

            Maria R. Hamilton, Clerk

UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Antonio Lopez-Blanco - (617) 748-9060

cc:
Debo P. Adegbile
Genevieve Bonadies Torres
Lee Cheng
Randall Baldwin Clark
James R. Conde
John Michael Connolly
William Consovoy
Kathryn R. Cook
Matthew M. Cregor
Lawrence E. Cullen

Emma Dinan
Matthew J. Donnelly
Dwight Gerard Duncan
Felicia H. Ellsworth
Gordon M. Fauth Jr.
Claylan Boyden Gray
Jon M. Greenbaum
Adam R.F. Gustafson
Rahsaan D. Hall
Sarah Elaine Harrington
Matthew S. Hellman
Sarah Hinger
Derek Tam Ho
Jennifer A. Holmes
Sherrilyn Ann Ifill
Kenneth Kimerling
Earl A. Kirkland III
Rachel Kleinman
Douglass C. Lawrence
Jin Hee Lee
Steven L. Mayer
Thomas R. McCarthy
Cara McClellan
Janai Nelson
Seth B. Orkand
John J. Park Jr.
Eric Grant Penley
Nancy Leeds Perkins
Madeleine Kristine Rodriguez
Richard J. Rosensweig
Paul M. Sanford
Sigmund D. Schutz
Matthew R Segal
Jennifer N. Seich
Oren McCleary Sellstrom
Brenda Shum
Patrick N. Strawbridge
Kenneth N. Thayer
Natashia Tidwell
Michaele N. Turnage Young
Seth P. Waxman
Daniel Winik
Paul R.Q. Wolfson
Cynthia A. Young