# United States Court of Appeals
## For the First Circuit

_____

No. 18-8022

LAWRENCE L. CRAWFORD, a/k/a JahJah Tishbite, a/k/a Jonah Gabriel, d/b/a JahJah Al Mahdi

Interested Party - Petitioner

v.

STUDENTS FOR FAIR ADMISSIONS, INC.

Plaintiff - Respondent

PRESIDENT AND FELLOWS OF HARVARD COLLEGE; SARAH COLE; FADHAL MOORE; ARJINI KUMARI NAWAL; ITZEL VASQUEZ-RODRIGUEZ; KEYANNA WIGGLESWORTH; M.B.; K.C.; Y.D.; G.E.; A.G.; I.G.; R.H.; J.L.; R.S.

Defendants - Respondents

_____

**ORDER OF COURT**

Entered: November 30, 2018
Pursuant to 1st Cir. R. 27.0(d)

    Petitioner is in default for failure to pay the $500.00 filing. If appellant is indigent and unable to pay the fee, he may file a request to proceed in forma pauperis ("IFP"). A compliant request for in forma pauperis consists of a motion and a fully completed Form 4, Financial Affidavit. A copy of Form 4 is provided to the petitioner with this order

    Petitioner's failure to pay the fee to the clerk of this court or file a compliant request for IFP status by **December 14, 2018** will result in dismissal of the petition for lack of diligent prosecution.

By the Court:

Maria R. Hamilton, Clerk

cc:
Jon M. Greenbaum
Rahsaan D. Hall

Lawrence E. Culleen
Nancy Leeds Perkins
Steven L. Mayer
Emma Dinan
Priya A. Lane
Oren McCleary Sellstrom
Brenda Shum
Genevieve Bonadies Torres
Nicole K. Ochi
Matthew M. Cregor
Paul M. Sanford
William Consovoy
Patrick N. Strawbridge
Thomas R. McCarthy
John Michael Connolly
Felicia H. Ellsworth
Seth P. Waxman
Paul R.Q. Wolfson
Debo P. Adegbile
Daniel Winik
Jennifer N. Seich
Sigmund D. Schutz
Eric Grant Penley
Dwight Gerard Duncan
Natashia Tidwell
Seth B. Orkand
Matthew S. Hellman
Randall Baldwin Clark
Andrew R. Varcoe
Adam R.F. Gustafson
Claylan Boyden Gray
James R. Conde
Kathryn R. Cook
Janai Nelson
Jin Hee Lee
Sherrilyn Ann Ifill
Rachel Kleinman
Cara McClellan
Earl A. Kirkland III
Jennifer A. Holmes
Michaele N. Turnage Young
Samuel Spital
Kenneth N. Thayer
Marc John Randazza
Gordon M. Fauth Jr.
Lee Cheng

Richard J. Rosensweig
Sarah Elaine Harrington
Derek Tam Ho
Madeleine Kristine Rodriguez
Kenneth Kimerling
Matthew R Segal
Sarah Hinger
Douglass C. Lawrence
John J. Park Jr.
Lawrence L. Crawford
Cynthia A. Young
Matthew J. Donnelly