Lawrence L Crawford aka
Jonah Gabriel Jah Jah T. Tishbite
#300839 Edisto A-16
Lieber CI PO Box 205
Ridgeville, SC 29472

RECEIVED
NOV 19 2018
BY: U.S. COURT OF APPEALS

IN RE: CASE 18-8022 Affidavit of Facts Giving Judicial Notice; motion To expand the scope and for Inclusion and motion to motion Therefor.

To The First Circuit Court of Appeals et al,

(1) The petitioner gives the 1st Circuit and parties Judicial Notice. In the Boston Court the 1st Circuit

1 of 12

and parties will find a copy of a document entitled Affidavit of Facts Giving Judicial Notice; supplementing the motion to Intervene; challenging the Boston Court's jurisdiction; motion to expand the scope and for inclusion; motion for sanctions; motion for a hearing; motion for removal into Federal Custody; motion for forfeiture and to dismiss the cause against the defendants due to fraud upon the court and motion to motion therefor, (35) pages dated November 9, 2018 that was sent to the Boston Court to be filed in case 1:14-cv-14176-ADB.

(2) A copy of the Affidavit of Facts Giving Judicial Notice; motion for

2 of 13

leave to amend the parties; motion for recusal and notice of seeking transfer pursuant to 28 USC § 1407; motion to challenge the SC District Court's jurisdiction and for forfeiture; motion for an extension of time to respond to the Report and Recommendation; notice seeking leave to appeal and motion to motion therefor pursuant to Fed Rule(s) 72(a) and 73(a) and 28 USC § 636(c), (78) pages dated October 25, 2018 that is filed in case 9:18-cv-01408-TLW-BM in the SC U.S District Court.

(3) The Writ of Error and Amended Complaint with its attachments (40) pages dated signed October 29, 2018 that is filed in case 1:18-cv-13459-

MLH-KMW in the N.J. District Court.

I give the court and parties judicial notice of the existence of these documents which can be obtained by all parties electronically. I motion to expand the scope and for inclusion and that the 1st Circuit case manager be required to obtain a copy of these documents electronically and they be deemed filed in case 18-8022. I give the court and parties judicial notice of my intent to file subsequent motions and document addressing the content of what is alleged within these documents before the First Circuit to establish the record.

I give the court and parties notice of my intent to file and

seek protective order before the First Circuit. Will the honorable First Circuit look at what these conspiring devils have me writing on. It is my claim that the plaintiffs conspiring under color of law and authority, with the Trump Administration and the Alt Right, as has been a consistent, clearly documented pattern of the conspiring parties. They are denying me legal supplies. They are denying me and or extremely limiting my access to the law library and its computers to impede, hinder and or obstruct the due course of justice to create an inability for me to litigate this case. They have move me from the dorm I was housed in

since 2012 to a another dorm as a precusor to another potential assassination attempt which is a common design of the conspiring parties done in the past, which is recorded and documented within all court records. Thus, threat of imminent danger now exist which require that I seek a protective order from the First Circuit which is forth coming once I navigate around the obstruction in they unjustly delaying and or denying me legal supplies and law library access by arbitrary limitation. Today I was allowed law library access for 45 minutes, not having any ink over a month which is a

consistent practice and machination on the part of the plaintiffs and their conspiring agents once they discovered I sought to intervene in this case. Policy says we are to have law library access 37 hrs weekly and I am rarely given one a week without just cause to hinder my ability to litigate this extremely complex case. The seeking of protective order is forth coming to mitigate the obstruction. I'm writing on the back of court forms.

Further, by the Trump administration, the President himself where he openly admitted before this entire nation, that he was and is a white nationalist, along with Jeff Sessions and other undisclosed members

of their party, in acts of machination, conspiring under color of law and or authority. These individuals in question, along with the attorneys for the plaintiffs in these cases, clearly with surreptitious and or covert racial animus, encouraged these plaintiffs to bring these cases with a clear intent to establish a back door attack for the specific purpose of watering down and or diluting the constitutional protection set in place to protect African Americans clearly set and designed by Affirmative Action, thus presented, also in violation of the Civil Rights Act, violating 18 USC § 1001 concealing material fact based upon racial animus and or hatred

Inso much, once these individuals aforesaid by nefarious intent and racial animus endeavored to establish a back door attack against affirmative action. Despite such action, they failed to calculate in their summation that our God is the best of planners and He taketh the wicked in their own craftiness. For by such nefarious efforts to create a back door attack against affirmative action, the axe swings both ways. They also unexpectedly created a back door attack for entry of the forerunner to God's Christ. They created a back door for me to bring every issue argued by us within cases 9:18-cv-0008-TLW-BM ; 1:18-cv-13459-NLH and all state and federal cases

9 of 12

in question to be argued within case 1:04-cv-14176-ADB which I give the Court and parties notice. This is what I intend to do. The trial is void.

Once Judge Burroughs, conspired with Judges Hillman in the NJ District Court, Judge Marchant in the SC District Court, along with the attorneys for the plaintiffs in this case and various nationalists within the Trump Administration in the manner argued within the (35) page affidavit of facts dated November 9, 2018 filed in case 1:04-cv-14176-ADB. Their actions immediately established an extra-territorial conspiracy which

10 of 12

now legally permits the First Circuit to hear all matters done within all jurisdictions involved in the conspiracy for the purpose of remedying the fraud once the hearing occurs sub judice, which is required by DUE PROCESS LAW. This shall be sought before the 1st Circuit via extra territorial jurisdiction. If you want to take a back door stab and bring affirmative action up into the US Supreme Court by YOUR RACIAL HATRED? .... then it all goes up into the US Supreme Court with YOUR RACIAL HATRED.. Prison Reform, PLRA, AEDPA, The Clinton Bill, Reparations for African Americans, same sex marriage, the indictment issues, Habeas Corpus, lien

claims, the superseding Authority of the precusor kingdom to Christ's rule and return, it all goes, every last bit of it without exception. I'll see ya' at the party Victor. In the name of the one true God, the most gracious, the most merciful.

Respectfully,
Jahjah Al Mahdi

November 14, 2018

12 of 12

Lawrence L Crawford
#300839 Edisto A-16
Lieber C.I. P.O.Box 205
Ridgeville, SC 29472

The Court of Appeals
For The First Circuit
1 Courthouse Way Suite
Boston Mass. 02210

RECEIVED
NOV 16 2018
MAILROOM
LIEBER CI

FOR LEGAL USE ONLY