# United States Court of Appeals
## For the First Circuit

———————————

No. 18-8022

LAWRENCE L. CRAWFORD, a/k/a JahJah Tishbite, a/k/a Jonah Gabriel, d/b/a JahJah Al Mahdi

Interested Party - Petitioner

v.

STUDENTS FOR FAIR ADMISSIONS, INC.

Plaintiff - Respondent

PRESIDENT AND FELLOWS OF HARVARD COLLEGE; SARAH COLE; FADHAL MOORE; ARJINI KUMARI NAWAL; ITZEL VASQUEZ-RODRIGUEZ; KEYANNA WIGGLESWORTH; M.B.; K.C.; Y.D.; G.E.; A.G.; I.G.; R.H.; J.L.; R.S.

Defendants - Respondents

———————————

**NOTICE**

Issued: December 6, 2018


By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

The following attorneys have failed to register for an account and will no longer receive notice in this case:

Lee Cheng
Rahsaan D. Hall
Cara McClellan
Jennifer A. Holmes
Gordon M. Fauth
Adam R.F. Gustafson
Andrew R. Varcoe
Brenda Shum
Thomas R. McCarthy
Nicole K. Ochi
Earl A. Kirkland

John J. Park
Kenneth N. Thayer
Matthew J. Donnelly
Genevieve Bonadies Torres
Kenneth Kimerling
Priya A. Lane
Matthew M. Cregor
Claylan Boyden Gray
James R. Conde
Samuel Spital
Jennifer N. Seich
Marc John Randazza
John Michael Connolly
Randall Baldwin Clark

The following attorneys will continue to receive notice in this case:

Debo P. Adegbile
William Consovoy
Kathryn R. Cook
Lawrence E. Culleen
Emma Dinan
Dwight Gerard Duncan
Felicia H. Ellsworth
Jon M. Greenbaum
Sarah Elaine Harrington
Matthew S. Hellman
Sarah Hinger
Derek Tam Ho
Sherrilyn Ann Ifill
Rachel Kleinman
Douglass C. Lawrence
Jin Hee Lee
Steven L. Mayer
Janai Nelson
Seth B. Orkand
Eric Grant Penley
Nancy Leeds Perkins
Madeleine Kristine Rodriguez
Richard J. Rosensweig
Paul M. Sanford
Sigmund D. Schutz
Matthew R Segal
Oren McCleary Sellstrom
Patrick N. Strawbridge
Natashia Tidwell

Michaele N. Turnage Young
Seth P. Waxman
Daniel Winik
Paul R.Q. Wolfson
Cynthia A. Young

      Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

                                     Maria R. Hamilton, Clerk


UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Antonio Lopez-Blanco - (617) 748-9060


cc:
Debo P. Adegbile
Genevieve Bonadies Torres
Lee Cheng
Randall Baldwin Clark
James R. Conde
John Michael Connolly
William Consovoy
Kathryn R. Cook
Lawrence L. Crawford
Matthew M. Cregor
Lawrence E. Culleen
Emma Dinan
Matthew J. Donnelly
Dwight Gerard Duncan
Felicia H. Ellsworth
Gordon M. Fauth Jr.
Claylan Boyden Gray
Jon M. Greenbaum
Adam R.F. Gustafson
Rahsaan D. Hall
Sarah Elaine Harrington
Matthew S. Hellman
Sarah Hinger

Derek Tam Ho
Jennifer A. Holmes
Sherrilyn Ann Ifill
Kenneth Kimerling
Earl A. Kirkland III
Rachel Kleinman
Priya A. Lane
Douglass C. Lawrence
Jin Hee Lee
Steven L. Mayer
Thomas R. McCarthy
Cara McClellan
Janai Nelson
Nicole K. Ochi
Seth B. Orkand
John J. Park Jr.
Eric Grant Penley
Nancy Leeds Perkins
Marc John Randazza
Madeleine Kristine Rodriguez
Richard J. Rosensweig
Paul M. Sanford
Sigmund D. Schutz
Matthew R Segal
Jennifer N. Seich
Oren McCleary Sellstrom
Brenda Shum
Samuel Spital
Patrick N. Strawbridge
Kenneth N. Thayer
Natashia Tidwell
Michaele N. Turnage Young
Andrew R. Varcoe
Seth P. Waxman
Daniel Winik
Paul R.Q. Wolfson
Cynthia A. Young