Court of Appeals
for the 1st Circuit et al.

Petition from multi-district litigation proceedings within the states of Massachusetts, New Jersey and South Carolina

Case 18-8022 et al.

Lawrence L Crawford aka Jonah Gabriel Jah Jah T. Tishbite et al.

petitioners

vs

1 of 7

Students for Fair Admissions et al
plaintiffs

vs.

The President of Harvard College
et al.,
defendants

## Affidavit of Service

I, Jah-Jah Al Mahdi, do hereby certify, that I have mailed and or served a copy of an affidavit of facts giving judicial notice; motion for an extension of time, on the First Circuit Court of Appeals by

2of7

Case: 18-8022   Document: 00117376046   Page: 3   Date Filed: 12/11/2018   Entry ID: 6218634

placing it in an institutions mailbox postage prepaid on December 7, 2018.

Respectfully,
Jahjah Al mahdi

[signature]

December 7, 2018

3 of 7



COURT of APPEALS
For The 1st CIRCUIT et. al.

Petition From multi-District Litigation Proceedings within the states of Massachusetts, New Jersey and South Carolina

CASE 18-8022 et al.,

LAWRENCE L CRAWFORD AKA JONAH GABRIEL JAHJAH T. TISHBITE et al.,

Petitioners

Vs.

4087

Students For Free Admissions et al.,

plaintiffs

vs.

The President of Harvard College et al.,

defendants

RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

2018 DEC 11 PM 12:39
RECEIVED
COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

Affidavit of Facts Giving Judicial Notice & Motion For An Extension of Time

In Re: Case 18-8022

To: The 1st Circuit Court of

5 of 7

Appeals et al.

The honorable 1st circuit gave the petitioner until December 14, 2018 to file his filing in forma pauperis application. The petitioner received that notice on December 5, 2018. The filing requires that the petitioner submit a Financial statement verifying his income over the past 6 months. The petitioner is housed at Lieber C.I.. The SC Dept of Corrections Financial Accounting office to whom the request for the 6 month Financial statement

6 of 7

must be made, resides in another city, specifically, Columbia, SC. The turn around time for the 6 month statement request to be sent out and returned can take up to (30) days which do not include the time it would take for mailing to allow the documents arrival to the 1st Circuit Court. We are also dealing with the holiday season which may cause additional delay. Therefore, I motion for an extension of time until January 15, 2019 to be in compliance to the courts request.

Respectfully,
Jah Jah Al Mahdi

December 6, 2018

7 of 7

2018 DEC 11 PM 12:36

RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

Please file this document in case

18-8022

Thank you

