# United States Court of Appeals
## For the First Circuit

No. 18-8022

LAWRENCE L. CRAWFORD, a/k/a JahJah Tishbite, a/k/a Jonah Gabriel, d/b/a JahJah Al Mahdi

Interested Party - Petitioner

v.

STUDENTS FOR FAIR ADMISSIONS, INC.

Plaintiff - Respondent

PRESIDENT AND FELLOWS OF HARVARD COLLEGE; SARAH COLE; FADHAL MOORE; ARJINI KUMARI NAWAL; ITZEL VASQUEZ-RODRIGUEZ; KEYANNA WIGGLESWORTH; M.B.; K.C.; Y.D.; G.E.; A.G.; I.G.; R.H.; J.L.; R.S.

Defendants - Respondents

**ORDER OF COURT**

Entered: December 12, 2018
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Petitioner Lawrence L. Crawford to pay the filing fee be enlarged to and including **January 14, 2019**.

By the Court:

Maria R. Hamilton, Clerk

cc:
Debo P. Adegbile
William Consovoy
Kathryn R. Cook
Lawrence L. Crawford
Lawrence E. Culleen
Emma Dinan

Dwight Gerard Duncan
Felicia H. Ellsworth
Jon M. Greenbaum
Sarah Elaine Harrington
Matthew S. Hellman
Sarah Hinger
Derek Tam Ho
Sherrilyn Ann Ifill
Rachel Kleinman
Douglass C. Lawrence
Jin Hee Lee
Steven L. Mayer
Janai Nelson
Seth B. Orkand
Eric Grant Penley
Nancy Leeds Perkins
Madeleine Kristine Rodriguez
Richard J. Rosensweig
Paul M. Sanford
Sigmund D. Schutz
Matthew R Segal
Oren McCleary Sellstrom
Patrick N. Strawbridge
Natashia Tidwell
Seth P. Waxman
Daniel Winik
Paul R.Q. Wolfson
Cynthia A. Young