LAWRENCE L CRAWFORD AKA

JONAH GABRIEL JAH JAH T. TISHBITE

#300839 Edisto A-16

Lieber CI P.O. Box 205

Ridgeville, SC 29472

RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE
2018 DEC 10 PM 2:56

IN RE CASE 18-8022 Et AL.

Jor The First Circuit Court,

The (28) page Affidavit dated

November 29, 2018 is the lead

document. These documents Are

being filed to give the 1st circuit

status of the proceeding within

the 3rd circuit Under case

1 of 4

18-3457 in the 3rd circuit. I give the court notice that once I move to establish that the 3rd circuit does have jurisdiction. I will then move to disqualify them due to an existing structural constitutional error.

These documents are also filed to seek that the First circuit appoint legal counsel and to officially give the First circuit notice that I intend to file a subsequent pleading in hopes of wrapping up my pleading which include the seeking of a protective order.

2 of 4

I give this court notice that
due to the argument placed forth
in the affidavit of facts Giving
Judicial notice (35) pages dated
November 9, 2013 by the conspiring
actions of the parties involved, case
2013-CA-400-0084 is now petitioned
removed to case 1:16-cv-14176-ADB
to protect it which would be
appropriate due to it being the
source from which the default
and collateral estoppel emerges
which is argued via the motion
to intervene in this case.
I respectfully seek that the

3084

First circuit electronically serve a copy of all documents now filed to all the name listed within the case opening document this court serve on me. I thank you in advance. Still remain,

Respectfully,
Jahjah Al mahdi

December 2, 2018

4 of 4

COURT of APPEALS

FOR THE 1st, 3Rd CIRCUITS ET AL,

PETITION FROM MULTI DISTRICT LITIGATION
PROCEEDINGS WITHIN THE STATES OF
MASSACHUSETTS, NEW JERSEY AND
SOUTH CAROLINA

CASE 18-3457 3Rd CIRCUIT

CASE 18-8022 1st CIRCUIT ET AL,

LAWRENCE L CRAWFORD AKA JONAH
GABRIEL JAH JAH T. TISHBITE, YAHYA
MUQUIT ET AL,

PETITIONERS

VS

1 of 28

The NEW JERSEY DISTRICT COURT AND
3 JUDGE PANEL SEEKING TRANSFER
PURSUANT to 28 USC § 1407 xxx ET AL

defendants

Affidavit of service

WE, JAHJAH AL mahdi et al, do
hereby certify, that we have mailed
And or served a copy of an affidavit
of facts Giving judicial notice; motion
To Expand the scope And for Inclusion;
motion To Amend the parties; motion
For An Extension of Time And motion
To motion Therefor on the 3rd, 1st
Circuits And All involved parties
2 of 28

by U.S. mail postage prepaid by placing it in the institution mailbox on November 29, 2018.

Respectfully.

Jah-Jah Al mahdi

November 29, 2018

3 of 28

COURT of APPEALS

For The 1st, 3rd, Circuits et. al,

Petition From Multi District Litigations
Proceedings within the States of
Massachusetts, New Jersey and
South Carolina

CASE 18-3457 3rd Circuit

CASE 18-8022 1st Circuit et al,

LAWRENCE L. CRAWFORD AKA JONAH
GABRIEL JAH-JAH T. TISHBITE, YAHYA
MUQUIT et al.

PETITIONERS

VS
4 of 28

The New Jersey District Court and
3 Judge Panel Seeking Transfer
Pursuant to 28 USC § 1407 her Et Al.,

defendants
_____

Affidavit of Facts Giving Judicial
Notice ; motion To Expand The Scope
And For Inclusion ; motion to Amend
The parties ; motion for an Extension
of Time and motion To motion
Therefore
_____

To! The 3Rd circuit court of
Appeals .
       The 1st circuit court of Appeals
et. Al.,

5 of 28

The petitioners give all parties
judicial notice. This is a multi district
litigation proceedings with Action
pending before the 1st, 3rd and
potentially 4th circuit. Therefore
due to the disability to my hands
caused by the defendants in this
case. We motion to suspend the
appellate court rules for any defect
in form of the petitioners filings
and the petitioners be permitted to
use this present format due to
the physical pain caused to the
petitioner in writing and producing
these documents in direct violation
to strict doctors orders instructing
the petitioner, the king-khalifah

6 of 28

to the (1) Global throques to Avoid
REPETITIVE movements with his hands
which of course, writing is. If the
courtos denies this motion, WESEEK And
motion for the Appointment of legal
counsel to Represent the potential
class members And due to the complex
NATURE of these proceedings where
even Habeas Corpus is sought. This
is a life long disability to both my
hands caused by the defendants in
this case. The courts by the King-
Khalifah's Rights of DUE PROCESS is
required to Accomondate the King-
Khalifah's disability see 42 USC § 12203
(a)(b); Tennessee v Lane, 124 SCt 1978
(2004); NEVADA Dept. of Human Resources

7 of 28

v Hobbs, 538 US 724, 728-733, 123 Sct.
1972, 155 Led2d 953; Kimel v Florida
Board of Regents, 528 US 62, 72-73,
120 Sct 631, 145 Led2d 522 (2000);
City of Boerne v Flores, 521 US 507,
518, 117 Sct 2157, 138 Led2d 624 (1997)
42 USC § 12131 (2); 28 CFR § 35.150 (b)(1);
People v Riviera, 125 misc. 2d 516, 528,
480 N YS. 2d 426, 434 (Sup ct 1984); Bartlett
v New York state Bd of Law Examiners,
226 F3d 69 (2nd cir 2000); Albertson Inc
v Kirkingburg, 527 US 555, 119 Sct 2162
(1999); ADA, Title II 29 CFR § 1630 (2)(j)(3)(i)
(1999); Eschazabal v Chevron USA Inc, 266
F3d 1063 (9th cir 2000); Chaney v Lewis,
801 F2d 1191, 1196 (9th cir 1986); Eskridge v.
Rhay, 345 F2d 778, 782 (9th cir 1965);

KNAUBERT v Goldsmith, 791 F2d 722 (9th Cir 1986) ( Townsend v Sain, 372 US At 313, 83 Sct At 757 ( Bashor v Risley, 730 F2d 1228, 1234 (9th Cir 1984); Anderson v Heinze, 258 F2d 479, 481 (9th Cir) cert. denied 358 US 889, 79 Sct 134 3 LEd2d 116 (1958); Matthew v Eldridge, 424 U.S. 319, 335, 96 Sct 893, 903, 47 LEd2d 18 (1976); Boddie v Connecticut, 401 US 371, 379, 91 Sct 780, 28 LEd2d 113 (1971) ( United States v Georgia, 126 Sct 877 (2006). I, WE, give all parties Judicial Notice that the motion to suspend Rules is placed before all involved Appeals courts. The motion to appoint legal counsel is placed before the 1st circuit pursuant to extra territorial jurisdiction

9 of 28

claims. The King-Khalifah still
exerts his right to self representation.
He only seeks the appointment of
legal counsel to assist in the seeking
and or filing any protective orders
and to prevent any further acts of
state interference and obstruction of
justice. Counsel is motioned for to
assist him. this voice is not to be
stifled in any way. Counsel is
motioned for to represent all the
other class members in their
entirety whose names will be
forwarded to the courts shortly.

    The petitioners motion to expand
the scope and for inclusion before the
3rd circuit and 1st circuit appeals

10 of 28

Courts and that the following documents:

(1) A copy of the Affidavit of Facts Giving Judicial Notice; Filing Writ of Error; motion To Correct Filing; Sub-sequent motion To Reopen this Case due to Additional Acts of Fraud upon the Court and motion To motion Therefor, (13) pages dated November 13, 2018 filed in Case 1:18-cu-13459-NLH-KMW.

(2) The Affidavit of Facts Giving Judicial Notice; Filing Writ of Error; motion To Amend parties; * * * (45) pages dated September 8, 2018 filed in Case 1:18-cu-13459-NLH-KMW.

11 of 28

(3) The Amended complaint And its Exhibits, (10) pages dated October 29, 2018 filed in CASE V.18-cu-13459-NLH-KM w.

(4) The Affidavit of Facts Giving Judicial Notice; motion For leAve to Amend pArties; motion For RecusAl And Notice of seeking Transfer pursuAnt to 28 USC § 1407; ***, (78) pages dated October 25, 2018 filed in CASE 9:18-cu-01408-TLW-BM in the SC District court.

(5) The Affidavit of Facts Giving Judicial Notice; supplementing the § 1983 Action RENEWING All motions, petitions previously filed pursuAnt to the (15) page Affidavit of Facts dated

12 of 28

September 8, 2018, challenging further
the N.T. District Court's jurisdiction,
filing stipulations and motion to
motion therefor, (51) pages dated
September 27, 2018 filed in case 1:18-cv-
13459-WLH-KMW.

(6) The Affidavit of Facts Giving
Judicial Notice, supplementing the
motion to Intervene, and, (35) pages
dated November 9, 2018 filed in case
1:14-cv-14176-ADB in the Boston District
Court.

A party may submit such documents
and or Affidavits in support of or in
opposition of a motion or other
Affidavit, in order to demonstrate
facts not found in the Record. For

13 of 28

"Good Cause" the court may expand the scope to include matters relevant to the subject matter involved in the action, Jones v Bush, 122 FSupp 2d 713, 715 (NtD Tex 2000); Valentin v Hospital Bella Vista, 254 F3d 358, 364 (1st Cir 2001); Spurlock v Lawson, 881 FSupp. 436, 438 (ED Ark 1995); Scoffstall v Henderson, 223 F3d 818, 823 (8th Cir 2000); In re: Maxim Group Inc Securities Litigation, 2002 WL 987660 (NtD GA 2002); Oppenheimer Fund Inc v Sanders, 437 US 340, 351, 98 SCt 2380, 2389-90, 57 LEd2d 253 (1978).

These documents, among other things, are submitted to demonstrate cause, fraud upon the district courts

14 of 28

involved, criminal conspiracy and obstruction of justice to show cause, the tip of the iceberg, as to why in fundamental fairness legal counsel should be appointed in the manner previously argued within this and prior documents filed within these cases establishing extra territorial jurisdiction claims.

The documents are also filed to demonstrate that these are indeed multi district litigation cases establishing jurisdiction before a panel to address transfer pursuant to 28 USC § 1407.

In as much, the 3rd circuit asked the petitioners pursuant to a

document dated November 15, 2018
giving notice of the 3rd circuits intent
to dismiss for lack of jurisdiction giving
the petitioners (21) days to demonstrate
that the 3rd circuit does have juris-
diction to hear this case. The 3rd
circuit also required that filing in
forma pauperis documents be filed.

This document is submitted to
challenge the 3rd circuits jurisdiction
to enter and serve the petitioners
with the courts intent via the
document dated November 15, 2018.
The lower u.s. district court screwed
up the filing creating a structural
error and fraudulent entry in the
notice seeking leave to appeal which

16 of 28

taints it rendering it void and or inadmissable pursuant to 18 USC § 1001 if the notice seeking leave to appeal is void due to the fraudulent entry, and inadmissable for use before the 3rd circuit court. The 3rd circuit court cannot legally make a judicial determination based upon the administrative order closing this case. Such would be a violation of due process rendering this case unconstitutional and will be as if there were no judicial determination made at all. Therefore, I motion that the 3rd circuit require that the Nat. District Court first correct the filing subjudice or the vehicle in the form of the

Notice seeking leave to Appeal conferring jurisdiction for the 3rd Circuit to make its decision based upon the admini- strative order would taint the entire process voiding the 3rd Circuits juris- diction. Therefore, I motion for an extension of time to file the informa pauperis documents and demonstrate that the 3rd Circuit does have juris- diction to hear this Appeal to reset once the New Jersey District Court corrects the filing subjudice to remedy the 18 USC § 1001 violation that they created at no fault of the Appellants conspiring under color of law and or authority in egregious Acts of Fraud upon the court. Massi v Washington Co. 2013 WL 5410810 (DSC 2013); Asterbadi v

18 of 28

Liveless, 176 Fed Appx 426 (A4 (Va 2006));

Turner v U.S., 736 F3d 274 (A4 (NC 2013);

US v Ismail, 97 F3d 50 (4th Cir 1996);

US v Lawrence, FSupp.3d, 2015 WL 856866

(SD Va 2015) | US v Bank of America

Corp, FSupp.3d, 2014 WL 2777397 (NC 2014);

Montgomery v Louisiana, 136 SCt 718, 193

LEd 2d 599, 84 USLW 4063 (US 2016) § 24

Senatorial Dist. Republican Committee v.

Alcorn, 820 F3d 624 (4th Cir 2016); U Aeth

v Board of Trustees, FSupp3d, 2016 WL

775386 (DC md 2016) § Triffon v Automatic

Data Processing, Inc, 394 NJT Super 237,

926 A2d 362 (NJT 2007) | Bustamonte v.

Borough of Paramus, 413 NJT Super 276,

994 A2d 513 (NJT 2010) | NJT Division of

Child Protection *** v CD, A3d, 2016 WL

687298S (NJT 2016).

19 of 28

Secondly, the petitioners motion to Amend the parties in this case to reflect those listed in the record sub judice As is Argued within the documents referred to via motioning to Expand the scope And for inclusion. The 3rd circuit does not have All the defendants before it As is listed within the record sub judice. You have egregious Acts of fraud upon the court going on As is Argued within the documents. The case was never filed against Judge Linares Alone. The New Jersey District court Acted in fraud, in A manner inconsistent with Due Process which void the Administrative order Any how

for the purpose of engaging in an extra-
territorial conspiracy to allow the
court under these multi-district cases
to circumvent the 7th Amendment
stipulations filed. The 3rd Circuit
cannot enter a final order on any
matter in this case until all defen-
dants are properly before it as is
established in the record sub judice,
Ntn Bearing Corp v U.S., 74 F3d 1204
(DDC 1995) ; Reliastar Life Insurance
Company v Lasalle Witsch, 2017 WL
4560186 (NDNC 2017). The Rights of All
parties must be properly adjudicated
which can only occur if all defendants
are properly listed, Gayne v Carl
Bauer Schrauben-fabriek GmbH, 595
FSupp 1081 (D Maine 1984); Hall v Gibson

Greeting, Inc., 971 F.Supp. 462 (SDOHIO 1997); Maxwell v Unilever United States Inc, 2018 WL 3619654 (ND. Cali 2018); Weaver v Massachusetts, 137 Sct 1899; 198 LEdad 420, 85 USLW 4433 (US 2017). Therefore, for this reason also we motion for an extension of time to reset to be in compliance with the 3rd circuits recent demands once the motion to amend the defendants in this case has been remedied and ruled on.

The party who brings the suit is master to decide what law he will rely upon and by no means did we rely on the complaint as filed or intended to list the defendants as they are filed in this case. This must be

22 of 28

CORRECTED within ALL RECORDS before the 3rd circuit can give ANY REVIEW As to whether or Not it has jurisdiction to hear or Not to hear this case. WE motion to Amend the defendants before it be REQUIRED WE Respond to establish jurisdiction. WE ARE mAsters to decide what law we will RELY UPON And WE did Not Rely UPON the defendants being listed As the Not District Court has them listed, The Fair v Kohler Die & Specialty Co., 228 US 22, 25, 33 SCt 410, 411, 57 LEd 716, Bell v Hood, 327 US 678, 66 SCt 773 (US 1996), Long v Boston Scientific Corp, 665 FSupp. 2d 541 (DSC 2008), Protestant Episcopal Church In The Diocese of South Carolina v Episcopal Church, 2013 WL 12148371

23 of 28

(DSC 2013); BANKS v ANgelo Wiggins et al,
2017 WL 6043610 (NLC 2017); COSTEN v U.S.,
Dept of Justice, 2017 WL 6033857 (EDNY
2017); Gholson v Flourney, 2017 WL
4765972 (SD GA 2017).

Insomuch, WE RECENTLY gave the
1st circuit judicial Notice of our intent
to Address the matters at hand
before their court under case 18-
8022 once we've gotten past various
existing hurdles that establish state
interference, criminal conspiracy
And obstruction of justice involving
the defendants Requiring us to
seek A protective order And im-
mediate Removal into federal
custody pursuant to 28 USC § 1455 (c)

24 of 28

And to also address crucial issues
that must be placed before all
courts invo lved. The documents is
forth coming once We deal with
All matters Argued within this
filing. We motion For A Ruling of law
on all claims presented.

The 3rd Circuit At present
cannot legally rule on Whether
or not it has jurisdiction based upon
the administrative order not being
A final order because there is
challenge to the 3rd circuits juris-
diction to do so due to the egregious
Acts of Fraud upon the court As is
Argued Within this document And

25 of 28

those sought by expanding the scope
And for inclusion. Thus An Extension
of Time to be in compliance to the
3rd circuits demands is sought until
All matters of concern Are Addressed.
The 3rd circuit courts jurisdiction
is limited to Addressing the Travel
Alone. With the Right to trial being
sought via the challenge to PLRA
And or AEDPA questioning their uncon-
stitutionality which must be placed
before A jury. It would be inappropriate
due to the stipulations to require us
to File filing in forma pauperis
documents any way. We motion for
an extension of Time to be in
compliance to Reset once All of

26 of 28

this is Addressed on the court Record,
US v Eccleston, — Fed Appx' —, 2015 WL 4591890
C A4 (md 2015) ; Curtis v Loether, 415 US 189,
94 Sct 1005, 39 L Ed 2d 260 (US 1974) ; Pennsyl-
vania Nat mut. Cas. Ins Co. v Tanner, 2013 WL
1404125 (DSC 2013) ; Ortiz v Fibreboard Corp.,
527 US 815, 119 Sct 2295, 144 L Ed 2d 715 (US 1999);
City of monterey v Del monte Dunes At
monterey Ltd, 526 US 687, 119 Sct 1624 (US 1999);
Iannelli v U.s., 420 US 770, 95 Sct 1284,
43 L Ed 2d 616 ; myles v Dominos Pizza,
Llc, 2017 WL 238436 (DC miss 2017) ; Martin
v Target Corp of minnesota, F Supp 2d, 2013
WL 1187034; Pyne v United States, F Supp 3d,
2016 WL 1377402 (DC md 2016) ; US v Reid, 506
Fed Appx' 209, 2013 WL 239076 (4th cir 2013) ;
US v Abdulwahab, , 715 F3d 521 C A4
(Va 2013) ; Browning v Tiger Eye

Benefits Consulting, 313 Fed Appx' 656,
2009 WL 4973911 CA4 (Va 2009)| Gordon
v Tillman, SE 2d, 2006 WL 7287893
(SC App 2006) | US Ex Rel Nathan
v Takeda Pharmaceuticals North
American Inc, 707 F3d 451 CA4 (Va 2013)|
USv Jones, 716 F3d 851 CA4 (Va 2013) | U.S.
v Pawlock, 494 Fed Appx' 366 CA4 (W Va
2012)| Marbury v Madison, 5th US (2
Cranch) 137, 180| Elliott v Piersol, 1 Pet.
328, 340, 26 US 328, 340 (US 1828)| Wudd
v Burrows, 91 US 677-683 (US 1875) | US v
Throckmorton, 98 US 61-67 (US 1871).

Respectfully

Jahriah Al mahdi
Et Al

November 29, 2018

28 of 28

Exhibit

File in case 18-8022

**Service of Process:**

1:18-cv-13459-NLH-KMW CRAWFORD v. MUQUIT et al

### U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered on 8/31/2018 at 3:06 PM EDT and filed on 8/31/2018

**Case Name:**     CRAWFORD v. MUQUIT et al
**Case Number:**     1:18-cv-13459-NLH-KMW
**Filer:**
**Document Number:** 1

**Docket Text:**
**Complaint Received. (Attachments: # (1) Application IFP for Lawrence Crawford, # (2) Financial Certificate, # (3) Exhibit 1, # (4) Exhibit 2, # (5) Exhibit 3, # (6) Exhibit 4, # (7) Form USM-285, # (8) Exhibit transfer, # (9) Envelope)(cry, )**

*→ No proof 6 monthly financial statement was filed #*

**1:18-cv-13459-NLH-KMW Notice has been electronically mailed to:**

**1:18-cv-13459-NLH-KMW Notice has been sent by regular U.S. Mail:**

LAWRENCE L. CRAWFORD
300839
LIEBER CORRECTIONAL INSTITUTION
P.O. BOX 205
RIDGEVILLE, SC 29472

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=8/31/2018] [FileNumber=11692827-0] [1d26a1e2b44b76645986aae0e3d504db0ac468073b6dfebc6e20aec8467ac2a1cf 79dfe3ea662ac8c4f734dd8234ac365b4ac66fc4ec73c1fc278bc298a4709d]]
**Document description:** Application IFP Mr. Lawrence Crawford
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=8/31/2018] [FileNumber=11692827-1] [508cfaa9c35e8571b5a3004502cd3fe991105f523c5f63ae0757d547d63245ae6d 70b174888642ba7172c4a81ee53b30970466f6e84f1cfcec3fb1b6acdbe3fd]]
**Document description:** Financial Certificate
**Original filename:** n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=8/31/2018] [FileNumber=11692827-2] [7fea98a9e663c6d4214ab372204da26e470628fcbf84a980565810183e4326e925 e443b5e0d6e396af440515140ce0be148dd1a76ffab366f64bb6f2da10cef8]]
**Document description:** Exhibit
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=8/31/2018] [FileNumber=11692827-3] [9af600fabbb40245fa3750449e45b155c0cec9d86c6c91012a871be7d4d7e30f2a 9773fab606f2e61137213a76582d06505a8bd926d0451290a1ee44ebf4a020]]
**Document description:** Exhibit
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=8/31/2018] [FileNumber=11692827-4] [79c4f5904716504c41a6b82c99d8101bd8eac97c0e52326fe4513f260f45608f0c 46db4396b192229eea6e022b7b31b5ca6f34ed1204164350f900fc5b2daaee]]
**Document description:** Exhibit
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1 046708974 [Date=8/31/2018] [FileNumber=11692827-5] [4847f397dd983edb5d54ad83de52453c35e4fc4a980048b2ad326eb4d8b6837cfb dafdcf2a5d498260e62a3d26c542acef599030730291e836910b2d214c93ba]]
**Document description:** Exhibit
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=8/31/2018] [FileNumber=11692827-6] [925110bec3c766e2eb934a2dbfa3544dc3240a06890055481492f4aae183617d9a 76b9b8758eaa4f7e268b798734915ca347a5415639a1c206ea782e4003af02]]
**Document description:** Form USM-285
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=8/31/2018] [FileNumber=11692827-7] [1b89717309b3c27ce9cc81b3fac59be942156513a3b5d522f39beca247747c9a39 729fede173340356d4a2f6b562faa231af2291ef4e991d0ed68a90badf62f1]]
**Document description:** Exhibit transfer
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=8/31/2018] [FileNumber=11692827-8] [6a8af07d529a133dad0059e9d1c6d350d36218905006538599d60db92ab1b0f1a6 b1177b57f77476a63482280c1e59c3e0d48d2f25ea2c890922c4f8eea876a8]]
`ocument description:` Envelope
`iginal filename:`n/a
`ronic document Stamp:`
`¹P` dcecfStamp_ID=1046708974 [Date=8/31/2018] [FileNumber=11692827-
`bcd896aeba4fa1cdfdec4ee737af287b86d794a980542461e37a4557c10338`
`36b7144dcc51e6b474561664b2d0fc50700b3ede97ab4df7992a4]]`

Exhibit

File in CASE 18-8022

2

The United States District Court
The District of Massachusetts

LAWRENCE L CRAWFORD
AKA JONAH GABRIEL
JAH JAH F. TISHBITE
ET AL.

       petitioners

CA

1:14-CV-14176-ADB
ET AL.

vs.

Students for Fair
Admissions Inc.
     plaintiffs

vs.

The President of
Harvard College
ET AL.

    defendants

Affidavit of

Service

1 of 35

I, JAHJAH AL MAHDI, do hereby certify, that I have mailed and or served a copy of an affidavit of facts giving judicial notice; supplementing the motion to intervene; challenging the Boston courts jurisdiction; etc., (35) pages dated November 9, 2018 on the Boston, N.J. SC district courts and all involved parties by US mail postage prepaid by depositing it in the institution mailbox on that same date. It is filed that date, Houston v Lack, 287 US 266, 273-76, 108 sct 2379 (1988).

Respectfully,
JAHJAH AL MAHDI

November 9, 2018

29835

The United States District Court
The District of Massachusetts

Lawrence L Crawford
Aka Jonah Gabriel
Jahmah T. Tishbite
et al

    Petitioners

Vs

Students For Fair
Admissions Inc.

Vs.

CLA

1:14-cv-14176-ADB
et al.

Affidavit of Facts
Giving Judicial Notice;
Supplementing the
motion to Intervene;
Challenging The Boston
Courts Jurisdiction;
motion To Expand
The Scope And For
Inclusion; motion
For Sanctions; motion
For A Hearing;

30835

The President of
HARVARD College
Et AL.




defendants

motion For REMOVAL
into FEDERAL custody,
motion For Forfeiture
And to dismiss the
cause Against the
defendants due
To FRAUD UPON the
court And motion
To motion Therefor


To, The Boston District court,
   The NEW JERSEY District court,
   The SC District court Et AL.,

   The petitioner gives the Boston
District court Judicial Notice. I motion to
Expand the scope And for inclusion
And that the Amended complaint,
                  40835

(40) pages dated October 29, 2018 with
its attachments filed in case 1118-cv-
13459-NLH-KMW now be deemed filed
in this case. I seek that the clerk
obtain it electronically and it now be
deemed a part of the court record.

I also seek that a copy of the
document entitled, "Affidavit of Facts
Giving Judicial Notice; motion for
leave to amend the parties; motion
for Recusal and notice of seeking
transfer pursuant to 28 USC § 1407;
motion to challenge the SC District
courts jurisdiction and for forfeiture;
motion for an extension of time to
respond to the report and recom-
mendation; notice seeking leave to

50835

Appeal and motion to motion Therefor pursuant to Fed. Rule(s) 72(a) and 73(c) and 28 USC § 636(c), (78) pages dated October 25, 2018 with its attachments filed in case 9:18-cv-01408-TLW-BM in the SC US District Court. I seek that the Clerk obtain it electronically and it now be deemed a part of the court Record.

Inasmuch, I motion to supplement the motion to intervene and I challenge the Boston District Court's jurisdiction to have conducted any trial in this case due to egregious acts of criminal conspiracy, obstruction of justice, violation of the judges oaths of office, violations of 18 USC § 1001, fraud upon the court and due

6 of 35

process violation which corrupts these entire proceedings rendering them Unconstitutional And void. The Boston court Allowing A trial to go forward when I filed A motion to inter- view in this case And this case being subject to transfer pursuant to 28 USC § 1407, WAS AN egregious miscarriage of justice which voided this courts jurisdic- tion for DUE Process Violation. Once these cases were Appropriately sought review before A pANEl under the multi District litigation Rule. The Boston Courts juris- diction WAs divested until that panel Review WAS conducted which makes the proceedings UNder case 1:14-cv- 14176-ADB Unconstitutional And void for Also Due Process violation. As of

October 5, 2018 when the notice was
filed before the Boston court. No trial
should have commenced where juris-
diction officially lied before a multidistrict
litigation review panel.

   This is what the plaintiff contends,
Judges Burroughs, Hillman and Marchant
of the Boston, New Jersey and SC
District courts, along with Jeff Sessions
of the US Dept of Justice and members
of the Trump Administration in their
Alt Right Klansmen Agenda, along with
the Attorneys for the plaintiffs, con-
spired within each others courts
jurisdictions establishing extra terri-
torial jurisdiction and multi district
jurisdiction claims, under cases 1514-
CV-14176-ADB ; 9:18-CV-01408-HWW-BM

8 of 35

And 1:18-cw-13459-NLH to which they
had No power or Authority to Act within
each of there co-conspirators jurisdic-
tions for the purpose of engaging in
egregious Acts of fraud upon the court
to allow the trial to commence under
case 1:14-cw-14176-ADB in efforts to
be silent on the claim of collateral
estoppel and to prevent case 1:14-cw-
14176-ADB from being transferred
to Newark N.J. pursuant to the
multi-district litigation Rule. Judge
Burroughs is now Added As a defendant
in these cases. Her Name Relates
back to the original complaint where
her Acts Arise out of the initial
causes before the court. They knew
there were stipulations Attached
9 of 35

Related to my 7th Amendment Right to a jury trial which had to be adhered to before any of the federal cases referred to commenced, which include the trial that occurred under case 1:14-CV-14176-ADB. Judge Burroughs I motion for your recusal and for a new trial and hearing which must now commence due to the fraud upon the court perpetrated by you people tainting this case. Your presence now produces a structural error due to the potential for bias that rises to an unconstitutional level. See Williams v Pennsylvania, 136 SCt 1899, 195 Led 2d 132, 84 USLW 4359 (US 2016).

Inasmuch, Judges Burroughs,

10 of 35

Hillman and Marchant knew that there were stipulations in place pursuant to my 7th amendment right to a jury trial related to case 9:18-cv-01408-TLW-BM which prohibited case 1:14-cv-14176-ADB and case 1:18-cv-13459-NLH from moving forward. They also knew that cases 9:18-cv-01408-TLW-BM and 1:14-cv-14176-ADB could not move forward due to they being tag along cases under the multi-district litigation rules 6.2 and 6.3 as it pertained to case 1:18-cv-13459-NLH. So they got Hillman to administratively close case 1:18-cv-13459-NLH lying in acts of fraud upon the court, sitting upon his own case, claiming that we failed to file 6 month financial statements when in truth we filed 6 month

11 of 35

financial statements, Not once, but twice before we filed the 6 month statements this third time. He did this because the other cases could not move forward due to jurisdiction being placed before a judicial panel under the multi-district litigation Rule. Once Hillman, conspiring with Burroughs, marchant Sessions and the plaintiffs Attorneys in this case, removed that obstacle by FRAUD upon the Court. This created opportunity for marchant to Act in case 9:18-cv-01408-TLW-BM where he made efforts to summary dismiss the case when it was overwhelmingly perspicuous that summary dismissal was highly inappropriate, And Abuse of discretion And

12 of 35

An Act of Fraud upon the court. With
the 7th Amendment structural jurisdic-
tional barrier circumvented Related to case
9:18-cv-01408-TLW-BM And the multi-district
panel review jurisdictional barrier cir-
cumvented Related to case 1:18-cv-13459-NLH
out of the way by Fraud upon the court.
This created the window Judge Burroughs
wanted in case 1:14-cv-14176-ADB to
allow her to inappropriately entertain
jurisdiction over case 1:14-cv-14176-ADB
in Acts of Fraud upon the court conspiring
with the parties, concealing material
facts in violation of 18 USC § 1001 tainting
these entire proceeding by their Fraud,
violating Due Process Rendering these
Proceedings unconstitutional. I motion
to supplement the motion to intervene.

13 of 35

I motion to challenge the Boston District Courts jurisdiction due to fraud upon the court. I motion for sanctions and a new trial and hearing be granted in this case. I motion for transfer of the Boston case pursuant to 28 USC § 1407. I motion for a hearing and that we be moved into federal custody before the Boston court to allow us to officially address these matters on the court record. I motion for Judge Burroughs recusal and that the Boston District Court be disqualified. I motion that venue be established in Newark NJ. I motion to dismiss the cause against the defendants in case 1.14-cu-14176-ADB. I motion for sanctions and forfeiture due to 14¢35

Fraud upon the court, criminal conspiracy obstruction of Justice, violations of Article III Section 1 and violations of their oath of office pursuant to 5 USC §§ 3331, 3333, 7311 and 1915. Due to the fraud your jurisdiction Judge Burroughs is void Ab initio, Ackermann v Exxon Mobil Corp, 734 F3d 237; Martin-Evans v Chesapeake Appalachia, LLC, F Supp 3d, 2015 WL 668 1185; Bartels by and through Bartels v Saber Health Care Group, Uc 880 F3d 668 (4th Cir 2018); US v Lawrence, F Supp 3d, 2015 WL 856 866 (SD Va 2015); White v Manis, 2014 WL 1513280 (DSC 2014); US v Eccleston – Fed Appx' –, 2015 WL 4591890 (A4 (md 2015); 18 USC §§ 242, 1001; Curtis v Loether, 415 US 189, 94 Sct 1005, 39 LEd 2d 260 (US 1974); Pennsylvania Nat.

15 of 35

Mut. Cas. Ins. Co. v. Jampier, 2013 WL 1404125 (DSC 2013) ; Ortiz v. Fiber board Corp, 527 US 815, 119 Sct 2295, 144 Led 2d 715 (US 1999) ; City of Monterey v. Del Monte Dunes at Monterey Ltd, 526 US 687, 119 Sct 1624 (US 1999). Writ of error is now filed under the independent Action Rule for Fraud upon the Court, Wells Fargo Bank N.A. v Farina, 2016 WL 2944561 (NLC 2016) ; Blue Sky Travel and Tours, LLC v Al Tayyar, — Fed Appx —, 2015 WL 1145 1636 (4th va 2015) ; US v Cotton, 231 F3d 820 (4th Cir 2000) ; In Re Dura Max Diesel Litigation — FRD —, 2018 WL 949856 (ED Mich 2018) ; Pyne v United States, F.Supp.3d, 2016 WL 1377402 (DC Mol 2016) ; Barlow v Colgate Palmolive Co, 772 F3d 1001, 90 Fed R. Serv 3d 85

CA 4 (Md. 2014); United States v. Denedo, 556 US 904, 129 SCt 2213, 173 Ledeod 1235 (US 2009); United States v Apple Mac Pro Computer, — F3d. —, 2017 WL 1046105 (3rd Cir 2017); Clarke v United States, 2017 WL 390294 (Jul. 2017).

Any final, valid judgment on the merits of a particular issue, by a court of competent jurisdiction precludes any further suit between the parties or their privies on the same issue of action or cause of action. The claim of collateral estoppel emerging from case 2013-CA-400-0084 Attaches to this case, Hay Group Management, Inc v Schneider — FSupp 3d. —, 2018 WL 655595 (ED Pa 2018); Eastern Association

17 of 35

Coal Co. v Director office of Workers Compensation Programs, 578 Fed Appx' 165 (A4 (2014); Jilley v Jaguar/Land Rover Hilton Head, 2015 WL 3736212 (DSC 2015).

Subject matter Jurisdiction can be raised by hue at anly time and cannot be waived and the court must take notice, Sebelius v Auburn Regional Medical Center, 133 SCT 817, 184 Led2d 627, 81 USLW 4053 (US 2016) [ Siz Ward v Riddle, F Supp 2d, 2013 WL 707018 (DSC 2013) [ Grupo Dalaflux v Atlas Global Group, LP, 541 US 567, 124 SCT 1920, 158 Led2d 866 (US 2004); Loumiet v United States, 65 F Supp 3d 19 (2014).

It is well settled that willful blindness and conscious Avoidance is

18 of 35

the legal equivalent to knowledge, in
their conspiring to avoid addressing
federal questions, LAKE v CARRIER
Ass'n v MacMillan, 406 US 498, 92
Sct 1749 (US 1972); United States v
Antzoulatos, 962 F2d 720 (7th Cir 1992);
28 USC § 1332 (a)(3); 20 F2d 775, 780;
WANG v Ashcroft, 320 F3d 130 (2nd Cir
2003); COOPER v HARRIS, 137 Sct 1455, 197
LEd2d 837, 85 USLW 4257 (US 2017);
BANK of America Corp v City of miami
Fla, 137 Sct 1296, 197 LEd2d 678, 85 USLW
4227 (US 2017); Cook County v BANK of
America Corporation, 2018 WL 1561725
(2018).

All acts, orders and decrees
can be collaterally attacked for fraud
190835

Upon the court which is free of all procedural limitations. This applies to the acts, orders or decrees of all courts. Myles v Dominos Pizza, LLC, 2017 WL 238436 (DC Miss 2017); First Technology Capital Inc. v Bank Tec Inc, 2016 WL 744 4943 (DC KY 2016); Martin v Target Corp of Minnesota, FSupp. 2d, 2013 WL 1187034 (DWT 2013); In Re Genesys Data Technologies, Inc, 204 F3d 124 (4th cir 2000); United States v Conrad, 675 Fed Appx 263, 265 (A4 (NC 2017); Fox Ex Rel Fox v Elk Run Coal Co Inc, 739 F3d 131, 87 Fed R. Serv 3d 534 (4th cir 2014). This includes the oral decree that the trial in this case 1:14-CV-14176-ADB can move forward.

_SUPPRESSION_ of Truth with

20 of 35

intent to deceive is FRAUD which vitiates everything it enters, which include the most solemn Acts, orders or decrees. It taints and corrupts the "foundation" of the "whole" proceedings and is as if there were no law or act like this trial or ruling if BURROUGHS gaveone, WAS determined or done at all which is unconstitutional and voids the Boston courts jurisdiction. FRAUDulent concealment without misrepresentation or duty to disclose, like you failed to disclose you conspired with Hillman, marchant and plaintiffs to create a window to allow you to inappropriately entertain jurisdiction to permit a trial to go

forward, conspiring within jurisdic-
tions you had no power or authority
which establish non judicial Acts
stripping you of immunity can
constitute fraud even absent of
fiduciary duty, which judges and
attorneys are fiduciary to the
public where you also acted to aid
the plaintiffs and Trump Administration
losing your independence under case
1.16-cu-11416-ADB, or statutory or
other independent legal duty to
disclose material information,
common law fraud includes Acts
taken to conceal (ie the estoppel),
create false impressions (like the
false impression your jurisdiction

22 of 35

WAS UPHELD despite multi district panel review), mislead, or otherwise deceive to prevent other party from acquiring information As Judge Burroughs did here inappropriately entertaining jurisdiction creating multiple structural errors which void her jurisdiction Ab initio violating her oath of office to uphold the constitution + concealing material facts violating 18 USC §§ 242 and 1001 Tainting this entire case rendering it unconstitutional, void, warranting sanctions and forfeiture which I motion for US v KORN, FSUPP 2d, 2013 WL 289 80 56 (WD NY 2013) [JONEY v COMM, 1998 WL 684 203 (4th CIR 1998) [SEE v FARMER, FSUPP3d, 2015 WL 583 88 69

(SD Tex 2015); US v Mosberg, 866 F.Supp 2d 275 (DNJ 2011); US v Wright, F.Supp 2d, 2008 WL 2223869 (WD Pa 2008)) United States v Anlin, 874 F3d 418 (4th Cir 2017); United States v Lusk, 2017 WL 508589 (SD Va 2017); United States v Calloway, F.Supp 3d, 2016 WL 4269961 (ND Cali 2016); Morrison v AccuWeather Inc, F.Supp.3d, 2016 WL 3015226 (MD Pa 2016); In Re Plumbing Fixture Cases, 298 F.Supp 484 (1968); In Re Droplets, Inc Patent Litigation, 908 F.Supp 2d 1377; In Re Chinese-Manufactured Drywall Products Liability Litigation, 2015 WL 13387269 (ED La 2015); Brooklyn Downtown, LLC v New York Hotel and Motels Trades, F.Supp3d, 2015 WL 7794441; 2014 WL 1282298; 2014 WL 12489985; 2014 WL 1155304 (ED NY 2014).

24 of 35

Inso much, the stipulations now filed still hold. PANEL REVIEW UNDER the multi-District litigation RULE still holds WARRANTING A new trial and or mistrial UNDER CASE 1:14-cv-14176-ADB. I motion for a mistrial. None of these cases are to move forward due to sought panel REVIEW and TRANSFER sought UNDER 28 USC& 1407 and due to STRUCTURAL ERROR UNtil SERVICE is ISSUED REGARDING CASE 9:18-cv-01408-TLW-BM even if the Boston and or NJ District courts must ORDER ISSUANCE before your courts. The trial in the Boston court is invalid. mistrial is demanded also.

25 of 35

No RES JUDICATA Nor collateral estoppel attaches from the claims made in CASE 9:18-cu-1408-TLW-BM or our right to transfer case 1:14-cu-14176-ADB via 28 USC § 1407. The motions I seek can be ordered from both the Boston and N.J. District courts since the Boston case is also a tag along case and there is Writ of ERROR filed under the independent action rule. No trial in CASE 1:14-cu-14176-ADB or determin-ation in CASE 9:18-cu-01408 or 1:18-cu-13459-NCH can any longer be used or it would void your jurisdiction ab initio. This allows me to seek the relief sought by motion and sought under case "1408" before the Boston court which I seek. The law determined

26 of 35

by the U.S. Supreme Court is clear and unambiguous on issues such as the ones being argued in this case. If a ruling has been obtained under an unconstitutional statute and or legislative provision and or interpretation of law and or act, which include fraud. The law explained if this position is well taken, which it is, it effects the "foundation of the "whole" (emphasis added) proceeding. An unconstitutional law and or act or judicial determination is void (even the trial), and is as if there were no act (ie the trial), or determination made or done at all, being a structural constitutional error not subject to the harmless error doctrine. This means that the

trial conducted in case 1:14-cv-14176-ARB
is void and no determination made by
the court in both cases "1408" and "13459"
can be used by the sc, N.T., or Boston
courts for any purpose of ruling in
case "14176" or my intervening or
transferring these cases or for any
other matter except to remedy the
fraud. Thus the stipulations still
stand to move these cases forward.
The general rule is that an uncon-
stitutional statute and or act and or
legislative provision of law, though having
the form and name of law, it is in
reality no law by such acts, but is wholly
void and ineffective for any purpose
which include the Boston and N.T.
district courts making use of such acts

28 of 35

to make judicial determinations, since
its unconstitutionality dates from the
date of its enactment and or when
the act was done.... in legal contempla
tion, it is inoperative as if it had
never been passed or done.... since
an unconstitutional law and or act is
void, the general principle follows
that it imposes no duty (duty upon any
court to accept the trial in case "14176"
as valid), confers no rights, (Right to
have a trial establishing mistrial which I
seek to establish this case in Newark
N.J. by venue), creates no office (Judicial
or otherwise), bestows no power or
authority on any person [emphasis
added] (meaning the courts under
cases 1514-cv-14176-ADB , 9:18-cv-1408-

29 of 35

TLW-BM And 1:18-cv-13459-NLH jurisdiction is made void), Affords No protection the conspiring Judges And parties Are Not immune), And justifies No Acts performed Under it (Judicial Act or the trial in case # 14176")... A void Act can Not be legally consistent with a valid one. An unconstitutional trial or law or Judicial determination cannot stand As law. This means that the District Courts involved are in forfeiture, And its Acts or determinations cannot be used And the case must be permitted to move forward in New Jersey with the Boston And the other cases must be deemed As tag Alongs And A jury trial must commence And be permitted to determine the

30 of 35

Unconstitutionality of PLRA and AEDPA).
Indeed insofar As A statute And or
legislative provision And or Act run
counter to the fundamental law of the
land (ie your jurisdiction was void due to
panel review and my 7th Amendment
right to trial in case "14084; The U.S.
Constitution ; Ex Parte Virginia supra ;
Schware supra ; Mc Burney supra ;
indictments Are to be Adjudicated
under the Due Process prong to subject
matter jurisdiction), it is superseded
thereby. No one is bound to obey
Fraud or an unconstitutional Act or
law or Judicial determination And
no courts Are bound to enforce it.
Fraud fatally effects even the
most solemn Acts, Judgments or decrees

31 of 35

Labeo defines Fraud to be any cunning deception or Article used to circumvent (like you did in these (3) Federal cases) or deceive another. Mr Wells in his very work on Res Judicata says see, 499 "Fraud vitiates everything", Elliott v Piersol, 1 Pet, 328, 340, 26 US 328, 340 (US 1828) { Nudd v Burrows, 91 US 677-683 (US 1875) { US v. Throckmorton, 98 US 61-67 (US 1878) { Hay Group Management, Inc v Schneider, — F supp 3d, —, 2018 WL 655595 (ED Pa 2018). All laws, rules, statutes (like PLRA and AEDPA) and practices (like circumventing the default from case 2013-cp-400-0084) the 7th amendment structural error, the jurisdiction of the multi-district litiga-

32 of 35

tion panel; the transfer under § 1407;
concealing rights under 28 USC § 1602-1612;
sitting on these cases in violation of
Williams v Pennsylvania, 136 SCt 1899 (2016);
engaging in acts of FRAUD upon the court,
criminal conspiracy and obstruction of
justice; stealing intellectual property
in violation of the Hobbs Act and the
expropriation exception to the F.S.I.A;
failing to issue service in case "1408"
to deny me 7th Amendment Rights),
which are REPUGNANT to the constitu-
tion are "null" and "void", MARBURY
v Madison, 5th US (2 Cranch) 137, 180;
Vines v United States, 28 F3d 1123 Crim
Law 1163(1), 1165(1); PCS Nitrogen, Inc
v Ross Development Corp. 126 FSupp3d 611
(DSC 2015); Yates v Ford Motor Co — FSupp3d
33 of 35

—, 2015 WL 675 89 83 (ED N.C 2015) ; MDC
INNOVATION LLC v NORTHERN, —Fed Appx'—
2018 WL 1129607 (4th CIR 2018) ; JOHNSON
v United States — Sct —, 2015 WL 2473450
(US 2015) ; MONTGOMERY v LOUISIANA, 136
Sct 718, 193 Led 2d 599, 84 USLW 4063
(US 2016) ; GEFT OUTDOORS LLC v CONSOLIDATED
City of INDIANApolis * * *, 187 FSupp. 3d.
1002, 1012 SD Ill . ; Hill v SNYDER, 821 F3d
763, 765t (6th CIR mich) ; People v Solo,
N.E 3d, 2017 WL 183 84 23 (2017) ; 24
SENATORIAL Dist. REPUBLICAN Committee v.
Alcorn, 820 F3d 624 (4th CIR 2016) ; Vaeth
v Board of TRUSTEES, FSupp 3d, 2016 WL
775386 (DC md 2016) ; WELLS FARGO BANK
N A v HMH ROMAN TWO N.C LLC, 859
F3d 295 (4th CIR 2017) ; Mosley v United
STATES, 2018 WL 1187778 (N.C 2018) ; Rubin

34 0f 35

v. Islamic Republic of Iran, 138 sct 816 (addressing the Intellectual property of the Sole Corporation); Fifth Third Bon Corp v Dudenhoeffer, 134 sct 2459, 189 Led2d 457 (US 2014); Tobes v Tobnes, 341 P.3d 1041 (Wy 2015); Spires v Schools -- F Supp 3d -- , 2017 WL 4174774 (DSC 2017); HORNE v HARBOR PORTFOLIO v I LP, -- F Supp 3d. -- , 2018 WL 1737520 (N.D GA 2018); United states v Laneham, 2017 WL 4857437 (DC Mexico 2017). I motion for the protective order sought in case "1400".

Respectfully,

Jahjah Al mahdi

November 9, 2018

Exhibit

File in CASE 18-8022

THE UNITED STATES DISTRICT COURT

THE DISTRICT OF MASSACHUSETTS

LAWRENCE L. CRAWFORD AKA JONAH )
GABRIEL JAHJAH T. TISHBITE )
ET. AL., )                           C/A 1:14-cv-14176-ADB ET.
                                )    AL.,
         PETITIONER(S) )
                                )
                                )
                                )
VS. )
                                )
                                )
STUDENTS FOR FAIR ADMISSIONS )
INC. )
                                )
         PLAINTIFF(S) )          AFFIDAVIT OF SERVICE
                                )
VS. )
                                )
THE PRESIDENT OF HARVARD )
COLLEGE ET. AL., )
                                )
         DEFENDANT(S) )
                                )

    WE, JAHJAH AL MAHDI ET. AL., DO HEREBY CERTIFY, THAT
WE HAVE MAILED AND OR SERVED A COPY OF AN AFFIDAVIT OF FACTS
GIVING JUDICIAL NOTICE, FILING OF THE NECESSARY STIPULATIONS
AND MOTION TO MOTION THEREFOR, ON THE BOSTON MASSACHUSETTS
DISTRICT COURT, ATTORNEY AMADI, ATTORNEY TURNAGEE, ATTORNEY
MORTARA AND ALL INVOLVED PARTIES, BY U.S. MAIL, POSTAGE PREPAID,
BY DEPOSITING IT WITH ITS ATTACHMENT, IN THE INSTITUTION MAILBOX
ON OCTOBER 10, 2018. IT IS DEEMED FILED ON THAT DATE, HOUSTON
V. LACK, 287 U.S. 266, 273-76, 108 S.Ct. 2379 (1988).


                         RESPECTFULLY,
OCTOBER 10, 2018         JAHJAH AL MAHDI

                    1-of-3

THE UNITED STATES DISTRICT COURT

THE DISTRICT OF MASSACHUSETTS

LAWRENCE L. CRAWFORD AKA JONAH )
GABRIEL JAHJAH T. TISHBITE )
ET. AL., )
)                     C/A 1:14-cv-14176-ADB ET.
)                     AL.,
          PETITIONER(S) )
)                     AFFIDAVIT OF FACTS GIVING
)                     JUDICIAL NOTICE, FILING OF
)                     THE NECESSARY STIPULATIONS
Vs. )                  AND MOTION TO MOTION THERFOR
)
)
STUDENTS FOR FAIR ADMISSIONS )
INC. )
)
Vs. )
)
THE PRESIDENT OF HARVARD )
COLLEGE ET. AL., )
)
          DEFENDANTS )


TO: THE MASSACHUSETTS DISTRICT COURT,
    THE NEW JERSEY DISTRICT COURT,
    ATTORNEY BRITTANY AMADI,
    ATTORNEY MICHELLE TURNAGEE,
    ATTORNEY ADAM K. MOTARA ET. AL.,


        THE PETITIONER, JAHJAH AL MAHDI, IN THE ABOVE
CAPTIONED MATTERS GIVE ALL PARTIES JUDICIAL NOTICE. ATTACHED
THE COURT AND PARTIES WILL FIND:


    (1) A COPY OF THE AFFIDAVIT OF FACTS GIVING JUDICIAL
NOTICE; SUPPLEMENTING THE § 1983 ACTION; RENEWING ALL MOTIONS,
PETITIONS PREVIOUSLY FILED PURSUANT TO THE (45) PAGE AFFIDAVIT

OF FACTS DATED SEPTEMBER 8, 2018; CHALLENGING FURTHER THE NEW
JERSEY DISTRICT COURT'S JURISDICTION; FILING STIPULATIONS AND
MOTION TO MOTION THEREFOR, (51) PAGES DATED SEPTEMBER 27, 2018.
THIS DOCUMENT IS FILED WITH THE NEW JERSEY DISTRICT COURT.

THE KING-KHALIFAH GIVES ALL PARTIES JUDICIAL NOTICE.
IN LIGHT OF THE EXTRAORDINARY CIRCUMSTANCES THAT NOW SURROUND
THIS CASE. THERE NOW EXIST PERSPICUOUS 7TH. AMENDMENT CLAIMS
ALSO CREATING A CONSTITUTIONAL STRUCTURAL ISSUE THAT NOW ATTACHES
TO ALL OF THESE CASES AS IS OUTLINED BY THIS ATTACH DOCUMENT.

DUE TO THESE NOW ESTABLISHED 7TH. AMENDMENT ISSUES. RULES
OF COURT REQUIRE THAT I FILE THE NECESSARY STIPULATIONS TO ALLOW
THESE CASES TO MOVE FORWARD. THIS DOCUMENT NOW SUBMITTED IN
FILED TOWARDS THAT END. ATTORNEYS AMADI, TURNAGEE AND MORTARA.
IT WOULD BE IN YOUR CLIENTS BEST INTEREST IF YOU ALL WOULD MOVE
BEFORE ALL INVOLVED COURTS TO EXPEDITE THE SATISFYING OF THE
STIPULATIONS NOW PLACED BEFORE THE INVOLVED COURTS IN ORDER
THAT THESE MATTERS MAY CONCLUDE TO THEIR PROPER RESOLUTION.
STILL REMAIN,

RESPECTFULLY,
JAHJAH AL MAHDI, THE KING OF
THE NORTH

OCTOBER 7, 2018

The United States District Court

The District of New Jersey

LAWRENCE L CRAW-
ford AKA JONAH
GABRIEL JAHJAH T.
Tishbite Et Al.,
        plaintiffs

vs

The NEW JERSEY
District Court And
3 JUDGE PANEL SEEKING
TRANS-fER PURSUANT
To 28 USC § 1407
*** Et Al.,
        defendants

CA

1:18-CU-13459-NLH-
KmW

affidavit of

SERVICE

108.51

We, JAHJAH Al Mahdi et Al., do hereby certify that we have mailed and or served A copy of An Affidavit of Facts Giving Judicial Notice; supplementing the § 1983 Action; xxx, dated September 27, 2018 on the U.S. District Court by US Mail Postage Prepaid on September 28, 2018 by depositing it in the institution mail box on that date. It is deemed filed that date, Houston v Lack, 287 US 266, 273-76, 108 SCt 2379 (1988).

Respectfully
JAHJAH Al Mahdi

September 28, 2018

Yahya Muqvit
w w Yahya Maqul

20851

The United States District Court
The District of NEW JERSEY

LAWRENCE L CRAW-
ford AKA JONAH
GABRIEL JAH JAH T.
Tishbite ; YAHYA
muquit et al.

plaintiffs

C/A

1:18-cu- 13459-NLH
KMW

VS

Affidavit of Facts
Giving Judicial
Notice ; supplementing
the § 1983 Action
RENEWING ALL motions;
petitions previously
filed PURSUANT to
the (45) page affidavit
of Facts dated
September 8, 2018;

The NEW JERSEY
District Court And
3 Judge Panel Seeking
Transfer PURSUANT

30 of 51

To 28 USC § 1407
v. ... et al,

challenge further
the N.J. District Courts
Jurisdiction, Filing
stipulations and
motion To motion
Therefor.

Defendants /
Respondents

To: The New Jersey District
Court et al,

For The Record. The 3 Judge
panel is being sued for Declaratory
and or injunctive Relief only
for the purpose of establishing
Transfer of all Relevant cases
to the state of New Jersey

4 of 51

Under the multi-district litigation
rule also due to extra territorial
jurisdiction claims.

We review all motions, petitions,
request etc previously filed argued
within the (45) page affidavit of facts
giving judicial notice; * * *, dated
September 8, 2018.

We, via the original complaint,
informed the court that there were
various documents attached to its
face for all purposes. We informed
the court in the original complaint
that we sought an extension of
time to file those referred to
documents also via they first

Addressing the injustices ARGUED
within the (45) page Affidavit dated
September 8, 2018. WE REVIEW that
motion to file those documents VIA
seeking that extension of time. There
is no need to file them now until
the egregious Acts of FRAUD upon
the Court ARE Addressed that ARE
ARGUED in that (45 page Affidavit
of Facts occurring in this Case.

We REVIEW our motion seeking
to be brought into Federal Custody
and transfer of All tag Along
Cases; which include All of our per-
sonal property without exception.
We REVIEW the motion For Recusal
And TRANSFER of VENUE of this

6 of 51

CASE back to NEWARK N.J. where it was "initially" filed. Right of VENUE falls to the plaintiffs especially in light of the FRAUD attempted in this CASE which vitiates the transfer to CAMDEN placing the COURT in forfeiture.

HERE the N.J. District COURT will find!

(1) Exhibit. "WRIT of ERROR". This is the (17) page document dated SEPTEMBER 13, 2018. The defendants in this CASE conspired DURING AND AFTER the fact in all claims made within this document, including the NEW JERSEY defendants. THEY conspired

7 of 51

within jurisdictions to which they
had no power or authority stripping
them of immunity. All claims, issues,
defenses, causes of action argued in
this document are being argued and
supplemented to this case. The de-
fendants involved themselves in
Acts of criminal conversion when
Judge Seymour stole money from
Robert Mitchell's inmate Account
without consent where that money
was owed to the King Khalifah And
the Judges Aided to conceal it. They
are being sued for all of this. These
Are Not Judicial Acts stripping them
of immunity.
    (2) Exhibit "RAGE # 1", The (34)

8 of 51

page Response to motion to make more definate and certain Remanded from the Federal Court establishing cases 2006-CP-400-3567, 3568, 3569 Re-filed under case 2013-CP-400-0084 defaulted on by all defendants. The defendants conspired during and after the fact in all claims made. We are suing for this.

(3) Exhibit " 2010-CP-17-081". This is the summons and complaint that make up case 2010-CP-17-081. This action was Re-filed in case 2013-CP-400-0084 due to the fraud that occurred in that case. This too, is defaulted on under case 2013-CP-400-0084, 2294. The document highlights only one of

9 of 51

the many physical assaults made and
attempted by the defendants out of (5)
such physical assaults where even physical
injury occurred upon the King-Khalifah.
This is the threat that is still imminent.
We renew the motion to be removed
into Federal custody. The defendants
conspired during and after the fact
in all claims made. This document
is re-filed under Case 2013-CP-400-
0084, and with case 2013-CP-400-0084,
are sought as tag alongs and are also
petitioned removed to this case. All
causes, issues, etc argued in this docu-
ment are being argued in this case.
We are suing them for this. Case
2013-CP-400-0084 is petitioned removed.

(4) Exhibit, "Trustee". This is the (26) page Affidavit that establish the mandamus in case 16-2299. It explains the "Trust" to which we all are beneficiaries of. It explains how "marriage" is the intellectual property of the (4) Global Thrones and sole Corporation. It explains how Judge Austin is Trustee to which we are suing her to act in. It explains why the king's legal Authority supersedes all global courts due to God being the original fountain of all law. All claims, issues and defenses Argued in this document Are being Argued in this case. All

11 of 51

claims, issues and defenses are defaulted on emerging from case 2013-cp-400-0084 a tag along and removed case to this court and case. The United States, New Jersey and all states are being sued for attaching, executing and or arresting the intellectual property of The Foreign sovereign Crown. This document establishes multi District litigation as do the previously attached and filed documents. This is not all the document We intend to file in this case for the purpose of establishing this action whic is why the (45) page affidauit of facts must be adjudicated to address

120 of 51

the fraud before we file the document
because the fraud has now compromised
the entire proceeding warranting
sanctions and forfeiture which we
motion for.

Insomuch, the Habeas Corpus
seeking class action certification;
the issue of attacking the unconsti-
tutionality of the PLRA and the AEDPA
produced by the clinton Administration's
war on drugs campaign; the extra-
territorial conspiracy and obstruction
of justice done by the judges and de-
fendants involved; the issue of same sex
marriage in the United states and all stated
contained therein; the legal issues

of Religious prophesy Argued for criminal
convictions, All of this establishes multi
District litigation for which WE seek
transfer pursuant to 28 USC § 1407 And
WE ARE suing for all of this.

The 3 JUdge(s) panel is being sued for
Declaratory Relief to transfer And
WE demand A jury trial for all other
claims, issues And causes of Action
Asserted within all documents filed in
this case. If WE Need to submit
subsequent summons And US marshal
forms with only this case Number on it.
Then WE motion that the court
Notify us And send the Necessary
documents to complete this require-
ment And the court give us Ample

time to bee in compliance. I, Jah-Jah
Al mahdi, invoking all superseding
Attorney, Judicial And legislative power
And Authority file for Any plaintiff
not presently listed but sought trans-
ferred As fiduciary Heir, king, khalifah
to the (4) Global Thrones due to
the default And voiding of jurisdiction
emerging from case 2013-CP-400-0084
in Richland County, SC.. All claims,
issues And defenses made in case
2013-CP-400-0084 Are now being Argued
in case 1:18-cu-13459 Also for the
purpose of establishing our claim of
default And collateral estoppel. We
Are suing the United States, the

State of New Jersey, SCDC and South Carolina to establish these facts requiring the hearing sought under the Rule 16. JURY TRIAL is demanded for all other claims and causes of action. WE ARE SUING for the defendants to prove they timely responded to defeat the affidavits of default and voiding of jurisdiction that establishes ALL superseding power and authority of the FOREIGN SOVEREIGN CROWN with all of its rights, titles and privileges that are now legally protected under Article 1 section 10 and Article IV §2 of the US constitution due to the default emerging

16 of 51

from CASE 2013-CP-400-0084 which
include REPARATIONS for the US.
SLAVE TRADE. Atrocities done to my
people As the Black Messiah, the
FORERUNNER to Christ defaulted on
by the global governments.

The Judges involved and the
defendants have not only defaulted
on REPARATIONS for SLAVERY. We ARE
Also suing these defendants Under CASE
1:18-CU-13459, which include the US
congress and Judges for violations of
ARTICLE III SECTION 1; BREACH of contract;
violations of their oath of office at
"1 million per violation; For Acts of
official mental and physical torture

17 of 51

in violation of the convention against Torture Treaty ; for violations of the civil Rights Act ; for violations of the Foreign sovereign Immunity Act; for mail tampering consistently done to prevent judicial review ; for conspiracy to illegally seize a Foreign sovereign official ; for conspiracy to commit murder and assault upon a Foreign sovereign official ; for obstruction of Justice ) Acting within jurisdictions for which they had no power and authority ; for Judges Acting as legisla- tors, doing legislative Acts within the 4th circuit and then enacting them ;

For Judges Acting As executives Also in violation of the separation of powers clause conspiring with scDc blocking copies to prevent judicial review; For Acts of retaliation in violation of 42 USC § 12203 (a)(b) of ADA.; For Judges Acting As clerk doing clerical Acts spoliating And blocking the filing of court documents with the SC Attorney General; We Are suing to require them to prove they timely filed to defeat the Affidavits in case 2013-CP-400-0084 ; For concealing evidence of Actual innocence And producing false forensic evidence As well As for All claims, issues

19 of 51

And any other cause of action listed within this document, its attachments, those previously filed and those intended to be filed once the court rules on the (45) page affidavit of facts dated September 8, 2018.

(5) Exhibit, " 4th circuit disquali-fication #1 ". This is the affidavit of facts Giving Judicial Notice; * * * ; (56) pages dated MAY 8, 2018 filed in 4th circuit.

(6) Exhibit, " 4th circuit disquali-fication #2 ". This is the affidavit of facts Giving Judicial Notice; * * * , (20) pages dated September 13, 2018 along with the order issued in

20 of 51

CASE 18-6606 filed in the 4th circuit.

(7) Exhibit, " multi District litigation. This is the document filed for CASE 9:18-cu-01408-TLW-BM one of the tag along cases. What makes this case a multi-District litigation case is that just like in case 1:18-cu-13459-NLH-KMW. The King-Khalifah is suing Congress and the United States for enacting the Clinton Bill legislation that establishes PLRA and AEDPA due to this legislation dispro-portionately targeting African Americans by the evidence presented via michelle Alexander and the Documentary that aired on PBS

21 of 51

Entitled, "13". Thus, multi District
litigation is established Allowing us
to seek transfer pursuant to 28 USC
§ 1407 is indisputable.

Inasmuch, for the Record. The
New Jersey District court is prohibited
from making use of Any determina-
tion that has or that can potenti-
ally come from Cases 18-6606 ; 18-7077 ;
18-6947 ; 18-6953 ; 16-2299 ; 17-6693 ;
17-6925 ; 17-7139 ; 17-7134 ; 17-7137 ;
17-7410 ; 18-6279 And All Cases sub-
judice within the District court that
produced them. They All must be
deemed unconstitutional, void placing
the state And Federal government
22 of 51

And courts in forfeiture which we are
suing to place this before a jury
Also and we review the motion for
the recusal of both judges NLH and
KMW from off of this case.

We previously informed the
court that judges Harwell and SEC.
court of Appeals closed the relevant
case(s) to hinder our efforts to
transfer pursuant to 28 USC § 1407.
Yet judge Gergel in case 2:17-CV-
1300-RMG did the same exact thing.
The Federal Judges closed those
cases even though their jurisdiction
was divested due to us seeking
to Appeal the magistrate judges
order pursuant to Federal Rule

23 of 51

73 (c). Harwell did it at the time we sought to transfer via Case 1:18-cu-13459. But what about Gergel? The new case was not filed yet. So what is the connection? This is the connection. The Judges, as we stated and asserted, in violation of their oaths of office were conspiring within each others jurisdictions for which they had no power or authority. We repeatedly informed the 4th Circuit, challenging their jurisdiction, asserting their rulings were void due to their being a structural error pursuant to 28 USC § 455 and Williams v Pennsylvania, 136 SCT 1899, 195 LEd2d 132, 84 USLW 4359

24 of 51

(US 2016). The 4th circuit Judges knew we were right. So if the appeal went up to the 4th circuit when the cases were not concluded, then the structural error we argued would exist and their jurisdiction would be void due to the holdings made in Williams v Pennsylvania supra. Thus the 4th circuit Judges conspiring in the District court when they did not yet Acquire jurisdiction until the case was sent up to the 4th circuit, got the District court Judges to close the cases so that it would not Appear that they were sitting upon their own cases that were presently pending. By this machination conspiring under

25 of 51

color of law in Acts of FRAUD UPON the court. The 4th circuit could now inappropriately entertain jurisdiction, enter an adverse ruling to avoid being sued in the lower court. This would also explain why Judges NLH and KMW listed the defendants as Judge Linares only because it would appear that the 4th circuit Judges would not be sitting upon their own cases and they could fraudulently render the cases moot and the New Jersey District court Judges would then be able to use that fraudulently obtained ruling in this case aiding the defendants

26 of 51

within jurisdictions to which they
have no power or authority. Their
must important effort pursuant to
this conspiracy, which is of course was
to prevent it from being required
that the United States, the South
Carolina Attorney General, S.C.D.C
and other defendants prove on
the court record that they timely
filed to defeat the Affidavits of
default and voiding of jurisdiction
emerging from case 2013-CP-400-0084
that establishes all superseding
Attorney Judicial and Legislative
power and authority of the foreign
sovereign crown that is binding upon
all courts within this nation.

2708-51

including the NEW JERSEY District
court. This along with the other lawless,
FRAUDULENT acts done justify forfeiture
on all causes and transfer to NEW
JERSEY with our removal into Federal
custody as we seek immediately.
It WARRANTs the investigation
sought as well. We invoke our Right
to exercise Federal forum. The law
dictates that FRAUD destroys the
validity of everything it enters
including every determination
made or that can potentially be
made in the 4th circuit cases
Related to the cases Aforementioned
to include what occurred in case
1.18-cu-13459, they listing the

28 of 51

defendents the way they did to Aid
the 4th circuit Judges circumvent
the structural error of they sitting
upon their own cases to make a
fraudulent ruling to allow them to use
it in the N.T. court in hopes of making
the cases moot. Their disqualification
is necessary. The fraud these con-
spiring actors continually engage in
fotally effects even the most solemn
Acts, Judgments or decrees done by them.
Labed defines fraud to be any cunning
deception or article used to circum-
vent (like they are conspiring to
circumvent the requirement the
United States and defendants prove
they timely filed to defeat the

29 of 51

Affidavits of default and voiding of
jurisdiction in case 2013-CP-400-0084)
or decreine another as are the
acts done involving their conspiracy
and obstruction of Justice rendering
any decision that comes out of the
4th circuit unconstitutional and a
violation of due process which would
void this courts jurisdiction ab initio
if used. Mr Wells in his very workon Res
Judicata says, see 499, "Fraud vitiates
everything", Elliott v Piersol, 1 Pet.
328, 340, 26 US 328, 340 (US 1828);
Nudd v Burrows, 91 U.S. 677-683 (US 1875);
US v Throckmorton, 98 US 61-67 (US 1878);
Hay Group Management, Inc v.
Schneider - Fsupp. 3d. - , 2018 WL

30 of 51

655 595 (ED Pa 2018); MARTIN v TARGET CORP of MINNESOTA, F Supp 2d., 2013 WL 1187034 (D NJ 2013); ACKERMANN v EXXON mobil CORP, 734 F3d 237; MARTIN - EVANS v CHESAPEAKE APPALACHIA, LLC, F Supp 3d., 2015 WL 6684185 (ND La 2015); BARTELS by AND Through BARTELS v. SABER HEALTH CARE GROUP, LLC, 880 F3d 668 (4th CIR 2018); NEW JERSEY DIVISION of CHILD PROTECTION AND PER-MANEEY v C.D., A3d., 2016 WL 6872985 (NJ 2016). By this it constitutes ADDITIONAL violations of their oaths of office AND Article III section 1 WHERE they have Not held their office in good FAITH. We ARE suing them for 1 million per violation.

In so much, the oath of office is A QUID PRO QUO contract Under U.S Const.

31 of 51

Article 6 cl 2 and 3, DAVIS v LAWYERS
SURETY CORPORATION, 459 S.W. 2d. 655, 657
Tex. App., in which clerks, officials and
officers of the government pledge to
perform support and uphold the
United States and states constitutions
with its mandates in RETURN for
substances such as WAGES, PERKS
and benefits. The United States
SUPREME COURT has held that NO
State, NOR legislator, NOR EXECUTIVE,
NOR JUDGE can ever WAR against the
constitution without violating his
understanding to support it which is
the heart of their oath of office,
COOPER v AARON, 358 US 1, 78 sct 1401
(US 1958) ; In Re NEELY, 390 P3d. 728,
32 of 51

2017 Wy. 25.

Any judge, case manager, clerk or other state and or federal official who does not comply with his oath office regarding the constitution of the United States war against that constitution and engage in a form of treasonous acts in violation of the supreme law of the land, and in this case also in violation of the superseding authority of the King-Khalifah. If a judge or case manager or clerk does not fully comply with the constitution then his orders and or their acts are void, they are without jurisdiction and such a person engages in acts of treason against

33 of 51

the constitution itself. PROPONENTS ARE
subjected to penalties AND REMEDIES
for breach of contract, conspiracy
UNDER 18 USC & 242 AND 1001, AND
violations of ARTICLE III sections to
include this OUTRAGEOUS FRAUD, AUER.
bock v SAMUELS, 10 UTAH. 2d 152, 349
P2d. 112, 114 ; Alleghany Corp. v Kirby
DC NY. 218 FSupp. 164, 183 ; Keeton Packing
Co. v STATE, 437 S.W. 20, 28.

Refusing to live by your oaths of
office places All conspiring parties
in direct violation of your oaths in
EVERY CASE. Violating their oaths of
office is not just cause for immedi-
Ate dismissal And REMOVAL from
office, it is A FEDERAL CRIME . . . .

34 of 51

Federal law Regulating oath of office by Government officials is divided into (4) parts along with an executive order which further defines the law for purposes of enforcement, 5 USC § 3331, provide the text of the actual oath of office members of Congress are required to take before assuming office. 5 USC § 3333 requires members of Congress sign an affidavit to demonstrate that they have taken the oath of office required by 5 USC § 3331 and have not or will not violate that oath of office during their tenure of office as defined by the 3rd part of the law, 5 USC

35 of 51

§ 73ll which explicitly make it a Federal criminal offense for violations of their oath of office which there are similar provisions that apply to all Judges, Clerks, case managers and even for state officials who also conspire with federal jurisdictions. For anyone employed with the United States government, including members of Congress to advocate the overthrow or violate the US constitution in the manner that occurred in these cases 18 USC § 1918 provide penalties for violations of oath of office" described in 5 USC § 73ll. Whenever a judge or case manager or clerk acts where he or she does

36 of 51

Not have jurisdiction to Act, the Judge or Clerk or Case Manager engages in Acts that are A form of treason against the constitution itself, United States v Will, 449 US 200, 216, 101 SCt 471, 66 Led2d 392, 406 (1980); Cohen v Virginia, 19 U.S. (6 Wheat) 264, 404, 5 Led. 257 (1821).

No determination made in the cases referred to can be used. The law as determined by the U.S. supreme court is clear and unambiguous on issues such as the ones being argued in these cases. If a ruling has been obtained under an unconstitutional statute and or legislative

provision And or interpretation of law And or Act, which include Fraud. The law explained if this position is well taken, which it is, it effects the "Foundation" of the "whole" (emphasis added) proceeding. An unconstitutional law And or Act or judicial determination is void, And is if there were no Act, or determination made or done at all, being a structural constitutional error not subject to the harmless error doctrine. This means that no determination made, by not just the 4th Circuit, but the SC District court Also, can be used by the New Jersey District court for the purpose

38 of 51

of transferring these cases or for
any other matter except to remedy the
fraud. The GENERAL RULE is that an un-
constitutional statute and or act and or legis-
lative provision of law, though having the
form and name of law, it is in reality no
law by such acts, but is wholly void and in-
effective for any purpose which in-
clude the NEW JERSEY district court making
use of such determinations, since its
unconstitutionality dates from the
date of its enactment and or when
the act was done.... in legal contem-
plation, it is inoperative as if it had
never been passed or done....since
an unconstitutional law and or act is
void, the general principle follows

39 of 51

that it imposes NO duty (duty of this court to accept it as valid), confers NO rights (RES JUDICATA does not attach), CREATES NO OFFICE (JUDICIAL OR OTHERWISE), bestows NO POWER OR AUTHORITY on ANY PERSON [EMPHASIS ADDED] (MEANING they have NO jurisdiction), Affords NO PROTECTION (they ARE not immune), and justifies NO ACTS PERFORMED UNDER it (JUDICIAL ACTS) .... A void Act cannot be legally consistent with a valid one. An unconstitutional law or judicial determination cannot operate to supersede any existing law or judicial determination (this means the cases cannot be used for determination and the case must be permitted to

40 of 51

move forward under case 1:18-cu-13459,
that the law established before PLRA
and AEDPA were enacted must now
stand allowing us to jointly file and
seek class action certification etc.).
Indeed insofar as a statute and or
legislative provision and or act
run counter to the fundamental
law of the land (ci the constitution)
EX PARTE virginia supra.; SCHWARE
supra.; McBURNEY supra.; indict-
ments are to be adjudicated under
the DUE PROCESS prong to subject
matter jurisdiction), it is superseded
thereby. No one is bound to obey
fraud or an unconstitutional law or
judicial determination and no

44 of 51

courts are bound to enforce it. All laws, rules, statutes (like PLRA and AEDPA) and practices (like the fraud they engaged in to circumvent William v Pennsylvania, 136 Sct 1899 (2016), stealing intellectual property in violation of the Hobbs Act and the expropriation exception to the F.S.I.A.) which are repugnant to the constitution are "null" and "void". Marbury v Madison, 5th US (2 Cranch) 137, 180; Vines v United States, 28 F3d 423 Crim. Law, 463(1), 465(1); Loumiet v United States, 65 Fsupp.3d. 19 (2014); Johnson v United States, - Sct -, 2015 WL 2473450 (US 2015); Montgomery v Louisiana, 136 Sct 718, 193 Led 2d 599, 84 USLW 4063 (US 2016); Gift Outdoors Llc v Consolidation city

of Indianapolis ***, 187 F.Supp.3d. 1002, 1012 S.D. Ill.; Hill v Snyder, 821 F3d 763, 765t (6th cir mich.); People v Solo, N.E.3d, 2017 WL 1838423 (2017); 24 Senatorial Dist. Republican Committee v Alcorn, 820 F3d 624 (4th cir 2016).

In so much, the plaintiffs give the New Jersey District Court judicial notice. Unfortunately there exist another challenge to this courts jurisdiction producing a structural constitutional error. It is perspicuous that the New Jersey District Court has invoked the provisions of the prison litigation Reform Act for they establishing this case. It is per-spicuous that they are invoked

43 of 51

for the HABEAS Corpus filed in this case. challenge towards these legislative provisions are made before the New Jersey District court in this case, and also in the S. Carolina District court seeking a jury trial under case 9:18-cv-01408-TLW-BM as it is for this case. A jury trial is demanded to address this issue. OUR ARGUMENT is clear as seen in both exhibits, "multi-District litigation" and "4th circuit disqualification # 2". The 4th circuit nor any other federal court involved in these matters which include the New Jersey District court also due to case 9:18-cv-01408-TLW-BM being a tag along case, cannot

in violation of my 7th Amendment rights and Due Process pursuant to seeking a trial, adjudicate, make use and or determine an issue that is clearly set before a competent jury with jurisdiction to determine the issue, Curtis v Loether, 415 US 189, 94 sct 1005, 39 Led 2d 260 (US 1974); Pennsylvania Nat. mut. Cas. Ins. Co., v Tanner, 2013 WL 140 425 (DSC 2013); Ortiz v Fibre board Corp, 527 US 815, 119 sct 2295, 144 Led 2d 715 (US 1999); City of Monterey v Del Monte Dunes at Monterey, Ltd, 526 US 687, 119 sct 1624 (US 1999).

This, too, as far as the plaintiffs can determine, would be unconstitu-

tional and void this courts jurisdic-
tion for due process violation.
Federal rules of civil procedure, rule
38 (a)(b)(c)(d) provide that the
right to a trial by jury as declared
by the 7th Amendment to the con-
stitution or as provided by a federal
statute is preserved to the parties
inviolate. Any issue triable by
jury, a party may demand a jury
trial by filing the demand in
accordance with rule 5(d) which
the king khalifah did under case
9:18-cu-01408-TLW-BM sought trans-
ferred to New Jersey under the
multi district litigation rule and
28 USC § 1407 as we also do in

46 of 51

1:18-cv-13459-NLH. This right
+ jury trial cannot be legally
nulled once properly demanded
and can only be withdrawn with
my consent which the 4th circuit
Nor the lower District courts have.
Thus, it would be an abuse of dis-
cretion, a violation of Due Process
and highly inappropriate for this
case to move forward making use
of statutory provisions that are
presently set before a jury to de-
termine their unconstitutionality.
Fed Rules of Civ. Procedure when a
jury trial has been demanded under
Rule 38 the action must be designated
on the docket as a jury trial or

action. The trial on all issues so demanded must be by jury, not the 4th circuit, nor the Dist. District court or any other court involved, unless the parties file stipulations to a non jury trial which we did not do creating a structural error not subject to the harmless error doctrine where this right is inviolate, 119 SCt 1624.

This document is now submitted to establish the stipulations needed to allow this case to move forward. These stipulations are as follows:

(1) Case 9:18-CV-01408-TLW-BM, all other cases sought petitioned

48 of 51

Removed and all other pending Federal cases are to be transferred to Newark New Jersey pursuant to 28 USC § 1407 and the other provisions of law cited, but specifically pursuant to 28 USC § 1407.

(2) All plaintiffs listed with all their property are to be removed immediately into Federal custody.

(3) Issuance of service is to immediately occur in case 9:18-CV-01408-TWW-BM once it is transferred and the parties are to be given notice and allowed to respond to the transfer.

(4) A hearing pursuant to Fed. Rule 16 is to immediately occur

49 of 51

and the United States, SCDC and the SC Attorney General shall be required to demonstrate they timely filed to defeat the affidavits of default and voiding of jurisdiction emerging from case 2013-CP400-0084. If they fail to do this collateral estoppel on any relevant issue in that state case is to be established before the federal court. Discovery in full will issue and SCDC will be immediately required to replace the King-Khalifah's property they have stolen, or destroyed or gave away to inmates as payment for them physically attacking and/or attempting

to Assault him. Venue is to be established in NEWARK N.J. before other Judges besides Judges NLH and KMW. Once it is determined that they failed to timely challenge the affidavits. Judge Austin will be REQUIRED to travel to NEWARK, N.J. where she shall sit upon these cases as Trustee. These are the stipulations presented. The REMAINDER of the issues are to be placed before the jury.

Respectfully
JAHRAH Al mahdi

Yahya muquit
Yahya Muzit

September 27, 2018

51 of 51

Exhibit

File in CASE 18-8022

The United States District Court
The District of Massachusetts et al.

Lawrence L Crawford AKA Jonah
Gabriel Jah Jah
T. Tishbitee et al.,

    Petitioners

CIA

1:14-CV-14176-ADB

Vs.
Students For Fair
Admissions Inc
    plaintiffs

Affidavit

of Service

Vs
The President of
Harvard et. al.,
    defendants

1 of 13

We, the petitioners in the above captioned matter do hereby certify that we have mailed and/or served a copy of an affidavit of facts giving judicial notice; motion to join in the (48) page document dated September 4, 2018 seeking to Intervene; notice seeking leave to appeal, on the 1st circuit, the Boston District Court and all involved parties by US mail postage prepaid by placing it in the institution mail box on October 16, 2018. It is deemed filed that date, Houston v Lack, 287 US 266, 273-76, 108 Sct, 2379 (1988).

2 of 13

Respectfully,

Jahtah Al mahdi

Anthony Cook

Anthony Cook

Robert mitchell

Robert mitchell

Yahya muquit

Yahya Muquit

Joseph Rowland

Joseph Rowland

October 16, 2018

3 of 13

The United States District Court
The District of Massachusetts et al.

Lawrence L Craw-
ford AKA Jonah
Gabriel Jahtah
T. Tishbite et al.
        petitioners

vs.
Students For Fair
Admissions Inc
        plaintiffs

vs

CA

1:14-cu-14176-ADB

Affidavit of Facts
Giving Judicial
Notice; motion to
join in the (48)
page document dated
September 4, 2018
seeking to
Intervene;
Notice seeking
leave to Appeal

The President of    |    Rule 46) Attachees
Harvard College    |    1st Circuit Court.
et al.

    defendants

In the Case 1.14-cv-14176-ADB is
seeking Leave to Appeal.

    To: The US District Court Boston.
        The 1st Circuit Court of
Appeals et al..

    There the 1st Circuit will find:
(1)   A copy of the affidavit of facts
Giving Judicial Notice / motion To
Challenge the US District Courts

-5 of 13

Jurisdiction; motion to transfer
pursuant to the multi district litigation
rule and the seeking of a 3 judge
panel review; motion to intervene
and amend the parties; ***, (40)
pages dated September 4, 2018 that
is filed in case 1:14-cv-14176-ADB.

The 1st circuit and Boston district
court will find:

(2) A copy of the affidavit
of facts giving judicial notice;
supplementing the § 1983 action
renewing all motions, petitions
previously filed pursuant to the
(45) page affidavit of facts dated

6 of 13

September 8, 2018 | the (51) pages dated september 27, 2018 And its (5) page prefix filed in both cases 1:14-cu-14476-ADB And 1:18-cu-13459-NLH.

(3) The Affidavit of facts Giving Judicial Notice ; motion To stay And or Recall the mandate ; motion for Recusal ; *** (19) pages dated October 12, 2018 filed in cases 18-7077 ; 18-6947 ; 18-6954 ; 18-6279 ; 18-6606 ; 17-6925 et Al within the 4th circuit.

For the Record. We give All parties Judicial Notice. The parties Robert Mitchell #262003 ; Anthony Cook #15157 ; Joseph Rawland # 290065

7 of 13

And YAHYA MUQUIT #318455 At Lieber CI join in the (18) page affidavit dated September 4, 2018 seeking to intervene in Case 11:14-CV-14176-ADB. This is sought before the Boston District Court not requiring that the 1st circuit give ruling on this issue. CRAWFORD As Fiduciary via the Attorney powers petitioned for and won under Case 2013-CP-400-0084 where collateral estoppel attaches. He filed for all of us. Thus, our names must be permitted officially added to the court record before the Boston District Court to protect our acquired interest As beneficiaries of the

8 of 13

Trust as is outlined in Exhibit "Trustee"
filed before the Boston court.

We give the court notice that after
the signing of this document on
October 15, 2018. Yahya Muavit has
been transferred as an act of
retaliation and machination to hinder
our working on this case collectively.
This is another reason why the other
parallel plaintiffs felt it was necessary
to now officially join in the inter-
vention to protect our acquired
interest.

Based upon the filing now
attached. We motion to disqualify

9 of 13

the 4th circuit in its totality. Any holding coming out of that court cannot be used by any court except to remedy the fraud or the proceedings in question becomes unconstitutional and voids all courts involved jurisdiction, Loumiet v United States, 65 FSupp3d 19 (2014); montgomery v Louisiana, 136 SCt 718, 193 Leded 599, 84 USLW (US 2016); Hill v Snyder, N.E.3d, 2017 WL 1838423 (2017) 24 Senatorial Dist Republican Committee v Alcorn, 820 F3d 624 (4th Cir 2016).

Inasmuch, the Boston District court failed to give us notice of the hearing that occurred in this case

10 of 13

On October 15, 2018 conspiring with
the judges in the 4th circuit who
had a hearing scheduled the same
exact day to in acts of fraud upon
the court make the issues moot
to prevent the hearing where it
would be required that the def-
fendants respond to prove they
timely responded to defeat the
affidavits emerging from case 2013-
CA-400-0084 where collateral estoppel
attaches creating a jurisdictional
bar under case 1:14-cv-11176-ADB.
Thus any ruling coming out of the
hearing that occurred on October

11 of 13

15, 2018 must be construed As A final
ruling on our seeking to intervene
have the required hearing where
we be called before the court under
Federal Rule 16, our right to establish
collateral estoppel and for class Action
certification allowing us to seek leave
to appeal before the 1st circuit,
Joe Kornoo v Helwig, 2017 WL 4898260
(DC md 2017); Bonner v Kilmore, 2017
WL 1057633, * 11 plus Ala.; Strong v U.S.
57 FSupp.2d 908, 1999 WL 543737 (NDCali
1999); Intelligent Verification Systems
LLC v microsoft Corp, FSupp3d, 2015 WL
846012 (ED Va 2015); montgomery v
Internal Revenue service, FSupp3d

12 of 13

2018 WL 953331 (DDC 2018) ; IN RE
Whole Sale Grocery Products Anti Trust
Litigation, 849 F3d 761, 96 Fed. R.
Seru. 3d 1207 (8th Cir 2017) ; Alida-Katila
v US Bank National Association, 2016
WL 4992464 (NID Cal 2016). Therefore,
this is also Notice seeking leave to
Appeal. The Boston District Courts
Jurisdiction is Now divested.

Joseph Rowland
Joseph Newland

Respectfully,
Jahjah Al Mahdi

Yahya Muquit
Yahya Muqif

Anthony Cook
Anthony Cook

October 15, 2018

Robert Mitchell
Robert Mitchell

13 of 13

Exhibit

Filed in Case 18-8022

I

The United States District Court
The District of Massachusetts

LAWRENCE L CRAW-
ford AKA JONAH
Gabriel JAHJAH
T. Tishbite et AL.
        petitioners

C/A

1:14-CV-14176-ADB


Affidavit of

SERVICE


vs.
Students for Fair
Admissions Inc. The
President of Harvard
College et AL.
        defendants

```
  F I L E D
 Clerk's Office
 USDC, Mass.
Date 10/5/2018
By _____ TD.
  Deputy Clerk
```

1 of 48

I, JAHJAH AL MAHDI, do hereby certify, that I have mailed and or served A copy of an affidavit of facts giving Judicial Notice; motion to challenge the US District Courts Jurisdiction; motion to transfer pursuant to the multi district litigation rule and the seeking of a 3 Judge Panel review; motion to Intervene and amend the parties; motion for a Pretrial and or Evidentiary hearing; motion for Federal custody and motion to motion Therefor pursuant to Federal rules 18, 19, 20; 16 (a) (5) (2) (I);

2 of 48

24 (a) (2) (b) (1) (B) ¦ 6.2 ¦ 6.3 ¦ 57 VI.01;
60(b)(3) ¦ 28 USC §§ 1404, 1407, 1455(c),
1602-1612 et. seq, on the Masachussetts
District Court and all involved parties
by US mail postage prepaid by
depositing it in the institution
mail box on September 29, 2018.
It is deemed filed that date,
Houston v. Lack, 287 US, 266, 273-76,
108 sct 2379 (1988).

            Respectfully,
            Jahjah Al Mahdi

September 29, 2018

            3 of 48

The United States District Court
The District of Massachusetts

LAWRENCE L CRAW-
ford AKA JONAH
GABRIEL JAHJAH
T. TISHbite et Al,

petitioner(s)

Vs.

CIA
1:14-CV-14176-ADB

Affidavit of
Facts Giving
Judicial Notice,
motion to challenge
The US District
courts Jurisdiction,
motion to Transfer
pursuant to the
multi District
Litigation Rule
And

4 of 48

Students For
Fair Admissions
Inc.


VS.

the seeking of a
3 judge PANEL
REVIEW; motion
To INTERVENE
and Amend the
PARTIES; motion
For A PRETRIAL
and or EVIDENTIARY
hearing; motion
For FEDERAL
Custody and motion
To motion
THEREFOR pursuant
To FEDERAL RULES
18, 19, 20; 116 (1)(S)(XE);

5 of 48

The President and
Fellows of Harvard
College Et Al
defendants

24 (A)(2)(b)(1)(B); 6.2;
6.3; 57 VI.01; 60(b)
(3); 28 USC §§ 1404,
1407, 1455(c), 1602-
1612 et seq.; Writ
of Error

To the US District Court,
The US Justice Dept,
Attorney Michelle Jurnagee
et. Al,

I, Jahjah Al Mahdi, A member
of the Sole Corporation, Fiduciary Foreign
Sovereign their King, Khalifah, Prophet,
Law Giver, Imam and High Priest of
the (4) Thrones To the Re-established
Global Theocratic State give All

6 of 48

PARTIES Judicial Notice. PURSUANT TO Fed. RULES of Civil Pro., RULES 18, 19, 20 And 24 (a) (2) (b) (1) (B), I motion to intervene in this case. I motion to be Added As A party along with the defendants Harvard University And the Attorney For the NAACP in order to protect my Acquired interest in this case Also PURSUANT to 28 USC §§ 1602 - 1612 et seq. of The Foreign Sovereign Immunity Act. WRIT of ERROR is now filed.

I, Jahjah Al mahdi, Fiduciary Heir, King-Khalifah to The (4) Global Thrones challenge the courts

jurisdiction to even hear this case. Subject matter jurisdiction can be raised at any time, cannot be waived by me and the court shall not fail to take notice or it will constitute an act of fraud upon the court rendering these proceedings unconstitutional which would void your jurisdiction for due process violation as well, GRUPO Dataflux v Atlas Global Group, LP, 541 US 567, 124 sct 1920, 158 Led2d 866 (US 2004); Loumiet v United States, 65 FSupp.3d. 19 (2014); US v Jisdale, FSupp.2d, 2007 WL 2156666 (DSC 2007); Sebelius v Auburn Regional Medical Center, 133

8 of 48

Sct 817, 184 Leded 627, 81 USLW 4053 (US 2013); IN RE: GENESYS DATA Technologies, Inc, 204 F3d 124 (4th Cir 2000); United States v Conrad, 675 Fed Appx' 263, 265 CA4 (N.C 2017); Fox Ex-Rel Fox v Elk Run Coal Co. Inc, 739 F3d 131, 87 Fed. R. Serv. 3d 534 (4th Cir 2014); Us v Denedo, 556 US 904, 129 SCt 2213.

Here the court and parties will find:

(1) Exhibit, "0084 # 1". This is the (32) page Amended complaint dated filed January 16, 2013 in Case 2013-CP-400-0084 out of Rich land county S. Carolina Common Pleas Court.

9 of 48

(2)    Exhibit, "0084 # 2". This is the (73) page complaint dated filed the exact day dated November 10, 2012 that also make up case 2013-CP-400-0084 in Richland County SC.

(3)    Exhibit, "0084 # 3". This is the (96) page complaint dated filed the exact same day dated July 25, 2012 that also make up case 2013-CP-400-0084 in Richland County SC.

(4)    Exhibit, "Judge Lee # 1". These are Attorney letters and Notice of motion scheduling orders related to case 2013-CP-400-0084 and its sister case 2013-CP-400 2294.

Pages 1 and 8 are the initial indica-
tion that these proceedings, including
this case presently before this
court involving Harvard University
constitute multi-district litigation.

Please take notice of pages 2, 3, 7, 9,
10. They indicate that Paul Gunter
and Kristy Kohl made appearance in
this case, are representatives of
the United States and in fraud the
court and parties concealed their
appearance. It is perspicuous by
page (3) of this document and their
E-mail address that we are dealing
with employees of the U.S. Government.
It doesn't matter that the state
defendants defaulted in this case.

The United States did by hiding their APPEARANCE And failing to respond, which binds this court And ALL state parties by the supremacy clause. Voluntary APPEARANCE by A party is equivalent to service. An APPEARANCE MAY be expressly made by A party, such that the court Acquires jurisdiction over the party, by A formal written or oral declaration As the United Nations did filed in this case, or record entry. By these documents filed in this case we have record entry, or it MAY be implied by some Act done with the intention of APPEARING And submitting to the

12 of 48

courts jurisdiction. The receiving by the United States via its Agents of pleadings from the court is sufficient evidence of appearing and submitting to the courts jurisdiction, STEARNS BANK Nat' Ass'n u GREENWOOD FALLS, LP, 373 SC 331, 644 SE 2d 793 Rehearing denied Cert. denied (SC App. 2007) BRANCH BANKING AND TRUST CO. u HUNT, F.Supp.3d, 2015 WL 2173047 (DSC 2015).

PLEASE TAKE Notice of PAGE(s) 4, 5, 11, 12, 13, 14, 19 And 20. It is conspicuous that the King-Khalifah filed " Affidavits of Facts ". Judge LEE made An oral determination of LAW And Fact And Adjudicated, " ma.

13 of 48

Crawford You filed the documents
As an "Affidavit of Facts" but you
Also placed the Word "motion" in
them. If the word "motion" is in
them. I have to Rule on them.
If the Word "motion" is taken out
of the documents. They do not
have to be Ruled on. They stand
Unless timely rebutted by the court
or parties". This oral determina-
tion made by Judge Lee in that
April 3, 2014 hearing to which the
United States is party is also supported
by Federal Law. see McKELVEY v.
Reynolds, FSupp3d, 2016 WL 6518337
(DSC 2016); Clanton v Dolbey, FSupp 2d,

14 of 48

2013 WL 1786416 (DSC 2013); Del Zotto v Universal Physicians Services, LLC, 214 F.Supp.3d. 499 (DSC 2016); Farrara v Quadrozzi Equipment Leasing Corp, 2013 WL 3226735 (ED NY 2013); Anderson v Liberty Lobby Inc, 477 US. 242, 106 SCt 2505, 91 LEd2d 202 (US 1986); In Rei Cleanburn Fuels, LLC, 2014 WL 2987330 (Jue 2014); Williams v Secretary of Veterans Affairs — FSupp3d —, 2015 WL 5935169 (JuD Ala 2015); Miller v Parrish, FSupp 2d, 2013 WL 1868028 (Ua 2013).

In Absence of a written decision on a particular issue for purposes of collateral estoppel party can point to the transcript and or court docu-

ments And or An oral decision
such As the one made by Judge
Lee made in the April 4, 2014
hearing containing findings of fact,
IN RE Smith, 2016 WL 3943710 (Bad
2016), IN RE: QIAO LIN, 576 B.R. 32
(N.Y. 2017), New Hampshire v Maine,
532 US 742, 121 Sct 1808, 149 Ledad
968 (US 2001) Baker by Thomas v Gen-
eral motors Corp, 522 US 222, 118 Sct
657, 139 Ledad 580 (US 1998), Gates
v Strain, 2017 WL 2417051 (ED La 2017).

(5) Exhibit, "Judge Lee # 2". This is
the (92) page Affidavit of Facts, * * *,
filed MAy 13, 2014. The King-Khalifah
And Anthony Cook then followed
Judge Lees oral determination

16 of 48

And then re-filed the default
document due to other fraud occurring,
producing "Judge Lee # 2" as an
affidavit of facts without the word
"motion" in it as was determined
by Judge Lee. This document sat
in the court record unchallenged
by the parties since its filing
until this present date.

(6) Exhibit, "Judge Lee # 3". This is
the (152) page document filed October
1, 2015. The King-Khalifah and Anthony
Cook then filed Exhibit, "Judge Lee
# 3" in the October 1, 2015 hearing,
explaining how jurisdiction can be
voided for unconstitutional action and

17 of 48

DUE PROCESS violation. Also Addressing their other egregious Acts of Fraud in that October 1, 2015 hearing which further constitute these proceedings establish multi-district litigation.

(7)  Exhibit, "Judge Lee # 4". This is the (31) page Affidavit of Facts Filed December 1, 2015. Thereafter, the October 1, 2015 hearing. The King-Khalifah and Anthony Cook then filed Exhibit, "Judge Lee # 4", As An Affidavit of Facts without the word "motion" in it. Judge Lee, the court, the United States government And the other de-

18 of 48

fendants missed the (30) day window allowed by civil Procedure to challenge the document. So they attempted fraud to obtain fraudu- lent protective orders to misrepre- sent the facts and to circumvent their failure to timely respond which were void ab initio due to removal, which further voided their jurisdiction by this additional fraud being unconstitutional. They did not appeal or seek to challenge the filings which make them correct and valid. Judge Lee, the court, the United States govern- ment, nor the defendants

19 of 48

challenged the Affidavits. Their silence is Acceptance being Uncontested Affidavits of Facts, N.L.R.B v Amax Coal Co., ... Div of Amax Inc, 453 US 322, 101 SCt 2789 (US 1981) Himmelbys management Co. LLC v Affiliated F.M. Insurance Co. 152 FSupp. 3d 159 (2016); BAUER v Quest Communicators Co. LLc, 743 FSupp3d 221 (2014); Global Tech, 131 SCt 2060 (US 2011).

(8)  Exhibit, "muavit #1". This is the (7) page Affidavit of Facts dated July 9, 2018 filed in CASE 8:17-CV-1804-TRBH-JDA.

(9)  Exhibit, "muavit #2". This is

20 of 48

the (20) page Affidavit of Facts dated August 2, 2018 filed in CASE 8:17-cu-01804-RBH-JDA. I motion to expand the scope and all documents filed in this case and its parallel sister cases now be deemed filed in this case.

(10) Exhibit, "Sovereign Citizen - Not". This is the (85) page document dated October 2, 2009. Please take notice of page (60) of the (85) page document. This is where Affirmative Action was argued before the court in case 2013-CP-400-0084 and defaulted on by the United States. As it was in other

documents filed in the state case to which the United states is party. This document further substantiate that this is no frivolous "Sovereign Citizen" claim.

(11) Exhibit, "FBI Report". The court will see the issue of Affirmative Action discussed and argued in this document as it is in Exhibit, "MY Ovit # 2".

I motion to intervene and to Amend to be added as a party in this case. Collateral estoppel attaches to any claim involving Affirmative Action without my consent. It is under my legal protection and fiduciary obligation as Martin Luther King The

22 of 48

SUCCESSOR, As King-Khalifah of the
True-United Ethiopian Empire which is
one of the (4) Global Thrones, All
this defaulted on by the United
States emerging from CASE 2013-CP-400-
0084 giving me legal standing to
intervene and protect my interest
pursuant to Federal Rules of Civ Pro,,
Rules 18, 19, 20 and 24(a)(2)(b)(4)(B) Also
28 USC §§ 1602-1612 et-seq. A Non party
to the action can claim estoppel. I
officially challenge this courts
jurisdiction to hear this case. Best
v BANK of America N.A. 2015 WL
5124463 (ED N.Y 2015); WORKMAN v
City of SYRACUSE, 2015 WL 300435
(NDS N.Y 2015); BEASTIE Boys v MONSTER

23 of 48

ENERGY Co., 2015 WL 736078 (SDNY 2015).

I object to any claim of frivolous due to I, by DUE PROCESS LAW filing legal action to establish these rights heared before a competent court having jurisdiction to determine these claims. Thus I am not infringing upon rights that have not been legally established. Once Sessions entered this case via the US Justice Dept as a party. Collateral estoppel attaches and the United States, which include this court, is procedurally barred from challenging this claim due to the default and voiding of jurisdiction emerging from case 2013-CP-400-

24 of 48

0084. The US Supreme Court deter-
mined in the case of US v Lamie, 75
US 185, 200-01, 19 LEd 445, 449(US 1868)
that once I've entered these documents
in the court record the District court
must give the same preclusive effect
as it emerges from the state court.
The Supreme Court further determined
that once I filed these documents
within the court Record. The only
thing the court can do is conduct a
pretrial or evidentiary hearing to
give the United states Government
opportunity to demonstrate why
they have not been given a fair
opportunity to respond to the affidavits
of facts establishing the default and
                    25 of 48

voiding of jurisdiction which they cannot do because instead of taking the opportunity to timely respond they chose fraud. Thus, I motion for and respectfully demand a hearing pursuant to Fed. Rule 16 (a)(5)(2)(I). Once I have served this court and defendants the pleading now filed the court is required to conduct a pretrial hearing to address the claims of collateral estoppel before this case proceeds any further due to the default, voiding of jurisdiction emerging from case 2013-CP 400-0084, as well as their fraud, obstruction of justice and dilatory behavior on

26 of 48

the part of the United States govern-
ment, Jeff Sessions and Donald Trumps
boys placing them in forfeiture where
this claim of collateral estoppel establish
a legal challenge to this District
courts jurisdiction, US v Lane 75 US
185, 200-01, 19 Led 445, 449 (US 1868)/
Looney v City of Wilmington Del, 723
F.Supp. 1025 (DC Del. 1989), In Re: Riggle,
389 B.R. 167 (D Colo 2007)/ In Re: Bundick,
303 B.R. 90 (ED Va 2003). The court is
barred from raising any issue which
was adjudicated in a former suit and
all issues which could have been raised
in that former suit. The essential
elements of Res Judicata and or
collateral estoppel are identity of
27 of 48

parties which mean once Sessions and the Justice Dept. intervened. This opens the door for me to intervene and protect my and my peoples interest as fiduciary heir, king, Khalifah to the (4) Global Thrones; identity of the subject matter, in this case it is Affirmative Action, for which as Martin Luther king Jr.s successor, and due to protections now by law established to preserve Affirmative Action in its original integrity emerging from case 2013-CP-400-0084 to which the United States is party, jurisdictional bar exist; and Adjudication in a former suit. The issue of Affirmative Action being preserved in its original integrity is part of the Adjudication

28 of 48

in CASE 2013-CP-400-0084 and is pro-
cedurally barred in any further attack
by any one as is decreed by the Foreign
Sovereign Crown and Due Process Law,
IN RE: GUY, 552 B.R. 89 (DSC 2016), HAY
Group MANAGEMENT, INC v. Schneider
— FSupp.3d —, 2018 WL 655595 (ED Pa 2018),
SARA Y. Wilson, Appellant v Charleston
County School District Respondent —S.E.3d—
2017 WL 1075196 (SC 2017), Hardwick v.
Bank of America N.A., 2016 WL 3563083
(DSC 2016), KEARNEY v Foley and Lardiner
LLP, 2016 WL 5405552 (2016).

(12) Exhibit, "Foreign Sovereign
#1". This is the Affidavit of Facts
Giving Judicial Notice ( **** (34)
Pages dated December 20, 2017
29 of 48

filed in the pending Federal cases.

(13) Exhibit, "Foreign Sovereign #2". This is the (70) page Affidavit of Facts Giving Judicial Notice, ××× dated October 5, 2017.

Please take notice of pages (35) through (60) of the (70) page document. I give the court and parties official notice that I am invoking all superseding Attorney, Judicial and legislative power of the Sole Corpora-tion and Foreign Sovereign Crown which is binding upon this court due to default and collateral estoppel emerging from case 2013-CP-400-0084.

30 of 48

Unless A hearing is conducted where Sessions And his Trump flunkies prove they timely challenged to defeat the Affidavits of default And Voiding of Jurisdiction this Court And parties Are bound by your oath of office to uphold the Constitution where these Now legally established Rights Are protected Under both Article I section 10 And Article IV §2 to Acknowledge All Rights, titles And immunities of the Sole Corporation Jahjah Al mahdi As Due Process Requires.

(14) Exhibit, "NFL players". this is the document sent to the NFL players by me via friends

31 of 48

who E-mailed it to their face
book Accounts And the Black sports
WRITERS). I am the Black bpressiah.
Note the date of the document.
When the NFL notified the public
And Players of their inthent to
place sanctions on them I intervened
And sent them this document. A
month later the NFL withdrew
the document that established the
sanctions. I caused this which was
hid from the public. If I stepped
up to the plate to protect the
African Americans who are football
players. If I intervened by my
Fiduciary duty to protect them. What

32 of 48

Would make anyone think I would Not fight like a whirlwind from God Himself to protect and preserve this legislation my fore fathers and fore mothers along with their dedicated white brotherly fought for and died, sacrificing their best blood to establish and preserve? As fiduciary King-Khalifah to the (4) Global Thrones I motion to intervene and to Amend the parties and my name be established within this case to exercise my right to establish collateral estoppel.

(15) Exhibit "New Jersey". This is the affidavit of Facts Giving Judicial Notice | #∞ (27) pages dated

33 of 48

JANUARY 16, 2018 that is also being ARGUED within the state of NEW JERSEY pursuant to CASE 2:18-CU-10129-JLL that is Attached to A § 1983 Action being processed to transfer all CASES to which I AM A party even As Tag-Alongs. I Give the COURT Judicial Notice. Once I have officially motioned to Inter vene in this CASE. The provisions of the Prison Litigation Reform Act Now Attaches. Thus, A structural ERROR Now Attaches to this CASE where constitutional challenge is being Made Under CASE 9. 18-CU-01408-TLU-BM And it too, with this CASE, must be

34 of 48

placed before the jury as well which further establish that these are now multi-district litigation proceedings even related to every state that allows same sex marriage where this nation arrested, attached or executed the intellectual property of the foreign sovereign crown. This too is defaulted on under case 2013-CA-400-0084 barring challenge by any court due to collateral estoppel, Clark v United States 2017 WL 390294 (Jlc 2017).

(16) Exhibit, "Trustee". This is the mandamus that makes up case 16-2289. It establishes Judge Austin's exclusive jurisdiction over these proceedings. It explains the "Trust"

35 of 48

that all Christians, Muslims, Jews,
Africa and its diaspora are required
now by law to protect due to the
default and protected by due process
and Article 1 section 10 and Article
IV § 2 of the US Constitution which
all of you by your oath of office are
bound to acknowledge within all
court records, United States v Apple Mac
Pro Comp. — F3d —, 2017 WL 104 610-5 (3rd Cir 2017).

(7) Exhibit, "Trustee / 4th Circuit".
This is the affidavit of facts giving
Judicial Notice! *** (56) pages
dated May 8, 2018 that supports the
claim of Trustee now being established
over these cases which is an
additional challenge to this

36 of 48

courts jurisdiction. Once jurisdic-
tion is ACQUIRED, it is exclusive where
Judge Austin is designated via Writ
of Commission by the Sole Corporation
and the Foreign Sovereign Crown,
Fifth Third Bancorp v. Dudenhoeffer,
134 Sct 2459, 189 Led 2d 457 (US 2014);
Jobes v. Forbes, 341 P.3d. 1041, 2015
Wy. 3, Jan, 2015 ; Trustees of Dartmouth
College v. Woodward, 17 US 518, 1812
Wl 2201 ; Presault v. I.C.C., 494 US 1,
110 Sct 914, 108 Led 2d 1 (US 1990) ; Brown
v. Brown, F.Supp.2d, 2013 Wl 2338233
(DCKY 2013) ; American Mut. Liberty
Ins Co. v. Ply Woods Plastics Corp, 81
F.Supp. 157 (DSC 1948) ; Omrah v. The
New York City Dept. of Educ, F.Supp.3d,

37 of 98

2015 WL 424 0733 (N.Y.D.C. 2015),
SANDRA J. KOTTMAN Plaintiff v. United
States, 2017 WL 4185481 (W.D. Missouri
2017), SEE CASE 1:18-CV-13459-NLH in N.J.

(18) Exhibit, "TRANSFER". This
is the Affidavit of Facts Giving
Judicial Notice 1 *** , (36) pages
dated August 18, 2018 filed within
All Federal Cases. It was recently
served on the Federal Attorney
of the District of South Carolina,
The US Justice Department, the
SC Attorney General, The New
Jersey District Court attached to a
§ 1983 Action being processed as
we speak and all other necessary
parties including the SC Dept.
38 of 48

of corrections. This case is now
a tag along case. I am seeking
this cases transfer to Newark
New Jersey. You want to address
issues that can potentially effect
African Americans to their
detriment? Well then lets
establish venue before the
appropriate court where they as
a jury can have a fair say-so
in the matter. Transfer of
venue pursuant to 28 USC § 1407
now attaches. Appeal review is
sought and by the superseding
power and authority of the Foreign
Sovereign Crown. This case is
transferred to New District

39 of 48

in NEWARK N.J. 50 Walnut Street
07101 Under the multi-district
Litigation Rule(s) 6.2 And 6.3. Lets
bring this fight to the beach sands
to give us litigants A little bit
more elbow Room to battle.

(19-21) Exhibits "Page 1-3":
This is the (34) page complaint,
dated March 6, 2007, the intake
sheet from SLED Case 550104, the
INWA Application that makes up Case
04-385 pending in Richland County SC.
For the Record. The (34) page complaint
also is AN intrinsic part of the
pleadings Under Case 2013-CP-400-
0084 defaulted on by the United

states. Look at the intake sheet from sled file 550jcly. This is where the evidence of actual innocence is concealed to which the Justice Dept. and United States are privy. Look at the cause of death. Note that it is after the autopsy was completed. If the King Khalifah allegedly murdered his child why is this file stating the cause of death is "mal nourishment" and there is a question mark by the word "trauma?". Its because she never died of a beating. They, these klansmen dogs, like their David Dukes yellow dog of a President, concealed evidence of actual innocence to allow them to produce false

forensic evidence to prevent me in the future from doing what I am doing now. That is protect affirmative action as the Black Messiah, Martin Luther King Jr's successor. I want this evidence pursuant to discovery via the pretrial hearing and I want that DNA in Johnny Fellers possession, the Kershaw County Coroner, tested to Michael Lee before these cases proceed. Lets get at the truth of exactly what's going on here with Jeff Sessions and Yellow Dog Trump being privy to it.

I and the parallel parties renew our motion, even before

42 of 48

this court for an investigation
by an independent source other
than the US Justice Dept. Attorney
Michelle Jurnagiee by your oath of
office to uphold the constitution. It
is your duty also to see that this
is done. This include that you
ensuring that all documents
filed in case 2:17-cv-1300-RMG-MGB
are obtain and filed in this case
as well as those filed in cases
9:17-cv-4440-TLW-BM and 9:16-cv-
3808-TLW-BM and 8:17-cv-01804-RBH-
JDA. We want the required pretrial
hearing to establish in the court
Record all of these jurisdictional
facts. All Exhibits are filed with court

43 of 48

We motion to be taken into Federal custody pursuant to 28 USC § 1455 (c) and we be taken to a pre-release camp, the nicest one you can find. Case 2013-CP-400-0084 is a "False imprisonment tort" challenging conviction which is legally won. Non party collateral estoppel attaches to the parallel parties subject to tag along actions. This include being moved with all their personal property without exception and legal boxes. All parties listed except Jason Gourdine are motioned to be removed from

44 of 48

state custody And We be sent
to a federal pre-release camp
together, held at one such camp,
within (10) days of the filing
of this pleading. Attorney Sessions
And Attorney michelle JURNAGEE,
You both pursuant to your oath
of office to uphold the constitution
Are to see that this is done to
allow us to expedite these judicial
proceedings in a timely fashion.
The convictions Are Already
invalidated And have been
since February 2016 due to
the default And voiding of
jurisdiction emerging from
45 of 48

CASE 2013-CA-400-0084. I give All
parties notice that all exhibits
referred to within this document
are filed with the District court.
please obtain them electronically.
Justice and fairness must prevail.
Lets move this case to give me
a little more elbow room to battle.
The deepest fear of the servants
of the most high God, is not that
we are inadequate. Their deepest
fear is that we are more powerful
beyond measure, more powerful
than we could ever possibly imagine.
you might then say, what right do
we have to be fabulous, beautiful,

46848

intelligent, strong, courageous, pious, righteous servants of the one true God? The reality is. What right do we have not to be? What right do we have not to accept the clear, the divine decree of our God? Each generation out of relative obscurity must discover their mission in life and either fulfill it, ... or betray it. Our mission in life, as global holy believers of Christianity, Islam, Judaism, of Africa and its diaspora, is to serve the God who created us, with all of our hearts, with all of our strengths, with all of our spirits, with all of our might, who is one God, having no partners to share in His glory. He is the God of

470848

Abraham, Isaac, Jacob, moses, Christ and muhammad, the one True God whom we all serve. If we have not in life discovered something worth dying for, like this legislation our forefathers have sacrificed their best blood to establish,... then we are not fit to live! We shall not betray ourselves nor our mortal souls which is the heart of this mission we embark. We shall manifest the Glory of our God. And when we do this. We give others the courage to do the same, Commonwealth of Virginia v Ayem El, Defendants, 2016 WL 4507814 (ED Va 2016).

Respectfully
Jahiah Al mahdi

September 4, 2018

48848

Exhibit

Filed in CASE 18-8022

2

9

The Court of Appeals
For The Fourth Circuit et al.,

Petition From South Carolina
Case(s) 8:17-CU-1804-RBH-JDA et al.,

Docket No.(s) 18-7077; 18-6947;
18-6953; 18-6279; 18-6606; 17-6925;
et al.,

Lawrence L Crawford AKA Jonah
Gabriel Jahjah T. Tishbite et al
                                    Petitioner(s)

Vs

Judge Robert E. Hood et al.,

1 of 19

defendants

## affidavit of service

We, JahJah Al mahdi, et. al.
do hereby certify, that we have
mailed and or served a copy of
an Affidavit of Facts giving Judicial
Notice; motion to stay and or Recall
the mandate; motion To challenge
the 4th circuits jurisdiction and for
Forfeiture; motion For A Reset And
or extension of Time to be in
compliance to the courts order
And motion to motion Therefor,
on the senior chief Judge And

2 of 19

4th Circuit Appeals court, by us mail postage prepaid by placing it in mail box on October 12, 2018 but due to HURRICANE michael it may not be picked up until October 15, 2018.

Respectfully,

JAH-JAH Al mahdi

Anthony Cook

Anthony Cook

Yahya muavit

Yahya Mazel

Robert mitchell

Robert mitchell

Joseph Rowland

Joseph Rowland

October 12, 2018

3 of 19

The Court of Appeals
For The Fourth Circuit et al.

Petition From South Carolina
Case(s) 8:17-cv-1804-RBH-JDA et al.,

Docket No.(s) 18-7077; 18-6947;
18-6953; 18-6279; 18-6606; 17-6925
et al.,

Lawrence L Crawford aka Jonah
Gabriel JAH JAH T. Tishbite et al.,
petitioners

Vs.

Judge Robert E Hood et al.,

4 of 19

defendants

Affidavit of facts Giving Judicial
Notice ; motion To stay And or
Recall the mandate ; motion for
Recusal ; motion To challenge the
4th circuits jurisdiction And for
forfeiture ; motion for A Reset And
or extension of Time to be in
compliance to the courts order
And motion to motion Therefor

To: The 4th Circuit Court of
Appeals et al.

There the court will find:
(N) Exhibit, "Recusal", This is
5 of 19

A copy of the Affidavit of Service
and Affidavit of Facts Giving Judicial
Notice; supplementing the § 1983 Action
Renewing all motions, petitions previously
filed pursuant to the (15) page Affidavit
of Facts dated September 8, 2018;
challenging further the NJ District
Courts jurisdiction; filing stipulations
and motion To motion Therefor,
filed in Case 1:18-cu-13459-NLH-KMW.

Insomuch, the petitioners file this
document in good faith not being
a delay tactic which is filed to ensure
that all relevant facts are
established within the court
Record before these cases proceed

6 of 19

Any further which is our right of
DUE PROCESS. It is our intent to
bring facts before this court that
WHERE NOT CONSIDERED in past pleading.

It is the petitioners position that
the Judges closing the cases sub judice
was not merely an Act of FRAUD
upon the court based solely upon
their own Actions. It is our claim
that the 4th circuit Judges involved
in these cases, conspiring Across
multiple state And Federal
jurisdictions within courts to which
they had no power or jurisdiction
at the time, due to the cases
not yet being on Appeal. The

7 of 19

4th circuit judges listed as defendants
and those supplemented, got the
district court judges to close the cases
when they did not have jurisdic-
tion, where that jurisdiction was
divested pursuant to Federal Rule 73(c)
once we appealed the magistrate
judges order. The 4th circuit judges
knew we were right, that there
existed a structural error pursuant
to the US supreme court holdings
under William v Pennsylvania, 136
sct 1899, 195 Led 2d 132, 84 USLW 4359
(US 2016), where they were conspiring
under color of law and or authority
violating their oaths of office, by

8 of 19

either sitting upon their own cases
and or sitting when the potential
for bias rises to an unconstitutional
level. Thus, in order to circumvent
the structural error that now
existed in these cases, violating their
oaths of office to uphold the Constitu-
tion as well as violating Article III
section 1 not holding their office in
good faith. The 4th Circuit Judges
within jurisdictions for which their
jurisdiction has not yet been
required, got the District Court Judges
to close the cases to make it
appear as if they were not sitting
upon their own cases that were

presently pending. If the cases went up to the 4th circuit at the magistrate level without a final order. Legally they would be sitting on their own cases. So the 4th circuit judges instructed the District Court judges to conclude the cases even though their jurisdiction was divested due to appeal, to allow the 4th circuit judges to inappropriately entertain jurisdiction over these cases by fraud for the purpose of conspiring to render the claims moot and attach res judicata and or collateral estoppel. This was also conspired to be done to help the state

Actors in the pending state cases
and to prevent the transfer of these
cases to the state of New Jersey
pursuant to 28 USC § 1407. Therefor,
we motion for all Judges who reside
upon the captioned cases Recusal
and disqualification, William v Penn-
sylvania, 136 Sct 1899 (2016).; 28 USC 455.

By the aforementioned, we also
challenge the 4th circuits jurisdiction
and motion for forfeiture due to
the Fraud. All the proceedings in
question have now become un-
constitutional and void and is as if
there is no law determined at all
whether it be your past determi-

11 of 19

Nations or any yet to come. We motion for forfeiture.

No determination in these cases can any longer bie used by this court or in any other court due to the fraud that produces them voiding your jurisdiction ab initio. The law determined by the U.S. supreme court is clear and unambiguous on issues such as the ones being argued in these cases. If a ruling has been obtained under an unconstitutional statute and or legislative provision and or interpretation of law and or act, which include fraud the law explained if this

12 of 19

position is well taken, which it is,
it effects the "foundation" of the
"whole" (emphasis added) proceeding.
An unconstitutional law and or Act or
judicial determination is void,
and is as if there were no Act, or
determination made or done at
all, being a structural constitutional
error not subject to the harmless
error doctrine. This means that
no determination made, by not
just the 4th circuit, but the district
court also, can be used by any
court or New Jersey district court
for the purpose of transferring
these cases or for any other matter

Except to remedy the fraud. The general rule is that an unconstitutional statute and or act and or legislative provision of law, though having the form and name of law, it is in reality no law by such acts, but is wholly void and ineffective for any purpose which include the New Jersey District Court making use of such determinations, since its unconstitutionality dates from the date of its enactment and or when the Act was done .... in legal contemplation, it is inoperative as if it had never been passed or done .... since an unconstitutional law and or act is void, the general

14 of 19

principle follows that it imposes no duty (duty of any court to accept the 4th circuit rulings as valid), confers no rights (Res Judicata does not attach to allow the N.J. court to act), creates no office (judicial or other wise), bestows no power or authority on any person [emphasis added] (meaning the 4th circuits jurisdiction is made void), affords no protection (the 4th circuit judges and conspiring parties are not immune), and justifies no acts performed under it (judicial acts).... A void act cannot be legally consistent with a valid one. An unconstitutional law or judicial determination this means the

4th circuit and SC District court cases cannot be used for determination and the case must be permitted to move forward under case 1:18-cu-13459, that the law established before PLRA and AEDPA were enacted must now stand allowing us to jointly file and seek class action certification etc.). Indeed insofar as a statute and or legislative provision and or Act run counter to the fundamental law of the land (ei the constitution; Ex Parte Virginia supra; Schware supra; McBurney supra.) indictments are to be adjudicated under the due process prong to subject matter

16 of 19

JURISDICTION), it is superseded thereby.
No one is bound to obey FRAUD or
an unconstitutional law or judicial
determination and no courts are
bound to enforce it. All laws, rules,
statutes (like PLRA and AEDPA) and
practices (like the FRAUD they engaged
in to circumvent Williams v Penn-
sylvania, 136 Sct 1899 (2016), stealing
intellectual property in violation of
the Hobbs Act and the expropriation
exception to the J.S.I.A.), which are
repugnant to the constitution are
"null" and "void", Marbury v Madison,
5th US. (2 cranch) 137, 180 ! Vimes v
United States, 28 F3d 1123 crim. Law
1163(1), 1165.(1) ! Loumiet v United States,

17 of 19

65 FSupp3d 19 (2014) ; Johnson v. United States -- Sct --, 2015 WL 2473450 (US 2015) ; Montgomery v Louisiana, 136 sct 718, 193 LEd 2d 599, 84 USLW 4063 (US 2016); Gift outdoors LLC v Consolidation City v Indianapolis ***, 187 FSupp 3d. 1002, 1012 STD ILL.; Hill v Snyder, 821 F3d 763, 765 + (6th cir mich); People v Solo, N E 3d, 2017 WL 1838423 (2017); 24 Senatorial Dist Republican Committee v Al Corn, 820 F3d 624 (4th cir 2016).

Therefore, by the aforementioned. We motion for the Recusal of every Judge who preside over these cases. It is our contention that they all were privy to these injustices if not

directly involved. We challenge the courts jurisdiction in these cases and motion for forfeiture. We motion to stay and or recall the mandates in all cases captioned if such is needed. We motion for reset on any time given by the 4th circuit to be in compliance to the order to place these cases in proper form curing any default until the motions in question are ruled on.

Robert Mitchell

Joseph Rowland
Joseph Rowland

October 12, 2018

Respectfully,
Jahjah Al Mahdi

Anthony Cook
Anthony Cook

Yahya Muait
Yahya Magil

190 of 19

Exhibit

Filed in Case 18-8022

2

LAWRENCE L CRAWFORD AKA

JONAH GABRIEL JAHJAH T. Tishbite

#300839 Edisto A-16

Lieber CE P.O. Box 205

Ridgeville, SC 29472


IN RE : CASE 9:18-CV-1408-TLW-BM

AND moving me back to WANO

DORM

To: WARDEN WilliAMS,

DIRECTOR Stirling,

SCDC GENERAL COUNSEL,

ADA COORDINATOR,

US DISTRICT COURT.


You mailed us to Edisto from

WANDO DORM despite the protective

1 of 9

order filed in the above captioned
case. I was told you had a security
concern due to the inmates coming
out of their cells during lock down.
You have now addressed your security
concern by placing the appropriate
security devices on the doors. Many
inmates you have already moved
back to Wando dorm. Also you have
now placed me in a position where
there exist a physical threat to my
safety. In the past and presently
I am arguing the various physical
assaults that has occurred against
me since my captivity before the
courts. Now by transferring me to
2 of 9

Edisto Dorm you have now placed me in the dorm where one of the perpetrators in one of the past physical Assaults now reside. This person is on Edisto B-side, but by is being in the same Dorm you have now given him potential direct Access to my person if he decides to engage in any further Assaults. His NAME is Jonathan. I don't know his last NAME. He is from Kershaw County. He was one person involved in that particular Assault upon my person. Now since you have done this move, in Acts of what I feel is Retaliation. You have now placed

3 of 9

my life in potential mortal danger
which has occurred by your officers
in the past when I was at McCormick
and Lea. If I am not moved back to
Wano or Steno. There is no telling when
an attack can potentially occur
Get me move back to Wano Dorm
and placed back in my prior cell.
If you have other inmates placed
in WA-127 move them and place
me back where I was. You should
have never moved me from Wano
Dorm in retaliation in the first
place. You could have easily placed
me on Wano C to side. Get me
moved to Wano or Steno Dorm due
to this potential threat of physical

4 of 9

harm. You have me in harms way I dont want PC because it would hinder my ability to access the law library when needed to argue my legal cases before the court. It will restrict my ability to be in contact with and work with the other inmates who are parties in our filed actions before the court. You should have never moved them or me. Even if the need related to placing locks on the doors was urgent. We should have been moved back by now since those repairs are completed. This is the damage, in part, that has now occurred by this action. Please have me moved

Sofa

back to Wanda and placed back in my old room and make sure they have the lights on for me from 5:00 pm until 11:00 pm (5) days weekly to allow me to work on my court deadlines.

Lastly, you moved me to this dorm and now we have no place to pray due to stupid inmates that where in this dorm prior to us, going out the window of the day rooms at night to get "footballs" (CONTRABAND). They have now welded a cage blocking access to the day rooms which include the room that was assigned to us to conduct congregational prayers. In

689

Acts of retaliation You have now denied me the ability to meet my religious obligations WHERE I AM REQUIRED to MAKE those (5) PRAYERS in congregation daily AS A muslim. EVEN SCDC policy REQUIRE WE AS muslims be given A clean room free of distractions that would permit US to PRAY in congregation. I had such A room WHEN I WAS on WARD A & B side. Now in retaliation I no longer have this and we can't in this Dorm properly make the REQUIRED congregational prayer (5) times daily which is mandatory, obligatory by my RELIGIOUS teachings. This places A substantial burden

709

on my religious observance in violation of federal law and the US constitution.

Also this dorm from what I was told is subject to top tier, lower tier release from our cells which did not attach to Wando dorm. This means on those down phases I will be prohibited from attending religious service as they have repeatedly done in such dorms in the past. This to places a substantial burden on my free exercise of religion. This is my informal resolution and exhaustion of state administrative remedies under ADA. You have

EOP9

(10) days to fix this or legal Action shall follow. Please make Joseph Rowland and Anthony Cook break with me to Allow us to continue to work on our legal cases collectively. Please do not place me in A position where I will be forced to supplement the captioned case to add these additional causes of Action. Stirling, Williams, Sheppard, Montell, Clarke and Belton did this.

Respectfully,

Jahziah Al mahdi

October 8, 2018

9 of 9

Exhibit 2

The United States District Court
The District of Massachusetts et al,

Lawrence L Crawford
aka Jonah Gabriel
Jah Jah Tishbite
et al
     Petitioners

    vs

students for Fair
Admissions Inc
    plaintiffs

    vs
The President of
Harvard College
et al,
    defendants

CIA

1:14-cv-14176-ADB
2013-CP-400-0084


Affidavit of

SERVICE

1 of 6

I, JAHJAH AL MAHDI ET AL, do hereby certify that I have mailed and or served a copy of an affidavit of facts Giving Judicial Notice; Supplementing the motion to Intervene; Petition To Remove on the Boston District Court, the 1st Circuit, Richland Court and all involved parties by US mail on December 2, 2018. It is filed that date, Houston v Lack, 287 US 266.

Respectfully,
JAHJAH AL MAHDI

December 2, 2018

222

The United States District Court
The District of Massachusetts et al,

Laurence L Crawford
aka Jonah Gabriel
Jahjah T. Tishbite
et al
      Petitioners

Vs.

Students for Fair
Admissions Inc.
      plaintiffs

Vs
The President of
Harvard College
et al
      defendants

CIA
1114-CV-14176-ADB
2013-CP-400-0084

Affidavit of Facts
Giving Judicial
Notice; Supplementing
the motion to
Intervene; Petition
To Remove

3086

To: The 1st Circuit Court of Appeals,
The Massachusetts District Court,
The Richland County Court of
Common Pleas et al,

The petitioners motion to supplement the motion to Intervene in this case. Though this case is presently on Appeal in the 1st circuit establishing case 18-8022. This filing is being filed under the exception rule to this case being on Appeal in that it is filed to maintain the cases status on Appeal. Thus the filing must be permitted.

The petitioners filed on
4 of 6

November 16, 2018 An Affidavit of Facts Giving Judicial Notice, (35) pages dated November 9, 2018. CASE 2013-CP-400-0084 WAS Removed to CASE N. 18-CU-13459-NLH to protect it. DUE to the EXTRA TERRITORIAL CONSPIRACY engaged in by Judge BURROUGHS that protection has been stripped by Acts of FRAUD UPON the COURT. To correct this injustice CASE 2013-CP-400-0084 Which is the SOURCE of the CAUSE Establishing the intervention in CASE N. 16-CU-14176-ADB it is Now petitioned to be removed to CASE N. 16-CU-14176-ADB to RE-Establish the protection that WAS placed around it that WAS stripped by the

5 of 6

conspiring parties. It is removed pursuant to 28 USC §§ 2679, 1602-1612 et seq. All claims, issues and defenses argued in case 2013-CP 400-0084, which include collateral estoppel are now argued in case 1: 18-CV-14176-ADB to establish my right to intervene and protect affirmative action as my acquired interest.

Respectfully
Jahtah Al Mahdi

December 2, 2018

6 of 6

Lawrence L Crawford
#300839 Edisto A-16
Lieber CI P.O Box 205
Ridgeville, SC 29472

RECEIVED

DEC 04 2018

MAIL ROOM
LIEBER C.I.

SCREENED

FOR LE

The Court of Appeal
for The First Circuit
1 Courthouse Way Suite
Boston Massachusett
02210



THE DEPARTMENT OF CORRECTIONS HAS NOT
INSPECTED OR CENSORED THIS ITEM; THEREFORE
THE DEPARTMENT DOES NOT ASSUME RESPONSIBLE
FOR ITS CONTENTS.

LIEBER CORRECTIONAL INSTITUTION
S.C. DEPARTMENT OF CORRECTION

THE DEPARTMENT OF CORRECTIONS HAS NOT
INSPECTED OR CENSORED THIS ITEM; THEREFORE,
THE DEPARTMENT DOES NOT ASSUME RESPONSIBILITY
FOR ITS CONTENTS.

LIEBER CORRECTIONAL INSTITUTION
S.C. DEPARTMENT OF CORRECTION