OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARIA R. HAMILTON
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

December 19, 2018

Lawrence L. Crawford
Lieber Correctional Institution
PO Box 205
Ridgeville, SC 29472

Re: Crawford
Appeal No. 18-8022

Dear Mr. Crawford:

This letter acknowledges receipt of your letter dated November 9, 2018, requesting contact information for other counsel, our local rules, and forms necessary for obtaining in forma pauperis status. For your convenience, a copy of the First Circuit Rulebook, the public docket for appeal 18-8022, and an additional copy of Form 4, financial affidavit, which must be completed and submitted together with an application to appeal in forma pauperis. Please note that a copy of this form was previously sent to you on November 30, 2018.

I hope this information is helpful.

Sincerely,

Maria R. Hamilton, Clerk

SK

Encl.

cc:
Jon M. Greenbaum
Lawrence E. Culleen
Nancy Leeds Perkins
Steven L. Mayer
Emma Dinan
Oren McCleary Sellstrom
Paul M. Sanford
William Consovoy

Patrick N. Strawbridge
Felicia H. Ellsworth
Seth P. Waxman
Paul R.Q. Wolfson
Debo P. Adegbile
Daniel Winik
Sigmund D. Schutz
Eric Grant Penley
Dwight Gerard Duncan
Natashia Tidwell
Seth B. Orkand
Matthew S. Hellman
Kathryn R. Cook
Janai Nelson
Jin Hee Lee
Sherrilyn Ann Ifill
Rachel Kleinman
Richard J. Rosensweig
Sarah Elaine Harrington
Derek Tam Ho
Madeleine Kristine Rodriguez
Matthew R Segal
Sarah Hinger
Douglass C. Lawrence
Cynthia A. Young