# COURT OF APPEALS
## For The 1st Circuit et al.,

Petition from multi-district litigation proceedings within the states of Massachusetts, New Jersey and South Carolina

---

CASE 18-8022 et al.,

---

LAWRENCE L CRAWFORD aka Jonah Gabriel Jah Jah T Tishbite et al.,
                                            petitioners

vs.

1 of 12

RECEIVED US COURT OF APPEALS FIRST CIRCUIT CLERK'S OFFICE   2019 JAN 14 PM 1:50

Students for Fair Admissions Inc
et al,

plaintiffs

vs.

The President of Harvard College
et al,

defendants

## Affidavit of Service

I, Jahjah Al Mahdi, do hereby certify, that I have mailed and or served a copy of an Affidavit of Facts giving judicial notice; renewing the motion to appoint legal counsel;

2 of 12

motion for an enlargment of time, on the 1st circuit court of appeals by U.S. mail postage prepaid by placing it in the institution mailbox on January 9, 2019.

Respectfully
Jahjah Al mahdi

January 9, 2019

# Court of Appeals
## For the 1st Circuit et al,

Petition from multi-district litigation proceedings within the state of Massachusetts, New Jersey and South Carolina

## Case 18-8022 et al

Lawrence L Crawford aka Jonah Gabriel Jah-Jah T. Tishbite et. al.
                                    Petitioners

Vs.

4 of 12

Students for Fair Admissions Inc
et al,

       Plaintiffs

    vs.

The President of Harvard College
et al,

       Defendants

---

Affidavit of Facts Giving Judicial Notice; Renewing the motion to Appoint legal counsel; motion for an enlargement of time

---

To: The 1st Circuit Court of Appeals et al,

5 of 12

Please stop

I give the 1st Circuit Judicial Notice. Now filed in case 1:06-cv-14176-FDS you will find:

(1) A copy of the Affidavit of Facts Giving Judicial Notice; Filing Writ of Error; Supplementing the motion to intervene; motion for the appointment of legal counsel; Renewing the motion to challenge Boston Courts jurisdiction; petition to remove; petition to remove the petitioners into Federal custody; petition to seek all relief before the Boston District Court due to Fraud upon the court, obstruction of justice and criminal conspiracy *** (135) pages dated

6 of 12

December 18, 2018 with its attachments.

(2) Exhibit "Habeas corpus back door". This is a copy of the debit form proving the (135) page affidavit was mailed. The attached self addressed envelope was in that mailing with instruction to the clerk to return a clocked stamped copy of page (one) of the (135) page document. It was returned without the clocked stamped page but its return is proof the Boston District Court received the mailing of the (135) page document because it could not be returned unless they received it. Note the date it was placed in the institution mailbox was on December 21, 2018 where it was n't picked up out the mailbox until December 27, 2018 due to the Christmas holiday. Pursuant to Houston v Lack, 287 US 266 it is filed that date.

(3) A copy of the Affidavit of Facts giving judicial notice, filing writ of error, motion challenging the 4th circuits jurisdiction due to fraud upon the court and structural error, motion to vacate the orders and reinstate cases 9:17-CV-1140-TLW-BM, 9:17-CV-01633-TLW-BM and 2:17-CV-01300-RMG due to fraud upon the court, criminal conspiracy and obstruction of justice; motion to expand the scope and for inclusion (***, (27) pages dated January 3, 2019. This document is filed in cases 1:16-CV-14176-ADB, 1:18-CV-13459-NLH and 9:18-CV-01408-TLW-BM subjudice.

I motion to expand the scope and seek inclusion and these documents

8 of 12

filed sub judice now be made a part of the court record in case 18-8022.

This is the crux of the matter. The Appellant falls under ADA in that he is laboring to perfect this case under a life long disability to his hands caused by the defendants in the documents now filed in this case which is why he must trace his letters to make them legible. It places the Appellant in pain to write which is why he sought the repair of his typewriter by protective order which was destroyed in retaliation by the defendants, The SC Dept of Corr, in this case. The task of preparing the recent filing was huge in light of the time constraints the Appellant was

subject to in the involved courts. The appellant is operating in violation of strict doctors orders as seen in prior pleading and is barred from doing repetitive movements with his hands due to his disability which causes me to re-trace my letters to make them legible, repetitive movements for which writing is.

The appellant also filed before the 1st circuit a copy of a document entitled, "Affidavit of Facts giving judicial notice; motion to expand the scope and for inclusion; motion to amend the parties; motion for an extension of time and motion to motion therefor", (28) pages dated November 29, 2018. This document was served on the 1st circuit prior to the appellant filing the motion for an

extension of time. This was also a motion filed before the 1st circuit to appoint legal counsel as sought pursuant to Rule 46.5.(a)(b) which was never ruled on. This prejudiced the appellant where due to the disability to his hands it created an inability to complete all demands of the involved courts on time. The 1st circuit asked me to submit the required pleading. The pleading required that I also file issues that are on appeal. I motion for the appointment of legal counsel as is sought via the (135) page affidavit filed sub judice and this be ruled on before this case proceed any further by my rights under ADA and the now complex nature of this case.

Due to the disability to my hands I am behind in meeting the courts set deadline. The pleading should be completed by January 12, 2019 and placed in the box that date. The institution should pick it up out the box on January 14, 2019. It will take additional days for it to arrive. Therefore, I also motion for an extension of time until January 18, 2019 to allow the pleading to reach the 1st Circuit. I Thank you in advance.

Respectfully,
Jahjah Al Mahdi

January 9, 2019

12 of 12

US District Court
Boston Division
1 Courthouse Way
Boston, MA. 02210

SCDC Christmas Packet

RECEIVED
JAN 08 2019
MAIL ROOM
LIEBER C.I.

This mail was received in the Lieber mailroom
☒ Unsealed   ☐ Damaged



LAWRENCE L CRAWFORD
#300839 Edisto A-16
Lieber C.I. P.O. Box 205
Ridgeville, SC 29472

→ No Content was inside the envelope

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
Division of Inmate Services

## AGREEMENT TO DEBIT E.H. COOPER ACCOUNT

| Inmate's Name: | SCDC #: | Housing Unit: | Date: |
|---|---|---|---|
| Lawrence Crawford | 300839 | EA-16 | 12/21/18 |

### GENERAL MATERIAL

** Inmate must have the funds in his/her account to pay for the materials.

To be completed by SCDC staff:

| Item | Amount | Cost |
|---|---|---|
| Envelope | | $ |
| Pen | | |
| Paper | | |
| Postage | | |
| Tape | | |
| Box | | |
| Electronic Repair | | |
| Other | $ | |

Exhibit Habeas Corpus back door

Sub-Total:

### LEGAL MATERIAL

** Inmate is not required to have the funds in his/her account to pay for the materials; however, his/her account must be debited for all materials s/he elects to receive.

To be completed by SCDC staff:

| Item | Amount | Cost |
|---|---|---|
| Envelope | | |
| Pen | | |
| Paper | | |
| Postage | 1 | 18.05 |
| Other | | |

Bestenl/ Unburnsl/ Kill shot

Sub-Total: 18.05

### PHOTOCOPIES

** Inmate may be required to have funds in his/her account. See SCDC Procedure GA-01.03(OP), "Inmate Access to the Courts," to determine if inmate may receive copies with/without funds.

RECEIVED DEC 27 2018 MAIL ROOM LIEBER C.I.

To be completed by SCDC staff:

| Item | Amount | Cost |
|---|---|---|
| Photocopies | | |

18.05 TOTAL

Inmate's Signature

Bryant
Mailroom/Canteen Signature (Request filled by)

12-27-18
Date

White - Inmate
Canary - Mailroom/Canteen Employee

SCDC Form 10-14 (November 1998)

please file
in case
18-8022

Lawrence L Crawford
#300839 Edisto B-16
Lieber C.I. P.O. Box 205
Ridgeville SC 29472

RECEIVED
JAN 10 2019
MAIL ROOM
LIEBER C.I.

The Court of Appeals
For the 1st Circuit
1 Courthouse Way Suite 2500
Boston, Massachusetts
02210