Lawrence L Crawford AKA
Jonah Gabriel Jah Jah T. Tishbite
#300839 Edisto A-16
Lieber CI P.O. Box 205
Ridgeville SC 29472

2019 JAN 22 PM 1:44
RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT

In Re Case 18-8022

Do: The 1st Circuit,

I just recently sent in a (68) page document dated January 12, 2019. This exhibit was left out as a matter of inadvertence.

Thank You

January 15, 2019

2019 JAN 22 PM 1:44

RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

Exhibit

Filed in case

18-8022

Inmate ID: 300839     Case Status: No Record In Richland County
                      Kershaw County Case 2004-GS-28-0385

**Jeanette W. McBride**
Clerk of Court

**Virginia F. Belcher**
Chief Deputy Clerk of Court



**Mailing Address**
Post Office Box 2766
Columbia, S.C. 29202
Phone: (803) 576-1939
Fax: (803) 576-1925

## RICHLAND COUNTY JUDICIAL CENTER
Clerk of Court
Criminal Records Division
1701 Main Street
Columbia, S.C. 29201

**Name: Lawrence Crawford AKA Jonah Gabriel Jah Jah T. Tishbite**

**Date:  1/8/2019**

**We have received your inquiry and respond as follows:**

_X_     A copy of your request has been forwarded for handling to Chief Admin Judge Benjamin, along with all of your correspondence regarding your request for Post DNA testing in Richland County.

_X_   There is no record of said charge in Richland County.

**DISCLAIMER:** The role of the Clerk of Court's office is to maintain court documents. The Clerk's office provides copies of case documents (with proper identifying information) upon request, but does not provide other information regarding a case. The Clerk's office is not permitted to give legal advice and/or determine length of sentence or other case specific questions.

Lawrence L Crawford aka
Jonah Gabriel Jahjah T. Tishbite
#300839 Edisto F-16
Lieber C.I. P.O Box 205
Ridgeville, SC 29472

RICHLAND COUNTY
FILED
2019 JAN -8 AM 9:13
JEANETTE W. McBRIDE
C.C.P. & G.S.

In Re: Application For Forensic DNA Testing Case 04-385

To: The Richland Clerk of Court,
Criminal Records Division,

I just recently sent you a response to your response related to the above captioned case. As I told you. Due to the obstruction that occurred in Kershaw County

1 of 2

The Administrative judge allowed the case to be filed in Richland County. I have a copy of the document. Why has this case not been established in the General Sessions court? How did it get destroyed? Do you need a copy of the DNA application? The case was filed with the Richland court on January 12, 2017. Why has a hearing on this case not occurred? The state is in procedural default. Please get with the General Sessions court to determine who dropped the ball. Thank you.

Respectfully

Jah-Jah Al mahdi

December 28, 2018

Lawrence L Crawford
# 300839 Edisto A-16
Lieber CI P.O. Box 205
Ridgeville, SC 29472

The Court of
Appeals for the
1st Circuit Suite 2500
1 Courthouse Way
Boston Massachusetts
02210

CHARLESTON SC 294
16 JAN '19

TIME SENSITIVE MATERIAL

FIRST CLASS

$000.68

RECEIVED
JAN 16 2019
MAIL ROOM
LIEBER C.I.

FOR LEGAL USE ONLY

