# United States Court of Appeals
## For the First Circuit

No. 18-8022

IN RE: LAWRENCE L. CRAWFORD, a/k/a JahJah Tishbite, a/k/a Jonah Gabriel, a/k/a JahJah Al Mahdi

Interested Party - Petitioner

------------------------------

STUDENTS FOR FAIR ADMISSIONS, INC.

Plaintiff - Respondent

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE; SARAH COLE; FADHAL MOORE; ARJINI KUMARI NAWAL; ITZEL VASQUEZ-RODRIGUEZ; KEYANNA WIGGLESWORTH; M.B.; K.C.; Y.D.; G.E.; A.G.; I.G.; R.H.; J.L.; R.S.

Defendants - Respondents

BOARD OF OVERSEERS OF HARVARD COLLEGE

Defendant

**NOTICE**

Issued: January 29, 2019

Our records indicate that the attorneys listed below have not registered for a CM/ECF account in this court. Any attorney who intends to file documents in this case, or wishes to continue receiving court issued documents, must register immediately with PACER for a CM/ECF account. For additional information, please go to our website, www.ca1.uscourts.gov, and select "E-Filing (Information)."

If you do not represent a party to this appeal and want to be removed from the service list, you may file a "Request for Removal from Service List." A copy of this form can be found on our on our website, www.ca1.uscourts.gov, under "Forms & Instructions."

**After February 12, 2019, the clerk's office will no longer send paper copies of court issued documents to the following attorneys, unless they register for a CM/ECF account prior to that date.**

Adam K. Mortara
Danielle Conley
Katherine L.I. Hacker
Meg E. Fasulo
John M. Hughes
Krista J. Perry
Michael H. Park
Britanny Amadi
J Scott McBride
Sarah Ruth Frazier

Maria R. Hamilton, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager:  Antonio Lopez-Blanco - (617) 748-9060


cc:
Debo P. Adegbile
Britanny Amadi
Danielle Conley
William Consovoy
Kathryn R. Cook
Lawrence L. Crawford
Lawrence E. Culleen
Emma Dinan
Andrew S. Dulberg
Dwight Gerard Duncan
Felicia H. Ellsworth
Meg E. Fasulo
Sarah Ruth Frazier
Ara B. Gershengorn
Jon M. Greenbaum
Katherine L.I. Hacker
Sarah Elaine Harrington
Matthew S. Hellman
Sarah Hinger

Derek Tam Ho
John M. Hughes
Sherrilyn Ann Ifill
Rachel Kleinman
Douglass C. Lawrence
Jin Hee Lee
William F. Lee
Steven L. Mayer
J Scott McBride
Elizabeth Connell Mooney
Adam K. Mortara
Joseph J. Mueller
Janai Nelson
Seth B. Orkand
Michael H. Park
Eric Grant Penley
Nancy Leeds Perkins
Krista J. Perry
Madeleine Kristine Rodriguez
Richard J. Rosensweig
Paul M. Sanford
Sigmund D. Schutz
Matthew R Segal
Oren McCleary Sellstrom
Patrick N. Strawbridge
Natashia Tidwell
Seth P. Waxman
Daniel Winik
Paul R.Q. Wolfson
Cynthia A. Young