# United States Court of Appeals
## For the First Circuit

No. 18-8022

IN RE: LAWRENCE L. CRAWFORD, a/k/a JahJah Tishbite, a/k/a Jonah Gabriel, a/k/a JahJah Al Mahdi

Interested Party - Petitioner

-------------------------------

STUDENTS FOR FAIR ADMISSIONS, INC.

Plaintiff - Respondent

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE; SARAH COLE; FADHAL MOORE; ARJINI KUMARI NAWAL; ITZEL VASQUEZ-RODRIGUEZ; KEYANNA WIGGLESWORTH; M.B.; K.C.; Y.D.; G.E.; A.G.; I.G.; R.H.; J.L.; R.S.

Defendants - Respondents

BOARD OF OVERSEERS OF HARVARD COLLEGE

Defendant

**NOTICE**

Issued: February 13, 2019

    By a previously issued Notice, the clerk's office warned that it would no longer send paper copies of court documents to those attorneys who had not registered for a CM/ECF account in this court.

    The following attorneys have failed to register for an account and will no longer receive notice in this case:

Adam K. Mortara
Danielle Conley
Katherine L.I. Hacker
Meg E. Fasulo
John M. Hughes

Krista J. Perry
Michael H. Park
Britanny Amadi
J Scott McBride
Sarah Ruth Frazier

The following attorneys will continue to receive notice in this case:

Debo P. Adegbile
William Consovoy
Kathryn R. Cook
Lawrence L. Crawford
Lawrence E. Culleen
Emma Dinan
Andrew S. Dulberg
Dwight Gerard Duncan
Felicia H. Ellsworth
Ara B. Gershengorn
Jon M. Greenbaum
Sarah Elaine Harrington
Matthew S. Hellman
Sarah Hinger
Derek Tam Ho
Sherrilyn Ann Ifill
Rachel Kleinman
Douglass C. Lawrence
Jin Hee Lee
William F. Lee
Steven L. Mayer
Elizabeth Connell Mooney
Joseph J. Mueller
Janai Nelson
Seth B. Orkand
Eric Grant Penley
Nancy Leeds Perkins
Madeleine Kristine Rodriguez
Richard J. Rosensweig
Paul M. Sanford
Sigmund D. Schutz
Matthew R Segal
Oren McCleary Sellstrom
Patrick N. Strawbridge
Natashia Tidwell
Seth P. Waxman
Daniel Winik

Paul R.Q. Wolfson
Cynthia A. Young

    Please note that any attorney who has been removed from the service list, and later wishes to resume receiving notice, must register for a CM/ECF account and enter a notice of appearance in this case.

                          Maria R. Hamilton, Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT
John Joseph Moakley
United States Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210
Case Manager: Antonio Lopez-Blanco - (617) 748-9060


cc:
Debo P. Adegbile
Britanny Amadi
Danielle Conley
William Consovoy
Kathryn R. Cook
Lawrence L. Crawford
Lawrence E. Culleen
Emma Dinan
Andrew S. Dulberg
Dwight Gerard Duncan
Felicia H. Ellsworth
Meg E. Fasulo
Sarah Ruth Frazier
Ara B. Gershengorn
Jon M. Greenbaum
Katherine L.I. Hacker
Sarah Elaine Harrington
Matthew S. Hellman
Sarah Hinger
Derek Tam Ho
John M. Hughes
Sherrilyn Ann Ifill
Rachel Kleinman
Douglass C. Lawrence
Jin Hee Lee
William F. Lee
Steven L. Mayer
J Scott McBride

Elizabeth Connell Mooney
Adam K. Mortara
Joseph J. Mueller
Janai Nelson
Seth B. Orkand
Michael H. Park
Eric Grant Penley
Nancy Leeds Perkins
Krista J. Perry
Madeleine Kristine Rodriguez
Richard J. Rosensweig
Paul M. Sanford
Sigmund D. Schutz
Matthew R Segal
Oren McCleary Sellstrom
Patrick N. Strawbridge
Natashia Tidwell
Seth P. Waxman
Daniel Winik
Paul R.Q. Wolfson
Cynthia A. Young