The Court of Appeals
For The First Circuit et. al.

Petition From Massachusetts
Case(s) 1:14-cv-14176-ADB et al.

Docket No.(s) 18-8022 et al.,

Lawrence L Crawford aka Jonah
Gabriel JahJah T. Tishbite et al.,

Petitioners

VS.

Students For Fair Admissions
1 of 17

Iplc et Al.

defendants

---

## Affidavit of Service

We, Jahjah Al mahdi, et al, do hereby certify, that we have mailed and or served a copy of An Affidavit of Facts Giving judicial Notice; motion to challenge the 4th circuits jurisdiction; motion For a stay and or in the Alternative An Extension of Time Until the 1st circuit Rule on the Appointment of legal counsel; motion to Advance

2 of 17

the cause on the appointment of counsel and motion to motion Therefor, on the 4th. and 1st circuits and all involved parties, by US mail postage prepaid by depositing it in the institution mail box on FEBRUARY 8, 2019.

Respectfully
TAH TAH AL MAHDI
et al

FEBRUARY 8, 2019

3 of 17

The Court of Appeals
For The First Circuit et al.,

Petition From Massachusetts
Case(s) 1:14-cu-14176-ADB et al.,

Docket No(s) 18-8022 et al.,

Lawrence L Crawford aka Jonah
Gabriel Jahjah T Tishbite et al.,

petitioners

Vs.

Students For Fair Admissions

4 of 17

Ine Et Al

defendants

Affidavit of Facts Giving Judicial
Notice; motion to challenge the
4th circuits jurisdiction; motion for
a stay and or in the alternative
an extension of time until the 1st
circuit rule on the appointment of
legal counsel; motion to advance
the cause on the appointment of
counsel and motion to motion therefor

In RE: cases 18-8022; 18-7473;
18-7077; 18-6947; 18-6953; 18-6279;
18-6606; 17-6925; 18-3457 Et Al.

50817

To: The First Circuit Court of Appeals,
The Fourth Circuit Court of Appeals,
The Third Circuit Court of Appeals

Et Al,

Here the Court and parties will

find:

(1) Exhibits, "18-6947"; "18-7473";
"18-6606" and "18-6953". These are
the documents sent to the
petitioners by the 4th Circuit
received by us on February 5, 2019.
Fourth Circuit you already have a
copy of these documents.
(2) Exhibit, "18-8022". This

6 of 17

is the Affidavit of Facts Giving Judicial
Notice; motion To Renew the motion
to be moved into Federal custody; xxx,
(16) pages dated February 5, 2019. First
circuit you already have a copy of
this particular document.

We object to this FRAUD Upon the
court presently going on in the
4th circuit. The corrupt, compromised
4th circuit Judges are conspiring Under
color of law and or authority to usurp
the jurisdiction of the 1st circuit.
The corrupt klansmen / women Judges
Donald Trump flunky Judges cannot
legally "defer" a structural error.
US Supreme court precedent governs

7 of 17

All courts involved in these multi district
and extra territorial litigation proceedings
The US supreme Court is clear. The
4th circuit in violation of the US constitu-
tion and Due Process cannot sit upon
their own cases and any other is
subject to tag along under the multi
District litigation Rules 6.2 and 6.3.
Their presence produces a potential
for bias that rises to an unconstitutional
level. This means by US supreme Court
precedent they cannot sit on these
cases or address any merits related
thereto or their jurisdiction would
be void ab initio. Since there is another
court under the multi district litigation
Rule who can hear it. It is appro-

8 of 17

private that the 1st circuit hears these
matters, not the 4th circuit. I, we,
motion for Declaratory Judgment from
the First circuit, williams v Pennsylvania,
136 sct 1899, 195 LEd2d 132, 84 USLW
4359 (US 2016); Aekerman v Exxon
mobil corp, 734 F3d 237 (4th cir 2013);
Bartels by And through Bartels v.
saber Health care Group, LLc, 880
F3d 668 (4th cir 2018); US Bank
National Association v S.R.A. Augusta
SPE, LLc, F.supp3d, 2016 WL 6808132
(D. maine 2016).

Insomuch, the 1st circuit is clearly
Aware of All the Recent documents
that I was compelled to file to place

9 of 17

These cases in proper form which include
those that had to be hand written to
serue parties due to the conspiring
defendants blocking and or delaying
copies or refusing to make copies of
hand written documents atall despite
their loss under case 2013-CA-400-0084
in Acts of obstruction of justice and
criminal conspiracy to conceal material
facts subjecting me to pain. We have the
(135) page affidauit, the (68) page affidauit,
the (16) page affidauit, the documents
needed to be filed to correct their fraud
in holding the DNA application for
over (2) years to prevent reuealing of
euidence of actual innocence. Now
the 4th circuit in Acts of fraud
                                    10 of 17

upon the court is asking us to submit informal brief when this was already done under case 18-8022 to address all these matters. We object and challenge the courts jurisdiction. With the exception of case 18-6947 which is a tag along where the US marshals have a US marshal notify in my scic files claiming I was part of some bank robbery in Georgia which is of course a lie. They have mistaken my identity. All issues are already before the 1st circuit. The issue of getting this US marshal notify off is now an issue supplemented to the appeal under case 18-8022. You cant have jurisdiction before two courts, IN RE CHINESE MANUFACTURED DRY WALL

11 of 17

Products Liability Litigation, 2015 wl 13387769 (ED La 2015); IN RE Plumbing Fixtures Cases, 298 F. Supp. 484 (1968); Brooklyn Downtown, LLC v New York Hotel and motels Trades, F supp. 3d, 2015 wl 779441. We object and motion for Declaratory Judgment from the 1st circuit.

The 4th circuit asked us to submit Briefs and Financial statements. This has already been done Under Case 18-8022 to address all of these matters. Due to the Recent massive filing the King Khalifah Recently filed 12 of 17

within the various courts. Due to
his disability to his hands it creates
an inability for me to be in com-
pliance with the 4th circuits orders.
I am in substantial pain making
this response yet alone submitting
additional briefs within the
4th circuit when all matters are
already being addressed in the
1st circuit. Therefore I motion for
a stay on all 4th circuit cases
and in the alternate an extension
of time to reset after the 1st
circuit rules on the appointment
of legal counsel because then it
would be counsels duty to assist

in these matters, not merely the petitioners. I am in disability relapse. I motion to advance the cause in the 1st circuit and seek the 1st circuit rule on this motion in order that all concerns by the courts involved would be addressed and remedied. Counsel must be appointed, BLAKE v BEAMAN, 877 F2d 145 (1st Cir 1989) DIAZ v MASSA-chusetts Dept of Corrections, 2017 WL 389 1664 (D MASS 2017) MATTINGLEY v SPAULDING, 2018 WL 4778410 (MASS 2018).

We renew the motion to transfer. The 1st circuit must address the merits of this case not the 4th circuit due to structural error that exist in that court. The law of transfer

140817

forum merits close attention, but
should not read to have stare
decisis effect in transferee forum
situated in another circuit. Despite
this fact, binding precedent that
is established for all courts which
of course include the 1st and 4th
circuit is determined by the
United States Supreme court. The
binding US Supreme court precedent
in this case is <u>Williams v Pennsylvania</u>
The 4th circuit court cannot sit upon
their own case nor can they sit
if the potential for bias rises to
an unconstitutional level which it
does in this case which is also demon-
strated by this present attempt

15 of 17

At FRAUD where the 4th circuit is conspiring to inappropriately entertain jurisdiction over these matters. We motion for declaratory judgment from the 1st circuit on all claims made in this document. Due to structural error in the 4th circuit, jurisdiction And Ruling on the merits is Rightly before the 1st circuit, not the 4th circuit. We object. IN RE KOREAN Airlines Disaster of Sept 1, 1983, 829 F2d 1171 (DC Ct of Appeals 1987); NATIONAL Labor Relations Board, 338 FSupp3d 1343 (md multi District litigation 2018); KALAMA v MATSON Navigation Company, Inc, 875 F3d 297 (6th Cir 2017); IN RE Plavix MARKETING, Sales Practices And

16 of 17

Product Liability litigation (No. 4), 332

F.supp 3d 927 (DNJT 2017). I motion To stay and or recall the mandates in these cases if needed. Happy African American History month 4th circuit klansmen crocodiles and snakes. say hello to "yellow dog", Donald Trump for me.

Respectfully,
Jahjah Al mahdi

The Black messiah

February 7, 2013

17 of 17

Exhibit

"18-6947"

**18-6947**

Lawrence Crawford
#300839
LIEBER CORRECTIONAL INSTITUTION
P. O. Box 205
Ridgeville, SC 29472-0000

---------------------------------------------------------------------------------------

---------------------------------------------------------------------------------------

FILED:  January 30, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 18-6947
(9:17-cv-01633-TLW)

---

LAWRENCE CRAWFORD

        Petitioner - Appellant

JOSEPH TODD ROWLAND

        Appellant

v.

US MARSHAL SERVICE, USA

        Respondent - Appellee

---

O R D E R

---

The court defers consideration of the motions to transfer case and to recuse

pending review of the appeal on the merits.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk

FILED:  January 30, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-6947
(9:17-cv-01633-TLW)
_____

LAWRENCE CRAWFORD

　　　　Petitioner - Appellant

JOSEPH TODD ROWLAND

　　　　Appellant

v.

US MARSHAL SERVICE, USA

　　　　Respondent - Appellee

_____

O R D E R
_____

The court grants the motion for extension and extends the time for filing the

informal opening brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 30, 2019

—————————————————

RULE 45 NOTICE

—————————————————

No.   18-6947,      <u>Lawrence Crawford v. US Marshal Service</u>
                    9:17-cv-01633-TLW

TO:   Lawrence Crawford
      Joseph Todd Rowland

**DEFAULT(S) MUST BE REMEDIED BY:**

Please take notice that the court will dismiss this case for failure to prosecute
pursuant to <u>Local Rule 45</u> unless the default(s) identified below are remedied within
10 days of the date of this notice through receipt of the requisite form(s) or fee in
the appropriate clerk's office. Forms are available for completion as links from this
notice and at the court's web site, <u>www.ca4.uscourts.gov</u>.

---

[ ] Filing fee must be paid to Clerk, U. S. District Court, or **IFP-Application to
proceed in forma pauperis** must be received in the Court of Appeals clerk's
office.

---

[ ] Leave to proceed in forma pauperis has been denied by the district court.
Filing fee must be paid to Clerk, U. S. District Court, or **IFP-Application to
proceed in forma pauperis** must be renewed by filing with the Court of
Appeals clerk's office.

---

[ ] Leave to proceed in forma pauperis has been denied by the Court of Appeals.
Filing fee must be paid to Clerk, U. S. District Court.

---

[X] **Informal opening brief** must be received in the Court of Appeals clerk's
office.

Jennifer Rice, Deputy Clerk
804-916-2702

# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# DIRECTIONS FOR INFORMAL BRIEFS FOR HABEAS & 2255 APPEALS

1. **Preparation of Brief.** The Court will consider this case according to the written issues, facts, and arguments presented in the Informal Briefs. The Court will review the Informal Opening Brief in determining whether to grant a certificate of appealability. If a certificate of appealability is granted, the Informal Opening Brief will serve as appellant's opening brief on the merits of the appeal if appellant is proceeding pro se. If appellant is represented by counsel, a formal briefing schedule will be established upon the granting of a certificate of appealability. Space is provided to present up to four issues. Additional issues may be presented by attaching additional sheets. The Court will not consider issues that are not specifically raised in the Informal Briefs. Informal Briefs must be legible and concise, and any attached pages must be sequentially numbered. Informal Briefs may be filed on the form provided or in memorandum or formal briefing format.

2. **Copies required.**
   - File the original of the Informal Brief with the Court. If you would like a file stamped copy returned, send an extra copy and a self addressed stamped envelope. The Court's address is:

     > Clerk
     > U.S. Court of Appeals, Fourth Circuit
     > 1100 East Main Street, 5th Floor
     > Richmond, VA 23219

   - Send one copy of your Informal Brief to each of the parties in the case.

3. **Certificate of Service Required.** You must certify that you sent each of the other parties or attorneys complete copies of all documents you send the Court. Service on a party represented by counsel shall be made on counsel.

4. **Signature Required.** You must sign your Informal Brief and all Certificates of Service. If the Informal Brief is not signed, the case will be subject to dismissal under this Court's Local Rule 45.

---

**DOCUMENTS ARE SCANNED INTO ELECTRONIC FORM AND POSTED TO THE DOCKET. DO NOT USE STAPLES, TAPE OR BINDING.**

---

**UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT**
**INFORMAL BRIEF FOR HABEAS AND SECTION 2255 CASES**

No.  18-6947,    <u>Lawrence Crawford v. US Marshal Service</u>
                 9:17-cv-01633-TLW

1. **Declaration of Inmate Filing**

An inmate's notice of appeal is timely if it was deposited in the institution's internal mail system, with postage prepaid, on or before the last day for filing. Timely filing may be shown by:

- a postmark or date stamp showing that the notice of appeal was timely deposited in the institution's internal mail system, with postage prepaid, or
- a declaration of the inmate, under penalty of perjury, of the date on which the notice of appeal was deposited in the institution's internal mail system with postage prepaid. To include a declaration of inmate filing as part of your informal brief, complete and sign the declaration below:

---

**Declaration of Inmate Filing**

Date NOTICE OF APPEAL deposited in institution's mail system: _____

I am an inmate confined in an institution and deposited my notice of appeal in the institution's internal mail system. First-class postage was prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Signature: _____    Date: _____
[***Note to inmate filers***: *If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(A)(iii).*]

---

2. **Jurisdiction**

Name of court from which you are appealing:


Date(s) of order or orders you are appealing:


3. **Certificate of Appealability**

Did the district court grant a certificate of appealability?   Yes [ ]No[ ]
If Yes, do you want the Court of Appeals to review additional issues that were not certified for review by the district court?      Yes [ ]No[ ]
If Yes, **you must** list below the issues you wish to add to the certificate of appealability issued by the district court. If you do not list additional issues, the Court will limit its review to those issues on which the district court granted the certificate.

4. **Issues on Appeal**
Use the following spaces to set forth the facts and argument in support of the issues you wish the Court of Appeals to consider on appeal. You must include any issue you wish the Court to consider, regardless of whether the district court granted a certificate of appealability as to that issue. You may cite case law, but citations are not required.

**Issue 1.**

**Supporting Facts and Argument.**

**Issue 2.**

**Supporting Facts and Argument.**

**Issue 3.**

**Supporting Facts and Argument.**

**Issue 4.**

**Supporting Facts and Argument**

5. **Relief Requested**
Identify the precise action you want the Court of Appeals to take:

6. **Prior appeals (for appellants/petitioners only)**
A. Have you filed other cases in this Court? Yes [ ] No [ ]
B. If you checked YES, what are the case names and docket numbers for those appeals and what was the ultimate disposition of each?

_____
Signature
[Notarization Not Required]

_____
[Please Print Your Name Here]
**CERTIFICATE OF SERVICE**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I certify that on _____ I served a copy of this Informal Brief on all parties,
addressed as shown below:

_____
Signature

**NO STAPLES, TAPE OR BINDING PLEASE**

Exhibit

"18-7473"

Z

Lawrence Crawford
#300839
LIEBER CORRECTIONAL INSTITUTION
P. O. Box 205
Ridgeville, SC 29472-0000

-------------------------------------------------------------------------------------------------

-------------------------------------------------------------------------------------------------

FILED:  January 30, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-7473
(9:18-cv-01408-TLW)

_____

LAWRENCE L. CRAWFORD, a/k/a Jonah Gabriel, a/k/a Jahjah T. Tishbite

      Plaintiff - Appellant

v.

THE SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; BRYAN STIRLING; WARDEN WILLIAMS; WARDEN SHEPPARD; WARDEN MONTELL; OFFICER MEGGETT; MAJOR CLARK; CHAPLAIN ANSARI; SC ATTORNEY GENERAL; OFFICER RAVENELL; BRITT; UNITED STATES AND/OR CONGRESS; GOVERNOR HENRY MCMASTER; LT BELTON

      Defendants - Appellees

_____

O R D E R

_____

The court defers consideration of the motions to transfer case and to recuse

pending review of the appeal on the merits.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 30, 2019

_____

RULE 45 NOTICE

_____

No.    18-7473,        <u>Lawrence Crawford v. SC Department of Corrections</u>
                       9:18-cv-01408-TLW

TO:    Lawrence  Crawford

DEFAULT(S) MUST BE REMEDIED BY: 02/11/2019

Please take notice that the court will dismiss this case for failure to prosecute
pursuant to <u>Local Rule 45</u> unless the default(s) identified below are remedied within
10 days of the date of this notice through receipt of the requisite form or fee in the
appropriate clerk's office. Necessary forms are included with this notice and
available at the court's web site, <u>www.ca4.uscourts.gov</u>.

---

**[X]** Your application to proceed without prepayment of fees under the Prison
Litigation Reform Act has not been received. Your **Filing fee** must be paid to
the Clerk, U. S. District Court, or your [X ] **PLRA-Application to proceed
under Prison Litigation Reform Act** and [ X] **PLRA-Consent to payment
form** must be filed in this Court within 10 days or this appeal will be dismissed.

**[X]** Your informal opening brief has not been received. Your **Informal opening
brief** must be filed in this Court within 10 days or this appeal will be dismissed.

Jennifer Rice, Deputy Clerk
804-916-2702

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

---

PLRA APPLICATION
TO PROCEED WITHOUT PREPAYMENT OF FEES

---

No.    18-7473,    <u>Lawrence Crawford v. SC Department of Corrections</u>
9:18-cv-01408-TLW

I,_____ , being first duly sworn, depose and say that I am the
_____, in the above-entitled case; that in support of my application to proceed
without being required to prepay fees or give security therefor, I state that because of my poverty
I am unable to prepay the costs of said proceeding or to give security therefor; that I believe I am
entitled to redress; and that the issues I desire to present in this case are the following:

I make this application with the understanding that I am liable under 28 U.S.C. Section 1915 for
payment of the full filing fee and that the fee will be collected and paid from my prison trust
account. I understand that if I have, while incarcerated, filed three or more prior actions or
appeals which were dismissed by a federal court as frivolous, malicious, or for failure to state a
claim, I am required to prepay the full fee unless I am under imminent danger of serious physical
injury.

1. Have you filed, while incarcerated, three actions or appeals which were dismissed as frivolous,
malicious, or for failure to state a claim? **[ ]Yes [ ]No**

a. If the answer is yes, list the case numbers and names for all actions or appeals which were
dismissed as frivolous, malicious, or for failure to state a claim.

b. If the answer is yes, state the facts in support of any claim that you are under imminent danger
of serious physical injury.

2. Are you presently employed? **[ ]Yes [ ]No**

a. If the answer is yes, state the amount of your salary or wages per month and give the name and
address of your employer.

b. If the answer is no, state the date of your last employment and the amount of the salary and wages per month which you received.

3. Have you received within the past twelve months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest dividends, or other source? [ ]Yes [ ]No

a. If the answer is yes, describe each source of income, and state the amount received from each during the past twelve months.

4. Do you own any cash or checking or savings accounts? [ ]Yes [ ]No

a. If the answer is yes, state the total value of the items owned.

5. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? [ ]Yes [ ]No

a. If the answer is yes, describe the property and state its approximate value.

6. List the persons who are dependent upon you for support and state your relationship to those persons.

7. Attach Consent to Collection of Fees from Trust Account form and give Trust Account Statement form to trust officer for completion and return to you. Forward completed Trust Account Statement to Court of Appeals.

I declare under penalty of perjury that the above information is true and correct.

Signature of Applicant: _____

Date: _____

### CERTIFICATE OF SERVICE
**********************

I certify that on _____, I served a copy of this PLRA Application on all parties, addressed as shown [list parties' names and the addresses at which they were served below]:

Signature: _____

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

———————————

CONSENT TO COLLECTION OF FEES
FROM TRUST ACCOUNT FOR APPEAL

———————————

No.    18-7473,        <u>Lawrence Crawford v. SC Department of Corrections</u>
                    9:18-cv-01408-TLW

**FEE AMOUNT: $505**
**PAYABLE TO:** Clerk, U.S. District Court

I, _____, # _____, hereby consent for the
appropriate prison officials to assess and, when funds exist, collect an initial partial filing fee of
20 percent of the greater of:

(a) the average monthly deposits to my account for the six-month period immediately preceding
the filing of my petition; or

(b) the average monthly balance in my account for the six-month period immediately preceding
the filing of my petition.

I further consent for the appropriate prison officials to collect:

> monthly payments of 20 percent of my preceding month's income and forward the
> payments to the Clerk, U.S. District Court, each time the amount in the account
> exceeds $10 until the filing fee has been paid in full.

I understand that by signing this consent I agree to payment of the full filing fee from my trust
account regardless of whether I later choose to dismiss my appeal or the court decides my appeal
before the entire amount has been paid. I understand that once consent to the collection of fees
has been given it cannot be withdrawn.

Signature _____        Date _____

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 30, 2019

_____

PRISONER TRUST ACCOUNT STATEMENT

_____

No.    18-7473,          <u>Lawrence Crawford v. SC Department of Corrections</u>
                         9:18-cv-01408-TLW

**TO:** Trust Officer
**FROM:** Clerk, U.S. Court of Appeals for the Fourth Circuit
**RE:** _____ **(Prisoner Name/Reg.No.)**

Under the Prison Litigation Reform Act, a prisoner appealing a civil judgment must obtain from the trust officer of each institution in which the prisoner was confined during the preceding six months a certified copy of the prisoner's trust account statement for the six months prior to filing of the appeal. Please complete this form, attach the supporting ledger sheets, and return these documents to the prisoner for mailing to the Court of Appeals within 7 days.

| | |
|---|---|
| **Date of Filing Notice of Appeal in Court of Appeals** | |
| **Balance at Time of Filing Notice of Appeal** | |
| **Average Monthly Deposits during 6 months prior to Filing Notice of Appeal** | |
| **Average Monthly Balance during 6 months prior to Filing Notice of Appeal** | |

I certify that the above information accurately states the deposits and balances in applicant's trust account for the period shown and that the attached ledger sheets are true copies of account records maintained in the ordinary course of business.

Signature _____ Date _____

Print Name & Title: _____

**UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT**
**DIRECTIONS FOR INFORMAL BRIEF**

1. **Preparation of Brief**. The Court will consider this case according to the written issues, facts, and arguments presented in the Informal Briefs. Space is provided to present up to four issues. Additional issues may be presented by attaching additional sheets. The Court will not consider issues that are not specifically raised in the Informal Briefs. Informal Briefs must be legible and concise, and any attached pages must be sequentially numbered. Informal Briefs may be filed on the form provided or in memorandum or formal briefing format.

2. **Copies required.**
* File the original of the Informal Brief with the Court. If you would like a file stamped copy returned, send an extra copy and a self addressed stamped envelope. The Court's address is:
Clerk
U.S. Court of Appeals, Fourth Circuit
1100 East Main Street, Suite 501
Richmond, VA 23219
* Send one copy of the Informal Brief to each of the parties in the case.

3. **Certificate of Service Required.** You must certify that you sent each of the other parties or attorneys complete copies of all documents you send the Court. Service on a party represented by counsel shall be made on counsel. Be certain that your certificate shows the complete name and address of each party or attorney to whom copies were sent and the date of mailing.

4. **Signature Required.** You must sign your Informal Brief and all Certificates of Service. If the Informal Opening Brief is not signed, the case will be subject to dismissal under this Court's Local Rule 45.

> **DOCUMENTS ARE SCANNED INTO ELECTRONIC FORM AND POSTED TO THE DOCKET. DO NOT USE STAPLES, TAPE OR BINDING.**

UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
**INFORMAL BRIEF**

No.    18-7473,    <u>Lawrence Crawford v. SC Department of Corrections</u>
9:18-cv-01408-TLW

**1. Jurisdiction (for appellants/petitioners only)**
A. Name of court or agency from which review is sought:

B. Date(s) of order or orders for which review is sought:

**2. Timeliness of notice of appeal or petition for review (for prisoners only)**
Exact date on which notice of appeal or petition for review was placed in institution's internal mailing system for mailing to court:

**3. Issues for Review**
Use the following spaces to set forth the facts and argument in support of the issues you wish the Court of Appeals to consider. The parties may cite case law, but citations are not required.
**Issue 1.**

**Supporting Facts and Argument.**

**Issue 2.**

**Supporting Facts and Argument.**

**Issue 3.**

**Supporting Facts and Argument.**

**Issue 4.**

**Supporting Facts and Argument**

4. **Relief Requested**
**Identify the precise action you want the Court of Appeals to take:**

5. **Prior appeals (for appellants/petitioners only)**
A. Have you filed other cases in this Court? Yes [ ] No [ ]

B. If you checked YES, what are the case names and docket numbers for those appeals and what was the ultimate disposition of each?

_____
Signature
[Notarization Not Required]


_____
[Please Print Your Name Here]

**CERTIFICATE OF SERVICE**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I certify that on _____ I served a copy of this Informal Brief on all parties, addressed as shown below:



_____
Signature

Exhibit

" 18-6606 "

Lawrence Crawford
#300839
LIEBER CORRECTIONAL INSTITUTION
P. O. Box 205
Ridgeville, SC 29472-0000

FILED: January 30, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 18-6606 (L)
(2:17-cv-01300-RMG)

———————————

ANTHONY COOK

     Plaintiff - Appellant

LAWRENCE CRAWFORD; JOSEPH TODD ROWLAND

     Appellants

v.

JUDGE ROBERT E. HOOD; TARA DAWN SHURLING; JUDGE DIAZ; JUDGE
THACKER; JUDGE DAVIS; JUDGE GREGORY; JUDGE DUNCAN; JUDGE
HAMILTON; MR. ZANNELLI; PATRICIA CONNORS, of the 4th Circuit; JUDGE
HOWE HENDRICKS; JUDGE WEST; JUDGE HARWELL; JUDGE AUSTIN;
JUDGE WOOTEN; JUDGE MARCHANT; JUDGE SEYMOUR; JUDGE
HODGES; JUDGE GERBEL; JUDGE CAIN

     Defendants - Appellees

———————————

O R D E R

———————————

The court defers consideration of the motions to transfer case and to recuse

pending review of the appeal on the merits.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk

FILED: January 30, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 18-6606 (L)
(2:17-cv-01300-RMG)

———————————

ANTHONY COOK

       Plaintiff - Appellant

LAWRENCE CRAWFORD; JOSEPH TODD ROWLAND

       Appellants

v.

JUDGE ROBERT E. HOOD; TARA DAWN SHURLING; JUDGE DIAZ; JUDGE
THACKER; JUDGE DAVIS; JUDGE GREGORY; JUDGE DUNCAN; JUDGE
HAMILTON; MR. ZANNELLI; PATRICIA CONNORS, of the 4th Circuit; JUDGE
HOWE HENDRICKS; JUDGE WEST; JUDGE HARWELL; JUDGE AUSTIN; JUDGE
WOOTEN; JUDGE MARCHANT; JUDGE SEYMOUR; JUDGE HODGES; JUDGE
GERBEL; JUDGE CAIN

       Defendants - Appellees

———————————

O R D E R

———————————

The court grants the motion for extension for filing the informal brief and application

to proceed without prepayment of fees under the Prison Litigation Reform Act.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 30, 2019

---

RULE 45 NOTICE

---

No.  18-6606  (L), <u>Anthony Cook v. Robert Hood</u>
2:17-cv-01300-RMG

TO:
Lawrence Crawford
Joseph Todd Rowland
Anthony Cook
Yahya Muquit

DEFAULT(S) MUST BE REMEDIED BY:

Please take notice that the court will dismiss this case for failure to prosecute pursuant to <u>Local Rule 45</u> unless the default(s) identified below are remedied within 10 days of the date of this notice through receipt of the requisite form or fee in the appropriate clerk's office. Necessary forms are included with this notice and available at the court's web site, www.ca4.uscourts.gov.

---

**[X]** Your application to proceed without prepayment of fees under the Prison Litigation Reform Act has not been received. Your **Filing fee** must be paid to the Clerk, U. S. District Court, or your [ X] **PLRA-Application to proceed under Prison Litigation Reform Act** and [ X] **PLRA-Consent to payment form** must be filed in this Court within 10 days or this appeal will be dismissed.

---

**[X]** Your informal opening brief has not been received. Your **Informal opening brief** must be filed in this Court within 10 days or this appeal will be dismissed.

Jennifer Rice, Deputy Clerk
804-916-2702

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

---

PLRA APPLICATION
TO PROCEED WITHOUT PREPAYMENT OF FEES

---

No.  18-6606 (L), <u>Anthony Cook v. Robert Hood</u>
2:17-cv-01300-RMG

I,_____ , being first duly sworn, depose and say that I am the
_____, in the above-entitled case; that in support of my application to proceed
without being required to prepay fees or give security therefor, I state that because of my poverty
I am unable to prepay the costs of said proceeding or to give security therefor; that I believe I am
entitled to redress; and that the issues I desire to present in this case are the following:

I make this application with the understanding that I am liable under 28 U.S.C. Section 1915 for
payment of the full filing fee and that the fee will be collected and paid from my prison trust
account. I understand that if I have, while incarcerated, filed three or more prior actions or
appeals which were dismissed by a federal court as frivolous, malicious, or for failure to state a
claim, I am required to prepay the full fee unless I am under imminent danger of serious physical
injury.

1. Have you filed, while incarcerated, three actions or appeals which were dismissed as frivolous,
malicious, or for failure to state a claim? **[ ]Yes [ ]No**

a. If the answer is yes, list the case numbers and names for all actions or appeals which were
dismissed as frivolous, malicious, or for failure to state a claim.

b. If the answer is yes, state the facts in support of any claim that you are under imminent danger
of serious physical injury.

2. Are you presently employed? **[ ]Yes [ ]No**

a. If the answer is yes, state the amount of your salary or wages per month and give the name and
address of your employer.

b. If the answer is no, state the date of your last employment and the amount of the salary and wages per month which you received.

3. Have you received within the past twelve months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest dividends, or other source? [ ]Yes [ ]No

a. If the answer is yes, describe each source of income, and state the amount received from each during the past twelve months.

4. Do you own any cash or checking or savings accounts? [ ]Yes [ ]No

a. If the answer is yes, state the total value of the items owned.

5. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? [ ]Yes [ ]No

a. If the answer is yes, describe the property and state its approximate value.

6. List the persons who are dependent upon you for support and state your relationship to those persons.

7. Attach Consent to Collection of Fees from Trust Account form and give Trust Account Statement form to trust officer for completion and return to you. Forward completed Trust Account Statement to Court of Appeals.

I declare under penalty of perjury that the above information is true and correct.

Signature of Applicant: _____

Date: _____

## CERTIFICATE OF SERVICE
**********************

I certify that on _____, I served a copy of this PLRA Application on all parties, addressed as shown [list parties' names and the addresses at which they were served below]:

Signature: _____

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

———————————

CONSENT TO COLLECTION OF FEES
FROM TRUST ACCOUNT FOR APPEAL

———————————

No. 18-6606 (L), <u>Anthony Cook v. Robert Hood</u>
2:17-cv-01300-RMG

**FEE AMOUNT: $505**
**PAYABLE TO:** Clerk, U.S. District Court

I, _____, # _____, hereby consent for the appropriate prison officials to assess and, when funds exist, collect an initial partial filing fee of 20 percent of the greater of:

(a) the average monthly deposits to my account for the six-month period immediately preceding the filing of my petition; or

(b) the average monthly balance in my account for the six-month period immediately preceding the filing of my petition.

I further consent for the appropriate prison officials to collect:

> monthly payments of 20 percent of my preceding month's income and forward the payments to the Clerk, U.S. District Court, each time the amount in the account exceeds $10 until the filing fee has been paid in full.

I understand that by signing this consent I agree to payment of the full filing fee from my trust account regardless of whether I later choose to dismiss my appeal or the court decides my appeal before the entire amount has been paid. I understand that once consent to the collection of fees has been given it cannot be withdrawn.

Signature _____    Date _____

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

---

PRISONER TRUST ACCOUNT STATEMENT

---

No. 18-6606 (L), <u>Anthony Cook v. Robert Hood</u>
2:17-cv-01300-RMG

**TO:** Trust Officer
**FROM:** Clerk, U.S. Court of Appeals for the Fourth Circuit
**RE:** _____ **(Prisoner Name/Reg.No.)**

Under the Prison Litigation Reform Act, a prisoner appealing a civil judgment must obtain from the trust officer of each institution in which the prisoner was confined during the preceding six months a certified copy of the prisoner's trust account statement for the six months prior to filing of the appeal. Please complete this form, attach the supporting ledger sheets, and return these documents to the prisoner for mailing to the Court of Appeals within 7 days.

| | |
|---|---|
| **Date of Filing Notice of Appeal in Court of Appeals** | |
| **Balance at Time of Filing Notice of Appeal** | |
| **Average Monthly Deposits during 6 months prior to Filing Notice of Appeal** | |
| **Average Monthly Balance during 6 months prior to Filing Notice of Appeal** | |

I certify that the above information accurately states the deposits and balances in applicant's trust account for the period shown and that the attached ledger sheets are true copies of account records maintained in the ordinary course of business.

Signature _____ Date _____

Print Name & Title: _____

# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DIRECTIONS FOR INFORMAL BRIEF

1. **Preparation of Brief**. The Court will consider this case according to the written issues, facts, and arguments presented in the Informal Briefs. Space is provided to present up to four issues. Additional issues may be presented by attaching additional sheets. The Court will not consider issues that are not specifically raised in the Informal Briefs. Informal Briefs must be legible and concise, and any attached pages must be sequentially numbered. Informal Briefs may be filed on the form provided or in memorandum or formal briefing format.

2. **Copies required.**
\* File the original of the Informal Brief with the Court. If you would like a file stamped copy returned, send an extra copy and a self addressed stamped envelope. The Court's address is:
Clerk
U.S. Court of Appeals, Fourth Circuit
1100 East Main Street, Suite 501
Richmond, VA 23219
\* Send one copy of the Informal Brief to each of the parties in the case.

3. **Certificate of Service Required.** You must certify that you sent each of the other parties or attorneys complete copies of all documents you send the Court. Service on a party represented by counsel shall be made on counsel. Be certain that your certificate shows the complete name and address of each party or attorney to whom copies were sent and the date of mailing.

4. **Signature Required.** You must sign your Informal Brief and all Certificates of Service. If the Informal Opening Brief is not signed, the case will be subject to dismissal under this Court's Local Rule 45.

**DOCUMENTS ARE SCANNED INTO ELECTRONIC FORM AND POSTED TO THE DOCKET. DO NOT USE STAPLES, TAPE OR BINDING.**

**UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT**
<u>**INFORMAL BRIEF**</u>

No.   18-6606 (L), <u>Anthony Cook v. Robert Hood</u>

2:17-cv-01300-RMG

1. **Jurisdiction (for appellants/petitioners only)**
A. Name of court or agency from which review is sought:

B. Date(s) of order or orders for which review is sought:

2. **Timeliness of notice of appeal or petition for review (for prisoners only)**
Exact date on which notice of appeal or petition for review was placed in institution's internal
mailing system for mailing to court:

3. **Issues for Review**
Use the following spaces to set forth the facts and argument in support of the issues you wish the
Court of Appeals to consider. The parties may cite case law, but citations are not required.
**Issue 1.**

**Supporting Facts and Argument.**

**Issue 2.**

**Supporting Facts and Argument.**

**Issue 3.**

**Supporting Facts and Argument.**

**Issue 4.**

**Supporting Facts and Argument**

**4. Relief Requested**
**Identify the precise action you want the Court of Appeals to take:**

**5. Prior appeals (for appellants/petitioners only)**
A. Have you filed other cases in this Court? Yes [ ] No [ ]

B. If you checked YES, what are the case names and docket numbers for those appeals and what was the ultimate disposition of each?

_____
Signature
[Notarization Not Required]


_____
[Please Print Your Name Here]

**CERTIFICATE OF SERVICE**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

I certify that on _____ I served a copy of this Informal Brief on all parties, addressed as shown below:



_____
Signature

Exhibit

"18-6953"

2

**18-6953**

Lawrence Crawford
#300839
LIEBER CORRECTIONAL INSTITUTION
P. O. Box 205
Ridgeville, SC 29472-0000

--------------------------------------------------------------------------------

--------------------------------------------------------------------------------

FILED:  January 30, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 18-6953
(9:16-cv-03808-TLW)

———————————

LAWRENCE CRAWFORD

       Petitioner - Appellant

JOSEPH TODD ROWLAND

       Appellant

v.

WARDEN MCFADDEN

       Respondent - Appellee

———————————

O R D E R

———————————

The court defers consideration of the motions to transfer case and to recuse

pending review of the appeal on the merits.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk

FILED:  January 30, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 18-6953
(9:16-cv-03808-TLW)

———————————

LAWRENCE CRAWFORD

       Petitioner - Appellant

JOSEPH TODD ROWLAND

       Appellant

v.

WARDEN MCFADDEN

       Respondent - Appellee

———————————

O R D E R

———————————

The court grants the motion for extension and extends the time for filing the informal opening brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk

**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

January 30, 2019

----

RULE 45 NOTICE

----

No.  18-6953,     <u>Lawrence Crawford v. Warden McFadden</u>
                  9:16-cv-03808-TLW

TO:     Lawrence Crawford
        Joseph Todd Rowland

**DEFAULT(S) MUST BE REMEDIED BY:**

Please take notice that the court will dismiss this case for failure to prosecute
pursuant to <u>Local Rule 45</u> unless the default(s) identified below are remedied within
10 days of the date of this notice through receipt of the requisite form(s) or fee in
the appropriate clerk's office. Forms are available for completion as links from this
notice and at the court's web site, <u>www.ca4.uscourts.gov</u>.

---

[ ] Filing fee must be paid to Clerk, U. S. District Court, or **IFP-Application to
proceed in forma pauperis** must be received in the Court of Appeals clerk's
office.

---

[ ] Leave to proceed in forma pauperis has been denied by the district court.
Filing fee must be paid to Clerk, U. S. District Court, or **IFP-Application to
proceed in forma pauperis** must be renewed by filing with the Court of
Appeals clerk's office.

---

[ ] Leave to proceed in forma pauperis has been denied by the Court of Appeals.
Filing fee must be paid to Clerk, U. S. District Court.

---

[X] **Informal opening brief** must be received in the Court of Appeals clerk's
office.

Jennifer Rice, Deputy Clerk
804-916-2702

**UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
DIRECTIONS FOR INFORMAL BRIEFS FOR HABEAS & 2255 APPEALS**

1. **Preparation of Brief.** The Court will consider this case according to the written issues, facts, and arguments presented in the Informal Briefs. The Court will review the Informal Opening Brief in determining whether to grant a certificate of appealability. If a certificate of appealability is granted, the Informal Opening Brief will serve as appellant's opening brief on the merits of the appeal if appellant is proceeding pro se. If appellant is represented by counsel, a formal briefing schedule will be established upon the granting of a certificate of appealability. Space is provided to present up to four issues. Additional issues may be presented by attaching additional sheets. The Court will not consider issues that are not specifically raised in the Informal Briefs. Informal Briefs must be legible and concise, and any attached pages must be sequentially numbered. Informal Briefs may be filed on the form provided or in memorandum or formal briefing format.

2. **Copies required.**
   - File the original of the Informal Brief with the Court. If you would like a file stamped copy returned, send an extra copy and a self addressed stamped envelope. The Court's address is:

     Clerk
     U.S. Court of Appeals, Fourth Circuit
     1100 East Main Street, 5th Floor
     Richmond, VA 23219
   - Send one copy of your Informal Brief to each of the parties in the case.

3. **Certificate of Service Required.** You must certify that you sent each of the other parties or attorneys complete copies of all documents you send the Court. Service on a party represented by counsel shall be made on counsel.

4. **Signature Required.** You must sign your Informal Brief and all Certificates of Service. If the Informal Brief is not signed, the case will be subject to dismissal under this Court's Local Rule 45.

---

**DOCUMENTS ARE SCANNED INTO ELECTRONIC FORM AND POSTED TO THE DOCKET. DO NOT USE STAPLES, TAPE OR BINDING.**

---

**UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT**
**INFORMAL BRIEF FOR HABEAS AND SECTION 2255 CASES**

No.   18-6953,    <u>Lawrence Crawford v. Warden McFadden</u>
9:16-cv-03808-TLW

**1. Declaration of Inmate Filing**

An inmate's notice of appeal is timely if it was deposited in the institution's internal mail system, with postage prepaid, on or before the last day for filing. Timely filing may be shown by:

- a postmark or date stamp showing that the notice of appeal was timely deposited in the institution's internal mail system, with postage prepaid, or
- a declaration of the inmate, under penalty of perjury, of the date on which the notice of appeal was deposited in the institution's internal mail system with postage prepaid. To include a declaration of inmate filing as part of your informal brief, complete and sign the declaration below:

---

**Declaration of Inmate Filing**

Date NOTICE OF APPEAL deposited in institution's mail system: _____

I am an inmate confined in an institution and deposited my notice of appeal in the institution's internal mail system. First-class postage was prepaid either by me or by the institution on my behalf.

I declare under penalty of perjury that the foregoing is true and correct (see 28 U.S.C. § 1746; 18 U.S.C. § 1621).

Signature: _____    Date: _____

[*Note to inmate filers*: *If your institution has a system designed for legal mail, you must use that system in order to receive the timing benefit of Fed. R. App. P. 4(c)(1) or Fed. R. App. P. 25(a)(2)(A)(iii).*]

---

**2. Jurisdiction**

Name of court from which you are appealing:


Date(s) of order or orders you are appealing:


**3. Certificate of Appealability**

Did the district court grant a certificate of appealability?   Yes [ ] No [ ]

If Yes, do you want the Court of Appeals to review additional issues that were not certified for review by the district court?      Yes [ ] No [ ]

If Yes, **you must** list below the issues you wish to add to the certificate of appealability issued by the district court. If you do not list additional issues, the Court will limit its review to those issues on which the district court granted the certificate.

4. **Issues on Appeal**

Use the following spaces to set forth the facts and argument in support of the issues you wish the Court of Appeals to consider on appeal. You must include any issue you wish the Court to consider, regardless of whether the district court granted a certificate of appealability as to that issue. You may cite case law, but citations are not required.

**Issue 1.**

**Supporting Facts and Argument.**

**Issue 2.**

**Supporting Facts and Argument.**

**Issue 3.**

**Supporting Facts and Argument.**

**Issue 4.**

**Supporting Facts and Argument**

5. **Relief Requested**
Identify the precise action you want the Court of Appeals to take:

6. **Prior appeals (for appellants/petitioners only)**
A. Have you filed other cases in this Court? Yes [ ] No [ ]
B. If you checked YES, what are the case names and docket numbers for those
appeals and what was the ultimate disposition of each?

_____
Signature
[Notarization Not Required]

_____
[Please Print Your Name Here]
**CERTIFICATE OF SERVICE**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
I certify that on _____ I served a copy of this Informal Brief on all parties,
addressed as shown below:

_____
Signature

**NO STAPLES, TAPE OR BINDING PLEASE**

## UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DIRECTIONS FOR INFORMAL BRIEFS FOR HABEAS & 2255 APPEALS

1. **Preparation of Brief.** The Court will consider this case according to the written issues, facts, and arguments presented in the Informal Briefs. The Court will review the Informal Opening Brief in determining whether to grant a certificate of appealability. If a certificate of appealability is granted, the Informal Opening Brief will serve as appellant's opening brief on the merits of the appeal if appellant is proceeding pro se. If appellant is represented by counsel, a formal briefing schedule will be established upon the granting of a certificate of appealability. Space is provided to present up to four issues. Additional issues may be presented by attaching additional sheets. The Court will not consider issues that are not specifically raised in the Informal Briefs. Informal Briefs must be legible and concise, and any attached pages must be sequentially numbered. Informal Briefs may be filed on the form provided or in memorandum or formal briefing format.

2. **Copies required.**
   - File the original of the Informal Brief with the Court. If you would like a file stamped copy returned, send an extra copy and a self addressed stamped envelope. The Court's address is:

     Clerk
     U.S. Court of Appeals, Fourth Circuit
     1100 East Main Street, 5th Floor
     Richmond, VA 23219

   - Send one copy of your Informal Brief to each of the parties in the case.

3. **Certificate of Service Required.** You must certify that you sent each of the other parties or attorneys complete copies of all documents you send the Court. Service on a party represented by counsel shall be made on counsel.

4. **Signature Required.** You must sign your Informal Brief and all Certificates of Service. If the Informal Brief is not signed, the case will be subject to dismissal under this Court's Local Rule 45.

> **DOCUMENTS ARE SCANNED INTO ELECTRONIC FORM AND POSTED TO THE DOCKET. DO NOT USE STAPLES, TAPE OR BINDING.**

Jurisdiction

Binding precedent Can not set only by supreme
Court

The nuz Horizanal Air Compres Disposition of Supl.
1, 1983, 829 F2d 471 (D C Ct cl Appeals 1987)
Nutional Carbon Mechanics Bureau, 330 F Supp 3d
1343 (m Oklohoma murder 2018)
K Alrama v Montsen Manufacture Company, Inc,
875 F3d 297 (6th Cir 2017)
The nue Plaux manufacturing, Sales Practice
and Products Liability Litigation (No. 11), 332
F Supp 3d 927 (D nuJ 2017 )

Hur line of transferor forum merits close
attention, but should not need to have store
decisir effect in a transferee forum situated
in another state Circuit but all courts are bound

Right to appointment of counsel

Blanke v Blanmon, 877 F2d 145 (1st Cir 1989
motion hry v Spridolng, 2018 WL 4778420
(Mass. 2018)

Dinz v Massnehusells Dryntrel of Cennelon,
2017 WL 3891664 (D Mass 2017)
I crent nisistre buen chesre honnel me luu

Muennes v Deyel of Cenr., 195 F Supp 3d 383
(D Mass 2016)
Siep of Verdia v Press U mass Cenn. Hcunth, Cnree,
160 F Supp 3d 321 (D Mass 2016)

MESSIERE v Clarke, 2015 WL 5609959
(D Mass 2015)
Nunues v Massnchusetts Dyept of Connexhen,
766 F3d 136 (1st Cir 2014)
Crimnues v Chmuhie, F Supp 2d, 2010 WL 203734
(D Mass 2010)   nnqun Ness v Dimulus

please file

in case

18-8022

LAWRENCE L CRAWFORD
#300839 Edisto A-16
LIEBER CI P.O. Box 205
Ridgeville, SC 29472

The court of Appeals
for the First circuit
1 courthouse Way ste 2500
Boston, MASS. 02210

FOR LEGAL USE ONLY

RECEIVED
FEB 08 2019
MAILROOM
LIEBER CI

FIRST CLASS
UNITED STATES POST
02 1P
0000835844
MAILED FROM