LAWRENCE L CRAWFORD AKA

JONAH GABRIEL TAHTAHT TISH hite

#300839 Edisto A-16

LIEBER CI PO BOX 205

RIDGEVILLE, SC 29472

RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE
2019 MAR -5 PM 2:07

IN RE: CASE 18-8022

Jor The 1st Circuit,

Please file the attached

document with its attachments

in the above captioned case.

Thank you.                    Respectfully

                              Tahtah Almahdi

February 27, 2019

The Court of Appeals
For The First Circuit et. Al.

Petition from Massachusetts
Case(s) 1:14-cv-14176-ADB et Al.

Docket No.(s) 18-8022 ; 18-7473 ;
18-7077 ; 18-6947 ; 18-6953 ; 18-6279 ;
18-6606 ; 17-6925 ; 18-3457 et Al.

Lawrence L Crawford aka Jonah
Gabriel Jah Jah T. Tishbite et Al.,
                              Petitioners

Vs

Students For Fair Admissions

1 of 10

Iqle Et Al,

defendants

---

## Affidavit of Service

We, JahJah Al Mahdi Et Al. do hereby certify that we have mailed and or served a copy of an affidavit of facts giving Judicial Notice; motion to Recall the mandates and reinstate the appeals; supplementing the previously filed affidavit of facts giving Judicial Notice; Renewing the motion to appoint legal counsel pursuant to Rule 46.5(a)(b); * * * ,(68) pages dated January 5, 2019; Writ of Error and motion to motion therefor on the 1st circuit and all involved parties by US mail

2 of 10

postage prepaid on February 27, 2019.
It is deemed filed on that date, Houston
v Lack, 287 US 266, 273-76, 108 sct 2379
(1988).

Respectfully
Jah-Jah Al mahdi

February 27, 2019

3 of 10

The Court of Appeals
For The First Circuit Et Al.

Petition From Massachusetts
Case(s) 1:14-cu-14176-ADB Et Al.

Docket No.(s) 18-8022 ; 18-7473;
18-7077 ; 18-6947 ; 18-6953 ; 18-6279;
18-6606 ; 17-6925 ; 18-3457 Et Al.

Lawrence L Crawford Aka Jonah
Gabriel Jahjah T. Tish bite Et Al.
                    Petitioners

Vs.

Students For Fair Admissions

4 of 10

Inc et Al,

defendants

_____

Affidavit of facts Giving Judicial Notice; motion To RECALL the mandates And REINSTATE the appeals; supplementing The previously filed Affidavit of facts Giving Judicial Notice; RENEWING The motion To Appoint legal counsel PURSUANT to RULE 46.5 (a)(b); *** , (68) pages dated JANUARY 5, 2019; Writ of ERROR And motion To motion Therefor

_____

IN RE CASES 18-7473; 18-7077; 18-6947; 18-6953; 18-6279; 18-6606; And 17-6925

5 of 10

To: The First Circuit court of Appeals,

The Fourth circuit court of Appeals,

The SC District court et al,,

Here the First circuit will find:

(1) Exhibit, "18-6953 #2".

(2) Exhibit, "18-6947 #2".

(3) Exhibit, "18-6606 #2".

(4) Exhibit, "18-7473 #2".

We motion for Declaratory Judgment. The petitioners give the First circuit and all parties Judicial notice. Writ of error is filed due to fraud upon the court. By

6 of 10

No means did the petitioners
fail to prosecute these matters
because they are all prosecuted
under case 18-8022. These cases
in Acts of fraud upon the court
should have never been dismissed
or the mandates sent where there
remains a controversy as to exactly
which circuit under the multi district
litigation rule and extra territorial
jurisdiction claims have jurisdiction
to hear these matters. I, We, motion
to recall the mandates and rein-
state cases 18-7473 ; 18-7077 ; 18-6947 ;
18-6953 ; 18-6279 ; 18-6606 and 17-6925.
Until it is determined by the 1st.
circuit as to whether or not we

sufficiently established jurisdiction before the 1st circuit court. The 1st circuit has jurisdiction on the motion to recall the mandates pursuant to 28 USC § 1631 and the SC District court's jurisdiction is still divested until that review pursuant to the motion to recall the mandates. The 1st circuit cannot dismiss it until it is determined it should be transferred to prevent manifest injustice, Calderon v Thompson, 523 US 538, 118 SCt 1489 (US 1998); Hobbs v Winn, 542 US 88, 124 SCt 2276, 159 LEd2d 172 (US 2004); Alvarez v Smith, 558 US 87, 130 SCt 576, 175 LEd2d 447 (US 2009); Thompson v Finn, 2016 WL 5724369 (2016).

Inasmuch, we were prejudiced

8 of 10

by the FRAUD done by the 4th circuit. They did not even RULE on the motion to stay until the 1st circuit rule on the motion to appoint counsel due to the appellants disability forcing him to file this subsequent pleading in pain due to that disability. This RECENT Action SUPPORTS OUR claim of constitional structural error pursuant to Williams v Pennsylvania supra. We review All previously filed motions, petitions, etc that Are before the 1st circuit to include disqualifying the 4th circuit And establish jurisdiction before the 1st circuit. It is egregiously perspicuous that the structural error pursuant to Williams v Pennsylvania supra is not harmless by even this RECENT injustice. Before

9 of 10

A structural error can be deemed harmless the court must be able to declare it was harmless beyond a reasonable doubt. By the actions argued in this case in fundamental fairness to the appellants. No such determination of harmless error can possibly be made rendering all acts of the 4th circuit as unconstitutional and void. Alberto Gonzalez Jequeror Jr petitioner v Warren L Montgomery, 2019 WL 914128 (SD Cali 2019); Murphy v Winn, 2019 WL 586095 (N.D. mieh 2019); People v Galiahaki, 2018 WL 5084834, *6+ Guam Terr. We motion to supplement also.

Respectfully

Jah Jah Al Mahdi

January 27, 2019

10 of 10

Exhibit

" 18-6953 #2 "

2

Lawrence Crawford
#300839
LIEBER CORRECTIONAL INSTITUTION
P. O. Box 205
Ridgeville, SC 29472-0000

------------------------------------------------------------------------------------------------------------

------------------------------------------------------------------------------------------------------------

FILED:  February 21, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 18-6953
(9:16-cv-03808-TLW)

———————————

LAWRENCE CRAWFORD

       Petitioner - Appellant

JOSEPH TODD ROWLAND

       Appellant

v.

WARDEN MCFADDEN

       Respondent - Appellee

———————————

O R D E R

———————————

The court dismisses this proceeding for failure to prosecute pursuant to Local

Rule 45.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk

FILED: February 21, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 18-6953
(9:16-cv-03808-TLW)

———————————

LAWRENCE CRAWFORD

        Petitioner - Appellant

JOSEPH TODD ROWLAND

        Appellant

v.

WARDEN MCFADDEN

        Respondent - Appellee

———————————

RULE 45 MANDATE

———————————

This court's order dismissing this appeal pursuant to Local Rule 45 takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

_/s/Patricia S. Connor, Clerk_

Exhibit

"18-6947 #2"

**18-6947**

Lawrence Crawford
#300839
LIEBER CORRECTIONAL INSTITUTION
P. O. Box 205
Ridgeville, SC 29472-0000

----------------------------------------------------------------------------------------------------

----------------------------------------------------------------------------------------------------

FILED: February 21, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 18-6947
(9:17-cv-01633-TLW)

———————————

LAWRENCE CRAWFORD

       Petitioner - Appellant

JOSEPH TODD ROWLAND

       Appellant

v.

US MARSHAL SERVICE, USA

       Respondent - Appellee

———————————

O R D E R

———————————

The court dismisses this proceeding for failure to prosecute pursuant to Local

Rule 45.

                      For the Court--By Direction

                      /s/ Patricia S. Connor, Clerk

FILED: February 21, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 18-6947
(9:17-cv-01633-TLW)

———————————

LAWRENCE CRAWFORD

        Petitioner - Appellant

JOSEPH TODD ROWLAND

        Appellant

v.

US MARSHAL SERVICE, USA

        Respondent - Appellee

———————————

RULE 45 MANDATE

———————————

This court's order dismissing this appeal pursuant to Local Rule 45 takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the

Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*

Exhibit

"18-6606 #2"

Lawrence Crawford
#300839
LIEBER CORRECTIONAL INSTITUTION
P. O. Box 205
Ridgeville, SC 29472-0000

FILED: February 21, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 18-6606 (L)
(2:17-cv-01300-RMG)

———————————

ANTHONY COOK

       Plaintiff - Appellant

LAWRENCE CRAWFORD; JOSEPH TODD ROWLAND

       Appellants

v.

JUDGE ROBERT E. HOOD; TARA DAWN SHURLING; JUDGE DIAZ; JUDGE
THACKER; JUDGE DAVIS; JUDGE GREGORY; JUDGE DUNCAN; JUDGE
HAMILTON; MR. ZANNELLI; PATRICIA CONNORS, of the 4th Circuit; JUDGE
HOWE HENDRICKS; JUDGE WEST; JUDGE HARWELL; JUDGE AUSTIN;
JUDGE WOOTEN; JUDGE MARCHANT; JUDGE SEYMOUR; JUDGE
HODGES; JUDGE GERBEL; JUDGE CAIN

       Defendants - Appellees

———————————

O R D E R

———————————

The court dismisses this proceeding for failure to prosecute pursuant to Local

Rule 45.

       For the Court--By Direction

       /s/ Patricia S. Connor, Clerk

FILED: February 21, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 18-6606 (L)
(2:17-cv-01300-RMG)

———————————

ANTHONY COOK

      Plaintiff - Appellant

LAWRENCE CRAWFORD; JOSEPH TODD ROWLAND

      Appellants

v.

JUDGE ROBERT E. HOOD; TARA DAWN SHURLING; JUDGE DIAZ;
JUDGE THACKER; JUDGE DAVIS; JUDGE GREGORY; JUDGE DUNCAN;
JUDGE HAMILTON; MR. ZANNELLI; PATRICIA CONNORS, of the 4th
Circuit; JUDGE HOWE HENDRICKS; JUDGE WEST; JUDGE HARWELL;
JUDGE AUSTIN; JUDGE WOOTEN; JUDGE MARCHANT; JUDGE
SEYMOUR; JUDGE HODGES; JUDGE GERBEL; JUDGE CAIN

      Defendants - Appellees

———————————

No. 18-7077
(8:17-cv-01804-RBH)

———————————

YAHYA MUQUIT

      Plaintiff - Appellant

LAWRENCE CRAWFORD

      Appellant

v.

ROBERT E. HOOD, Judge; TARA DAWN SHURLING, Ms, PA; JUDGE DIAZ; JUDGE THACKER; JUDGE DAVIS; JUDGE GREGORY; JUDGE DUNCAN; JUDGE HAMILTON; MR. ZANNELLI, 4th Circuit; PATRICIA CONNORS, 4th Circuit; JUDGE HOWE HENDRICKS; JUDGE WEST; JUDGE HARWELL; JUDGE AUSTIN; JUDGE WOOTEN; JUDGE MARCHANT; JUDGE SEYMOUR; JUDGE HODGES; JUDGE GERBEL, JUDGE CAIN; ALL OTHER JUDGES OF THE SC DISTRICT COURT IN ITS ENTIRETY

      Defendants - Appellees

---

### RULE 45 MANDATE

---

    This court's order dismissing this appeal pursuant to Local Rule 45 takes effect today.

    This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                             */s/Patricia S. Connor, Clerk*

Exhibit

" 18-7473 #2 "

Z

Lawrence Crawford
#300839
LIEBER CORRECTIONAL INSTITUTION
P. O. Box 205
Ridgeville, SC 29472-0000

---

---

FILED: February 21, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 18-7473
(9:18-cv-01408-TLW)

———————————

LAWRENCE L. CRAWFORD, a/k/a Jonah Gabriel, a/k/a Jahjah T. Tishbite

       Plaintiff - Appellant

v.

THE SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; BRYAN
STIRLING; WARDEN WILLIAMS; WARDEN SHEPPARD; WARDEN
MONTELL; OFFICER MEGGETT; MAJOR CLARK; CHAPLAIN ANSARI;
SC ATTORNEY GENERAL; OFFICER RAVENELL; BRITT; UNITED
STATES AND/OR CONGRESS; GOVERNOR HENRY MCMASTER; LT
BELTON

       Defendants - Appellees

———————————

O R D E R

———————————

The court dismisses this proceeding for failure to prosecute pursuant to Local

Rule 45.

                    For the Court--By Direction

                    /s/ Patricia S. Connor, Clerk

FILED: February 21, 2019

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

———————————

No. 18-7473
(9:18-cv-01408-TLW)

———————————

LAWRENCE L. CRAWFORD, a/k/a Jonah Gabriel, a/k/a Jahjah T. Tishbite

Plaintiff - Appellant

v.

THE SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; BRYAN STIRLING; WARDEN WILLIAMS; WARDEN SHEPPARD; WARDEN MONTELL; OFFICER MEGGETT; MAJOR CLARK; CHAPLAIN ANSARI; SC ATTORNEY GENERAL; OFFICER RAVENELL; BRITT; UNITED STATES AND/OR CONGRESS; GOVERNOR HENRY MCMASTER; LT BELTON

Defendants - Appellees

———————————

RULE 45 MANDATE

———————————

This court's order dismissing this appeal pursuant to Local Rule 45 takes

effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

_/s/Patricia S. Connor, Clerk_

LAWRENCE L CRAWFORD
#300839 Edisto A-16
Weber C.I. P.O. Box 205
Ridgeville SC 29472

RECEIVED
FEB 28 2019
MAIL ROOM
WEBER C.I.

The Court of Appeals
For the 1st Circuit
Suite 2500
1 Court House Way
Boston, Mass. 02210