LAWRENCE L CRAWFORD AKA
JONAH GABRIEL TAHTAHTTISHBITE
#300839 Edisto A-16
Lieber CI PO Box 2005
Ridgeville SC 29472

RECEIVED USDC
CLERK, CHARLESTON, SC
2019 MAR 11 AM 8:16
US COURT OF APPEALS

IN RE to every SC US District
Court case that is the source of
the appeals under 18-7473; 18-7071;
18-6947; 18-6953; 18-6279; 18-6606;
17-6925

To The SC District Court,
The attached document is to
give the District Court Notice
1 of 3

that the mandates in All District court cases that make up the aforelisted Appeals are being motion Recalled which is jurisdictional in nature divesting the sc District courts jurisdiction. I filed it in the 1st circuit where they would have jurisdiction pursuant to 28 USC § 1631 until they determine if it would be Appropriate to transfer. This attached document And Exhibits Are sought filed in All these cases captioned Above. It is also filed to notify the court in All cases

2 of 3

that If we, are still seeking to transfer pursuant to § 1407 under the multi district litigation rule.. Thank you.

Respectfully
Jahjah Al mahdi

FEBRUARY 27, 2019

3 of 3

The Court of Appeals
For The First Circuit, AL

RECEIVED USDC
CLERK, CHARLESTON, SC
2019 MAR 7, AM 8: 16

Petition From Massachusetts
Case(s) 1:14-CV-14176-ADB Et Al.

Docket No. (S) 18-8022 ; 18-7473;
18-7077 ; 18-6947; 18-6953 ; 18-6279;
18-6606 ; 17-6925 ; 18-3457 Et Al.

Lawrence L Crawford AKA Jonah
Gabriel Jahjah T. Tishbite Et Al.
Petitioners

Vs

Students For Fair Admissions
1 of 10

Iple et al,

defendants

## Affidavit of Service

We Jah Jah Al Mahdi et al, do hereby certify that we have mailed and or served a copy of an Affidavit of facts giving Judicial Notice, motion to recall the mandates and reinstate the appeals supplementing the previously filed Affidavit of facts giving Judicial Notice, renewing the motion to appoint legal counsel pursuant to Rule 46.5 (a)(b); *** (68) pages dated January 5, 2019, Writ of error and motion to motions therefor on the 1st circuit and all involved parties by US mail

2 of 10

postage prepaid on February 27, 2019.
It is deemed filed on that date. Houston
v Lack, 287 US 266, 273-76, 108 Sct 2379
(1988).

Respectfully,
Jahmah Al mahdi

February 27, 2019

3 of 10

The Court of Appeals
For The First Circuit et al,

Petition From Massachusetts
Case(s) 1:14-cv-14176-ADB et al,

Docket No. (s) 18-8022 ( 18-7473;
18-7077 ) 18-6947 ; 18-6953 ( 18-6279;
18-6606 ) 17-6925 ( 18-3457 et al,

Lawrence L Crawford aka Jonah
Gabriel Jahjah T. Tishbite et al,
                              Petitioners

Vs.

Students For Fair Admissions
             4 of 10

Ipue et al,

defendants

_____

Affidavit of Facts Giving Judicial
Notice; motion to Recall the
mandates and Reinstate the
Appeals; supplementing the
previously filed Affidavit of Facts
Giving Judicial Notice; Renewing
the motion to Appoint legal counsel
pursuant to Rule 46.5 (a)(b); *** (68)
pages dated January 5, 2019; Writ
of Error and motion to motion
Therefor

_____

In Re Cases 18-7473; 18-7077; 18-6947;
18-6953; 18-6279; 18-6606 And 17-6925
5 of 10

To: The First Circuit Court of
Appeals,
        The Fourth Circuit Court of
Appeals,
        The SC District Court Et Al,,

Here the First Circuit will find:

(1) Exhibit, " 18-6953 #2".

(2) Exhibit, " 18-6947 #2".

(3) Exhibit, " 18-6606 #2".

(4) Exhibit, " 18-7473 #2",
We motion For Declaratory Judgment.
    The petitioners give the First
Circuit And All parties Judicial
Notice. Writ of Error is filed due
To Fraud upon the court. By
                6 of 10

No means did the petitioners
fail to prosecute these matters
because they are all prosecuted
under case 18-8022. These cases
in acts of FRAUD upon the court
should have never been dismissed
or the mandates sent where there
remains a controversy as to exactly
which circuit under the multi-district
litigation rule and extra-territorial
jurisdiction claims have jurisdiction
to hear these matters. I, we, motion
to recall the mandates and rein-
state cases 18-7473; 18-7077; 18-6947;
18-6953; 18-6279; 18-6606 and 17-6925.
Until it is determined by the 1st
circuit as to whether or not we

7 of 10

sufficiently established Jurisdiction before the 1st circuit court. The 1st circuit has jurisdiction on the motion to recall the mandates pursuant to 28 USC § 1631 and the SC District courts jurisdiction is still divested until that review pursuant to the motion to recall the mandates. The 1st circuit cannot dismiss it until it is determined it should be transferred to prevent manifest injustice, Calderon v Thompson, 523 US 538, 118 SCt 1489 (US 1998); Hobbs v Wynn, 542 US 88, 124 SCt 2276, 159 LEd2d 172 (US 2004); Alvarez v Smith, 558 US 87, 130 SCt 576, 175 LEd2d 447 (US 2009); Thompson v Finn, 2016 WL 572 43 69 (2016).

Inasmuch, we were prejudiced

8 of 10

by the FRAUD done by the 4th circuit.
They did not even RULE on the motion
to stay until the 1st circuit RULE on the
motion to APPOINT COUNSEL due to the
APPELLANTS disability forcing him to
file this subsequent pleading in PAIN
due to that disability. This RECENT
Actions supports our claim of constitu-
tional structural ERROR PURSUANT to
WILLIAMS v PENNSYLVANIA SUPRA. We
RENEW ALL previously filed motions, petitions
etc that ARE before the 1st circuit to
include disqualifying the 4th circuit
and establish jurisdiction before the 1st
circuit. It is egregiously perspicuous that
the structural ERROR PURSUANT to WILLIAMS
v PENNSYLVANIA SUPRA. is not HARMLESS
by even this RECENT injustice. Before

9 of 10

A structural error can be deemed harmless the court must be able to declare it was harmless beyond a reasonable doubt. By the actions argued in this case in fundamental fairness to the appellants. No such determination of harmless error can possibly be made rendering all Acts of the 4th circuit as unconstitutional and void, Alberto Gonzalez Figueroa Jr. petitioner v. Warren L Montgomery, 2019 WL 914128 (SD Cali 2019); Murphy v. Winn, 2019 WL 586095 (ND Mich 2019); People v Caliphaki, 2018 WL 5084834, *6+ Guam Terr. We motion to supplement Also.

Respectfully
Jahjah Al mahdi

February 27, 2019

10 of 10

Exhibit

"18- 6953 #2"

Joseph Todd Rowland
#290065
LIEBER CORRECTIONAL INSTITUTION
P. O. Box 205
Ridgeville, SC 29472-0000

FILED:  February 21, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-6953
(9:16-cv-03808-TLW)

_____

LAWRENCE CRAWFORD

        Petitioner - Appellant

JOSEPH TODD ROWLAND

        Appellant

v.

WARDEN MCFADDEN

        Respondent - Appellee

_____

O R D E R

_____

The court dismisses this proceeding for failure to prosecute pursuant to Local

Rule 45.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk

FILED: February 21, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

——————————

No. 18-6953
(9:16-cv-03808-TLW)

——————————

LAWRENCE CRAWFORD

      Petitioner - Appellant

JOSEPH TODD ROWLAND

      Appellant

v.

WARDEN MCFADDEN

      Respondent - Appellee

——————————

RULE 45 MANDATE

——————————

This court's order dismissing this appeal pursuant to Local Rule 45 takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*

Exhibit

"18-6606 #2"

Anthony Cook
#115157
LIEBER  CORRECTIONAL  INSTITUTION
P. O. Box 205
Ridgeville, SC 29472-0000

----------------------------------------------------------------------------------------------------

----------------------------------------------------------------------------------------------------

FILED:  February 21, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 18-6606 (L)
(2:17-cv-01300-RMG)

———————————

ANTHONY COOK

      Plaintiff - Appellant

LAWRENCE CRAWFORD; JOSEPH TODD ROWLAND

      Appellants

v.

JUDGE ROBERT E. HOOD; TARA DAWN SHURLING; JUDGE DIAZ; JUDGE
THACKER; JUDGE DAVIS; JUDGE GREGORY; JUDGE DUNCAN; JUDGE
HAMILTON; MR. ZANNELLI; PATRICIA CONNORS, of the 4th Circuit; JUDGE
HOWE HENDRICKS; JUDGE WEST; JUDGE HARWELL; JUDGE AUSTIN;
JUDGE WOOTEN; JUDGE MARCHANT; JUDGE SEYMOUR; JUDGE
HODGES; JUDGE GERBEL; JUDGE CAIN

      Defendants - Appellees

———————————

O R D E R

———————————

The court dismisses this proceeding for failure to prosecute pursuant to Local

Rule 45.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk

YAHYA MUQUIT

      Plaintiff - Appellant

LAWRENCE CRAWFORD

      Appellant

v.

ROBERT E. HOOD, Judge; TARA DAWN SHURLING, Ms, PA; JUDGE DIAZ; JUDGE THACKER; JUDGE DAVIS; JUDGE GREGORY; JUDGE DUNCAN; JUDGE HAMILTON; MR. ZANNELLI, 4th Circuit; PATRICIA CONNORS, 4th Circuit; JUDGE HOWE HENDRICKS; JUDGE WEST; JUDGE HARWELL; JUDGE AUSTIN; JUDGE WOOTEN; JUDGE MARCHANT; JUDGE SEYMOUR; JUDGE HODGES; JUDGE GERBEL, JUDGE CAIN; ALL OTHER JUDGES OF THE SC DISTRICT COURT IN ITS ENTIRETY

      Defendants - Appellees

---

## RULE 45 MANDATE

---

    This court's order dismissing this appeal pursuant to Local Rule 45 takes effect today.

    This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                                               */s/Patricia S. Connor, Clerk*

FILED: February 21, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

––––––––––––––––––

No. 18-6606 (L)
(2:17-cv-01300-RMG)

––––––––––––––––––

ANTHONY COOK

       Plaintiff - Appellant

LAWRENCE CRAWFORD; JOSEPH TODD ROWLAND

       Appellants

v.

JUDGE ROBERT E. HOOD; TARA DAWN SHURLING; JUDGE DIAZ;
JUDGE THACKER; JUDGE DAVIS; JUDGE GREGORY; JUDGE DUNCAN;
JUDGE HAMILTON; MR. ZANNELLI; PATRICIA CONNORS, of the 4th
Circuit; JUDGE HOWE HENDRICKS; JUDGE WEST; JUDGE HARWELL;
JUDGE AUSTIN; JUDGE WOOTEN; JUDGE MARCHANT; JUDGE
SEYMOUR; JUDGE HODGES; JUDGE GERBEL; JUDGE CAIN

       Defendants - Appellees

––––––––––––––––––

No. 18-7077
(8:17-cv-01804-RBH)

––––––––––––––––––

Exhibit

"18-6947 #2"

Joseph Todd Rowland
#290065
LIEBER CORRECTIONAL INSTITUTION
P. O. Box 205
Ridgeville, SC 29472-0000

----------------------------------------------------------------------------------------------------

----------------------------------------------------------------------------------------------------

FILED:  February 21, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 18-6947
(9:17-cv-01633-TLW)

———————————

LAWRENCE CRAWFORD

  Petitioner - Appellant

JOSEPH TODD ROWLAND

  Appellant

v.

US MARSHAL SERVICE, USA

  Respondent - Appellee

———————————

O R D E R

———————————

The court dismisses this proceeding for failure to prosecute pursuant to Local

Rule 45.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk

FILED: February 21, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 18-6947
(9:17-cv-01633-TLW)

LAWRENCE CRAWFORD

       Petitioner - Appellant

JOSEPH TODD ROWLAND

       Appellant

v.

US MARSHAL SERVICE, USA

       Respondent - Appellee

RULE 45 MANDATE

This court's order dismissing this appeal pursuant to Local Rule 45 takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*

LAWRENCE CRAWFORD
# 300839 Edisto A-16
Lieber C.I. P.O. Box 205
Ridgeville SC 29472

RECEIVED

FEB 28 2019

MAIL ROOM
LIEBER C.I.

RECEIVED USDC
CLERK, CHARLESTON, SC

2019 MAR 11 AM 7: 48

FOR LEGAL USE ONLY

ITEM X-RAYED BY
USMS

US District Court
Beaufort Division
P.O. Box 835
Charleston, SC 29

LAWRENCE L CRAWFORD
#300839 Edislo B-17
Lieber CI PO Box 205
Ridgeville, SC 29472

**RECEIVED**

MAR 2 1 2019

MAIL ROOM
LIEBER C.I.

The Court of Appeal
For The 1st circuit
1 Court house Way ste
Boston, MASS 02210

FOR LEGAL USE ONLY

USMS
SCREENED