LAWRENCE L CRAWFORD AKA
JONAH GABRIEL JAH-JAH T. TISHBITE
#300839 Edisto B-17
Lieber C.I. P.O. Box 205
Ridgeville SC 29472

IN RE CASE 18-8022 Affidavit of
~~Facts~~ Giving ~~Judicial~~ Notice

To: The 1st circuit et al.

Attached the 1st circuit will find is the duplicate pleading that was also previously served upon the 1st circuit. It is the petitioner's position that the SC District court

1 of 3

is conspiring under color of law and or authority with the 4th circuit engaging in acts of machination and fraud upon the court to manipulate me into filing this document in the 4th circuit to allow that court to inappropriately entertain jurisdiction over these matters where jurisdiction is now legally established before the 1st circuit. In an abundance of caution I am sending these documents to the 1st circuit to demonstrate their attempts at avoiding service and the machination contrived.

Normally, they would be right but these are not normal circumstances. The 1st circuit has jurisdiction pursuant to 28 USC § 1631, extra territorial and multi district litigations claims. The matters are appropriately before the 1st circuit and as of February 28, 2019 the date on the attached envelope for which the document was sent to them. The SC District Court's jurisdiction is divested on that date. They in fraud detached the lead document filed with these.

Respectfully,

Jahjah Al Mahdi

March 19, 2019

Lawrence L Crawford
300839
Lieber Correctional Institution
PO Box 205
Ridgeville, SC 29472

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

OFFICE OF THE CLERK
P.O. BOX 835
CHARLESTON, SOUTH CAROLINA 29402
(843) 579-1401  FAXES (843) 579-1402
www.scd.uscourts.gov

Robin L. Blume
CLERK OF COURT

DIVISIONAL OFFICES

901 RICHLAND STREET
COLUMBIA , SC 29201
(803)765-5816 FAX 765-5960

P. O. BOX 10768
GREENVILLE, SC 29603
(864) 241-2700 FAX 241-2711

P. O. BOX 2317
FLORENCE, SC 29503
(843) 676-3820 FAX 676-3831

March 14, 2019

Lawrence L Crawford
300839
Lieber Correctional Institution
PO Box 205
Ridgeville, SC 29472

Dear Mr. Crawford:

Please find enclosed your documents received on 03/11/2019. The enclosed documents included case numbers for the Court of Appeals. If you have filed an appeal, all documents will need to be sent to them at the below address.

Fourth Circuit Court of Appeals
1100 East Main St., Ste 501
Richmond, VA 23219-3525

Sincerely,
Deputy Clerk

Enclosures

Lawrence L Crawford
#300839 Edisto B-17
Lieber C.I. P.O. Box 205
Ridgeville, SC 29472

RECEIVED
MAR 21 2019
MAIL ROOM
LIEBER C.I.

FOR LEGAL USE ONLY

USMS SCREENED

The Court of Appeals
For The 1st Circuit
1 Courthouse Way - ste
Boston, Mass 02210