LAWRENCE L CRAWFORD AKA

JONAH GABRIEL JAH JAH T. TISHBITE

# 300839 Edisto B-17

Lieber CI P.O. Box 205

Ridgeville SC 29472

2019 APR -1 PM 1:29
RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

IN RE: CASES 18-8022/9:18-cu-01408-

TLW-BM et al, Affidavit of facts

Giving Judicial Notice

JO: WARDEN WILLIAMS,

MAJOR CLARK,

DIRECTOR BRYAN stirling,

SCDC GENERAL COUNSEL,

The muslim chaplain,

1 of 18

Attorney Anderson SCDC
Grievance Coordinator,
Attorney Settana,
The US District Court,
The 1st Circuit Court of
Appeals et al.

I give all parties judicial
notice. They moved me to Edisto
B-17 the week of March 17, 2019, for
the record. No matter what anyone
says or thinks about me. I am
indeed a believer and servant of
the one true God, "Allah", "The I Am",
I love the one true God above my

2of 18

own life. I live and breathe to serve him. This I take to my death no matter what. It is what it is. Due to the recent recreant, opprobrious acts of the conspiring parties in the cases pending. I am forced to give the court judicial notice and bring to its attention additional acts, also to establish such in the court record demonstrating additional acts of retaliation and threat of imminent danger requiring the issuing of the injunction and or protective order filed before the 1st circuit.

3 of 18

SCDC and the conspiring parties separated me from my former cell mate and moved me to Edisto B-17 because they alleged this side is scheduled to come off of lock down. In acts of retaliation and machination SCDC placed me in a cell with a known wine maker and dorm drug dealing king-pin. It doesn't matter that they shake down. As soon as they leave he makes more wine. The entire cell is inundated with the smell of prison "buck". The smell of this wine is in my nostrils all day and night long. I can't even pray in this room because I am forced to bow my head before a

4 of 18

box of penitentiary "buck" (wine) making it impossible for me to be in a state of "kushu" which is required for all muslim prayers which invalidate any prayer that I can possibly make in violation of my religious beliefs. Its impermissible for a muslim or High Priest to pray with a box of "wine", "Alcohol" before him every time he bows his head before his God, the God of Abraham, Issac and Jacob, of Moses, Christ and Muhammad (PBUT) !!!

This person whom I am placed in the room with is a notorious drug dealer who sells cigarettes, marijuana, Ice, meth. And just about any other drug you can think of. They have

hide spots in this dorm so that
after any red and burgundy team
search occurs. They just pull the
stuff out from their concealed places
and its business as usual again.
Being in contact with this wickedness
violates my religious beliefs. It is
my contention that this was no
mere act of inadvertence. Major
Clark and the state actors knew all
to well of this persons activities.
Proof that this is no conclusory claim.
All you have to do is review McCray's
grievance records. He grieved the
loss of a T.v.. Clark replaced it
with a used one that is defective

6 of 18

Mc Cray informed me that Clark told
him that if he wanted a new T.v.
to sell some of that wine and drugs
you be selling and buy you a new one.
I just got in this cell. How could I know
about the T.v. if McCray did not
tell me this? Check his grievance
records. This is proof that the
conspiring parties knew all to well
what they were doing by placing
me in the cell with this individual.
He is indirectly connected to the
gangs as their supplier of drugs
and contraband.
        It is the petitioners contention
that this was a plot, scheme and

Act of machination by the conspiring parties to set me up for a physical assault upon my person further establishing a threat of imminent danger requiring 28 USC § 1455 (c) Removal and the granting of the sought Injunction or protective order.

It is the petitioner's contention that the conspiring state actors and those at SCDC are conspiring under color of state law to set the petitioner up for an inmate assault upon his person. They knew good and well that I would

"buck", "fight", the minute I saw that they had me placed in a cell where I am forced to make my prayers before a box of prison made wine. Their hope and intent was I would fight the cell mate to prevent this and to address the other illegal activity going on in the room. This would have justified them placing me on lock up, solitary, to keep me from the other inmates involved in these cases. Thereupon I would have been forced to tell the officers about activity they were already aware of before they placed me in that cell. They

9 of 18

would have then leaked it to the other inmates in the Dorm to have me labelled as a "snitch" where the gang members and other Affiliates he supplies his wine and drugs to. They would have been angered, calling me a snitch, manipulating the inmates to attack me because I would have been forced to reveal their supplier. This places me in threat of imminent danger where the conspiring state Actors Are attempting to set up an inmate Assault in Acts of machination As I Afore told the courts.

Additionally, they placed me

10 of 18

In a dorm where we as muslims have no place to make the congregational prayers without being innundated by urine, and second hand smoke from tobacco and marijuana. We brought this to the attention of Lt. Reed who blatantly ignored our concerns conspiring with the other defendants in this case. Officer Reed and Annie Trumler are now added as defendents in all pending Federal cases who aided in these injustices. Lt. Reed offered us the Day Room downstairs which is unacceptable. There are tables bolted to the floor creating an inability

for us to pray in ranks as our
religion requires. The inmates
also drink wine and gamble in
this room. They smoke cigarettes
and marijuana in this room. It
is impermissible for us to pray in
this type of environment. There
is no "Kushu". We are forced to
make our prayers on the top
tier without a designated room
as policy requires. Just like when
we are finally given out-of-cell
exercise after almost a year.
We are innundated with over-
whelming amounts of second hand
smoke from tobacco, marijuana

12 of 18

crack and whatever else they are smoking in this dorm. This places a substantial burden on the free exercise of our religious observance, in violation of the U.S. Constitution. The only dorms at this institution where we are not inundated with overwhelming amounts of second hand smoke which imposes an additional threat of imminent danger to our safety and health would be stono or wando dorm to which I am seeking to be moved to either one of these dorms immediately. <u>Helling</u> <u>v McKinney</u>, 509 US 25, 31-32 (1993);

13 of 18

Madrid v Gomez, 889 F.Supp. 1146, 1248-50; Jorden v Gardner, 986 F2d 1521, 1528 (9th Cir 1993); Farmer v Brennan, 511 US 825, 837 (1994); Odom v South Carolina Dept. of Corr., 349 F3d 765, 772 (4th Cir 2003); Hearns v Terhune, 413 F3d 1036, 1042 (9th Cir 2005); Board v Franham, 394 F3d 469 (7th Cir 2005); Powers v. Snyder, 484 F3d 929, 933 (7th Cir 2007); Atkinson v Taylor, 316 F3d 257 (3rd Cir 2003).

The SCDC defendants conspiring with the other defendants in this case under color of state law did all the aforementioned in Acts of Retaliation Not Even

permitting me to attend JUMMAH
service, setting up an inmate
assault upon my person, denying
me a suitable room to make my
prayers in violation of SCDC policy
subjecting me to overwhelming
amounts of second hand smoke
placing my health, life and safety
in danger which was done due to
the lawsuit pending against them.
I want to be immediately moved
into Wando or Stono Dorm away
from this debauchery and second
hand smoke. I want access to
the law library 37 hrs weekly
as policy dictates which until this

L 5 of 18

PRESENT DATE YOU FAILED TO REMEDY.
I WANT TO BE ABLE TO ATTEND RELIGIOUS
CLASSES AND JUMMAH SERVICES AS
THE US CONSTITUTION REQUIRES AND
YOU STOP SUBSTANTIALLY BURDENING
THE FREE EXERCISE OF MY RELIGIOUS
BELIEFS. THE FOREIGN SOVEREIGN
CROWN DEMANDS THIS INVOKING ALL
OF ITS SUPERSEDING POWER AND AUTHORITY.
YOU PEOPLES CRIMINAL NEGLIGENCE
AND DELIBERATE INDIFFERENCE TOWARD
MY SAFETY AND HEALTH IS OUTRAGEOUS
AND SHOCKS THE CONSCIENCE. YOU
HAVE MY HEALTH IN DANGER AND MY
LIFE IN DANGER OF PHYSICAL ATTACK
AND YOU CREATED AN INABILITY FOR

16 of 18

me to pray in my cell or in congregation polluting my worship with wine, "prison buck", and with overwhelming amounts of cigarette and marijuana smoke. You did this intentionally, maliciously, conspiring under color of state law in efforts to have me killed and or assaulted to prevent the pending lawsuits from moving forward. You are not to shake-down or search this room until you have me moved to a place of safety, because the minute you search this cell while I am in it. You will potentially set off a chain

17 of 18

of events that will potentially lead to an attempted murder and or physical assault and attack. This is my informal resolution and exhaustion of state administrative remedies under ADA. You have (10) days to fix this people or these matters shall be supplemented to the causes of action before the courts involved. You shall be sued for these additional, barbaric, egregious miscarriages of justice. We shall place them before the jury. These criminal acts of retaliation must stop.

Respectfully,
Jahnah Al mahdi

March 22, 2019

18 of 18

Please file

in case

18-8022

Thank you

LAWRENCE L CRAWFORD
#300839 Edisto B-17
LIEBER C.I. P.O. Box 2005
Ridgeville, SC 29472

RECEIVED

MAR 26 2019

MAIL ROOM
LIEBER C.I.

FOR LEGAL USE ONLY

The Court of Appeal
For The 1st Circuit
1 Courthouse Way suite
Boston, Mass 022