The United States District Court
The District of South Carolina

Lawrence L Crawford
aka Jonah Gabriel
Jah Jah T. Tishbite
et al,
    Petitioners

vs.

The SC Dept of Corrections
et al.
    defendants

| CIA
| 9:18-CV-01408-TLW-BM
| Et. Al.

Affidavit of Service

2019 APR 15 PM 1:48
RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

I Jah Jah Al Mahdi, do hereby certify, that I have mailed and

1 of 9

or served a copy of an affidavit of facts giving judicial notice, notice of witness list on the SC District court and all involved parties by US mail postage prepaid by placing it in the institution mailbox on April 10, 2019. It is deemed filed that date, <u>Houston v Lack</u>, 287 US 266, 273-76, 108 SCt 2379 (1988).

Respectfully,
JahJah Al Mahdi

April 10, 2019

2 of 9

# The United States District Court
# The District of South Carolina

LAWRENCE L CRAWFORD
AKA JONAH GABRIEL
JAH JAH T. TISHBITE
et. al

    petitioner

vs.

The SC Dept. of Corrections
et al

    defendants

CIA

9:18-CV-01408-TLW-BM

et al

Affidavit of Facts
Giving Judicial
Notice ; Notice
of Witness list

IN RE: CASE 9:18-CV-01408-TLW-BM;
18-8022 ET AL

To: The SC District Court,
The 1st Circuit Court of Appeals

Et Al,

The petitioner gives the court and all parties judicial notice. The SC District Court Judges conspiring under color of law and or authority tried to dismiss this case. One of the fraudulent claims made by the compromised court in acts of fraud upon the court was that

4 of 9

the claims were conclusory. The petitioner successfully rebutted this claim in his response to the magistrate orders, but in an abundance of caution to further demonstrate that the claims are not conclusory. The petitioner now submits this witness list. The parties in whom I am officially motioning for subpoenas for are:

(1) Imam Ansari at SCDC Headquarters.

(2) Lt Lyndora Belton at Lieber

C.I.

(3) Officer Nipp at Lieber C.I.

(4) Sgt Perry at Lieber C.I.

(5) Lt Miller (female) at Lieber C.I.

(6) Lt Easterling formerly of SCDC

(7) Officer Grant formerly of SCDC

(8) Chaplain Curtino at Lieber C.I.

(9) Attorney Anderson at SCDC Headquarters Grievance Branch

(10) Inmate Edward Rutland at McDougal C.I.

(11) Cpl. Bouch at McDougal C.I.

(12) Esaías Díaz Gutiérrez

(13) Inmate Anthony Cook at Lieber C.I.

(14) Inmate Stanley DeHart III at Lee C.I.

(15) Inmate Carnell Davis at Lieber C.I.

(16) Inmate david owen at Broad River C.I.

(17) Inmate Robert mitchell at Lieber C.I.

(18) Inmate Vincent J Beaton at Ridgeland C.I.

(19) Inmate Yahya Muquit at Broad River C.I.

(20) Inmate Christopher Darnell Wilson Lieber C.I.

7 of 9

(21) Inmate Joseph Rowland at Lieber C.I.

(22) Inmate Travis Bellamy at Broad River Rd C.I.

(23) Inmate Herbert McDowell at Perry C.I.

(24) Psychologist/Counsellor Ms. Hewson at Lieber C.I.

These individuals shall be called via seeking subpoenas to establish the verity of all claims made in this case. Their sought testimony along with the exhibits

And documents now filed in this case are more than sufficient evidence to place these matters before the jury which is sought.

Additional injury or damage that has occurred from the lack of out of cell exercise is that my muscles have atrophied causing pain and discomfort.

Respectfully,
Jahirah Al Mahdi

April 9, 2019

please file in

case 18-8022

Lawrence L Crawford
#300839 Edisto B-17
Lieber C.I. P.O. Box 205
Ridgeville, SC 29472

The Court of Appeals
for the 1st Circuit ste 2500
1 Courthouse Way
Boston, Mass. 02210

CHARLESTON SC 294
11 APR 2019 PM 3 L

TIME SENSITIVE MATERIAL

RECEIVED
APR 11 2019
MAIL ROOM
LIEBER C.I.

FOR LEGAL USE ONLY