The Court of Appeals
For The First Circuit et. al.,

Petition From The Boston Court
Case 1:14-cv-14176-ADB et. al.,

Docket No. 18-8022 et al

Lawrence L Crawford aka Jonah
Gabriel Jahjah T. Tishbite et. al.,

Petitioner

vs

Students For Fair Admissions Inc

1 of 12

vs

The President of Harvard College
et al.,

　　　　　　　　　　　defendants

---

## Affidavit of Service

I, Jah Jah Al Mahdi, do hereby certify, that I have mailed and or served, a copy of an affidavit of facts giving judicial notice; motion to supplement the proceedings, motion to expand the scope and for inclusion and motion

to motion therefor, on the 1st circuit court of Appeals by US mail postage prepaid by placing it in the institution mailbox on April 17, 2019.

Respectfully

Jahjah Al Mahdi

*[signature]*

April 16, 2019

# The Court of Appeals
# For The First Circuit et al.

Petition From The Boston Court

Case 1:14-CV-14176-ADB et al.,

Docket No. 18-8022 et al.,

Lawrence L Crawford AKA Jonah Gabriel JahJah T. Tishbite et al.,

petitioner

vs.

Students For Fair Admissions Inc.

Vs.

The President of Harvard College et al

<div style="text-align: right">defendants</div>

---

Affidavit of Facts giving judicial notice; motion to supplement the proceedings; motion to expand the scope and for inclusion and motion to motion therefor

---

In Re Case 18-8022 and 19-1004 in the 5th Circuit.

To: The First Circuit Court

of Appeals et al.

The petitioner gives the 1st circuit and all parties judicial notice. I motion to supplement this appeal. Events have taken place that are relevant to this appeal occurring in the 5th circuit. They did not exist at the time I made the last filing. Therefore in fairness to the petitioner the 1st circuit must allow the petitioner to supplement them in order that they be properly established in the court record due to the petitioner

seeking panel review to establish multi district litigation, due to claims of extra territorial jurisdiction and due to the intent to establish default and collateral estoppel that emerges from case 2013-CP-400-0084 within the Richland SC common pleas court which attaches to all these matters.

I give the 1st circuit judicial notice and motion to expand the scope and seek inclusion of all documents filed in the 5th circuit under case 19-1004 be deemed filed in case 18-8022 also due to state interference where I am

still being hindered, impeded and or restricting in obtaining copies at this institution.

A copy of a document entitled Affidavit of Facts Giving Judicial Notice; motion to Intervene; filing Writ of Error; motion to challenge the 5th circuits jurisdiction due to default, collateral estoppel and multi District litigation; motion to expand the scope and for Inclusion; motion to transfer and or stay; motion to suspend the appellate court rules; Notice of Lien and and motion to motion Therefor, (73)

pages dated April 5, 2019 was just filed in case 19-10011 in the 5th circuit.

The Affordable Care Act, like Affirmative Action was argued in case 2013-CP-400-0084 to which the United States is party. By the default the ACA was to remain in its original integrity with congress and the senate getting together to repair any deficiencies in this legislation that had anyone concerned. This was defaulted on before Trump issued any executive order

killing the mandate set in place by PRESIDENT OBAMA. This violated the separation of powers clause where judicial review in this case supersedes any executive order issued by TRUMP or any judicial determination made in CASE 4:18-CV-167-O that came out of the Texas District Court.

TRUMP and his flunkies when they realized they were defeated in CASE 2013-CR-400-0084 and that intervention was made under CASE 1:14-CV-14176-ADB. They in Acts of FRAUD to circumvent the

default and estoppel emerging from case "0084" filed case 4:18-CV-167-O in the Texas District court to create a back door to also circumvent the pleadings made under case 18-8022. This forced me to file pleading in case 19-10011 to give the 5th circuit notice of the pleading and fraud with claims of default and collateral estoppel on the issue of the Affordable Care Act.

I motion to expand the scope and for inclusion and all documents filed in case 19-10011 in the 5th circuit be deemed filed in case

18-8022. Case 4:18-cv-167-O is now a tag along case under the multi district litigation Rules 6.2 and 6.3. The 5th Circuit's jurisdiction in case 19-10011 is limited to addressing the fraud and the sought hearing in the Boston District Court must occur to establish the jurisdictional facts.

Respectfully
Jahtah Al Mahdi

April 16, 2019

Lawrence L Crawford
300839 Edisto B-17
Lieber CI P.O. Box 205
Ridgeville SC 29472

RECEIVED
APR 19 2019
MAILROOM
LIEBER CI

FOR LEGAL USE ONLY

The Court of Appeals
For The First Circuit
Suite 2500
1 Courthouse Way
Boston Mass. 02210