Lawrence L Crawford AKA
Jonah Gabriel JahJah T. Tishbite
#300839 Edisto B-17
Lieber CI P.O. Box 205
Ridgeville SC 29472

2019 APR 26 PM 1:12
RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

IN RE CASES 18-8022 And 19-1004

To: The 1st Circuit,

Due to state interference.

I am seeking an extension of time from the 1st circuit to allow me to file a copy of the (73) page Affidavit of Facts filed

1 of 3

in the 5th circuit under case 19-1004 and place it before and in case 18-8022. I am writing for the clocked stamped copy. Once I receive it I will endeavor to make a copy and send it to the 1st circuit. I am prejudiced by the disability to my hands and the state interference in they delaying copying creating an inability for me to serve the documents on both courts simultaneously. This is why the motion to expand is filed. I will make efforts to

file a copy of the (93) page document in question in the 1st circuit shortly once I receive the clocked stamped copy from the 5th circuit. Thank you.

Respectfully

Rahtah Almahdi

April 16, 2019

Lawrence L Crawford
300839 Edisto B-17
Lieber CI P.O. Box 205
Ridgeville SC 29472

The Court of Appeals
For The First Circuit
Suite 2500
1 Courthouse Way
Boston Mass. 02210

RECEIVED
APR 19 2019
MAILROOM
LIEBER CI

FOR LEGAL USE ONLY