LAWRENCE L CRAWFORD AKA
JONAH GABRIEL JAHJAH T. TISHBITE
#300839 Edisto B-17
Lieber C.I. P.O Box 205
Ridgeville SC 29472

2019 JUN 10 PM 2:08
RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

In Re Case 18-8022 et. al.,
Affidavit of Facts Giving Judicial
Notice. Motion to expand the
scope.

To: The 1st Circuit et. al.

I give the court judicial notice
that the attached document is being
filed in this case for adjudication.
I motion to expand the scope and

1 of 2

that all attachments related to this document filed in case 18-3457 now be deemed filed in case 18-8022 by expanding the scope and seeking inclusion.

Respectfully,
Jahjah Al Mahdi

June 1, 2019

Lawrence L Crawford
#300839 Edisto B-17
Lieber CI PO Box 205
Ridgeville, SC 29472

RECEIVED
JUN 05 2019
MAIL ROOM
LIEBER C.I.

FOR LEGAL USE ONLY




U.S. POSTAGE PAID
FCM LG ENV
RIDGEVILLE, SC
29472
JUN 05, 19
AMOUNT
$0.00
R2304H109120-05

1000   02210

The Court of Appeals
for the 1st Circuit
Suite 2500
1 Courthouse Way
Boston, Mass. 02210