2019 AUG -6 PM 1: 29

RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

PLEASE file in

CASE 18-8022

The Court of Appeals
For The First Circuit et al,

Docket No. 18-8022

Petition From Boston Court
1:14-CV-14176-ADB et al,

RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERKS OFFICE
2019 AUG -6 PM 1:29

LAWRENCE L CRAWFORD AKA
JONAH GABRIEL JAH JAH T. TISHBITE
PETITIONER

VS.

Students For A Fair Admissions
1086

Vs.

The President of Harvard College
et al.

petitioner

2019 AUG -6 PM 1: 29
RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

## Affidavit of Service

I, Toh Toh Al mahdi, do certify that I have mailed and or served a copy of an affidavit of facts giving judicial notice on the 1st circuit and all involved parties by US mail postage prepaid by depositing it in the institution

2 of 6

mail box on July 31, 2019. It is filed that date.

Respectfully,
Jahjah al mahdi

July 31, 2019

The Court of Appeals
For The First Circuit et. Al.

_____

Docket No. 18-8022

_____

RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE
2019 AUG -6 PM 1: 29

Petition From Boston Court

1:14-CV-14176-ADB ET AL

_____

Lawrence Crawford aka
Jonah Gabriel Jah Jah T. Tishbite

Petitioner

Vs.

Students For A Fair Admissions

4 of 6

Us.

The President of Harvard College et al.

---

Affidavit of Facts Giving Judicial Notice

---

For The 1st circuit,

The attached document is to give the 1st circuit an update on all matters that are occurring sub judice related

2019 AUG -6 PM 1:30
RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

to All cases involved. I motion to supplement the Appeal under case 18-8022 to Remedy all concerns in Exhibit "Arbitration Fraud". Further proof of the default will soon follow.

Respectfully,

Jah Jah Al mahdi

July 30, 2019

6 of 6

RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE
2019 AUG -6 PM 1:30

Exhibit

" Arbitration Fraud "

ZZ

THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA ET. AL.,

| | | |
|---|---|---|
| LAWRENCE L. CRAWFORD AKA JONAH GABRIEL JAHJAH T. TISHBITE ET. AL., | ) ) ) ) | C/A 9:18-cv-01408-TLW-BM |
| PETITIONER(S) | ) ) ) ) | |
| Vs. | ) ) | AFFIDAVIT OF SERVICE |
| | ) ) ) ) ) | |
| THE S.C. DEPT. OF CORRECTIONS ET. AL., | ) ) | |
| DEFENDANT(S) | ) ) | |

I, JAHJAH AL MAHDI, DO HEREBY CERTIFY, THAT I HAVE MAILED AND OR SERVED, A COPY OF AN AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE ; MOTION TO SUPPLEMENT THE COMPLAINTS TO ESTABLISH FORGERY, MACHINATION TO THWART JUDICIAL REVIEW, FALSIFYING EVIDENCE AND OR INSTITUTION RECORDS; MOTION FOR SANCTIONS AND OR FORFEITURE AND TO AMEND RELIEF SOUGHT TO SEEK DOUBLE DUE TO FRAUD; MOTION FOR SANCTIONS AND FORFEITURE DUE TO MACHINATION TO FORCE OR MANIPULATE ME INTO ARBITRATION; MOTION FOR SUBPOENAS TO OBTAIN KIOSK RECORDS; NOTICE OF ADDITIONAL WITNESSES BEING CALLED TO ADDRESS THE FRAUD AND FALSE EVIDENCE AND MOTION TO MOTION THEREFOR, ON THE S.C. DISTRICT COURT AND ALL INVOLVED PARTIES BY U.S. MAIL POSTAGE PREPAID BY PLACING IT IN THE INSTITUTION MAILBOX ON JULY 24, 2019. IT IS DEEMED FILED THAT DATE, <u>HOUSTON v. LACK,</u> 287 U.S. 266, 273-76, 108 S.Ct. 2379(1988).

1-of-9

RESPECTFULLY,

JAHJAH AL MAHDI

JULY 24, 2019

THE UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH CAROLINA ET. AL.,

|  |  |  |
|---|---|---|
| LAWRENCE L. CRAWFORD AKA JONAH GABRIEL JAHJAH T. TISHBITE ET. AL., | ) ) ) ) | C/A 9:18-cv-01408-TLW-BM ET. AL., |
| PETITIONER(S) | ) ) | |
| | ) ) ) ) ) ) ) ) | AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE; MOTION TO SUPPLEMENT THE COMPLAINTS TO ESTABLISH FORGERY, MACHI-NATION TO THWART JUDICIAL REVIEW, FALSIFYING EVIDENCE AND OR INSTITUTION RECORDS; |
| Vs. | ) ) ) ) ) ) ) ) ) ) ) ) ) | MOTION FOR SANCTIONS AND ⬛⬛ FOR FORFEITURE AND TO AMEND RELIEF SOUGHT TO SEEK DOUBLE DUE TO FRAUD; MOTION FOR SANCTIONS AND FORFEITURE DUE TO MACHINATION ⬛⬛⬛⬛ TO FORCE OR MANIPULATE ME INTO ARBITRATION; MOTION FOR SUBPOENAS TO OBTAIN KIOSK RECORDS; NOTICE OF ADDITIONAL WITNESSES BEING |
| THE S.C. DEPT. OF CORRECTIONS ET. AL., | ) ) ) | CALLED TO ADDRESS THE FRAUD AND FALSE EVIDENCE AND MOTION |
| DEFENDANT(S) | ) ) | TO MOTION THEREFOR |

IN RE: CASES 9:18-cv-01408-TLW-BM; 9:19-cv-1400-TLW-BM; 1:18-cv-13459-NLH; 1:14-cv-14176-ADB; 18-8022; 19-10011 ET. AL.,

TO: THE S.C. DISTRICT COURT,
   THE NEW JERSEY DISTRICT COURT,
   THE BOSTON DISTRICT COURT,

THE 1ST. CIRCUIT COURT OF APPEALS,
THE 5TH. CIRCUIT COURT OF APPEALS ET. AL.,

5TH. CIRCUIT THIS IS JUST A COURTESY FILING FOR YOU TO
GIVE YOU NOTICE OF MATTERS RELATED TO THE FILING I MADE IN CASE
19-10011 FOR THE PURPOSE OF ESTABLISHING MULTI-DISTRICT LITIGA-
TION AND 28 U.S.C. § 1407 TRANSFER OF THE CASE PENDING IN YOUR
COURT.

ATTORNEY SETTANA OF McKAY, CAUTHEN, SETTANA & STUBLEY
P.A. 1303 BLANDING STREET COLA., S.C. 29201 IS ATTORNEY FOR
THE STATE ACTORS, MOSTLY, SO A COPY OF THIS PLEADING IS SERVED
ON HIM EVEN FOR S.C.D.C. AND S.C. ATTORNEY GENERAL.

HERE THE COURT AND PARTIES WILL FIND:

(1) EXHIBIT, "KIOSK FRAUD". THIS IS THE GRIEVANCE
THAT ESTABLISH LCI-0288-19 THAT IS ALSO PRESENTLY BEFORE THE
COURT UNDER CASE 9:18-cv-01408-TLW-BM AND 9:19-cv-1400-TLW-BM.

BY THE DOCUMENT I MOTION TO SUPPLEMENT THE PROCEEDINGS
WITHIN ALL PENDING FEDERAL CASES AGAINST MS. BRITT, WARDEN WILL-
IAMS, SHEPARD, MONTRELL AND THE S.C. DEPT. OF CORRECTIONS TO
ESTABLISH ADDITIONAL CAUSES OF ACTION FOR VIOLATIONS OF 18 U.S.C.
§ 1001, FORGERY, FALSIFYING EVIDENCE AND OR S.C.D.C. RECORDS
TO THWART JUDICIAL REVIEW AND AVOID SUIT. I MOTION FOR SANCTIONS
AND FORFEITURE AND TO AMEND THE MONETARY RELIEF TO SEEK DOUBLE
UNDER CASES 9:18-cv-01408 AND 9:19-cv-1400. BY SUCH THE PROVI-
SIONS OF ROSS v. BLAKE, 136 S.Ct. 1850(2016) ATTACH AND "AGAIN"
ANY CONCERN WITH EXHAUSTION IS MOOT. ALSO DUE TO 28 U.S.C. §§
2679, 1602-1612 ET. SEQ. REMOVAL AND RIGHT TO EXERCISE FEDERAL
FORUM IS ESTABLISHED WHERE EXHAUSTION IS NOT REQUIRED.

THIS IS THE HEART OF THE MATTER. MS. BRITT, THE WARDENS
AFOREMENTIONED AND THE COMMISSARY EMPLOYEE WHO WAS RECENTLY
CAUGHT ON VIDEO PLACED ON THE INTERNET SUCKING INMATE PENIS,
TOOK MY REQUEST TO STAFF FORMS AND THEN ACCESS MY INMATE CODE
WITHOUT MY CONSENT, THEN PLACED NOT ONE, NOT TWO, NOT THREE,

BUT (48) FRAUDULENT ENTRIES ON THE KIOSK SYSTEM IN MY NAME TO AVOID SUIT ON THIS ISSUE TO MAKE IT LOOK LIKE I WAS NOT SINCERE IN MY RELIGIOUS BELIEFS TO AVOID SUIT AND THWART JUDICIAL REVIEW IN ACTS OF MACHINATION AND FRAUD. THE STATE ACTORS PREVIOUSLY REFERRED TO HAVE THE ABILITY TO ENTER ANYTHING ON THE KIOSK SINCE THEY HAVE ALL OF THE INMATES INFORMATION AND OR CAN ALTER IT AS THEY SEE FIT TO ADVANCE THEIR NEFARIOUS ENDS. THUS, ANY ENTRIES ON THIS SYSTEM CAN NO LONGER BE DEEMED RELIABLE DUE TO THIS PRESENT ACT, AND IF THE COURT WOULD USE THIS INFORMATION FOR ANY PURPOSE OTHER THAN TO REMEDY THE FRAUD THAT PRODUCED THIS DOCUMENTATION? IT WOULD VIOLATE 18 U.S.C. § 1001 AND TAINT THESE ENTIRE PROCEEDINGS RENDERING THEM UNCONSTITUTIONAL VOIDING THIS COURT'S JURISDICTION. I OBJECT TO THIS FRAUD AND CONSPIRACY.

THERE IS A WAY TO FURTHER PROVE THESE FACTS. PURSUANT TO RULE 26, I MOTION FOR SUBPOENAS AND THE KIOSK RECORDS AND DATES OF THESE (48) ALLEGED ENTRIES BE NOW MADE A PART OF THE COURT RECORD.

IF ONE WOULD COMPARE THE (48) ALLEGED ENTRIES TO THE DATES IT WAS SAID THEY WERE MADE. THE RECORDS WOULD CLEARLY INDICATE THAT WE WERE ON INSTITUTIONAL LOCKDOWN FOR WHICH THEY ARE BEING SUED FOR UNDER BOTH CASES 9:18-cv-01408 AND 9:19-cv-1400. THUS, IT IS IMPOSSIBLE THAT I COULD BE ON THE KIOSK PLACING IN ENTRIES WHEN IT IS INDISPUTABLE AND OBVIOUS THAT WE WERE LOCKED DOWN AT THE TIMES THESE FRAUDULENT ENTRIES WERE MADE. BRITT AND HER COHORTS NAMED DID THIS.

TO FURTHER BOLSTER THIS POSITION. I CALL THE MUSLIM CHAP-LAIN ANSARI WHO ONCE WORKED FOR S.C.D.C.. I WANT HIM SUBPOENAED AS A WITNESS. THE WARDEN AND S.C.D.C. HEADQUARTERS HAD HIM MAKE A TRIP DOWN HERE ESPECIALLY TO SEE ME AND ASK WHY I WOULD NOT USE THE KIOSK, TO WHICH I EXPLAINED TO HIM WHY, OVER A YEAR AGO.

I WANT SGT. NOLAN CALLED AS A WITNESS. SHE WILL TESTIFY THAT OVER (2) YEARS AGO SHE HAD TO CALL CARNELL DAVIS, THE INMATE MUSLIM COORDINATOR, WHO I ALSO CALL AS A WITNESS, TO INQUIRE WHY I WOULD NOT USE THE KIOSK.

I CALL DONALD BAKER INMATE #147121, WHO WAS MY CELLMATE
SINCE 2012. HE WILL TESTIFY HE WITNESSED NUMEROUS OCCASIONS
WHERE THE OFFICERS DEMANDED I USE THE KIOSK AND STILL I WOULD
NOT USE IT.

THIS IS SUFFICIENT EVIDENCE TO PLACE BEFORE A JURY TO
PROVE THEIR EVIDENCE IS FALSIFIED, PLACED THERE WITHOUT MY CON-
SENT TO AVOID SUIT AND OR THWART JUDICIAL REVIEW. I MOTION FOR
SANCTIONS AND FORFEITURE ON THIS ISSUE AND THAT THE DEFENDANTS
NOW BE BARRED IN CHALLENGING IT, AS WELL AS ANY OTHER CLAIM
IN THIS CASE DUE TO FRAUD AND OBSTRUCTION OF JUSTICE AS WELL
AS VIOLATION OF 18 U.S.C. § 1001 PERPETRATED TO PREVENT ME FROM
BEING HEARD AND OR GIVEN FAIR AND PROPER REVIEW ON THIS CLAIM.

I FURTHER MOTION FOR SANCTIONS AND FORFEITURE RENEWING
MY SEEKING BEFORE THE MULTI-DISTRICT PANEL FOR DISQUALIFICATION
OF THE S.C. DISTRICT COURT AND 3RD. CIRCUIT AND 4TH. CIRCUITS
DUE TO ADDITIONAL ACTS OF FRAUD UPON THE COURT PERPETRATED BY
THE CONSPIRING PARTIES REFERRED TO IN THIS CASE IN TOTAL, WHICH
INCLUDE ALL STATE ACTORS, JUDGES WOOTEN, MARCHANT, HODGES AND
THE OTHER JUDGES REFERRED TO UNDER CASE 1:18-cv-13459-NLH.

WHAT THE HECK  IS S.C.D.C. VIA CHAPLAIN CURTINO DOING
COMING TO ME SINCE RAMADAN ENDEAVORING TO DECEIVE AND MANIPULATE
ME INTO ENGAGING IN ARBITRATION INFORMING ME THAT THEY ARE AWARE
OF CASES 9:18-cv-01408 AND 9:19-cv-1400 WHEN NO SUCH ISSUANCE
OF SERVICE EVER WAS ISSUED IN EITHER OF THESE CASES?

THEN THEY CAME TO ME ON JULY 18, 2019 AND OFFICIALLY
ASKED ME TO GIVE THEM A STATUS AND LIST ALL CASES I HAVE PENDING
TO DECEIVE THE COURT IN FUTURE PLEADING TO MAKE IT LOOK LIKE
I GAVE THEM NOTICE OF THE PENDING CASES WHICH IS WHY THEY SENT
THE CHAPLAIN, CURTINO, TO MANIPULATE ME INTO ARBITRATION, WHEN
CURTINO, BY HIS OWN WORDS, WAS SENT TO ME BY THE WARDEN, WILLIAMS
, AND DIRECTOR STIRLING, FROM WHAT CURTINO TOLD ME, DURING THE
MUSLIM OBSERVANCE OF RAMADAN, WAY BEFORE I OFFICIALLY IN WRITING
GAVE THEM ANY NOTICE OF THE CASES EXISTENCE (RAMADAN 2019).

SO THEN, WHO INFORMED THE S.C. ATTORNEY GENERAL, DIRECTOR

STIRLING AND THE OTHER STATE ACTORS OF THE PENDING FEDERAL CASES? THE ONLY CONCLUSION THAT CAN BE SURMISED IS THAT JUDGES WOOTEN, MARCHANT AND OTHER S.C. DISTRICT COURT JUDGES ENGAGED IN SECRET EX PARTE MEETINGS WITH THE DEFENDANTS AND INSTRUCTED THEM TO TRY TO MANIPULATE ME TO ENGAGE IN ACTS OF ARBITRATION, IN THEIR MEETING OF THE MINDS, SO THAT IN THE FUTURE, S.C.D.C. WOULD HAVE FILED A MOTION TO COMPEL ME TO ARBITRATE FRAUDULENTLY ASSERTING THAT I VOLUNTARILY ENGAGED IN SUCH ARBITRATION IN THE PAST.

WOOTEN AND THE JUDGES WOULD HAVE THEN GRANTED THEIR MOTION TO COMPEL AND FORCE ME INTO ARBITRATION THEREBY CIRCUMVENTING THE 7TH. AMENDMENT STIPULATIONS FILED IN CASE 9:18-cv-01408-TLW-BM THAT BEFORE ANY OF THESE MATTERS PROCEED, ALL MUST BE PLACED BEFORE A JURY. I OBJECT TO THIS FOOLISHNESS, THIS ACT OF FRAUD UPON THE COURT AND MACHINATION CONSPIRED IN BY THESE CORRUPT GOING TO HELL OFFICIALS AND RENEW THE MOTION TO DISQUA-LIFY THEM AND FOR THE MULTI-DISTRICT PANEL TO VALIDATE THE 28 U.S.C. § 1407 TRANSFER. DISTRICT COURTS CAN CONSIDER MATERIAL BEYOND PLEADINGS IN RULING ON DEFENDANT'S MOTION TO COMPEL ARBITRATION WHICH IS WHAT THEY WERE ATTEMPTING TO DO BY FRAUDU-LENTLY MISREPRESENTING THE FACTS, MAKING IT DECEPTIVELY LOOK LIKE I CHOSE TO CONSENT AND VOLUNTARILY ENTER INTO ARBITRATION, WHICH I VEHEMENTLY OBJECT, AND MOTION FOR SANCTIONS AND FORFEI-TURE. UNLESS PARTIES CLEARLY AND UNMISTAKINGLY PROVIDE OTHERWISE, QUESTIONS OF WHETHER PARTIES AGREED TO ARBITRATE IS TO BE DECIDED BY THE COURT WHICH THE JUDGES AND DEFENDANTS, IN VIOLATION OF THEIR OATHS OF OFFICE, CONSPIRED TO FRAUDULENTLY MANIPULATE, WHICH STRIPS THEM OF IMMUNITY. JUDGES ARE NOT ARBITRATORS. YET THEY CONSPIRED TO ACT AS SUCH TO INAPPROPRIATELY ENTERTAIN JUR-ISDICTION OVER THE MATTER RENDERING THE CASES UNCONSTITUTIONAL VOIDING THE COURT'S JURISDICTION FOR DUE PROCESS VIOLATION PLA-CING ALL PARTIES IN FORFEITURE ON ALL CAUSES MADE, UNITED STATES v. INTERNATIONAL FIDELITY COMPANY, 232 F.Supp.3d. 1193(S.D.Ala. 2017).

THEIR ACTIONS FLY IN THE FACE OF ESTABLISHED LEGAL PRE-CEDENT AND DEMONSTRATE A MANIFEST DISREGARD FOR THE LAW REQUIRING

THAT ANY OPPORTUNITY TO ARBITRATE OR RESPOND ONCE SERVED BE
WAIVED BY SANCTIONS SOUGHT AND DEMANDED, BY THE COURT BY CLEAR
INDICATION BEING PRIVY TO IT, JAMES M. PERNA, PLAINTIFF v. HEALTH
ONE CREDIT UNION, ET. AL., DEFENDANTS, 2019 WL 3081068 (E.D.Mich.
2019). THIS VIOLATES DUE PROCESS. I OBJECT.

THE DEFENDANTS, CONSPIRING UNDER COLOR OF STATE LAW AND
OR AUTHORITY FOR THE FEDERAL ACTORS, DEPRIVED ME OF MY SUBSTAN-
TIVE DUE PROCESS RIGHT TO HAVE SUCH MATTERS DECREED BY A COURT,
UNTAINTED BY FRAUD, TO IN ACTS OF MACHINATION MANIPULATE ME
AND OR FORCE ME INTO ARBITRATION, TO ALLOW THEM IN FUTURE PLEAD-
ING TO FRAUDULENTLY ASSERT THAT I CONSENTED TO SUCH ARBITRATION
BY PRIOR VOLUNTARY ACTION WHEN NO SUCH CONSENT TO ARBITRATION
IS GIVEN, TO CIRCUMVENT THE 7TH. AMENDMENT STIPULATIONS INVOLVED
IN THESE CASES EMERGING FROM CASE 9:18-cv-01408 TO MISCONSTRUE
THE FACTS, TO GIVE WAY TO FRAUD AND MISREPRESENT THE FACTS,
WITHIN ALL COURT RECORDS, AND DENY ME THE EQUAL PROTECTION OF
THE LAWS. I OBJECT AND MOVE FOR FORFEITURE, MORGAN v. FIORENTINO,
2019 WL 2642863(M.D.Pa.2019); TRINCHITELLA v. AMERICAN REALTY
PARTNERS LLC., 2019 WL 2524419(E.D.Cali.2019).

A CONDITION THAT REQUIRES A PARTY TO ENGAGE IN SUCH STEPS
OR ACTS OF ARBITRATION IS NOT JURISDICTIONAL WHERE THESE ACTS
DONE BY THESE RATS AND SNAKES ENGAGING IN MORE FRAUD REQUIRING
THEIR DISQUALIFICATION AND THE 1407 TRANSFER MUST BE REMEDIED,
STAUDNER v. ROBINSON AVIATION, INC., 910 F3d. 141(4th.Cir.2018);
TROUT v. ORGANIZACION' MINDIAL de BOXEO INC., 2018 WL 4719104
(D. PUERTO RICO 2018); INNOTEC LLC. v. VISENTECH SALES INC.,
2018 WL 3520181(W.D.Va.2018).

I MOTION BEFORE THE 1ST. CIRCUIT TO SUPPLEMENT THE APPEAL
UNDER CASE 18-8022 TO REMEDY THESE MATTERS. UNDER FEDERAL LAW,
ARBITRATION IS INDEED A MATTER OF CONTRACT AND A PARTY CANNOT
BE REQUIRED TO SUBMIT TO ARBITRATION IN REGARD TO ANY DISPUTE
WHICH HE HAS NOT AGREED TO DO SO OR SUBMIT TO. I DO NOT AGREE
OR SUBMIT TO THIS FRAUD AND CONSPIRACY. I OBJECT AND SUPPLEMENT
THE APPEAL IN THE 1ST. CIRCUIT TO ADDRESS THIS FRAUD, LABOR
INTERNATIONAL UNION.... v. WEST VIRGINIA...., 2019 WL 2066534

(S.D.W.Va.2019); LAMPS PLUS INC. v. VARELA, 139 S.Ct. 1407, 203 L.Ed.2d. 636(U.S.2019); HUNTER v. N.H. CASH COM. LLC., 2017 WL 4052386 (E.D.Va.2017). THIS DOCUMENT CONSTITUTE A WRIT OF ERROR ALSO.

RESPECTFULLY,

JAHJAH AL MAHDI

JULY 22, 2019

2019 AUG -6 PM 1:31
US COURT OF APPEALS
RECEIVED
FIRST CIRCUIT
CLERK'S OFFICE

Exhibit

Kiosk Fraud

7

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
INMATE GRIEVANCE FORM
STEP 2

Due By 7/25/19

INMATE NAME: Crawford, Lawrence

SCDC NUMBER: 300839

INSTITUTION: Lee

HOUSING UNIT: EB-17

WORK ASSIGNMENT:

**Office Use Only**
Grievance No. LCI-0288-19
Code: General _____
Policy _____
Disc. Hear. _____
Class. _____
Date Received _____
IGC Initials _____

INMATE'S REASON FOR APPEAL (state specific dissatisfaction): The entries you see on the kiosk ARE FRAUDULENT entries placed there by ms Britt And the commissary officer that was caught sucking inmate penis on the interfnet. If you look at the entries they WERE done mostly when we were on lockdown. The officers took my RSTM forms and then typed them on the kiosk to give the fraudulent perception that I entered them. They WERE Entered by staff members

Grievant Signature _____ Date 7/19/19

RESPONSIBLE OFFICIAL'S DECISION AND REASON:    to Avoid suit

Signature _____ Date _____

The decision rendered by the responsible official exhausts the appeal process of the Inmate Grievance Procedure. I hereby acknowledge receipt of the official's response and understand this is the Agency's final response to this matter.

Grievant Signature _____ Date _____     IGC Signature _____ Date _____

**(SEE REVERSE SIDE FOR INSTRUCTIONS)**

## INSTRUCTIONS FOR COMPLETING STEP 2 GRIEVANCE FORM

1. Complete form in its entirety, writing only in the space provided for inmate use.

2. State your specific reason for further appeal. Do not submit any new issues for review.

3. Submit this completed form with your original Step 1 attached, to the Institutional Grievance Coordinator within five (5) days of your receipt of the Warden's decision. Do not write in the space provided for the responsible official.

4. The decision rendered by the responsible official exhausts the appeal process of the SCDC Inmate Grievance Procedure.

## SOUTH CAROLINA DEPARTMENT OF CORRECTIONS

### INMATE GRIEVANCE FORM

#### STEP 1

| | |
|---|---|
| **INMATE NAME:** Lawrence Crawford | **OFFICE USE ONLY** |
| **SCDC NUMBER:** 300939 | Grievance No. LCI-0288-19 |
| **INSTITUTION:** Lieber C.I. | Code: General MATS |
| **HOUSING UNIT:** BB-17 | Policy ___ |
| | Disc. Hear. ___ |
| **WORK ASSIGNMENT:** MAY 0 2 2019 mr | Class. ___ |
| | PREA ___ |
| | Date Received 5/2/2019 |
| | IGC Initials BF |

**STATEMENT OF GRIEVANCE** (Indicate the date of incident, and if the grievance is a challenge to SCDC Policy, specify which policy. Include supporting documentation and attach answered RTSM or Kiosk reference number.).

Though the Response is dated 4/15/19 I did not receive it back until 4/22/19 making this timely. They teed them all together and Responded to them by one Attached document. This forces me to file grievance collectively as is the Response given. I thought the issue of Requiring me to file by kiosk has been Resolved. You said if I have a problem to send them to you to address this kiosk use concern.

Grievant Signature ___    Date 4/26/19

**ACTION REQUESTED:** I want all matters Resolved and look

**ACTION TAKEN BY IGC:** ☑ PROCESSED   ☐ UNPROCESSED   ☐ OTHER

IGC Signature ___    Date 5/2/19

(CONTINUE ON REVERSE SIDE)

SCDC 10-5 (Rev. October 2013)

**WARDEN'S DECISION AND REASON:**    EB - 17B

Inmate Crawford, Lawrence #300839 LCI-0288-19

Your grievance has been reviewed. You stated that you thought the issue of requiring you to file Request to Staff Members (RTSMs) by kiosk was resolved. You indicated you were told that if you have any problems, you were to send them to the Grievance Office so that your kiosk concerns could be addressed. Your request is for all matters to be resolved. According to Dayne Haile from the Office of the Director (SCDC), although you have disputed the use of the kiosk system, you have used the kiosk system at least forty-eight (48) times. It has been told to Ms. Britt-Pooser (LCI Warden's Administrative Assistant) that once the yard initiated full operational status, you were to use the kiosk system to generate all RTSMs. Dayne Haile was contacted and it was confirmed that you are required to use the kiosk system to communicate with staff members. Paper RTSMs that are sent to institutional areas that can be reached via kiosk will not be accepted.

Therefore, your grievance is denied.

If you disagree with this Warden's Decision (Decision), you may file an appeal by completing SCDC Step 2 Inmate Grievance Form 10-5A, provided to you while serving you this Decision, and placing it in the Grievance Box at your local correctional institution within five (5) days of your receipt of this Decision.

_Randull L. Well_    _7/2/19_
**Warden Signature**    **Date**

☐    I accept the Warden's decision and consider the matter closed.

☒    I do not accept the Warden's decision and wish to appeal.

_Leuu_    _7/18/19_
**Grievant Signature**    **Date**

_[signature]_    _7/18/19_
**IGC Signature**    **Date**

---

# INSTRUCTIONS FOR COMPLETING STEP 1 GRIEVANCE FORM

1. **An informal resolution shall be attempted prior to the filing of Step 1 by sending an Inmate Request to Staff Member (RTSM) form or Kiosk reference number to the appropriate supervisor. A copy of the answered RTSM must be attached to the grievance when the grievance is filed.**

2. **Complete each section in its entirety writing only in the space provided for inmate use. No additional pages will be permitted.**

3. **Only one (1) issue is to be addressed on each form.**

4. **Submit the completed form by placing it in the Grievance Box at your institution within eight (8) working days of the date on the RTSM response; policy grievances can be filed at any time. Disciplinary and Classification Review appeals must be submitted within five (5) working days of the hearing/review. Do not write in the space provided for the Warden's response.**

5. **If you are not satisfied with the Warden's decision, you may appeal to the appropriate responsible official within five (5) days of your receipt of the Warden's decision, by placing your Step 2 appeal form in the Grievance Box at your institution.**



LAWRENCE L CRAWFORD
#300.839 Edisto B-17
LIEBER CI P.O. Box 205
Ridgeville, SC 29472

Court of Appeals
for First Circuit Ste 2500
1 Courthouse Way
Boston MA 02210

FIRST CLASS
UNITED STATES
$ 000.95

RECEIVED
U.S. ATTORNEY
AUG 0 6 2019

RECEIVED
AUG 0 1 2019
MAIL RO
LIEBER C

USMS
RECEIVED

FOR LEGAL USE ONLY

S.C. DEPARTMENT OF CORRECTIONS
LIEBER CORRECTIONAL INSTITUTION
FOR ITS CONTENTS.
THE DEPARTMENT DOES NOT ASSUME RESPONSIBILITY
INSPECTED OR CENSORED THIS ITEM. THEREFORE,
THE DEPARTMENT OF CORRECTIONS HAS NOT

Case: 18-8022    Document: 00117473374    Page: 23    Date Filed: 08/06/2019    Entry ID: 6273127