2019 AUG -8 PM 1: 36
RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

LAWRENCE L. CRAWFORD AKA
JONAH GABRIEL JAHJAH T. TISHBITE
#300839 EDISTO B-17
LIEBER C.I. P.O. BOX 205
RIDGEVILLE, S.C. 29472

IN RE: CASE 18-8022 AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE IN LIEN OF SOON TO COME FILING.

TO: THE 1st CIRCUIT COURT OF APPEALS,

I AM GIVING THE 1st. CIRCUIT JUDICIAL NOTICE THAT A COPY OF A DOCUMENT ENTITLED, "AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE; WRIT OF ERROR; MOTION TO CHALLEGE JUDGES NEWMAN, McLEOD AND THE S.C. COURT OF COMMON PLEAS JURISDICTION; MOTION TO VACATE THE ORDER DATED JULY 23, 2019 SIGNED BY JUDGE NEWMAN DUE TO FRAUD UPON THE COURT; SUBMITTING FURTHER SUBSTANTIAL EVIDENCE OF THE DEFAULT, COLLATERAL ESTOPPEL AND VOIDING OF JURISDICTION EMERGING FROM CASE 2013-CP_400-0084; RENEWING THE MOTIONS FOR RECUSAL OF JUDGES NEWMAN, McLEOD AND DISQUALIFYING THE S.C. COURT OF COMMON PLEAS; MOTION TO AMEND THE DEFENDANTS IN ALL PENDING FEDERAL CASES A TO ADD THE NAME OF JUDGE WALTON J. McLEOD SEEKING HIS RECUSAL; RENEWING ALL PREVIOUSLY FILED MOTIONS, PETITIONS TO REMOVE AND FOR 28 U.S.C. § 1407 TRANSFER AND MOTION TO MOTION THEREFOR", (19) PAGES DATED AUGUST 2, 2019. THIS DOCUMENT WITH ITS EXHIBITS WAS JUST SERVED ON THE 5TH. CIRCUIT UNDER CASE # 19-10011 ATTACHED TO A PLEADING IN THE 5TH. CIRCUIT. I MOTION TO EXPAND THE SCOPE AND A COPY OF THIS DOCUMENT BE OBTAINED AND BE MADE A PART OF THE COURT RECORD UNDER CASE 18-8022. A COPY OF THIS DOCUMENT IS FORTHCOMING TO BE SERVED ON THE 1st. CIRCUIT ONCE I HAD OPPORTUNITY TO MAKE COPIES OF IT AND SEND IT TO THE COURT. I MOTION THAT THE 1st. CIRCUIT DELAY ANY RULING UNTIL I HAVE BEEN GIVEN SUFFICIENT TIME TO MAKE COPIES AND GET THIS DOCUMENT BEFORE THE COURT.

THIS DOCUMENT SHALL ESTABLISH HOPEFULLY ONCE AND FOR ALL THAT THE CLAIMS OF THE DEFAULT AND COLLATERAL ESTOPPEL EMERGING FROM CASE 2013-CP-400-0084 ARE INDEED VALID AS WELL AS ESTABLISHING WHO THE PARTIES ARE IN THE CASE. I RESPECTFULLY SEEK THAT THE 1st CIRCUIT ALLOW ME TIME TO GET THIS PLEADING BEFORE THE COURT FOR IT IS CRUCIALLY RELEVANT TO ALL CLAIMS MADE.

RESPECTFULLY,

JAHJAH AL MAHDI

AUGUST 2, 2019

LAWRENCE L. CRAWFORD
#300839 EDISTO B-17
LIEBER C.I. P.O. BOX 205
RIDGEVILLE, S.C. 29472



**USMS SCREENED**

THE COURT OF APPEALS
FOR THE 1st. CIRCUIT
1 COURTHOUSE WAY STE. 2500
BOSTON, MA 02210

SCDC
AUG 22 2019
MAIL ROOM

02210-302499

RECEIVED
AUG 0 5 2019
MAILROOM
LIEBER C.I.

THE DEPARTMENT OF CORRECTIONS HAS NOT INSPECTED OR CENSORED THIS ITEM. THEREFORE THE DEPARTMENT DOES NOT ASSUME RESPONSIBILITY FOR ITS CONTENTS.
LIEBER CORRECTIONAL INSTITUTION
S.C. DEPARTMENT OF CORRECTIONS