# United States Court of Appeals
## For the First Circuit

No. 18-8022

IN RE: LAWRENCE L. CRAWFORD, a/k/a JahJah Tishbite, a/k/a Jonah Gabriel, a/k/a JahJah Al Mahdi,

Interested Party - Petitioner,

------------------------------

STUDENTS FOR FAIR ADMISSIONS, INC.,

Plaintiff - Respondent,

v.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE; SARAH COLE; FADHAL MOORE; ARJINI KUMARI NAWAL; ITZEL VASQUEZ-RODRIGUEZ; KEYANNA WIGGLESWORTH; M.B.; K.C.; Y.D.; G.E.; A.G.; I.G.; R.H.; J.L.; R.S.,

Defendants - Respondents,

BOARD OF OVERSEERS OF HARVARD COLLEGE,

Defendant.

Before

Torruella, Lynch and Kayatta,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: August 27, 2019

The petition is **DISMISSED** for want of jurisdiction. All pending motions are **DENIED.**

By the Court:

Maria R. Hamilton, Clerk

cc:
Jon M. Greenbaum
Lawrence E. Culleen
Nancy Leeds Perkins
Steven L. Mayer
Emma Dinan
Oren McCleary Sellstrom
Paul M. Sanford
William Consovoy
Patrick N. Strawbridge
Felicia H. Ellsworth
Seth P. Waxman
Ara B. Gershengorn
Joseph J. Mueller
Paul R.Q. Wolfson
Debo P. Adegbile
Andrew S. Dulberg
Elizabeth Connell Mooney
Daniel Winik
Sigmund D. Schutz
Eric Grant Penley
Dwight Gerard Duncan
Natashia Tidwell
Seth B. Orkand
Matthew S. Hellman
Kathryn R. Cook
Janai Nelson
Jin Hee Lee
Sherrilyn Ann Ifill
Rachel Kleinman
Richard J. Rosensweig
Sarah Elaine Harrington
Derek Tam Ho
Madeleine Kristine Rodriguez
Matthew R Segal
Sarah Hinger
Douglass C. Lawrence
Lawrence L. Crawford
Cynthia A. Young