The Court of Appeals
For The 1st Circuit et al.,

Docket No(s) 18-8022 et al.,

Lawrence L Crawford aka
Jonah Gabriel Jah Jah
Mahdi

          interested party

Students For A Fair Admissions
et al.,

Vs.

Harvard University et al.,

1 of 8

# Affidavit of Service

I, Jahjah Al Mahdi, do hereby certify, that I have mailed and or served a copy of an Affidavit Giving Judicial Notice; motion for a Rehearing En banc; motion to poll the judges on the 1st circuit and all involved parties by US mail postage prepaid on September 4, 2019.

Respectfully
Jahjah Al Mahdi

September 4, 2019

2 of 8

The Court of Appeals
For the 1st Circuit et al.,

Docket No.(s) 18-8022; 19-1014 et al.

Lawrence L Crawford aka
Jonah Gabriel Tahtah Al
Mahdi

      Interested Party

Students for a Fair Admission
et al.,

vs.

Harvard University et al.,

3 of 8

Affidavit of ~~Facts~~ Giving Judicial Notice; motion for A Rehearing En banc; motion to poll the judges

To: The 1st Circuit et. al.,

The petitioner in the above captioned matter motions for A Rehearing En Banc And to poll the judges. Even if the court, the

petitioner feels abuse its discretion in not accepting jurisdiction due to multi district litigation sought, extra territorial claims argued. The court was still required to give ruling on whether or not the writ was justifiably sought to require the Boston District court to rule on the submitted right to intervene in case 1:14-cv-14476-RDB which was circumvented being timely submitted as was

argued. The 1st Circuit would have jurisdiction pursuant to the petitioner seeking Declaratory Judgment to address this particular issue alone. This claim was inappropriately circumvented by the court for which it does indisputably have jurisdiction to address the actions of the Boston District Court which indeed fall under its jurisdiction even pursuant to seeking Declaratory Judgment pursuant to 28 USC § 2201, 2202.

to determine whether or not the petitioner was entitled to not just a ruling on the writ but also the sought and required hearing to address the claims of default and collateral estoppel that would potentially impact the jurisdiction of the Boston District Court. Therefore I motion for a rehearing en banc to ensure that these essential claims are not circumvented ruling on which obviously

occurred in this case. If any deficiency exist in the submitting of this Request. I motion for the court to notify me of any deficiency and then allow me time to correct it. I motion to supplement the motion to intervene under case 19-1004 to establish a complete record before all courts involved due to multi district litigation claims. State why you have no jurisdiction on the record.

Respectfully,
Jah Jah Al Mahdi

September 3, 2019

2019 SEP 13 PM 12: 53

RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

File ipd

Case 18-8022

