IN RE: CASE    18-8022

TO: The 1st Circuit

By these Attached documents I am motioning to supplement the Appeal Under Case 18-8022 to ensure that there is A complete Record before All Courts.

October 9, 2019

Respectfully
Jahjah Al Mahdi

THE COURT OF APPEALS

FOR THE FIFTH CIRCUIT ET. AL.,

———————————————

APPEAL FROM THE TEXAS DISTRICT COURT; THE S.C. RICHLAND
COURT OF COMMON PLEAS; THE KERSHAW COUNTY COURT
OF GENERAL SESSIONS ET. AL.,

———————————————

DOCKET NO.(S) 19-10011 ET. AL.,

———————————————

LAWRENCE L. CRAWFORD AKA JONAH GABRIEL JAHJAH T. TISHBITE;
ANTHONY COOK ET. AL.,

INTERESTED PARTIES

Vs.

THE UNITED STATES ET. AL.,

RESPONDENTS

Vs.

THE STATE OF TEXAS ET. AL.,

RESPONDENTS

———————————————

**AFFIDAVIT OF SERVICE**

———————————————

WE, JAHJAH AL MAHDI ET. AL., DO HEREBY CERTIFY, THAT WE HAVE

1-of-14

MAILED AND OR SERVED, A COPY OF AN AFFIDAVIT OF FACTS GIVING
JUDICIAL NOTICE; SUPPLEMENTING THE MOTION TO INTERVENE, THE
NOTICE SEEKING LEAVE TO APPEAL AND THE WRIT OF MANDAMUS, on
THE 5TH. CIRCUIT COURT OF APPEALS, THE S.C. COMMON PLEAS COURT,
THE KERSHAW COURT OF GENERAL SESSIONS AND ALL OTHER INVOLVED
PARTIES, BY U.S. MAIL POSTAGE PREPAID, BY PLACING IT IN THE
INSTITUTION MAILBOX ON OCTOBER 9, 2019. DUE TO SERVICE ON THE
DISTRICT COURT. IT IS DEEMED FILED ON THAT DATE, <u>HOUSTON v.</u>
<u>LACK,</u> 287 U.S. 266, 273-76, 108 S.Ct. 2379 (1988).

RESPECTFULLY,

JAHJAH AL MAHDI

ANTHONY COOK

RON SANTA McCRAY

APPEARING

YAHYA MUQUIT

OCTOBER 9, 2019

THE COURT OF APPEALS

FOR THE FIFTH CIRCUIT ET. AL.,

————————————————

APPEAL FROM THE TEXAS DISTRICT COURT; THE S.C. RICHLAND
COURT OF COMMON PLEAS: THE KERSHAW COUNTY COURT
OF GENERAL SESSIONS ET. AL.,

————————————————

DOCKET NO.(S) 19-10011 ET. AL.,

————————————————

LAWRENCE L. CRAWFORD AKA JONAH GABRIEL JAHJAH T. TISHBITE;
ANTHONY COOK ET. AL.,

INTERESTED PARTIES

Vs.

THE UNITED STATES ET. AL.

RESPONDENTS

Vs.

THE STATE OF TEXAS ET. AL.,

RESPONDENTS

————————————————

AFFIDAVIT OF FACTS GIVING JUDICIAL NOTICE; SUPPLEMENTING
THE MOTION TO INTERVENE, THE NOTICE SEEKING LEAVE TO
APPEAL AND THE WRIT OF MANDAMUS

————————————————

IN RE: CASE(S) 19-10011; 18-8022; 2013-CP-400-0084; 04-385 THE APPLICATION FOR FORENSIC DNA TESTING CASE PENDING BEFORE THE KERSHAW COUNTY COURT OF GENERAL SESSIONS COURT ET. AL..


TO: THE FIFTH CIRCUIT COURT OF APPEALS,
   THE FIRST CIRCUIT COURT OF APPEALS,
   THE THIRD CIRCUIT COURT OF APPEALS,
   THE RICHLAND COURT OF COMMON PLEAS,
   THE KERSHAW COUNTY COURT OF GENERAL SESSIONS,
   THE S.C. U.S. DISTRICT COURT,
   THE N.J. DISTRICT COURT,
   THE N.J. DISTRICT COURT MULTI-DISTRICT LITIGATION PANEL,

   THE UNITED STATES,
   THE S.C. ATTORNEY GENERAL,
   THE S.C. DEPT. OF CORRECTIONS ET. AL.,


AS THE PETITIONER(S) AFOREMENTIONED IN THE PLEADINGS. THE CONSPIRING PARTIES FRAMED THE KING-KHALIFAH, A MEMBER OF THE SOLE CORPORATION BEHIND RELIGIOUS AND RACIAL HATRED WHERE THESE EVENTS OCCURRED AROUND THE TIME OF 9/11 THE WORLD TRADE CENTER ATTACKS. THEIR ACTIONS AND CRIMINAL CONSPIRACY STAND IN EGREGIOUS DEFIANCE TO THE LEGAL PRINCIPLES ESTABLISHED UNDER 42 U.S.C. §§ 1985(2), 1985(3) AND 1986. RACISM IS A STRUCTURAL RELATIONSHIP BASED UPON THE SUBORDINATION OF ONE RACIAL GROUP BY ANOTHER. GIVEN THIS PROSPECTIVE, THE DETERMINING FEATURES OF RACE RELATIONS IS NOT PREJUDICE TOWARDS BLACKS OR BLACKS TOWARDS WHITES, BUT RATHER THE SUPERIOR POSITION, NOT CULTURE, NOT GENETICS OR INTELLECT OF WHITES, BUT SUPERIOR POLITICAL AND ECONOMIC POSITION OF WHITES AND THE INSTITUTIONS THAT THEY REPRESENT, THE IDEOLOGIES AND STRUCTURAL APPARATUS GENERATED BY THEM THAT MAINTAIN THIS SO-CALLED WHITE PRIVILEGE WHICH MAIN-TAIN THAT SUPERIOR POSITION. IN SUCH, LETS FURTHER DEAL WITH THE CRIMINAL CONSPIRACY, FRAUD UPON THE COURT, OBSTRUCTION OF JUSTICE AND VIOLATIONS OF THEIR OATHS OF OFFICE THESE CORRUPT GOING TO HELL DEVILS ENGAGED IN WITHIN THAT ILLEGALLY OBTAINED MOCK JUDICIAL HEARING THAT OCCURRED ON SEPTEMBER 26, 2019.

HERE THE COURT AND PARTIES WILL FIND:

(1) EXHIBIT, "FURTHER NEWMAN FRAUD". THIS IS A COPY
OF THE ORDER ISSUED BY JUDGE MANNING DATED JUNE 18, 2014. JUDGE
NEWMAN, WHEN SHE ISSUED THE ORDER APPOINTING JUDGE NEWMAN TO
PRESIDE OVER THESE MATTERS ACTING IN CONCERT WITH THE DEFENDANTS
IN THIS CASE, CONSPIRING UNDER COLOR OF LAW AND OR AUTHORITY
ACROSS MULTIPLE STATE AND FEDERAL JURISDICTIONS IN ACTS OF FRAUD
UPON THE COURT, CRIMINAL CONSPIRACY AND OBSTRUCTION OF JUSTICE.
JUDGE NEWMAN CLAIMED THAT JUDGE MANNING, AS WE INITIALLY THOUGHT
DUE TO THIS FRAUDULENT ASSERTION. THE CLAIM MADE WAS THAT JUDGE
MANNING PLACED THE CASE ON THE COMPLEX CASE DOCKET IN THEIR
EFFORTS TO ENGAGE IN FRAUD UPON THE COURT AND TO CIRCUMVENT
THE DUE PROCESS REQUIREMENTS ESTABLISHED BY THE U.S. SUPREME
COURT UNDER BETTERMAN v. MONTANA, 136 S.Ct. 1609, 194 L.Ed.2d.
723(U.S.2016), ALSO AS A PRECUSOR TO HER FRAUD IN PLACING JUDGE
McLEOD OVER THE CASE FOR THE SEPTEMBER 26, 2019 HEARING, TO
CONCEAL THE MATERIAL FACT THAT THE PROCEEDING THAT THEY WERE
CONDUCTING WAS UNCONSTITUTIONAL AND VOID DUE TO THE CASE ESSEN-
TIALLY BEING OVER (13) YEARS OLD PLACING THEM IN FORFEITURE,
WHICH ALSO VIOLATE 18 U.S.C. §§ 242 AND 1001. THE "2013" PREFIX
IS NOT THE ORIGINAL CASE. THE "2006" PREFIX CASES ARE WHERE
THE DEFENDANTS CANNOT ATTACH RES JUDICATA OR COLLATERAL ESTOPPEL
TO THEM BECAUSE THOUGH INITIALLY DISMISSED. THE FEDERAL COURT
VACATED THOSE PRIOR ORDERS TRANSFERRING THEM BACK DOWN TO THE
LOWER COURT ESTABLISHING CASES 2006-CP-400-3567, 3568, 3569
AND THE DEFENDANTS CHANGED THE INITIAL CASE NUMBERS TO CONCEAL
THE VACATING AND REMAND AS IS CLEARLY SEEN BY CASE 2006-CP-400-
0552. THEY ARE IDENTICAL CASES TO THOSE PREVIOUSLY FILED AND
THE FRAUD PLACES THEM IN FORFEITURE. THE "2013" PREFIX CASE(S)
ARE INDEPENDENT ACTION FOR FRAUD UPON THE COURT FILED FOR MANY
REASONS, TO INCLUDE INORDINATE DELAY AND THE FAILURE TO RELEASE
DISCOVERY EVIDENCE NOW SOUGHT BY MANDAMUS DUE TO THEY CONCEALING
ACTUAL INNOCENCE CLAIMS MUTILATING THE DEAD BODY OF AN (11)
YEAR OLD CHILD, DESECRATING HUMAN REMAINS TO FRAME HER RELIGIOUS
FATHER FOR MURDER BEHIND RELIGIOUS AND RACIAL HATRED WHERE THE
UNITED STATES IS PRIVY TO IT, AIDING THEM AFTER THE FACT WHERE

THEY JOINED IN THIS CONSPIRACY TO CONCEAL THIS TRUTH. IT IS
PERSPICUOUS BY THIS ATTACHED EXHIBIT THAT JUDGE MANNING NEVER
DID PLACE ANY OF THE RELATED CASES ON THE COMPLEX CASE DOCKET
BUT CONTINUED IT WHICH HE DID NOT HAVE JURISDICTION TO DO DUE
TO REMOVAL WHICH ESTABLISH THAT THE SEPTEMBER 26, 2019 HEARING
WAS AN ILLEGAL MOCK PROCEEDING AND DUE PROCESS VIOLATION PURSUANT
TO BETTERMAN v. MONTANA SUPRA., AND DUE TO THIS [P]ROCEDURAL
[D]EFECT" WHERE IT WAS NOT TIMELY DONE. JUDGE NEWMAN CANNOT
COME AFTER THE FACT AND PLACE THE CASE ON THE COMPLEX CASE DOCKET
WHEN THEY PROCEDURALLY DROPPED THE BALL, TO ALLOW JUDGE McLEOD
TO SIT ON THE CASE TO GIVE A FRAUDULENT PERCEPTION THAT THE
CASE WAS NOT CONCLUDED AND MISREPRESENT THE FACTS AND GIVE A
FALSE IMPRESSION THAT RES JUDICATA AND OR COLLATERAL ESTOPPEL
DO NOT ATTACH VIA JUDGE LEE'S ORAL JUDICIAL DETERMINATION AND
FURTHER SUPPRESS EVIDENCE OF ACTUAL INNOCENCE AND TRUTH VIOLATING
18 U.S.C. §§ 242 AND 1001 WORKING IN CONCERT WITH THE UNITED
STATES GOVERNMENT, WARD v. AUERBACH, 2017 Wl 2724938(D.C.Mass.
2017); DENNIS v. SECRETARY, PENNSYLVANIA DEPARTMENT OF CORREC-
TIONS, 834 F3d. 263(3rd.Cir.2016); PAUL ADAMS v. CALIFORNIA
INSTITUTION, 2016 WL 6464444; GREAT AMERICAN INS. CO. v. NEXTDAY
NETWORK HARDWARE CORP., 73 F.Supp.3d. 636(2014); MYLES v. DOMI-
NOES PIZZA, LLC., 2017 WL 238436(D.C.Miss.2017); SODIPO v. UNITED
STATES, 2016 WL 6803765(D.C.Md.2016); BENTON v. BURNS, 2017
WL 491251(D.C.Md.2017); WEARRY v. CAIN, 136 S.Ct. 1002, 194
L.Ed.2d. 78(U.S.2016); HARDWICK v. BANK OF AMERICA, N.A., 2016
WL 3563083(DSC.2016); U.S. v. LAWRENCE, F.Supp.3d., 2015 WL
856866(S.D.Va.2015); PROTECTIVE LIFE INS. CO. v. OAKDALE IN-
VESTORS, L.P., S.E.2d., 2008 WL 9832880; ACKERMANN v. EXXON
MOBIL CORP., 734 F3d. 237(4th.Cir.2013); MORIN v. INNEGRITY,
LLC., 424 S.C. 559, 819 S.E.2d. 131(S.C.App.2018)(CONCEALING
THE ESTOPPEL IS FRAUD VOIDING THEIR JURISDICTION).


          (2) EXHIBIT, UNITED NATIONS SERVICE 1&2". THIS IS
THE CERTIFIED MAILING FOR SERVICE UPON THE UNITED NATIONS PROVING
THEY RECEIVED A COPY OF THE COMPLAINT ON FEBRUARY 19, 2013 AT
11:57am. WHICH CAN BE FURTHER VERIFIED BY CALLING THE 800 NUMBER
FOR THE U.S. POSTAL SERVICE AT 1-800-222-1811. THEY RESPONDED
BY LETTER DATED MARCH 11, 2013 WHICH THIS RESPONSE WAS OVERWHEL-

MINGLY INADEQUATE BECAUSE DUE TO THE PLEADING IT IS CONSPICUOUS
THAT THESE ARE NOT MERELY "DOMESTIC MATTERS" OF THE UNITED STATES
. THESE ARE GLOBAL MATTERS AS THEY ALSO RELATE TO THE INTEL-
LECTUAL PROPERTY OF THE FOREIGN SOVEREIGN CROWN AND SOLE CORPORA-
TION AND FIDUCIARY RIGHTS AND OBLIGATIONS ESTABLISHED BY "CON-
TRACT", "COVENANT" AS THEY PERTAIN TO THE (4) GLOBAL THRONES
OF THE RE-ESTABLISHED GLOBAL THEOCRATIC STATE FORETOLD TO COME
BY CHRISTIAN, ISLAMIC AND JEWISH RELIGIOUS PROPHESY. FURTHER,
RULES OF COURT REQUIRED THAT THE U.N. FILE THEIR RESPONSE WITH
THE COURT BUT THEY PROCEDURALLLY FAILED TO DO SO. DUE TO THIS
FAILURE. THE PETITIONER(S) FILED A COPY OF THE LETTER WITH PROOF
OF THE CERTIFIED MAILING WITH THE S.C. COMMON PLEAS COURT ALONG
WITH AN ATTACHED DOCUMENT SEEKING DEFAULT AND FORFEITURE DUE
TO THEIR FAILURE TO FILE THEIR RESPONSE WITH THE COURT. RULES
OF OUT OF STATE SERVICE DO NOT REQUIRE THAT SERVICE OCCUR VIA
THE SHERIFF DEPARTMENT. IT ONLY REQUIRE THAT SERVICE ON OUT
OF STATE DEFENDANTS BE DONE BY CERTIFIED MAIL WITH A RETURN
CARD WHICH WAS DONE. FURTHER, THEIR SUBSEQUENT LETTER PROVES
THEY WERE SERVED AND HAVE NOTICE BUT FAILED TO PLEAD WITHIN
THE COURT RECORD GIVING THE COMMON PLEAS COURT PERSON JURISDIC-
TION OVER THE NAMED DEFENDANTS. THIS ESTABLISHES SERVICE ON
THE UNITED STATES ALSO BECAUSE THE UNITED STATES VIA ITS AP-
POINTEE IS A MEMBER OF THE UNITED NATIONS SITUATED IN NEW YORK
AS IS ITS OTHER (192) MEMBER FOREIGN STATES GIVING ALL NOTICE
OF THE PENDING PROCEEDING. SERVICE UPON THE PRINCIPLE IS SERVICE
UPON THE AGENT AND SERVICE UPON THE AGENT IS SERVICE UPON THE
PRINCIPLE. RULES OF SERVICE DOES NOT MANDATE DISMISSAL WHERE
NECESSARY PARTIES HAVE RECEIVED ACTUAL NOTICE AND WHERE THEY
HAVE NOT BEEN PREJUDICED. IT IS PERSPICUOUS BY THEIR RESPONSE
THAT THEY WERE NOT PREJUDICED IN RESPONDING. SERVICE UPON THE
AGENT IS SERVICE UPON THE PRINCIPLE AND VISA VERSA EVEN THOUGH
NO CONSENT TO BE SUED OR AUTHORIZATION GIVEN TO AN AGENT TO
ACCEPT SERVICE OF PROCESS IS GIVEN. SERVICE IS PROPER IF BY
REASON AND ASSOCIATION IT CAN BE CONTRIVED THAT PARTIES SERVED
HAVE SUCH CONNECTIONS. THUS IT IS AN ABUSE OF DISCRETION TO
DETERMINE LACK OF SERVICE OR PREVENT THIS CASE FROM MOVING FOR-
WARD TO ITS CONCLUSION WHICH DID OCCUR VIA THE AFFIDAVITS OF
DEFAULT AND VOIDING OF JURISDICTION WHICH THE DEFENDANTS FAILED

TO TIMELY FILE TO DEFEAT THOSE DOCUMENTS IN QUESTION, <u>WOODRUFF</u>
<u>v. THORNBERRY</u>, F.Supp.2d., 2013 WL 6670259; <u>DUNN v. NICHOLAS</u>
<u>COUNTY,</u> F.Supp.3d., 2015 WL 3843777(2015); <u>IN RE:,</u> 2016 WL
!&!8826; <u>REPUBLIC PROPERTIES CORP. v. MISSION WEST PROPERTIES,</u>
<u>L.P.,</u> 391 Md. 732, 895 A.2d. 732; <u>CUSTOM POLYMERS P.E.T., LLC.</u>
<u>v. GAMMA MECCANICA SPA.,</u>--F.Supp.3d.--, 2016 WL 2354599(2016);
<u>MYLES v. RENT-A-CENTER, INC.,</u> 2016 WL 3917212(Md.2016).


 (3) EXHIBIT(S), "UNITED STATES SERVICE CONTINUED #'s 1-6". ITEM
# 6 OF THIS EXHIBIT IS A COPY OF THE LETTER DATED OCTOBER 3, 2012 FROM THE
U.S. DEPT. OF JUSTICE OF NEW YORK THAT IS RELATED TO THE SOURCE AND CAUSE
OF THE NEW YORK DEFENDANTS BEING MADE A PART OF THE PENDING MULTI-DISTRICT
ACTION. THE U.S. DEPT. OF JUSTICE IS CORRECT IN THIS INSTANCE.
THEY NEVER APPEARED IN THE U.S. DISTRICT COURT. BUT THEY DID
MAKE A "BACK DOOR" APPEARANCE IN CASE 2013-CP-400-0084. EVEN
THOUGH SERVICE UPON THE UNITED STATES IS SUFFICIENTLY VALID
THROUGH ITS AGENT AT THE UNITED NATIONS. IN AN ABUNDANCE OF
CAUTION THE UNITED STATES WAS SERVED AGAIN WITHIN (120) DAYS
FILING OF THE ORIGINAL COMPLAINT THROUGH THE  NEW YORK U.S.
DEPT. OF JUSTICE. THIS TOO, MAKES SERVICE UPON THE UNITED STATES
PROPER SINCE SERVICE UPON THE AGENT IS SERVICE UPON THE PRINCIPLE
AND THE UNITED STATES MAKES AN APPEARANCE BY ENTRY CLEARLY DOCU-
MENTED WITHIN THE COURT RECORD.


 ITEMS #'s "1 AND 2" OF THE EXHIBIT. THIS IS A COPY OF
THE ENVELOPE, FRONT AND BACK, FOR WHICH A COPY OF THE COMPLAINT
WAS SERVED UPON THE U.S. CONGRESS AND SENATE. THE UNITED STATES
GOVERNMENT THEN CONSPIRED UNDER COLOR OF LAW AND OR AUTHORITY
TO AVOID SERVICE EVEN AT THIS JUNCTURE PLACING THEM IN FORFEITURE
. IT IS BEYOND DISPUTE THAT THEY RECEIVED THE COMPLAINT WHICH
IS PROVEN BY THE U.S. SENATE POST OFFICE TAPE THAT APPEARS ON
THE ENVELOPE. THE UNITED STATES GOVERNMENT CONSPIRED TO AVOID
SERVICE BY BLACKING OUT THE TRACKING BAR CODE LABEL SO NO ONE
WOULD BE ABLE TO DETERMINE EXACTLY WHICH CONGRESSMAN OR SENATE
MEMBER(S) RECEIVED THE COMPLAINT WITH ITS ATTACHMENTS. THEY
THEN RETURNED THE COMPLAINT AFTER OPENING THE ENVELOPE AND COPY-
ING ITS CONTENTS TO GIVE A FALSE IMPRESSION NO ONE HAD KNOWLEDGE
OF THE CASE'S EXISTENCE. THIS IS FURTHER INDICATED BY THE FACT

THAT WHEN THE DOCUMENTS WERE SENT TO THEM. THEY WERE CORRECTLY
STAPLED TOGETHER. YET WHEN THE UNITED STATES CONSPIRING TO AVOID
SERVICE RETURNED THEM. THE STAPLES WERE MISSING AND THE PAGES
OF THE DOCUMENTS WERE RETURNED OUT OF ORDER GIVING INDICATION
THE STAPLES WERE REMOVED FOR THE PURPOSE OF COPYING THEM. THEN
YOU ADD TO THIS, WHEN YOU LOOK AT ITEMS "3-5" OF EXHIBIT, "UNITED
STATES SERVICE CONTINUED". IT IS PERSPICUOUS THAT AFTER THEY
CONSPIRED TO AVOID SERVICE AND RETURNED THE COMPLAINT. THE UNITED
STATES MADE A "BACK DOOR" APPEARANCE BY ENTRY IN THE FORM OF
ITS AGENTS KRISTY KHOL AND PAUL GUNTER AND REFUSED AND OR FAILED
TO PLEAD PLACING THEM IN FORFEITURE ON ALL CAUSES PRESENTED,
TO INCLUDE MAKING CHALLENGE TO ANY DEFICIENCY IN SERVICE WHICH
BINDS ALL PARTIES BY THE SUPREMACY CLAUSE AND KING-KHALIFAH'S
DECREE, SUPERSEDING POWER AND AUTHORITY GIVEN TO HIM VIA THE
DEFAULT AND VOIDING OF JURISDICTION. THUS, IT WOULD BE CRIMINAL,
OBSTRUCTION OF JUSTICE, A VIOLATION OF THEIR OATHS OF OFFICE
AND AN ACT OF FRAUD UPON THE COURT FOR THE DEFENDANTS TO CLAIM
THAT THE S.C. COMMON PLEAS COURT DID NOT HAVE PERSONAL JURISDIC-
TION OVER THE UNITED STATES AND ITS RELEVANT EMPLOYEES OR FOR
THERE TO BE ANY CLAIM OF LACK OF SERVICE, A RULE 4(d) DEFICIENCY,
DEMANDING THAT THE CASE BE PERMITTED TO BE PLACED BEFORE THE
JURY AS WAS SOUGHT BUT WAS CRIMINALLY DELAYED BEFORE THEY WERE
SUBJECT TO THE DEFAULT.

(4) EXHIBIT(S), "INITIAL SERVICE". THIS IS PROOF
OF THE INITIAL SERVICE DONE RELATED TO CASE 2013-CP-400-0084.
HERE ARE JUST A FEW OF THE SERVICE DOCUMENTS FOR WHICH I HAVE
ADDIITIONAL ONES. THE DEFENDANTS BLATANTLY, OUTRIGHT LIED IN
ACTS OF FRAUD AT THAT MOCK HEARING HELD ON SEPTEMBER 26, 2019
WHEN THEY CLAIMED THAT THE S.C. ATTORNEY GENERAL WAS SERVED
THROUGH THE REGULAR MAIL WHEN HE WAS SERVED BY THE SHERIFF'S
OFFICE FIRST AND THEN SUBSEQUENTLY SENT AN ADDITIONAL COPY BY
CERTIFIED MAIL WITH A RETURN CARD. THE SHERIFF'S OFFICE CONDUCTED
THE INITIAL SERVICE. THIS EXHIBIT DEMONSTRATES THAT (28) COPIES
OF THE DOCUMENT WAS SENT TO THE SHERIFF'S OFFICE AND THAT PROOF
OF SERVICE WAS THEN FILED WITH THE S.C. COURT OF COMMON PLEAS.
WHAT WE HAVE HERE ARE THE JUDGES, EVEN JUDGE JEAN TOAL HERSELF,

CONSPIRING TO SIT UPON THEIR OWN CASE FOR THE PURPOSE OF ENGAGING
IN ACTS OF SPOLIATION OF COURT DOCUMENTS AND SERVICE TO AVOID
BEING SUED. THESE BEING THE FACTS. IT IS MORE THAN LIKELY DURING
THESE TIME PERIODS THAT THE PROOF OF SERVICE ESTABLISHED IN
THE COURT RECORD AND CASE FILE WERE SUBJECT TO ACTS OF SPOLIATION
TO PREVENT THE CASE FROM MOVING FORWARD DEMONSTRATING OVERWHEL-
MING PREJUDICE AND DAMAGE IN VIOLATION OF THE U.S. SUPREME COURT
HOLDINGS UNDER BETTERMAN v. MONTANA SUPRA., PRODUCING ACTS OF
FRAUD UPON THE COURT IN THEIR EFFORTS TO PREVENT IT FROM BEING
ESTABLISHED WITHIN THE COURT RECORD THAT THE PARTIES WERE INDEED
PROPERLY AND TIMELY SERVED WITHIN (120) DAYS OF THE FILING OF
THE ORIGINAL COMPLAINT AS DUE PROCESS REQUIRES WHICH FURTHER
DEMONSTRATE THAT THERE IS NO RULE 4(d) DEFICIENCY THAT EXIST
WITHIN THE STATE CASE.

(5) EXHIBIT(S), "KERSHAW SERVICE". ONCE THE DEFENDANTS
IN THE STATE CASE DISCOVERED THAT THEY WERE INDEED BEING PROPERLY
AND TIMELY SERVED. THEY THEN BEGAN TO FURTHER CONSPIRE UNDER
COLOR OF STATE LAW TO IMPEDE, HINDER, AND OBSTRUCT THE DUE COURSE
OF JUSTICE IN VIOLATION OF 42 U.S.C. §§ 1985(2), 1985(3) AND
1986 TO PREVENT US FROM FURTHER PERFECTING SERVICE ON THE REMAIN-
DER OF THE DEFENDANTS. IT WAS AT THIS JUNCTURE THAT THE DEFEN-
DANTS GOT THE S.C. DEPT. OF CORRECTIONS TO PREVENT US FROM MAKING
THE ADDITIONALLY NEEDED COPIES OF THE COMPLAINT TO OBSTRUCT
SERVICE ON THE KERSHAW COUNTY DEFENDANTS. THEREUPON, AT A SUBSE-
QUENT HEARING BEFORE THE S.C. COMMON PLEAS JUDGE. WE ARGUED
THAT THE DEFENDANTS WERE ENGAGING IN ACTS OF STATE INTERFERENCE
TO CREATE A DEFICIENCY IN SERVICE. THE JUDGE IN THAT HEARING
ADMONISHED THE DEFENDANTS AND THEN INSTRUCTED THE S.C. DEPT.
OF CORRECTIONS THROUGH THEIR ATTORNEY TO ALLOW US TO OBTAIN
THE NEEDED ADDITIONAL COPIES. THEREUPON WE WERE GIVEN ADDITIONAL
TIME TO PERFECT SERVICE ON THE KERSHAW COUNTY DEFENDANTS. DUE
TO THIS ORAL RULING GIVEN IN THAT SUBSEQUENT HEARING BY THE
S.C. COMMON PLEAS JUDGE. BY THAT PERMISSION GIVEN BY THE COURT,
ONCE THE NEEDED ADDITIONAL COPIES WERE NO LONGER BLOCKED BY
THE DEFENDANTS VIA THEIR STATE INTERFERENCE. SERVICE, AS ALLOWED
BY THE COURT IN THE SUBSEQUENT HEARING, WAS THEN MADE ON THE
KERSHAW COUNTY PARTIES PRODUCING EXHIBIT(S), "KERSHAW SERVICE".

ALSO SEE HODGKINS v. PETERSON, F.Supp.2d., 2000 WL 33128726
(S.D.Ind.2000); U.S. v. SCOTT, 958 F.Supp. 761(1997); MANKINS
v. WETZEL, 2014 WL 4918813 (D.C.Pa.2014).

      (6) EXHIBIT(S), "OVER SERVICE". THESE ARE ADDITIONAL
SERVICE DOCUMENTS ESTABLISHING SERVICE ON THE DEFENDANTS. ONCE
THE S.C. COMMON PLEAS JUDGE IN THE SUBSEQUENT HEARING INSTRUCTED
THE S.C. DEPT. OF CORRECTIONS THROUGH THEIR ATTORNEY ON RECORD
TO STOP BLOCKING FURTHER SERVICE BY IMPEDING, HINDERING AND
OBSTRUCTING THE NEEDED RECEIPT OF COPIES OF THE COMPLAINT. AT
THAT INSTANCE. IN AN ABUNDANCE OF CAUTION, DUE TO THAT PERMISSION
BEING GIVEN BY THE COURT. WE MADE SERVICE AGAIN ON THE OTHER
DEFENDANTS PRODUCING EXHIBIT(S), "OVER SERVICE". THUS, BY THAT
FINAL LEAVE OF THE COURT. THE DEFENDANTS HAVE SERVICE COMING
OUT OF THEIR EYES, OUT OF THEIR EARS, OUT OF THEIR NOSES AND
OUT OF THEIR BUTT HOLES!!! FOR THAT MATTER. IN SUCH, ANY FRAUDU-
LENT CLAIM OF LACK OF SERVICE OR A RULE 4(d) DEFICIENCY IS ABSURD
, IS AN ACT OF STUPIDITY, IGNORANCE, CONSCIOUS BLINDNESS, DELI-
BERATE AVOIDANCE OF TRUTH AND AN OUTRIGHT BLATANT LIE, MOCKERY
AND DECEPTION BEFORE GOD AND ALL OF HIS HOLY ANGELS AND DEFY
"JUSTICE AND FAIRNESS". SUCH A POSITION TAKEN WOULD VIOLATE
OUR RIGHTS UNDER THE EQUAL PROTECTION OF THE LAWS CLAUSE IN
THEIR EFFORTS TO AVOID FEDERAL QUESTION, BALL v. STYLECRAFT
HOMES, LLC., 564 Fed. Appx' 720 CA4 (Va.2014); TONEY v. LaSALLE
BANK NAT' ASS'N, 36 F.Supp.3d. 657(DSC.2014); HOLLOWAY v. PERRY,
2016 WL 4074149; U.S. v. HARE, 820 F3d. 93 (4th.Cir.2016).

      (7) EXHIBIT(S), "AMENDED COMPLAINT" AND ITS [6] PAGE
ATTACHMENT WHICH ALSO DOCUMENT THE DEFENDANTS BLOCKING AND DENY-
ING COPIES TO PURPOSELY ATTEMPT TO CAUSE A DEFICIENCY IN SERVICE
PRODUCING STATE INTERFERENCE WHICH WAS ADDRESSED BY THE COURT
IN THAT SUBSEQUENT HEARING. LETS FINISH OFF THIS STUPIDITY AND
IGNORANCE THESE CONSPIRING DEFENDANTS ATTEMPTED BEFORE THE COURTS
INVOLVED AND BEFORE THE GOD I SERVE AND HIS APPOINTED CHRIST.
JUST LIKE THEY SPOLIATED THE FINAL ORDER IN CASE 2006-CP-400-
0552 TO ALLOW THEM TO SIT UPON A CASE (13) YEARS CLOSED TO PRE-
VENT THE CRIMINAL LIABILITY CLAIMS FROM BEING TRANSFERRED TO
FEDERAL JURISDICTION. THEIR ACTIONS DEMONSTRATE THAT THEY HAVE

BEEN SPOLIATING EVIDENCE AND COURT DOCUMENTATION FROM THESE
CASES' ONSET, WHICH INCLUDE ANY POTENTIALLY MISSING INITIAL
SERVICE DOCUMENTS FILED IN CASE 2013-CP-400-0084 THAT PROVES
THE DEFENDANTS WERE INDEED PROPERLY SERVED WITHIN THE (120)
DAYS OF FILING OF THE ORIGINAL COMPLAINT AS RULES OF COURT AND
DUE PROCESS LAW REQUIRES. FURTHER, IF YOU LOOK ON PAGE(S) [17
THROUGH 20] OF THE AMENDED COMPLAINT. YOU WILL SEE THE [19],
[73] AND [96] PAGE AFFIDAVITS AND COMPLAINTS LISTED THAT WERE
ATTACHED TO THE FACE OF THE [32] PAGE COMPLAINT THE COURT AND
DEFENDANTS IGNORED EXISTENCE TO FRAUDULENTLY ASSERT A DEFICIENCY
IN FILING UNDER RULE 12 WHICH OBVIOUSLY BY THESE ATTACHEMENTS
DID NOT EXIST. IF YOU LOOK AT PAGE [20] OF THE COMPLAINT. YOU
WILL SEE THAT THE DEFENDANTS WERE SUED IN BOTH THEIR INDIVIDUAL
AND OFFICIAL CAPACITIES FURTHER DEMONSTRATING THAT THE ILLEGALLY
OBTAINED MOCK HEARING CONDUCTED ON SEPTEMBER 26, 2019 SOLE PUR-
POSE WAS TO ENGAGE IN EGREGIOUS ACTS OF CRIMINAL CONSPIRACY,
OBSTRUCTION OF JUSTICE, VIOLATIONS OF THEIR OATHS OF OFFICE
AND FRAUD UPON THE COURT CONSPIRING ACROSS MULTIPLE STATE AND
FEDERAL JURISDICTIONS TO CONCEAL ACTUAL INNOCENCE CLAIMS, TO
SUPPRESS TRUTH, TO ILLEGALLY FRAME AND KIDNAP A FOREIGN SOVEREIGN
OFFICIAL, TO ILLEGALLY SEIZE ON THE INTELLECTUAL PROPERTY OF
THE SOLE CORPORATION AND TO DENY HIS HOLY COMMONWEALTH THE RIGHT
OF THEIR FIDUCIARY PROTECTIONS NOW LEGALLY ESTABLISHED BY DUE
PROCESS LAW WHICH ARE PROTECTED UNDER BOTH ARTICLE 1§10 AND
ARTICLE IV§2. A COPY OF A DOCUMENT WHICH IS AN EXHIBIT TO A
PLEADING OR COMPLAINT IS A PART OF THE PLEADING FOR ALL PURPOSES
TO INCLUDE DEFEATING ANY CLAIM THAT THERE IS A DEFICIENCY IN
FILING UNDER RULE 12, BRAZELL v. WINDSOR, 384 S.C. 502, 682
S.E.2d. 824(S.C.App.2009); GAMBLE v. BANK OF AMERICA, N.A.,
2014 WL 2468465(DSC.2014); CARTER v. SOUTH CAROLINA, 2014 WL
5325234(DSC.2014); EPSTEIN v. WORLD ACCEPTANCE CORP., 2015 WL
2365701(DSC.2015).

WE MOTION TO SUPPLEMENT THE MOTION TO INTERVENE, THE
NOTICE SEEKING LEAVE TO APPEAL AND THE WRIT OF MANDAMUS TO ADD
THIS PLEADING AND ADDRESS THE ISSUES OF CONCERN. I GIVE THE
S.C. ATTORNEY GENERAL, THE KERSHAW COUNTY GENERAL SESSIONS COURT
AND ALL PARTIES JUDICIAL NOTICE. KERSHAW COUNTY COURT OF GENERAL
SESSIONS. YOUR NAME IS NOW OFFICIALLY ADDED TO THE INITIAL SUM-

MONS ATTACHED TO THE WRIT OF MANDAMUS. YOU AND THE S.C. ATTORNEY
GENERAL ARE TO MOVE THE PROCEEDINGS FORWARD UNDER CASE 04-385
THE APPLICATION FOR FORENSIC DNA TESTING IMMEDIATELY AND GET
THAT DNA SAMPLES TAKING FROM THE KING-KHALIFAH'S CHILD AND HAVE
THEM TESTED TO MICHAEL LEE THE KING-KHALIFAH'S STEPSON. THE
PARTIES AND DEFENDANTS NOW BEING PROPERLY SERVED HAVE (30) DAYS
EXCLUSIVE OF THE DATE OF SERVICE TO BE IN COMPLIANCE TO THE
WRIT OF MANDAMUS FOR FORFEIT ON ALL RELIEF SOUGHT BY THE MANDAMUS
AND THAT SOUGHT IN CASES 2013-CP-400-0084, 19-10011 AND 18-8022.


WHEN IT COMES TO THE HOLY COMMONWEALTH OF THE (4) GLOBAL
THRONES. OUR DEEPEST FEAR, SERVANTS OF THE MOST HIGH GOD, IS
NOT THAT WE ARE INADEQUATE. OUR DEEPEST FEAR IS THAT WE ARE
MORE POWERFUL BEYOND MEASURE, MORE POWERFUL THAN WE COULD EVER
POSSIBLY IMAGINE. YOU MIGHT THEN SAY, WHAT RIGHT DO WE HAVE
TO BE FABULOUS, BEAUTIFUL, INTELLIGENT, STRONG, COURAGEOUS,
PIOUS, DEDICATED RIGHTEOUS SERVANTS OF THE ONE TRUE GOD? THE
REALITY IS O' HOLY COMMONWEALTH AND GLOBAL BELIEVERS. WHAT RIGHT
DO WE HAVE NOT TO BE? WHAT RIGHT DO WE HAVE NOT TO ACCEPT THE
QADR, THE DIVINE DECREE, OF OUR GOD? EACH GENERATION OUT OF
RELATIVE OBSCURITY MUST DISCOVER ITS MISSION IN LIFE AND EITHER
FULFILL IT,...OR BETRAY IT. IF WE HAVE NOT IN THIS LIFE DISCO-
VERED SOMETHING WORTH DYING FOR, LIKE THE LEGISLATION RELATED
TO AFFIRMATIVE AND PRESERVING THE INTELLECTUAL PROPERTY OF THE
SOLE CORPORATION, OUR FOREFATHERS HAVE SACRIFICED THEIR BEST
BLOOD TO ESTABLISH AND PRESERVE? THEN WE ARE NOT FIT TO LIVE!!!
AS MARTIN LUTHER KING JR. ONCE SAID. OUR MISSION IN LIFE AS
GLOBAL HOLY BELIEVERS OF CHRISTIANITY, ISLAM AND JUDAISM, OF
AFRICA AND ITS DIASPORA, IS TO SERVE THE GOD WHO CREATED US,
WITH ALL OF OUR HEART, WITH ALL OF OUR STRENGTH, WITH ALL OF
OUR SPIRIT, WITH ALL OF OUR MIGHT, IN TRUTH AND INTEGRITY, WHO
IS ONE GOD, HAVING NO PARTNERS TO SHARE IN HIS GLORY. HE IS
THE GOD OF ABRAHAM, ISSAC AND JACOB, OF MOSES, MUHAMMAD AND
CHRIST, THE ONE TRUE GOD WHOM WE ALL SERVE. WE SHALL NOT BETRAY
OUR GOD OR HIS HOLY PROPHETS. WE SHALL NOT BETRAY OURSELVES
NOR OUR MORTAL SOULS, WHICH IS THE HEART OF THIS MISSION FOR
WHICH WE EMBARK. WE SHALL LIVE AND WE SHALL DIE IN THIS FOR
BOTH ARE NECESSARY TO COMPLETE THIS SACRED JOURNEY FOR IT IS

TO OUR GOD WHICH IS THE END OF ALL JOURNEYS. WE WERE BORN TO
MANIFEST THE GLORY OF OUR GOD WITHIN US AND WITHOUT US ABOVE
ALL CREATURES, ABOVE ALL THINGS AND ABOVE ALL OTHERS. FOR EVERY
ACT THAT WE DO, OR NOT DO, MUST BE DONE AS AN ACT OF WORSHIP
TO HIM, AS THOUGH IT WOULD DETERMINE IN THAT INSTANCE WHETHER
WE WOULD GO TO HEAVEN, OR GO TO HELL. AS WE DO THIS, WE GIVE
THOSE AROUND US THE POWER, COURAGE AND WISDOM TO DO THE SAME.

RESPECTFULLY,

JAHJAH AL MAHDI

ANTHONY COOK

RON SANTA McCRAY

APPEARING

YAHYA MUQUIT

OCTOBER 7, 2019

EXHIBIT, "FURTHER NEWMAN FRAUD"

THE STATE OF SOUTH CAROLINA
COUNTY OF RICHLAND

) IN THE COURT OF COMMON PLEAS
) FIFTH JUDICIAL CIRCUIT

Lawrence L. Crawford, #300839; Larry Allen;
Leonel Arreolapena; Eric Artice; John Baccus;
Jimmy Banks; Steven Barnes; et al

                         Plaintiffs,

              v.

A.I.G; Joseph Abrams, III; Mrs. Abrams; Mae
Agentino; All Banking Entities Whose Wealth
Originates from US Slave Trade; Claire Allen,
Judge Armstrong; Assist. Attorney General;
Assoc. Warden Staley; Judge Barber, III; William
Bayer; et al

) Civil Action No.: 2013-CP-40-002294
)
)
)
)        **ORDER**
)
)
)
)
)
)
)
)
)
)
)

This matter was scheduled for jury trial for the June 23, 2014, term of Court in the Common Pleas Court for Richland County, South Carolina. I find good cause exists to grant the Defendants' request for continuance in this matter until such time as this case 2013-CP-40-2294 and Plaintiffs' companion case, 2013-CP-40-0084, can be placed on the Complex Case Roster in Richland County.

      **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the above-captioned case, be, and the same is, hereby continued.

      **AND IT IS SO ORDERED.**

                        _____
                        The Honorable L. Casey Manning

Columbia, South Carolina

June 18, 2014

EXHIBIT, "UNITED NATIONS SERVICE"



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | | |
|---|---|---|
| Postage | $ | 2.22 |
| Certified Fee | 3.10 | |
| Return Receipt Fee (Endorsement Required) | 2.55 | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ 8.37 | |

RECEIVED FEB 08 2013 MAIL ROOM LIEBER C.I.

Sent To THE 193 Member States
Street, Apt. No.; or PO Box No. 1st Ave at 46 St
City, State, ZIP+4 New York NY 10017

PS Form 3800, August 2006     See Reverse for Instructions

Proof of Service on
the 193 Member States
of United Nations in
CASE 2013-CP-400-0084

Arrived February 19, 2013 At 9:42 Am
Delivered February 19, 2013 At 11:57 Am

# United Nations ⊕ Nations Unies

HEADQUARTERS • SIEGE     NEW YORK, NY 10017

TEL.: 1 (212) 963.4475 • FAX: 1 (212) 963.0071

11 March 2013

Greetings from the Public Inquiries Team,

On behalf of the Secretary-General, thank you for your letter which was recently referred to this office for reply. We have read and carefully noted the contents of your message.

While we appreciate the purpose of your request, kindly note that the matter you raise is one of domestic jurisdiction and does not fall within the competence of the United Nations. The United Nations cannot intervene in a situation considered an internal issue under the jurisdiction of a Member State. We would encourage you to redirect your query to the appropriate department of your country's government for consideration.

Thank you for your interest in the United Nations and for taking the time to write to us.

Best regards,

Public Inquiries Team
Department of Public Information

Lawrence L. Crawford #300839
Et.Al Kirkland CI 3-A1-27
4344 Broad River Road
Columbia, SC 29210



United Nations ⊛ Nations Unies

NEW YORK 10017
*Return Requested*

GA 305



UNITED
for
PEACE

UNITED NATIONS
UN POSTAGE
$ 000.46⁰
MAR  12  2013
PB  02  0004206289
MAILED FROM ZIP CODE 10017

Recycled Paper

2521034098 0077

EXHIBIT, "UNITED STATES SERVICE CONTINUED"

Case: 18-8022    Document: 00117503152    Page: 23    Date Filed: 10/15/2019    Entry ID: 6290264

#300839 Winslow #127

Lieber CI P.O. Box 205

Ridgeville, SC 29472

RECEIVED

JUL 08 2014

MAILROOM
LIEBER CI

RECEIVED

JUL 21 2014

WARDEN'S OFFICE
LIEBER C.I.

#11

US Attorney General c/o
U.S Congress Capital Bldg
Washington D.C 20510-0001

JUL 14 2014

JUL 14 2014

OPEN AND REVIEW

Priority Mail
ComBasePrice    UNITED STATES POSTAGE
$05.84
MAILED FROM ZIP CODE 2947

United States Senate Post Office    OPENED FOR INSPECTION    United States Senate Post Office    OPENED FOR INSPECTION    United States Senate Post Office



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Atty General And
Congress Capitol Bldg.
Washington DC 20510-
0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☑ Agent ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                                   7-14-14

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    3952 3460 0003 4955 6896

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES ... States Senate    OPENED FOR INSPECTION

UNITED STATES Senate    OPENED FOR INSPECTION

Case: 18-8022   Document: 00117503192   Page: 24   Date Filed: 10/15/2019   Entry ... 6290264



Julius W. McKay, II
Mark D. Cauthen
Daniel R. Settana, Jr.
M. Stephen Stubley
Janet Brooks Holmes
Peter P. Leventis

Kelli L. Sullivan*
Erin Farrell Farthing
Temus C. Miles, Jr.
David M. Bornemann
Brandon P. Jones
James E. L. Fickling

Law Offices

## McKay, Cauthen, Settana & Stubley, P.A.

P.O. Box 7217
Columbia, South Carolina 29202-7217

———

1303 Blanding Street
Columbia, South Carolina 29201

Douglas McKay, Jr.
(1917-2008)

Telephone
(803) 256-4645
Fax
(803) 765-1839
E-Mail
mms@mckayfirm.com
Web
www.mckayfirm.com

*S.C. Certified Mediator

June 17, 2014

**Via Hand Delivery:**
The Honorable L. Casey Manning
Chief Administrative Judge
Fifth Judicial Circuit
1201 Main St., Room 124
P.O. Box 192
Columbia, SC   29202-0192

Re:   Anthony Cook v. Attorney General's Office et al.
Dominic Gallman v. Warden McKie, et al.
Case No:     13-CP-40-00084, 13-CP-40-02294
Claim Nos:   92579, 93510
Our File No:  9-384

Dear Judge Manning:

Thank you for speaking with me this morning regarding my request for continuance in this case. I represent SCDC and the Attorney General's Office in cases 2013-CP-40-2294 (which was #4 on the trial roster for the week of June 23, 2014), as well as the companion case -0084. We have several motions pending in both of these cases, each of which have repeatedly been continued at the request of Plaintiffs.

As I mentioned in our conversation this morning, you have previously recused yourself in these cases involving inmate Lawrence Crawford, a/k/a Jah Jah Tishbite, King of the North. He has named a litany of defendants and members of the judiciary, including yourself, in various complaints around the country. As part of our request for a continuance, we also respectfully requested that these cases be consolidated and placed on the Complex Case Roster. For the sake of judicial expediency, we believe that a singular Judge hearing all further matters in these cases would provide much needed continuity and clarity.

Thank you again for agreeing to take care of our request for a continuance in this matter. I have enclosed a proposed order for your signature, should it meet your approval. If I can provide anything further to the court, please let me know.

Sincerely,

Meghan Hall

Meghan Hazelwood Hall

#3

cc:    Anthony Cook #115157
       Lawrence L. Crawford, #300839
       Dominic Gallman #234627
       Aerialle J. Crawford
       Quinta D. Lee
       Paul Gunter (via hand delivery)
       Kristy Kohl (via hand delivery)



# Meghan Hall

| | |
|---|---|
| **From:** | Manning, L. Casey Law Clerk (Eve Goodstein) <CManningLC@sccourts.org> |
| **Sent:** | Thursday, June 19, 2014 4:07 PM |
| **To:** | Meghan Hall |
| **Cc:** | Paul Gunter (GUNTERP@rcgov.us); kohlk@rcgov.us |
| **Subject:** | RE: Gallman v. SCAG; C/A No. 2013-CP-40-2294 |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Meghan,

Judge Manning has signed your proposed order in this case.

Thank you,
Eve

**From:** Meghan Hall [mailto:mhall@mckayfirm.com]
**Sent:** Friday, June 13, 2014 12:26 PM
**To:** Manning, L. Casey Law Clerk (Eve Goodstein)
**Cc:** Paul Gunter (GUNTERP@rcgov.us); kohlk@rcgov.us; Manning, L. Casey Secretary (Ada H. James)
**Subject:** FW: Gallman v. SCAG; C/A No. 2013-CP-40-2294

Dear Eve,

I am following up again regarding our request for a continuance in the above-referenced matter. This case is presently #4 on the trial roster for the week of June 23, 2014. I failed to mention in my previous email that Judge Manning previously recused himself of matters involving one of the Plaintiffs in this case, inmate Lawrence Crawford, a/k/a Jah Jah Tishbite, as the Plaintiff claimed to have added him as a Defendant to another lawsuit. As such, we would seek a continuance on that additional ground, as well as the others I previously enumerated in my letters and emails to the Court. Finally, I am the associate handling this case, and I am scheduled to be out of town the week of June 23, 2014. I did not seek protection because this case was not ready for trial, and there are many outstanding motions in both 2013-CP-40-2994 and -0084, which require hearings before this case can be tried. We would respectfully request a continuance in this matter, and ask that these cases be consolidated and placed on the Complex Case Roster.

If I can provide any additional information to the court, or set up a status hearing, please let me know. I look forward to hearing from you at your earliest convenience.

Sincerely,
Meghan Hall

Meghan Hazelwood Hall, Esq.
McKay, Cauthen, Settana & Stubley, PA
1303 Blanding Street (29201)
P.O. Drawer 7217
Columbia, SC 29202-7217
803-256-4645 ext. 132
803-765-1839 (fax)
mhall@mckayfirm.com


# 5

1

*Exhibit United States* A
File in case 2013-CP-400-0084 ET AL



**U.S. Department of Justice**

*United States Attorney*
*Northern District of New York*

*100 South Clinton Street*
*Room 900; P.O. Box 7198*
*Syracuse, New York 13261-7198*
*(315) 448-0672*

October 3, 2012

Hon. Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals for the Second Circuit
1702 United States Courthouse
40 Foley Square
New York, New York 10007

Re:  *Strozier v. United States*
2d Cir. Docket No. 12-3890

Dear Ms. Wolfe,

The undersigned Assistant United States Attorney has filed a notice of appearance in the above-captioned civil appeal, for the limited purpose of being kept electronically apprised of events noted on the docket.

To the best of our knowledge, information and belief, however, neither this United States Attorney's Office nor any employee, department or agency of the United States was ever served in the district court action giving rise to this appeal. Neither did this office or any other federal entity appear in the district court.

Given that there was no federal "party" below, please be advised that we will not be participating in the captioned civil appeal, absent some further direction from the Court.

Thank you.

Sincerely,

RICHARD S. HARTUNIAN
United States Attorney

# 6

By:  *Paula Ryan C*

Paula Ryan Conan
Assistant U.S. Attorney

EXHIBIT, "INITIAL SERVICE"



# Richland County Sheriff's Department

LEON L. LOTT, JR.
Sheriff

Lawrence L. Crawford, #300839
Kirkland C.I. E-A1-27
4344 Broad River Rd
Columbia, SC 29210

March 14, 2013

Re: SC Attorney General

Dear Sir/Madam:

On 3/7/2013, this department received a civil paper from your office.  Please find the enclosed Affidavit of Service/Non Service for the above reference case.

I am pleased to be of service and if my Department can assist you in the future, please call upon my Civil Process Division at (803) 576-3151.

Sincerely,

Leon Lott
Richland County Sheriff

**Richland County Sheriff's Department**

MAR 0 8 2013

### AFFIDAVIT OF SERVICE
### or NON-SERVICE

| | |
|---|---|
| Date Entered: | 03/07/2013 |
| File Number: | C201302370 |
| DSS Number: | 0 |
| Foreign Case #: | |
| Court Date: | 01/01/1900 |

STATE OF SOUTH CAROLINA          )
COUNTY OF RICHLAND               )

Date _____

**Plaintiff**          Lawrence L. Crawford, #300839    Kirkland C.I. E-A1-27  4344 Broad River Rd  Columbia, SC 29210
Phone:   Work:

**Defendant(s)**     SC Attorney General   Office   1000 Assembly St.   Columbia, SC 29201
Phone:   Work:

PERSONALLY APPEARED Before Me _____*P. Wilkes*_____, duty sworn says that he/she served, or
attempted to serve, the following civil paper(s):

Summons & Complaint                                          1

on the defendant *SC Attorney General Office* as follows:

( )  By personally handing the process to the defendant at _____, _____, SC
(Street)                          (City)
on _____ .
(Date/Time)

( )  By handing the process to _____ at _____,
(Name of Person Served/Relationship)          (Street)
_____,SC on _____ , a person of suitable age and discretion then residing in
(City)                          (Date/Time)
the defendant's usual place of abode.

(✓)  By handing the process to *Callie Alexander* ( , the registered corporate agent or officer of the company at
*1000 Assembly St.* , *Columbia* , SC on *3/12/13 · 10:57 A/m* and leaving him/her a copy.
(Street)          (Name of Person Served/Company Name)          (City)          (Date/Time)

( )  WAS UNABLE to locate and serve the above process on the defendant, after diligent efforts by checking the City/Telephone
Directory, and going to the address given for the defendant, and by questioning persons in the vicinity of the address.
THE PROCESS IS RETURNED UNEXECUTED.

( )  COMMENTS: _____

_____

Deponent knows the person served to be the defendant and Deponent is not a party to the action.
SWORN TO Before me this

*12* day of *March* , *2013* .

_____
NOTARY PUBLIC FOR SOUTH CAROLINA
MY COMMISSION EXPIRES *0-22-2014*
P.O. Box 143 Columbia, SC 29202
Office: (803) 576-3151   Fax: (803) 576-1898

*P. Wilkes*
Deputy Sheriff, Richland County

**P. WILKES**
S#1195



# Richland County Sheriff's Department

LEON L. LOTT. JR.
Sheriff

Lawrence L. Crawford, #300839
Kirkland C.I. E-A1-27
4344 Broad River Rd
Columbia, SC 29210


March 14, 2013


Re: Fifth Judicial Solicitor

Dear Sir/Madam:

On 3/7/2013, this department received a civil paper from your office. Please find the enclosed Affidavit of Service/Non Service for the above reference case.

I am pleased to be of service and if my Department can assist you in the future, please call upon my Civil Process Division at (803) 576-3151.


Sincerely,

Leon Lott
Richland County Sheriff

**Richland County Sheriff's Department**

### AFFIDAVIT OF SERVICE
### or NON-SERVICE

| | |
|---|---|
| Date Entered: | 03/07/2013 |
| File Number: | C201302371 |
| DSS Number: | 0 |
| Foreign Case #: | |
| Court Date: | 01/01/1900 |

MAR 08 2013

STATE OF SOUTH CAROLINA    )      **Date** _____

COUNTY OF RICHLAND        )

**Plaintiff**        Lawrence L. Crawford, #300839   Kirkland C.I. E-A1-27  4344 Broad River Rd  Columbia, SC 29210
Phone:   Work:

**Defendant(s)**    Fifth Judicial Solicitor    PO Box 192  1701 Main St.  Columbia, SC 29202
Phone:   Work:

PERSONALLY APPEARED Before Me _____ *P. Wilkes* _____, duty sworn says that he/she served, or
attempted to serve, the following civil paper(s):

Summons & Complaint            1

on the defendant, *Fifth Judicial Solicitor*, as follows:

( )  By personally handing the process to the defendant at _____, _____, SC
    on _____ .
          (Date/Time)

( )  By handing the process to _____ at _____,
          (Name of Person Served/Relationship)    (Street)
    _____ ,SC on _____ , a person of suitable age and discretion then residing in
       (City)          (Date/Time)
    the defendant's usual place of abode.

(✗)  By handing the process to *DAWN SLOAN* (the registered corporate agent or officer of the company at
*1701 Main St.*, *Columbia*, SC on *03/08/13 - 1135 A/m* and leaving him/her a copy.
    (Street)   (Name of Person Served/Company Name)  (City)    (Date/Time)

( )  WAS UNABLE to locate and serve the above process on the defendant, after diligent efforts by checking the City/Telephone
Directory, and going to the address given for the defendant, and by questioning persons in the vicinity of the address.
THE PROCESS IS RETURNED UNEXECUTED.

( )  COMMENTS: _____

_____

Deponent knows the person served to be the defendant and Deponent is not a party to the action.  **P. WILKES**
SWORN TO Before me this                           **S#1195**

_8_ day of _March_, _2013_ .                              Deputy Sheriff, Richland County

NOTARY PUBLIC FOR SOUTH CAROLINA
MY COMMISSION EXPIRES _8-22-20__
P.O. Box 143 Columbia, SC 29202
Office: (803) 576-3151   Fax: (803) 576-1898



LAWRENCE L CRAWFORD AKA
JONAH GABRIEL Jahjah T.Tishbite
ET AL. # 300839 WANDO A-127
Lieber CI PO BOX 205
Ridgeville SC 29472
Anthony Cook # 115157

RE: CASE 2013-CP-400-0084

To: The Richland Sheriff Dept.
And Judge Jean Toal et. al,

The attached documents/ complaints
(24) copies are to be served on the
following people:

(1) Christopher Florian and SCDC as an
entity and defendant at SCDC Head-

1 of 4

quarters 4444 Broad River Rd Columbia SC 29221.

(2) Judge James Brabier III ; Richland County via Clerk of Court ; 5th Circuit Solicitors office ; John Meadors ; Barney Giese ; Mr. Moakie [these (3) solicitors at the 5th Circuit Solicitors office] at Richland Courthouse 1701 Main Street Columbia SC 29201.

(3) The SC Court of Appeals ) ~~Circuit~~ Alison A Giese ; V. Claire Allen ; Jenny A Kitchings at 1015 Sumter Street Columbia, SC 29201.

(4) Warden McCabe is at the SCDC

20 of 41

Academy SCDC Headquarters 4444 Broad River Rd Columbia SC 29201.

(5) Detective Cort Korley was at the Kershaw County Sheriff office but I was told he now works for the Richland County Sheriff office.

(6) Judges Jean Joal and Kaye Hearns at the South Carolina Supreme Court at 1231 Gervais Street Columbia, SC 29211 Also Daniel Shearouse.

(7) Lt Michael Brown at SLED For Dept; SLED and Reginald Lloyd. Brown and Lloyd may not be there, but this is their last known place of employment 4400 Broad River Rd Columbia, SC 29221.

3 of 4

(8) Judge Jerry Wooton, Bristow Marchant and Michelle Childs SC US. District Court 901 Richland Street Columbia, SC 29201.

(9) SC Attorney General and Chief Deputy Atty General 1000 Assembly Street Columbia, SC 29201.

We Thank You

Please serve confirmation of service on all plaintiffs. Make sure SLED is served as an independent entity. also.

March 1, 2013

4 of 4

EXHIBIT, "KERSHAW SERVICE"

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE COMMON PLEAS COURT |
| ) | FIFTH JUDICIAL CIRCUIT |
| COUNTY OF KERSHAW ) | COUNTY OF RICHLAND |
| ) | |
| Anthony Cook, #115157 ) | |
| Lawrence Crawford, #300839,  et al ) | **AFFIDAVIT OF SERVICE** |
| Plaintiff, ) | |
| vs ) | |
| ) | |
| Cpl Bouch, et al ) | DOCKET NO.  2013-CP-40-00084 |
| ) | |
| Defendant ) | |

Defendants to serve in Kershaw County:

Service to:  (1) Kershaw County Sheriff's Office, Lugoff, SC
Service to:  (2) Johnny Fellers and the Kershaw County Coroner's Office
Service to:  (3) Joyce McDonald and the Kershaw County Court
Service to:  (4) Kershaw County DSS, Camden, SC


Date:  December 1, 2014


    Personally comes the undersigned, who being duly sworn, states that service was made
to the above Kershaw County defendants,  the Summons and Amended Complaint

Service was completed in the following manner:

☑ Personal Service on **Amanda Mueller, Attorney for Kershaw County DSS** on
1st of December, 2014 @ 10:20am at 110 DeKalb Street, Camden, SC 29020


    Affiant is not a party to this action, is not less than eighteen (18) years of age and has no interest
in or connection to this action.


_____
Sgt. Kimberly McKay
Kershaw County Sheriff's Office
821 Ridgeway Road, PO Box 70
Lugoff, SC  29078

NOTARY STATEMENT
Sworn to before me this __1st__ Day of
December, 2014

_Linda L. Lewis_
Notary Public State of South Carolina

My Commission Expires:  12/5/2015

To: Ms Bryant
These are
defendants for
purposes of mailing

STATE OF SOUTH CAROLINA )
 )
COUNTY OF KERSHAW )
 )
Anthony Cook, #115157 )
Lawrence Crawford, #300839,  et al )
 Plaintiff, )
 )
 vs )
 )
Cpl Bouch, et al )
 )
 Defendant )

IN THE COMMON PLEAS COURT
FIFTH JUDICIAL CIRCUIT
COUNTY OF RICHLAND

**AFFIDAVIT OF SERVICE**

DOCKET NO.  2013-CP-40-00084

Defendants to serve in Kershaw County:

Service to:  (1) Kershaw County Sheriff's Office, Lugoff, SC
Service to:  (2) Johnny Fellers and the Kershaw County Coroner's Office
Service to:  (3) Joyce McDonald and the Kershaw County Court
Service to:  (4) Kershaw County DSS, Camden, SC

Date:  December 1, 2014

Personally comes the undersigned, who being duly sworn, states that service was made to the above Kershaw County defendants,  the Summons and Amended Complaint

Service was completed in the following manner:

☑ Personal Service on **Samantha Connell, Administrative Assistant for Kershaw County Sheriff's Office** on 1st of December, 2014 @ 3:55 PM at 821 Ridgeway Road, Lugoff, SC 29078

Affiant is not a party to this action, is not less than eighteen (18) years of age and has no interest in or connection to this action.

Sgt. Kimberly McKay
Kershaw County Sheriff's Office
821 Ridgeway Road, PO Box 70
Lugoff, SC  29078

NOTARY STATEMENT
Sworn to before me this ___1st___ Day of December, 2014

Linda L. Lewis
Notary Public State of South Carolina

My Commission Expires:  12/5/2015

STATE OF SOUTH CAROLINA ) IN THE COMMON PLEAS COURT
)
COUNTY OF KERSHAW ) FIFTH JUDICIAL CIRCUIT
) COUNTY OF RICHLAND
)
Anthony Cook, #115157 )
Lawrence Crawford, #300839, et al )
Plaintiff, ) **AFFIDAVIT OF SERVICE**
)
vs )
)
Cpl Bouch, et al ) DOCKET NO.  2013-CP-40-00084
)
Defendant )

Defendants to serve in Kershaw County:

Service to:  (1) Kershaw County Sheriff's Office, Lugoff, SC
Service to:  (2) Johnny Fellers and the Kershaw County Coroner's Office
Service to:  (3) Joyce McDonald and the Kershaw County Court
Service to:  (4) Kershaw County DSS, Camden, SC

Date:  December 1, 2014

Personally comes the undersigned, who being duly sworn, states that service was made
to the above Kershaw County defendants,  the Summons and Amended Complaint

Service was completed in the following manner:

☑ Personal Service on **Johnny Fellers** on 26th of November, 2014 at 4:50 PM  at  Kershaw County
Sheriff's Office, 821 Ridgeway Road, Lugoff, SC 29078

Affiant is not a party to this action, is not less than eighteen (18) years of age and has no interest
in or connection to this action.

Sgt. Kimberly McKay
Kershaw County Sheriff's Office
821 Ridgeway Road, PO Box 70
Lugoff, SC  29078

NOTARY STATEMENT
Sworn to before me this _1st_ Day of
December, 2014

Linda L. Lewis
Notary Public State of South Carolina

My Commission Expires:  12/5/2015

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA | ) | IN THE COMMON PLEAS COURT |

STATE OF SOUTH CAROLINA          )

COUNTY OF KERSHAW          )

Anthony Cook, #115157          )
Lawrence Crawford, #300839,  et al          )
          Plaintiff, )
          vs          )
          )
Cpl Bouch, et al          )
          Defendant )

IN THE COMMON PLEAS COURT
FIFTH JUDICIAL CIRCUIT
COUNTY OF RICHLAND

**AFFIDAVIT OF SERVICE**

DOCKET NO.  2013-CP-40-00084

Defendants to serve in Kershaw County:

Service to:  (1) Kershaw County Sheriff's Office, Lugoff, SC
Service to:  (2) Johnny Fellers and the Kershaw County Coroner's Office
Service to:  (3) Joyce McDonald and the Kershaw County Court
Service to:  (4) Kershaw County DSS, Camden, SC

Date:  December 1, 2014

      Personally comes the undersigned, who being duly sworn, states that service was made
to the above Kershaw County defendants,  the Summons and Amended Complaint

Service was completed in the following manner:

☑ Personal Service on **Joyce McDonald** on 1st of December, 2014 at 1:00 PM  at  Kershaw County
Courthouse, 1121 Broad Street, Camden, SC 29020

      Affiant is not a party to this action, is not less than eighteen (18) years of age and has no interest
in or connection to this action.

Sgt. Kimberly McKay
Kershaw County Sheriff's Office
821 Ridgeway Road, PO Box 70
Lugoff, SC  29078

NOTARY STATEMENT
Sworn to before me this  1st  Day of
December, 2014

Linda L. Lewis
Notary Public State of South Carolina

My Commission Expires:  12/5/2015

EXHIBIT, "OVER SERVICE"



# Richland County Sheriff's Department

LEON L. LOTT, JR.
Sheriff


Lawrence L. Crawford, et. al.
#300839
Lieber C.I.
PO Box 205
Ridgeville, SC 29472


January 6, 2015


Re: SCDC
Attn: Warden mcCabe

Dear Sir/Madam:

On 12/30/2014, this department received a civil paper from your office.  Please find the enclosed Affidavit of Service/Non Service for the above reference case.

I am pleased to be of service and if my Department can assist you in the future, please call upon my Civil Process Division at (803) 576-3151.


Sincerely,


Leon Lott
Richland County Sheriff


1 of 11


P.O. Box 143,  Columbia, SC 29202
Office:  (803) 576-3151  Fax:  (803) 576-1898

DEC 3 1 2014

**AFFIDAVIT OF SERVICE**
**or NON-SERVICE**

STATE OF SOUTH CAROLINA          )          **Date** _____
COUNTY OF RICHLAND               )

| | |
|---|---|
| Date Entered: | 12/30/2014 |
| File Number: | C201412813 |
| DSS Number: | 0 |
| Foreign Case #: | |
| 2013CP4000084 | |

**Plaintiff**          Lawrence L. Crawford, et. al.  #300839   Lieber C.I.  PO Box 205  Ridgeville, SC 29472
Phone:   Work:

**Defendant(s)**       SCDC    attn: Warden McCabe  4444 Broad River Rd  Columbia, SC 29201
Phone:   Work:

PERSONALLY APPEARED Before Me _____W. Ducote_____, duty sworn says that he/she served, or attempted to serve, the following civil paper(s):

Summons & Complaint                          1

on the defendant, ___SCDC   ATTN. WARDEN McCABE___,as follows:

( )  By personally handing the process to the defendant at _____, _____, SC
on _____ .
(Street)                (City)
(Date/Time)

( )  By handing the process to _____ at _____,
(Name of Person Served/Relationship)        (Street)
_____,SC on _____ , a person of suitable age and discretion then residing in
(City)              (Date/Time)
the defendant's usual place of abode.

(X)  By handing the process to TINA KELLETT / OFFICE OF  General Counsel    SCDC , the registered corporate agent or officer of the company at
4444 BROAD RIVER RD (Name of Person Served/Company Name) ColumBIA , SC on 1/02/15  10:35 AM and leaving him/her a copy.
(Street)                (City)              (Date/Time)

( )  WAS UNABLE to locate and serve the above process on the defendant, after diligent efforts by checking the City/Telephone Directory, and going to the address given for the defendant, and by questioning persons in the vicinity of the address. THE PROCESS IS RETURNED UNEXECUTED.

( )  COMMENTS: _____

_____

Deponent knows the person served to be the defendant and Deponent is not a party to the action.  Ducott
SWORN TO Before me this                         W. Ducott   C276
___2___ day of _January_, 2015.          _____
                                          Deputy Sheriff, Richland County

_Kenneth Coleman_
NOTARY PUBLIC FOR SOUTH CAROLINA
MY COMMISSION EXPIRES _____
P.O. Box 143 Columbia, SC 29202
Office: (803) 576-3151   Fax: (803) 576-1898

KENNETH COLEMAN
Notary Public, South Carolina
My Commission Expires
July 15, 2024

2 of 11



# Richland County Sheriff's Department

LEON L. LOTT, JR.
Sheriff

Lawrence L. Crawford, et. al.
#300839
Lieber C.I.
PO Box 205
Ridgeville, SC 29472

January 6, 2015

Re: SC Supreme Court
Attn: Jean Toal, et. al.

Dear Sir/Madam:

On 12/30/2014, this department received a civil paper from your office.  Please find the enclosed Affidavit of Service/Non Service for the above reference case.

I am pleased to be of service and if my Department can assist you in the future, please call upon my Civil Process Division at (803) 576-3151.

Sincerely,

Leon Lott
Richland County Sheriff

3 of W

**P.O. Box 143,  Columbia, SC 29202**
**Office:  (803) 576-3151  Fax:  (803) 576-1898**

Richland County Sheriff's Department

DEC 3 1 2014

**AFFIDAVIT OF SERVICE**
**or NON-SERVICE**

| | |
|---|---|
| Date Entered: | 12/30/2014 |
| File Number: | C201412815 |
| DSS Number: | 0 |
| Foreign Case #: | |
| 2013Cp4000084 | |

STATE OF SOUTH CAROLINA )
COUNTY OF RICHLAND )

Date _____

**Plaintiff**      Lawrence L. Crawford, et. al.   #300839   Lieber C.I.  PO Box 205  Ridgeville, SC 29472
Phone:   Work:

**Defendant(s)**   SC Supreme Court    attn: Jean Toal, et. al.  1231 Gervais St.  Columbia, SC 29211
Phone:   Work:

PERSONALLY APPEARED Before Me _____*P. Wilkes*_____, duty sworn says that he/she served, or attempted to serve, the following civil paper(s):

Summons & Complaint                                1

on the defendant, *SC Supreme Court* *ATTN: Jean Toal, et. Al.* ,as follows:

( ) By personally handing the process to the defendant at _____, _____, SC
    on _____ .
                    (Street)                          (City)
    (Date/Time)

( ) By handing the process to _____ at _____,
                    (Name of Person Served/Relationship)              (Street)
    _____,SC on _____ , a person of suitable age and discretion then residing in
       (City)                    (Date/Time)
    the defendant's usual place of abode.

(✓) By handing the process to *Sonya Levy* , the registered corporate agent or officer of the company at
                    (Name of Person Served/Company Name)
*1231 Gervais St. Columbia* , SC on *01/05/15 - 9:22 A/m* and leaving him/her a copy.
       (Street)              (City)                    (Date/Time)

( ) WAS UNABLE to locate and serve the above process on the defendant, after diligent efforts by checking the City/Telephone
    Directory, and going to the address given for the defendant, and by questioning persons in the vicinity of the address.
    THE PROCESS IS RETURNED UNEXECUTED.

( ) COMMENTS: _____

_____

Deponent knows the person served to be the defendant and Deponent is not a party to the action.
SWORN TO Before me this                                *P. Walker*           P. WILKES
                                                                                      S#1195
*5* day of *January 2015*
                                              *Kenneth Coleman*           Deputy Sheriff, Richland County
NOTARY PUBLIC FOR SOUTH CAROLINA
MY COMMISSION EXPIRES _____
P.O. Box 143 Columbia, SC 29202
Office:  (803) 576-3151   Fax:  (803) 576-1898

KENNETH COLEMAN
Notary Public, South Carolina
My Commission Expires
July 15, 2024

4 of 11



# Richland County Sheriff's Department

LEON L. LOTT. JR.
Sheriff

Lawrence L. Crawford, et. al.
#300839
Lieber C.I.
PO Box 205
Ridgeville, SC 29472

January 6, 2015

Re: Clerk of Court, et. al.

Dear Sir/Madam:

On 12/30/2014, this department received a civil paper from your office.  Please find the enclosed Affidavit of Service/Non Service for the above reference case.

I am pleased to be of service and if my Department can assist you in the future, please call upon my Civil Process Division at (803) 576-3151.

Sincerely,

Leon Lott
Richland County Sheriff

S of U

DEC 31 2014

**AFFIDAVIT OF SERVICE
or NON-SERVICE**

Richland County Sheriff's Department

Date _____

| | |
|---|---|
| Date Entered: | 12/30/2014 |
| File Number: | C201412811 |
| DSS Number: | 0 |
| Foreign Case #: 2013CP4000084 | |

STATE OF SOUTH CAROLINA          )
COUNTY OF RICHLAND               )

**Plaintiff**          Lawrence L. Crawford, et. al.  #300839  Lieber C.I.  PO Box 205  Ridgeville, SC 29472
                    Phone:   Work:

**Defendant(s)**      Clerk of Court, et. al.   attn: Judge Barber, III  1701 Main St.  Columbia, SC 29201
                    Phone:   Work:

PERSONALLY APPEARED Before Me _____P. Wilkes_____, duly sworn says that he/she served, or
attempted to serve, the following civil paper(s):

                                        Summons & Complaint                          1

on the defendant, _Clerk of Court, et, al, attn. Judge Barber, III_, as follows:

( )  By personally handing the process to the defendant at _____, _____, SC
     on _____ .
                (Date/Time)

( )  By handing the process to _____ at _____,
                          (Name of Person Served/Relationship)              (Street)
     _____,SC on _____ , a person of suitable age and discretion then residing in
          (City)                    (Date/Time)
     the defendant's usual place of abode.

(✓)  By handing the process to _Madison Marchant_, the registered corporate agent or officer of the company at
     _1701 Main St,_    _Columbia,_ SC on _01/05/15-11:25 A/m_ and leaving him/her a copy.
          (Street)          (City)              (Date/Time)
                  (Name of Person Served/Company Name)

( )  WAS UNABLE to locate and serve the above process on the defendant, after diligent efforts by checking the City/Telephone
     Directory, and going to the address given for the defendant, and by questioning persons in the vicinity of the address.
     THE PROCESS IS RETURNED UNEXECUTED.

( )  COMMENTS: _____

     _____

Deponent knows the person served to be the defendant and Deponent is not a party to the action.
SWORN TO Before me this                              P. Wilkes
                                                    P. WILKES
_5_ day of _January_, _2015_ .                      S#1195
                                    _P. Wilkes_
_Kenneth Coleman_                   Deputy Sheriff, Richland County
NOTARY PUBLIC FOR SOUTH CAROLINA
MY COMMISSION EXPIRES _____
P.O. Box 143 Columbia, SC 29202
Office:  (803) 576-3151   Fax:  (803) 576-1898

| |
|---|
| KENNETH COLEMAN |
| Notary Public, South Carolina |
| My Commission Expires |
| July 15, 2024 |

6 of 11



# Richland County Sheriff's Department

LEON L. LOTT, JR.
Sheriff

Lawrence L. Crawford, et. al.
#300839
Lieber C.I.
PO Box 205
Ridgeville, SC 29472

January 6, 2015

Re: US District Court

Dear Sir/Madam:

On 12/30/2014, this department received a civil paper from your office.  Please find the enclosed Affidavit of Service/Non Service for the above reference case.

I am pleased to be of service and if my Department can assist you in the future, please call upon my Civil Process Division at (803) 576-3151.

Sincerely,

Leon Lott
Richland County Sheriff

7 of 11

Richland County Sheriff's Department

**AFFIDAVIT OF SERVICE**
**or NON-SERVICE**

| | |
|---|---|
| Date Entered: | 12/30/2014 |
| File Number: | C201412817 |
| DSS Number: | 0 |
| Foreign Case #: | |
| 2013CP4000084 | |

STATE OF SOUTH CAROLINA    )
COUNTY OF RICHLAND    )

Date _____

**Plaintiff**    Lawrence L. Crawford, et. al.  #300839  Lieber C.I.  PO Box 205 Ridgeville, SC 29472
Phone:   Work:

**Defendant(s)**    US District Court    attn: Judge Wooten, et. al. 901 Richland St.  Columbia, SC 29201
Phone:   Work:

PERSONALLY APPEARED Before Me ___P. Wilkes___, duty sworn says that he/she served, or attempted to serve, the following civil paper(s):

Summons & Complaint    1

on the defendant, _US District Court_ attn. Judge Wooten, et. al. as follows:

( ) By personally handing the process to the defendant at _____, _____, SC

on _____.
       (Date/Time)

( ) By handing the process to _____ at _____,
                              (Name of Person Served/Relationship)              (Street)

_____, SC on _____ , a person of suitable age and discretion then residing in
       (City)                      (Date/Time)

the defendant's usual place of abode.

(✓) By handing the process to _KAREN BOSTON_ (the registered corporate agent or officer of the company at
                              (Name of Person Served/Company Name)

_901 Richland St._ _Columbia_, SC on _01/05/15 - 9:00 N/A (A/M)_ and leaving him/her a copy.
       (Street)              (City)              (Date/Time)

( ) WAS UNABLE to locate and serve the above process on the defendant, after diligent efforts by checking the City/Telephone Directory, and going to the address given for the defendant, and by questioning persons in the vicinity of the address. THE PROCESS IS RETURNED UNEXECUTED.

( ) COMMENTS: _____

_____

Deponent knows the person served to be the defendant and Deponent is not a party to the action.
SWORN TO Before me this
                                                        P. WILKES
_5_ day of _January_ _2015_.    _P. Wilkes_    S#1195
                                            Deputy Sheriff, Richland County

_Kenneth Coleman_
NOTARY PUBLIC FOR SOUTH CAROLINA
MY COMMISSION EXPIRES _____
P.O. Box 143 Columbia, SC 29202
Office:  (803) 576-3151    Fax:  (803) 576-1898

KENNETH COLEMAN
Notary Public, South Carolina
My Commission Expires
July 15, 2024

8 of 11

# Richland County Sheriff's Department

LEON L. LOTT. JR.
Sheriff

Lawrence L. Crawford, et. al.
#300839
Lieber C.I.
PO Box 205
Ridgeville, SC 29472

January 5, 2015

Re: Richland Cty. Sheriff

Dear Sir/Madam:

On 12/30/2014, this department received a civil paper from your office.  Please find the enclosed Affidavit of Service/Non Service for the above reference case.

I am pleased to be of service and if my Department can assist you in the future, please call upon my Civil Process Division at (803) 576-3151.

Sincerely,

Leon Lott
Richland County Sheriff

q of 11

P.O. Box 143, Columbia, SC 29202
Office: (803) 576-3151  Fax: (803) 576-1898

Richland County Sheriff's Department

**AFFIDAVIT OF SERVICE
or NON-SERVICE**

Date _1-2-15_ / _10:00 AM_

| | |
|---|---|
| Date Entered: | 12/30/2014 |
| File Number: | C201412814 |
| DSS Number: | 0 |
| Foreign Case #: | |
| 2013Cp400084 | |

STATE OF SOUTH CAROLINA )
COUNTY OF RICHLAND )

**Plaintiff**    Lawrence L. Crawford, et. al.    #300839    Lieber C.I.  PO Box 205  Ridgeville, SC 29472
Phone:  Work:

**Defendant(s)**    Richland Cty. Sheriff  Dept.  attn: Cort Korley  5623 Two Notch Rd  Columbia, SC 29223
Phone:  Work:

PERSONALLY APPEARED Before Me ___P. TESSIER___, duty sworn says that he/she served, or
attempted to serve, the following civil paper(s):

Summons & Complaint                          1


on the defendant, ___Cort Korley___, as follows:

( ) By personally handing the process to the defendant at _____, _____, SC
on _____ .
            (Date/Time)

( ) By handing the process to _____ at _____,
                    (Name of Person Served/Relationship)                  (Street)
_____, SC on _____ , a person of suitable age and discretion then residing in
        (City)                          (Date/Time)
the defendant's usual place of abode.

( ) By handing the process to _____ , the registered corporate agent or officer of the company at
                    (Name of Person Served/Company Name)
_____, _____, SC on _____ and leaving him/her a copy.
        (Street)                  (City)                          (Date/Time)

(X) WAS UNABLE to locate and serve the above process on the defendant, after diligent efforts by checking the City/Telephone
Directory, and going to the address given for the defendant, and by questioning persons in the vicinity of the address.
THE PROCESS IS RETURNED UNEXECUTED.

(X) COMMENTS: ___NO ONE BY NAME OF CORT KORLEY AT___
___THAT ADDRESS___

Deponent knows the person served to be the defendant and Deponent is not a party to the action.
SWORN TO Before me this
                                        ___5-88    TESSIER___
_2_ day of _January_, 2015 .          Deputy Sheriff, Richland County

___Kenneth Coleman___
NOTARY PUBLIC FOR SOUTH CAROLINA
MY COMMISSION EXPIRES _____
P.O. Box 143 Columbia, SC 29202
Office:  (803) 576-3151    Fax:  (803) 576-1898

KENNETH COLEMAN
Notary Public, South Carolina
My Commission Expires
July 15, 2024

10 of 11



Richland County Sheriff's Department

DEC 3 1 2014

### AFFIDAVIT OF SERVICE
### or NON-SERVICE

STATE OF SOUTH CAROLINA          )
COUNTY OF RICHLAND               )

Date _1- 2.15/ 10:01 AM_

| | |
|---|---|
| Date Entered: | 12/30/2014 |
| File Number: | C201412825 |
| DSS Number: | 0 |
| Foreign Case #: | |
| 2013CP4000084 | |

**Plaintiff**          Anthony Cook, #115157   WD Rm 184   PO Box 205 Lieber C.I. Ridgeville, SC 29472
                       Phone:   Work:

**Defendant(s)**       Richland Cty. Sheriff  Dept.  attn: Cort Korley  5623 Two Notch Rd  Columbia, SC 29223
                       Phone:   Work:

PERSONALLY APPEARED Before Me _P. TESSIER_ , duty sworn says that he/she served, or
attempted to serve, the following civil paper(s):

                          Summons & Complaint                          1

on the defendant, _Cort Korley_ , as follows:

( ) By personally handing the process to the defendant at _____, _____, SC
    <span style="padding-left:6em">(Street)</span> <span style="padding-left:8em">(City)</span>
    on _____ .
    <span style="padding-left:4em">(Date/Time)</span>

( ) By handing the process to _____ at _____,
    <span style="padding-left:4em">(Name of Person Served/Relationship)</span> <span style="padding-left:8em">(Street)</span>
    _____,SC on _____ , a person of suitable age and discretion then residing in
    <span style="padding-left:4em">(City)</span> <span style="padding-left:6em">(Date/Time)</span>
    the defendant's usual place of abode.

( ) By handing the process to _____ , the registered corporate agent or officer of the company at
    <span style="padding-left:4em">(Name of Person Served/Company Name)</span>
    _____, _____, SC on _____ and leaving him/her a copy.
    <span style="padding-left:4em">(Street)</span> <span style="padding-left:6em">(City)</span> <span style="padding-left:6em">(Date/Time)</span>

(X) WAS UNABLE to locate and serve the above process on the defendant, after diligent efforts by checking the City/Telephone
    Directory, and going to the address given for the defendant, and by questioning persons in the vicinity of the address.
    THE PROCESS IS RETURNED UNEXECUTED.

( ) COMMENTS: _NO ONE BY NAME OF CORT KORLEY AT_
    _THAT ADDRESS_

Deponent knows the person served to be the defendant and Deponent is not a party to the action.
SWORN TO Before me this

_____ day of _____ , _____ .

_____
Deputy Sheriff, Richland County

_____
NOTARY PUBLIC FOR SOUTH CAROLINA
MY COMMISSION EXPIRES _____
P.O. Box 143 Columbia, SC 29202
Office:  (803) 576-3151   Fax:  (803) 576-1898

11 of 11



# Richland County Sheriff's Department

LEON L. LOTT. JR.
Sheriff


Lawrence L. Crawford, et. al.
#300839
Lieber C.I.
PO Box 205
Ridgeville, SC 29472


February 3, 2015


Re: SLED

Dear Sir/Madam:

On 1/28/2014, this department received a civil paper from your office.  Please find the enclosed Affidavit of Service/Non Service for the above reference case.

I am pleased to be of service and if my Department can assist you in the future, please call upon my Civil Process Division at (803) 576-3151.


Sincerely,


Leon Lott
Richland County Sheriff



**Richland County Sheriff's Department**

JAN 30 2015

### AFFIDAVIT OF SERVICE
### or NON-SERVICE

| | |
|---|---|
| Date Entered: | 01/28/2015 |
| File Number: | C201500794 |
| DSS Number: | 0 |
| Foreign Case #: | |
| 2013CP4000084 | |

STATE OF SOUTH CAROLINA )

COUNTY OF RICHLAND )

**Date** _____

**Plaintiff**          Lawrence L. Crawford, et. al.  #300839  Lieber C.I.  PO Box 205  Ridgeville, SC 29472
Phone:    Work:

**Defendant(s)**     SLED     4300 Broad River Rd    Columbia, SC 29210
Phone:    Work:

PERSONALLY APPEARED Before Me _____ J REBOW #1644 _____, duty sworn says that he/she served, or attempted to serve, the following civil paper(s):

Summons & Complaint                                    1

on the defendant, _____ SLED _____ ,as follows:

( ) By personally handing the process to the defendant at _____ , _____ , SC
                                                                                  (Street)                                  (City)

on _____ .
                        (Date/Time)

( ) By handing the process to _____ at _____ ,
                                              (Name of Person Served/Relationship)                    (Street)

_____ ,SC on _____ , a person of suitable age and discretion then residing in
           (City)                                      (Date/Time)

the defendant's usual place of abode.                PUBLIC INFORMATION OFFICER

(✓) By handing the process to ~~Tom W Berry~~ / SLED ___ , the registered corporate agent or officer of the company at
                                      (Name of Person Served/Company Name)

_4400 Broad River Rd_ , _Columbia_____ , SC on _01/29/15_ _130PM_ and leaving him/her a copy.
           (Street)                              (City)                                (Date/Time)

( ) WAS UNABLE to locate and serve the above process on the defendant, after diligent efforts by checking the City/Telephone Directory, and going to the address given for the defendant, and by questioning persons in the vicinity of the address. THE PROCESS IS RETURNED UNEXECUTED.

( ) COMMENTS: _____

_____

Deponent knows the person served to be the defendant and Deponent is not a party to the action.

SWORN TO Before me this

_29_ day of _January_ , _2014_ .                    _____ J REBOW #1644

_Kenneth Coleman_                                      Deputy Sheriff, Richland County

NOTARY PUBLIC FOR SOUTH CAROLINA

MY COMMISSION EXPIRES

P.O. Box 143 Columbia, SC 29202

Office: (803) 576-3151   Fax: (803) 576-1898

| KENNETH COLEMAN |
|---|
| Notary Public, South Carolina |
| My Commission Expires |
| July 15, 2024 |

# AGREEMENT TO DEBIT E.H. COOPER ACCOUNT

| Inmate's Name: | SCDC #: | Housing Unit: | Date: |
|---|---|---|---|
| Ron McCray | 353031 | E-B-17 | 9-28-19 |

## GENERAL MATERIAL

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
OFFICIAL USE

Certified Mail Fee $3.50
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $.45
Total Postage and Fees $7.75

Sent To U.S. Court of Appeals
Street and Apt. No., or PO Box No. 600 Maestri Place
City, State, ZIP+4® New Orleans LA 70130
PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.
OFFICIAL USE

Certified Mail Fee $3.50
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $
Postage $.45
Total Postage and Fees $7.75

Sent To Chief Administrative Judge
Street and Apt. No., or PO Box No. 1701 Main Street
City, State, ZIP+4® Columbia SC 29201
PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

Other

Sub-Total:

## LEGAL MATERIAL

** Inmate is not required to have the funds in his/her account to pay for the materials; however, his/her account must be debited for all materials s/he elects to receive.

Writ of mandamus

| Item | Amount | | To be completed by SCDC staff: |
|---|---|---|---|
| | | | Cost |
| Envelope | | | |
| Pen | | | |
| Paper | | | |
| Postage | 2 | | 15.50 |
| Other | | | |
| | | Sub-Total: | 15.50 |

## PHOTOCOPIES

** Inmate may be required to have funds in his/her account. See SCDC Procedure GA-01.03(OP), "Inmate Access to the Courts," to determine if inmate may receive copies with/without funds.

**RECEIVED OCT 01 2019 MAIL ROOM LIEBER C.I.**

| Item | Amount | | To be completed by SCDC staff: |
|---|---|---|---|
| | | | Cost |
| Photocopies | | | 15.50 |
| | | | **TOTAL** |

Ron L McCray
Inmate's Signature

Bryant
Mailroom/Canteen Signature (Request filled by)

10-1-19
Date

White - Inmate
Canary - Mailroom/Canteen Employee

SCDC Form 10-14 (November 1998)

## AGREEMENT TO DEBIT E.H. COOPER ACCOUNT

| Inmate's Name: | SCDC #: | Housing Unit: | Date: |
|---|---|---|---|
| Ron McCray | 353031 | EB-17 | 9-15-19 |

### GENERAL MATERIAL

** Inmate must have the funds in his/her account to pay for the materials.

To be completed by SCDC staff:



| Item | Cost |
|---|---|
| Envelope | |
| Pen | |
| Paper | |
| Postage | |
| Tape | |
| Box | |
| Electronic Repair | |
| Other | |

### LEGAL MATERIAL

** Inmate is not required to have the funds in his/her account to pay for the materials; however, his/her account must be debited for all materials s/he elects to receive.

To be completed by SCDC staff:

| Item | Amount | Cost |
|---|---|---|
| Envelope | | |
| Pen | | |
| Paper | | |
| Postage | | |
| Other | | |



### PHOTOCOPIES

** Inmate may be required to have funds in his/her account to pay for copies. See SCDC Courts, to determine if inmate may receive copies with/without fund

| Item | Amount |
|---|---|
| Photocopies | |

Ron McCray
Inmate's Signature

Bryant
Mailroom/Canteen Signature (Request filled by)

White - Inmate
Canary - Mailroom/Canteen Employee

SCDC Form 10-14 (November 1998)

## AGREEMENT TO DEBIT E.H. COOPER ACCOUNT

| Inmate's Name: | SCDC #: | Housing Unit: | Date: |
|---|---|---|---|
| Ron McCray | 353031 | E-B-17 | 9/12/2019 |

### GENERAL MATERIAL

** Inmate must have the funds in his/her account to pay for the materials

*Exhibit #*
*Richland Service*

| Item | |
|---|---|
| Envelope | |
| Pen | |
| Paper | *This write Spelling to Spell* |
| Postage | |
| Tape | |
| Box | |
| Electronic Repair | |
| Other | |

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®

OFFICIAL USE

Certified Mail Fee $3.50
Extra Services & Fees (check box, add fee as appropriate) $2.75
☐ Return Receipt (hardcopy)
☐ Return Receipt (electronic)
☐ Certified Mail Restricted Delivery
☐ Adult Signature Required
☐ Adult Signature Restricted Delivery
Postage $2.50
Total Postage and Fees $8.75

Sent To Administrative Judge
Street and Apt. No., or PO Box No. 1701 Main St.
City, State, ZIP+4® Columbia SC 29201

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7018 2290 0000 2827 2109

**SENDER: COMPLETE THIS SECTION**
■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Administrative Judge
and Richland County Clerk
of Court
1701 Main St
Columbia SC 29201

9590 9402 3206 7166 9127 80

2. Article Number (Transfer from service label)
7018 2290 0000 2827 2109

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature
☐ Agent
☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery  9-18-18
D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

| Envelope | |
| Pen | |
| Paper | |
| Postage | |
| Other | |

** Inmate is not ... be debited for all ...

Sub-Total: 8.75

*1-800-406-1792 At 7:58 AM*
*deliver filed 18th*

### PHOTOCOPIES

** Inmate may be required to have funds in his/her account. See SCDC Procedure GA-01.03(OP), "Inmate Access to the Courts" to determine if inmate may receive copies with/without funds.

*Rashan 9/25/19 stated documents are filed and pending*

| Item | Amount |
|---|---|
| Photocopies | |

**RECEIVED**
SEP 16 2019
MAIL ROOM
LIEBER C.I.

To be completed by SCDC staff:

| Cost |
|---|
| 8.75 |
| **TOTAL** |

Ron McCray
Inmate's Signature

Bryant
Mailroom/Canteen Signature (Request filled by)

9.16.19
Date

White - Inmate
Canary - Mailroom/Canteen Employee

SCDC Form 10-14 (November 1998)

## AGREEMENT TO DEBIT E.H. COOPER ACCOUNT

| Inmate's Name: | SCDC #: | Housing Unit: | Date: |
|---|---|---|---|
| Ron McCray | 353031 | E-B-17 | 9-11-19 |

### GENERAL MATERIAL

** Inmate must have the funds in his/her account to pay for the materials.

To be completed by SCDC staff:

| Item | Amount | Cost |
|---|---|---|
| Envelope | | |
| Pen | | |
| Paper | | |
| Postage | | |
| Tape | | |
| Box | | |
| Electronic Repair | | |
| Other | | |

*send certified mail with a return card*

Sub-Total:

*Exhibit*
*5th circuit Statute*
*#*

### LEGAL MATERIAL

** Inmate is not required to have the funds in his/her account to pay for the materials; however, his/her account must be debited for all materials s/he elects to receive.

To be completed by SCDC staff:

| Item | Amount | Cost |
|---|---|---|
| Envelope | | |
| Pen | | |
| Paper | | |
| Postage | 1 | 1.90 |
| Other | | |

Sub-Total: 1.90

*Confirmed by Rashan*
*Received and filled*
*As of 9/25/19*

### PHOTOCOPIES

** Inmate may be required to have funds in his/her account. See SCDC Procedure GA-01.03(OP), "Inmate Access to the Courts," to determine if inmate may receive copies with/without funds.

*CERTIFIED*
*SEP 13 2019*
*MAIL ROOM*
*LIEBER C.I.*

To be completed by SCDC staff:

| Item | Amount | Cost |
|---|---|---|
| Photocopies | | |

.90

**TOTAL**

_Ron J. McCray_
Inmate's Signature

_Bryant_
Mailroom/Canteen Signature (Request filled by)

9·13·19
Date

*Received 9/16/19*

White - Inmate
Canary - Mailroom/Canteen Employee

SCDC Form 10-14 (November 1998)



Lawrence L Crawford
#300839 Edisto B-17
Lieber C.I PO Box 205
Ridgeville SC 29472

RECEIVED

OCT 1 1 2019

MAIL ROOM
LIEBER C.I.



 

U.S. POSTAGE PAID
EA PKG RTL
RIDGEVILLE, SC
29472
OCT 11 '19
AMOUNT
**$0.00**
R2304H109120-04

1000          02210

The Court of Appeals

For The First Circuit Suite 2500

1 Court House Way

Boston, Mass 02210



**USPS TRACKING NUMBER**

9500 1149 9056 9284 1905 32

FOR LEGAL USE ONLY