LAWRENCE L CRAWford AKA
JONAh GABRiEL JAhJAh T. Tishbite
#300839 F3A RM 1145
LEE C.I. 990 WisAcky Hwy
Bishopville, SC 29010

2019 DEC -5 PM 12: 07
RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

IN RE Notification of AddRess
change And motion to ExpAnd scope
And for inclusion. CASE 18-8022

To:The 1st circuit,

The Attached document is to be
filed in CASE 18-8022 to Establish
default on MANdAMus. Additional
documents ARE filed in CASE 19-1004
in the 5th circuit And the Next.

1 of 2

District Court under case 1:18-cv-13459-NHL. I motion to expand the scope and for inclusion of ALL documents filed to be placed in case 18-8022. Thank you. Get the (62) page document filed in case 19-1004.

Respectfully
Jahjah Al mahdi

November 28, 2019

2 of 2

The Court of Appeals
for the Fifth Circuit Et Al,

Appeal From The Texas District
Court; The SC Rich land Court of
Common pleas; The Kershaw
County Court of General Sessions
Et Al,

Docket No. (s) 19-1004 Et Al,

Lawrence L Crawford AKA Jonah
Gabriel Jah Jah T. Tishbite; Anthony
Cook Et Al,

interested parties

Us

1 of 20

The United States et al,

RESPONDENTS

Vs.

State of Texas et al,

RESPONDENTS

_____

Affidavit of Facts Giving Judicial
Notice; supplementing the motion
to interwene, the notice seeking
leave to Appeal And or Issues on
Appeal, And the mandamus;
motion for Default And Judgment
on the MANDAMUS
_____

2 of 20

IN RE CASES 19-1004 ; 18-8022;
2013-CP-400-0084 ; 04-3825 the Applica-
tion for Forensic DNA Testing case
pending before the Kershaw county
court of GENERAL sessions et Al.,

To: The 5th. circuit court of
Appeals et Al.,

The Appellants/ petitioners
served the 5th circuit A copy of
the notice seeking leave to Appeal,
A copy of the Writ of mandamus and
its subsequent filing received by
the 5th circuit no later than
October 3, 2019. This gives the

3 of 20

defendants whom the mandamus was
served on until November 10, 2019
to respond and be in compliance or
be in default on all claims made
within the documents submitted.
The defendants and parties have
now passed the time to respond
to the mandamus based upon the
summons attached to the mandamus
and the mandates of Due Process law
placing them in default and forfeiture
on all claims made.
    To the ACLU of New York
125 Broad street 18th Fl, New York
N.Y. 10004, to Representative

Sheila Jackson Lee at Rayburn House Office Bldg, 2160 Rayburn HOB, Washington D.C 20515 and the United States Congress. A copy of the Writ of Mandamus, its subsequent document (14) pages dated October 7, 2019 and a copy of the Affidavit of Facts Giving Judicial Notice; motion to supplement the previously filed motion for a rehearing en banc; *** (20) pages dated September 9, 2019 filed in case 18-8022 is now served upon you with this document.

By the claims of default, collateral estoppel and voiding of jurisdiction emerging from case

2013-CP-400-0084 out of Richland County Common Pleas Court in South Carolina. I, JAHJAH AL MAHDI Am "the BRANch" Written in Jewish prophesy, "the ELijah" written in New Testament prophesy of the Bible, "the Mahdi" of Islamic prophesy Written in the QURAN And SUNNAH. I AM Christian, muslim And Jew combined, the Fiduciary King-Khalifah, Heir of the RE-United Global Ethiopian Empire, martin Luther King Jr's successor, the forerunner to God's christ who is my great etc grand Uncle. I AM African American. I Am the son of African And

Hebrew slaves. I am High Priest of the one true God. I am the direct descendant of the earth's greatest Prophets and Kings foretold to come by God's Holy Prophets. I am Imam.

I give all parties and the courts involved Judicial Notice. I motion to supplement the issues and Appeal under case 19-1001 to challenge any effort by the ACLU of New York or Congress Woman Sheila Jackson Lee or their cohorts to bring the legislative Bill, Bill 40, before the US Congress to seek Reparations for the Atrocities done

during the US slave trade, Black Codes and Jim Crow laws, collateral estoppel and or res judicata attaches to this issue where this is a matter that has already been dealt with and brought by me before the judiciary as the rightful fiduciary heir to the (US) Global Thrones of the re-established Global Theocratic State of Christianity, Islam, Judaism, Africa and its diaspora. For the US Congress, the ACLU and Congress woman Sheila. J. Lee to make efforts to engage in legislative action to address this matter before Congress

When it is now A matter for the
courts under case 2013-CP-400-0084
in the Richland Common Pleas Court
in SC, | Under case 9:19-cu-1400-
TLW-BM And 9:18-cu-01408-TLW-BM in
the SC District Court, | Under case
1:18-cu-13459-NLH in the NJ. District
Court | Under case 1:14-cu-14176-ADB
And 18-8022 in the Boston District
Court And 1st Circuit And case 19-1001
in the 5th Circuit is A violation of
the separation of powers clause
And would render Any action taken
by these individuals unconstitutional
And void. If We, motion to supple-

ment the issues on Appeal Under Case 19-1004 to have and add this issue to have it addressed, Bank Markazi v Peterson, 136 SCt 1310, 194 LEd 2d 463, 84 USLW 4222 (US 2016); US v Baston, 818 F3d 651 (11th Cir 2016); Star Athletica, LLC v Varsity Brands, Inc., 137 SCt 1002, 197 LEd 2d 354, 85 USLW 4139 (US 2017); Best, 2015 WL 512 44 63 (EDNY 2015); Meza v General Battery Corp, 908 F2d 1262 (5th Cir 1990); Rinas v US Bank National Association As Trustee of Master Asset Backed Securities Trust, 2019 WL 956720 (SD Tex 2019). We object to this Action.

Inasomuch, if the ACLU, Congress Woman Sheila Jackson Lee and their constituents want REPARATIONS? Then they will have to come through me, Jah Jah Al mahdi, As Fiduciary Heir, King, khalifah, Imam And High PRiest of the Re-United global Ethiopian Empire where the United States And Remaining 192 member states of the United Nations defaulted on REPARATIONS which is Also At the heart of the contro-versy that is presently pending before the courts. This divest Congress of power And or Authority

to presently hear this concern brought by the Congresswoman and ACLU due to claims of Res-Judicata and/or collateral Estoppel As well, JONES v. CANNIZZARO, 2019 WL 2289470 (EDLa 2019); CORN v DUNN, 2019 WL 2137459 (D.Conn. 2019); PARKLANE Hosiery Co. Inc v SHORE, 439 US 322, 99 SCt 645, 58 Led 2d 552 (US 1979); WADE v Household Finance Corporation III, 2019 WL 433741 (ND Tex 2019); WALKER v DEUTSCHE Bank National Trust Company As Trustee For Argent Securities Inc, 2019 WL 699439 (SD Tex 2019).

PART of the $100 Trillion Lien set against the global Assets of the

193 member states of the United Nations goes towards Reparations. Every man, woman and child of African descent born in the United States as descendants of slaves will receive $1 million, free health care, free education, as well as home and vehicle security where as Fiduciary I will dispense these monies to address these concerns as I see fit. With a majority of N F L Players being African American as part of Reparations (4) teams that I choose shall become black owned where the monies from these teams will go to HBUCS, and African American Neighborhoods,

13 of 20

and historical sites. If African Americans want reparations they will have to come through me as fiduciary heir and King which monies will lay in trust until I get that DNA tested as sought and my innocence proven as well as that SLED file released to me with that additional evidence of actual innocence and proof of that elusive search warrant that doesn't exist they used to illegally obtain evidence from my home, Fifth Third Bancorp v Dudenhoeffer, 132 SCt 2459, 189 LEd2d 457, 82 USLW 457 8 (US 2014). This case does not only involve

REPARATIONS. IT ALSO ADDRESSES PRISON REFORM AND THE RACIST INJUSTICE THAT CAME FROM THAT CLINTON BILL IN 1996. IF YOU WANT REPARATIONS YOU HAVE TO SEE ME AND GET AT THE TRUTH OF HOW THESE RACIST BASTARDS IN SOUTH CAROLINA FRAMED ME FOR THE MURDER OF MY OWN CHILD BEHIND RELIGIOUS AND RACIAL HATRED IN THEIR QUID PRO QUO SYSTEM OF JUSTICE WITHIN THIS SODOMITE AND GOMMORAH RITE PROTECTING GOING TO HELL NATION TO HALT REPARATIONS.

INSOMUCH, I OFFICIALLY INVOKE ALL SUPERSEDING POWER AND AUTHORITY OF THE FOREIGN SOVEREIGN CROWN. NOT ONLY DO WE MOTION TO SUPPLEMENT THE

15 OF 20

Appeal to prevent the submission of Bill H.R. 40 since the matter of REPARA-tions is already defaulted on by the United States and United Nations. I motion for default and judgment on every issue and demand made by the Mandamus since the defen-dants have failed to timely file to rebut or challenge the claims made. Get that DNA tested and evidence of innocence released to me. Get me and the Representative members of this sought class action removed to a Federal pre-release camp imme-diately with all our property. Nullify same sex marriage Nationally and

transfer this case to Trustee Judge Austin pending trial transfer to the U.S. District Court on those sought issues, Spires v Schools — F.Supp.3d —, 2017 WL 4174774 (DSC 2017); Perez v Chimes District of Columbia, Inc, F.Supp.3d, 2016 WL 6124679 (DC md 2016). The lien is established before all courts and parties.

Referring back to the issue of the United States and defendants conspiring under color and or law to get Judge McLeod to sit on the SC case to make it fraudulently appear that the case was not concluded by essentially overruling his predecessor Judge Lee's

17 of 20

oral ruling in how the affidaruts of
default and voiding of jurisdiction
were to be filed to become true and
valid which the appellants / petitioners
adhere to that ruling. When an
opinion or judicial determination is
in conflict on a given issue, the
earliest opinion or judicial determina-
tion controls unless the prior opinion
has been overruled by an intervening
opinion from court sitting en banc
or the supreme court which did not
occur in this case which establishes
the default and all superseding
power and authority of the foreign
sovereign crown, Re mellon v United

States, 387 F3d 329 (4th Cir 2004) ; Williamson v Bermuda Run Investor Development Group, Inc, 2006 WL 728 6063 (SC App 2006), Judge McLeod does not have jurisdiction, the power or authority to conduct the September 26, 2019 hearing when collateral estoppel and/or Res Judicata attaches. A Judge may not overrule another Judge of the same court. Mandamus relief is available if the trial court abuse his discretion either in resolving Federal issues or in determining legal principles. If the state court has ignored the divestiture rule establishing the protections of appeal. The appeal is

19 of 20

No longer adequate and the mandamus must issue, IN RE NORMAN, 191 SW3d 858 Tx (14 Dist); IN THE INTEREST of ROBERT T, SE Rptr, 2018 WL 4087433 (SC App 2018); BINKLEY v BORRY, 352 SC 286, 573 SE2d 838 (SC App 2002) BELTON v STATE, 313 SC 549, 443 SE2d 554 (SC App 1994).

Yahya Muqut

*Yahya Muzit*

Respectfully,

Jahjah Al mahdi

Anthony Cook

*Anthony Cook*

Ron SANTA MCCRAY APPEARING

*Ron L McCray*

November 10, 2019

The Court of Appeals
For The Fifth Circuit Et. Al.,

Appeal From The Texas District
Court; The SC Richland Court of
Common Pleas; The Kershaw
County Court of General Sessions
Et. Al.,

Docket No. (S)  19-1004 Et. Al.,

Lawrence L Crawford AKA Jonah
Gabriel JahJah T. Tishbite; Anthony
Cook Et. Al.,

                              Interested Parties

                    Vs

                1 of 3

The United States et. Al,

RESPONDENTS

2019 DEC -5 PM 12: 08
RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

Vs.

State of Texas et Al.,

RESPONDENTS

---

Affidavit of SERVICE

---

We, Jahjah Al mahdi et Al., do
HEREBY CERTIFY, that WE HAVE
mailed And or served A copy of
An Affidavit of Facts Giving Judicial
Notice, supplementing the motion
to inter vene, the notice seeking

2 of 3

LEAVE to APPEAL AND OR ISSUES ON APPEAL, AND the MANDAMUS; MOTION FOR DEFAULT AND JUDGMENT ON THE MANDAMUS, ON the 5th, 3rd, 1st CIRCUITS, REPRESENTATIVE LEE, the ACLU, CONGRESS, the RICHLAND COURT, the N.T. & S.C DISTRICT COURTS, the SC ATTORNEY GENERAL, ATTORNEY SETTANA, ATTORNEY MORGAN JR AND ALL INVOLVED PARTIES BY US. MAIL POSTAGE PREPAID ON NOVEMBER 10, 2019. IT IS DEEMED FILED THAT DATE. Houston v Lack, 287 US 266, 273-76, 108 SCt 2379.

RON SANTA MCCRAY
Ron S McCray

YAHYA MUQUIT
Yahya Muqit
NOVEMBER 10, 2019

RESPECTFULLY,
JAHJAH AL MAHDI
ANTHONY COOK
Anthony Cook

LAWRENCE L CRAWFORD
#300839 F3A-RM 1145
LEE C.I. 990 Wisacky Hwy
Bishopville, SC 29010

The Court of Appeals
For The First Circuit
1 Courthouse Way Suite 250
Boston MA 02210

USMS
SCREENED