LAWRENCE L CRAWFORD AKA
JONAH GABRIEL TAHTAH TISHBITE
#300839 FSA-RM W45
LEE C.I. 990 WISACKY HWY
Bishopville, SC 29010

2019 DEC 13 PM 1:45
RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

IN RE CASE 18-8022

To: The 1st Circuit,

The attached documents are filed to vacate the courts last order and seek to transfer the case to the 5th circuit. File in case 18-8022.

Thank you

December 6, 2019

The Court of Appeals
For The 1st., 5th. Circuits et. al.,

Docket No.(s) 18-8022 ; 19-1001
et. al.,

Lawrence L Crawford aka Jonah
Gabriel Jah Jah T Tishbite et. al.,
                    Interested Parties

              vs.

Students For Fair Admissions Inc.;
The United States et. al.,
                    Respondents

              vs.

1 of 13

PRESIDENT AND FELLOWS OF HARVARD,

THE STATE OF TEXAS ET AL.,

RESPONDENT

## Affidavit of Service

I, JAHJAH AL MAHDI ET AL do hereby certify that I have mailed and or served a copy of an Affidavit of Facts giving Judicial Notice; motion to VACATE the order issued November 22, 2019; motion to establish an independent case number

2 of 13

due to notice seeking leave to appeal; motion to disqualify the 1st circuit due to fraud upon the court on the 1st, 5th circuits and all involved parties by US mail postage prepaid by placing it in the institution mailbox on December 6, 2019. Lets bring this before the US Supreme Court

Respectfully,
Jah Jah Al Mahdi

December 6, 2019

3 of 13

The Court of Appeals
For the 1st, 5th Circuits et al.,

Docket No. (S) 18-8022; 19-1004
et al.,

Lawrence L Crawford aka Jonah
Gabriel Jah Jah T. Tishbite et al.,

Interested Parties

vs.

Students for Fair Admissions Inc.;
The United States et al.,

Respondents

vs.

4 of 13

PRESIDENT AND FELLOWS OF HARVARD;
THE STATE OF TEXAS ET AL.,
RESPONDENT

Affidavit of Facts Giving Judicial Notice; motion to vacate the order issued on November 22, 2019; motion to establish an independent case number due to notice seeking leave to appeal; motion to disqualify the 1st circuit due to FRAUD upon the court

To: The 1st Circuit,

The 5th Circuit et al,

Attach the 5th circuit will find a copy of the order issued in case 18-8022 on November 22, 2019. I motion to vacate this order under the independent action rule for fraud upon the court. The 1st circuit issued the order in acts of fraud upon the court to get ahead of potential intervention by the ACLU and Congress woman Sheila Jackson

6 of 13

Lee due to this case now being connected to HR Bill 40 for the seeking of reparations. Once the members of the 1st circuit court conspired across multiple state and federal jurisdictions to close case 18-8022 when due to the pleading under case 2013-CP 400-0084 they did have jurisdiction, to allow the state actors to conduct a mock proceeding on September 26, 2019 for which they had no jurisdiction due to seeking leave to appeal in

the 5th circuit where they also worked with the 3rd circuit to strip the multi district panel of jurisdiction to allow the state actors to conduct this same said mock proceeding. Any determination coming out of the 1st circuit is tainted and cannot be used by any of the courts involved in these multi district litigation proceedings. To use such would void the courts involved jurisdiction for unconstitutional action. Further, there was a notice

seeking leave to appeal the final order issued in case 1:14-cv-14176-ADB filed by the King-Khalifah. Nothing in this court's fraudulently obtained ruling addresses the notice seeking leave to appeal the final order issued in the Boston court that was subsequently issued after case 18-8022 was filed. Therefore the matters are still before the 1st circuit due to the filing of notice seeking leave to appeal the final

9 of 13

order issued from the Boston court. I motion to disqualify the 1st Circuit pursuant to Williams v Pennsylvania, 136 sct 1899 (2016) and all matters be transferred to the 5th Circuit under the multi district litigation rules and 28 USC § 1407 if applicable to the Appeals Court. An independent case number must be assigned for the subsequent notice seeking leave to appeal since nothing in the order issued under case 18-8022

10 of 13

Addresses it. Due to the FRAUD upon the court RES JUDICATA and collateral estoppel do not attach and the matters are still before the courts for Adjudication, due to the proceedings before the 1st circuit being unconstitutional and void. I move to vacate and transfer disqualifying the 1st, 3rd circuits. RES JUDICATA and collateral estoppel do not attach to FRAUD.

"FRAUD vitiates everything it enters" MDC INNOVATIONS, LLC v Northern Fed Appx' - 2018 WL 029607 (4th Cir

2018); Hamer v Neighborhood Housing Services of Chicago, 138 SCt 13, 199 LEd 2d 249 (US 2017); Phillips v Brock & Scott PLLC, 2017 WL 3226866 (DCMd 2017); Elliott v Pierson, 1 Pet. 328, 340, 26 US 328, 340 (US 1828); Judd v Burrows, 91 US 677-683 (US 1875); US v Throckmorton, 98 US 61-67 (US 1878); Hay Group Management, Inc v Schneider — F.Supp.3d —, 2018 WL 655595 (EDPa 2018); Marbury v Madison, 5th US (2 Cranch) 137, 180; Johnson v United States — SCt — 2015 WL 2473450 (US 2015); Montgomery v Louisiana, 136 SCt 718, 193 LEd 2d 599, 84 USLW 4063 (US 2016); 24

12 of 13

Senatorial Dist. Republican Committee v. FEC, 820 F3d 624 (4th Cir 2016); Wells Fargo Bank N.A. v HMH Roman Two NLC LLC, 859 F3d 295 (4th Cir 2017); Mosley v United States, 2018 WL 1187778 (NC 2018); Rubin v Islamic Republic of Iran, 138 S Ct 816 (Addressing the intellectual property of the sole corporation related to same sex marriages).

Respectfully
Jahjah Al Mahdi
Et Al.

December 5, 2019

13 of 13

LAWRENCE L CRAWFORD
#300839 F3A-RM 1145
LEE C.I 990 Wisacky Hwy
Bishopville, SC 29010

The Court of Appeal
For the 1st Circuit
1 Courthouse Way ste
Boston MA. 02210



RECEIVED
DEC 9 2019
LEE CI MAIL ROOM

THE DEPARTMENT OF CORRECTIONS HAS NOT CENSORED THIS ITEM THEREFORE THE DEPARTMENT DOES NOT ASSUME RESPONSIBILITY FOR ITS WRITTEN CONTENTS
LEE CORRECTIONAL INSTITUTE


QUA37890