Missing Case Number:
18-8022

LAWRENCE L CRAWFORD AKA
JONAH GABRIEL JAHJAH T TISHBITE
#300839 F3A-RM 1145
LEE CI 990 WISACKY WAY
BISHOPVILLE, SC 29010

RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE
2020 FEB 14 PM 12: 36

IN RE to Notification of Address
Change And seeking list of ALL
parties who APPEAL CASE NUMCI-
14176-ADB

Jo: The 1st circuit clerk
of court,

please first correct my
Address in the court record to
1 of 2

prevent any delay in my receiving the court's responses and orders.

Secondly can you please check the record and inform me of the names and case numbers for any other parties from this case who sought to appeal the Boston District Courts decision as I did. I need there names and their case number which is relevant to how I will submit my brief. Please forward the attach document for ruling.

February 10, 2020

Respectfully,
Jah Jah Al Mahdi

2 of 2

LAWRENCE L CRAWFORD
#300839 F3A - RM 1145
LEE C.I 990 WISACKY HWY
Bishopville SC 29010



US COURT
FOR THE
1 COURTHOU
BOSTON

...ford

...1145

...ky Hwy

...010

US COURT of APPEALS
FoR THE FIRST Circuit
1 COURTHOUSE WAY SUITE 2500
BostoN MA 02210