OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

MARIA R. HAMILTON
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

March 6, 2020

Lawrence L. Crawford
#300839
Lee Correctional Institution
990 Wisacky Hwy
Bishopville, SC 29010

Re:  In Re: Lawrence L. Crawford
     Appeal No. 18-8022

Dear Mr. Crawford:

This letter acknowledges receipt of your recent correspondence dated February 10, 2020 regarding the instant appeal, your challenge to Criminal No. 14-cv-14176-ADB (D. Mass.). Enclosed please find a copy of the complete docket sheet for this matter along with a copy of the district court docket sheet.

I hope this information is helpful to you.

Sincerely,

Maria R. Hamilton, Clerk

al

enc.

cc:
Jon M. Greenbaum, Lawrence E. Culleen, Nancy Leeds Perkins, Steven L. Mayer, Emma Dinan Oren McCleary Sellstrom, Paul M. Sanford, William S. Consovoy, Patrick N. Strawbridge, Felicia H. Ellsworth, Seth P. Waxman, Ara B. Gershengorn, Joseph J. Mueller, Paul R.Q. Wolfson, Debo P. Adegbile, Andrew S. Dulberg, Elizabeth Connell Mooney, Daniel Winik, Sigmund D. Schutz, Eric Grant Penley, Dwight Gerard Duncan, Natashia Tidwell, Seth B. Orkand, Matthew S. Hellman, Kathryn R. Cook, Janai Nelson, Jin Hee Lee, Sherrilyn Ann Ifill, Rachel Kleinman, Richard J. Rosensweig, Sarah Elaine Harrington, Derek Tam Ho, Madeleine Kristine Rodriguez, Matthew R Segal, Sarah Hinger, Douglass C. Lawrence, Cynthia A. Young