LAWRENCE L CRAWFORD AKA
JONAH GABRIEL JAHJAH T. TISHBITE
#300839 F3A RM 445
LEE C.I. 990 Wisacky Hwy
Bishopville, SC 29010

2020 MAR 30 PM 12:53
RECEIVED
US COURT OF APPEALS
FIRST CIRCUIT
CLERK'S OFFICE

IN RE CASE 18-8022 AND 19-2005

To: The Senior Chief Judge,

The 1st Circuit Court under case 18-8022 issued an order dated March 12, 2020 denying my previously filed motion. Notwithstanding the court's jurisdiction was divested due to the seeking of a Writ of

1 of 3

mandamus which of course is an interlocutory appeal which was received by the US Supreme Court on March 10, 2020 two days prior to the court in case 18-8022 issuing their order. Due to these facts. The order is unconstitutional an their jurisdiction was void ab initio. Therefore, it is not legally required that the court or clerks adhere to it. Thus I am seeking that you instruct your office to please see that a copy of the attached document is filed within

2 of 3

both cases 18-8022 and 19-2005 due to the Writ of Mandamus being filed prior to any order in the case being issued. I thank you and your office in advance for your kind assistance.

Respectfully,
Jahjah Almahdi

[signature]

March 24, 2020

3 of 3

# The Court of Appeals For The First Circuit

Docket No. (s) 19-2005 | 18-8022 et. al.

Lawrence L Crawford AKA Jonah Gabriel Jahjah T Tishbite

    Interested Party

vs.

Students For Fair Admissions Inc.

    Plaintiff / Appellants

vs.

1 of 8

President and Fellows of Harvard College et al.,

Defendants/Appellees

## Affidavit of Service

I, Jah Jah Al Mahdi, do hereby certify, that I have mailed and or served a copy of an affidavit of Facts Giving Judicial Notice; motion to challenge the 1st Circuit's jurisdiction in case 18-8022; motion to renew the motion to vacate the order in case 18-8022 and to

renew the motion to stay and consolidate the cases through case 19-2005, on the 1st circuit court of appeals and all involved parties by US mail postage prepaid on March 23, 2020.

Respectfully,
Jahjah Al Mahdi

March 23, 2020

3 of 8

# The Court of Appeals
# For The First Circuit

Docket No.(s) 19-2005 ; 18-8022
et al

LAWRENCE L CRAWFORD AKA JONAH
GABRIEL JAH JAH TI TISHBITE

   Interested Party

vs.

STUDENTS FOR FAIR ADMISSIONS
INC.
   Plaintiff / Appellants

vs.

PRESIDENT AND FELLOWS OF HARVARD
COLLEGE et al.

defendants/appellees

---

Affidavit of facts giving judicial notice; motion to challenge the 1st circuit's jurisdiction in case 18-8022; motion to renew the motion to vacate the order in case 18-8022 and to renew the motion to stay and consolidate the cases through case 19-2005

---

To: The 1st circuit,
The senior chief judge et al.

5 of 8

The appellant/petitioner just recently submitted a motion to vacate the order in case 18-8022. I am motioning to vacate the order issued by the 1st circuit in case 18-8022 through case 19-2005 since the court ordered the clerk to not file anything else in case 18-8022. This is challenge to the 1st circuits jurisdiction to issue the order filed on March 12, 2020 because the 1st circuits jurisdiction was divested by the writ of mandamus dated received by the

US Supreme Court on March 10, 2020 two days prior to the 1st Circuit issuing the order on March 12, 2020 in case 18-8022. Thus, the order is void and is as if there were no order issued at all via due process violation and unconstitutional action as well as interlocutory appeal, <u>Hunter v. Town of Mocksville, North Carolina</u>, 271 F.Supp.3d 787, 2017 WL 4221109 (N.C. 2017); <u>Doe v. Trump</u>, 284 F.Supp.3d 1172, 2018 WL 341597 (W.D. Wash. 2018); <u>24 Senatorial Dist Republican Committee v. Alcorn</u>, 820 F.3d 624 (4th Cir 2016); <u>Montgomery v. Louisiana</u>, 136 S.Ct 718, 193 L.Ed.2d 599 (2016).

7 of 8

Thus, I renew the motions to stay both cases 19-2005 and 18-8022 and to consolidate them as well as seeking disqualification of the 1st. Circuit and 28 USC §§ 1407 and 1631 transfer.

Respectfully,
Jah Jah Al mahdi

March 23, 2020

Case: 18-8022  Document: 00117577231  Page: 11  Date Filed: 03/30/2020  Entry ID: 6328790

LAWRENCE L CRAWFORD
#300839    F3A RM 1145
LEE C.I. 990 Wisacky Hwy.
Bishopville, SC 29010

Senior Chief Judge
1st Circuit Court of
Appeals
1 Courthouse Way
Boston, Mass. 02210