OFFICE OF THE CLERK
# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARIA R. HAMILTON
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

April 17, 2020

Lawrence L. Crawford
# 300839
Lee Correctional Institution
990 Wisacky Hwy
Bishopville, SC 29010

    Re:  In Re: Crawford
          Appeal No. 18-8022

Dear Mr. Crawford:

    This will acknowledge receipt on April 14, 2020 of your recent correspondence dated April 6, 2020, regarding the above case. Please be advised that pursuant to this court's March 12, 2020 order, the Clerk was "directed not to accept any further filings under this appeal number as the case is closed."

    Further, to the extent you request that the correspondence also be docketed in case No. 19-2005, please note that a non-party to an appeal may not make case filings absent the receipt of prior leave or permission from the court to do so. Although the name "Lawrence L. Crawford" appears on the docket of No. 19-2005 as an "Interested Party," that status is essentially a place marker and does not carry with it the status of a party to the appeal. In other words, that name was carried over to, and reflected on, the appellate docket. See Fed. R. App. P. 12(a) (requiring the circuit clerk to docket the appeal under the title of the district court action). However, the decision at issue in that appeal affects only the parties (appellant and appellee). It does not appear that you previously sought and/or received the required permission to file in that appeal by way of an appropriate motion, such as a motion seeking to amend the caption. See Fed. R. App. P. 27(a)(1) (stating that "[a]n application for an order or other relief is made by motion" and that "[a] motion must be in writing").

    As a result, I am returning your papers to you without acting on them.

Sincerely,

Maria R. Hamilton, Clerk

er
Enc.

cc:
Jon M. Greenbaum
Lawrence E. Culleen
Nancy Leeds Perkins
Steven L. Mayer
Emma Dinan
Oren McCleary Sellstrom
Paul M. Sanford
William S. Consovoy
Patrick N. Strawbridge
Felicia H. Ellsworth
Seth P. Waxman
Ara B. Gershengorn
Joseph J. Mueller
Paul R.Q. Wolfson
Debo P. Adegbile
Andrew S. Dulberg
Elizabeth Connell Mooney
Daniel Winik
Sigmund D. Schutz
Eric Grant Penley
Dwight Gerard Duncan
Natashia Tidwell
Seth B. Orkand
Matthew S. Hellman
Kathryn R. Cook
Janai Nelson
Jin Hee Lee
Sherrilyn Ann Ifill
Rachel Kleinman
Richard J. Rosensweig
Sarah Elaine Harrington
Derek Tam Ho
Madeleine Kristine Rodriguez
Matthew R Segal
Sarah Hinger
Douglass C. Lawrence
Cynthia A. Young