OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS

FOR THE FIRST CIRCUIT

MARIA R. HAMILTON
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY, SUITE 2500
BOSTON, MA 02210
(617) 748-9057

March 18, 2022

Lawrence L. Crawford
# 300839
Lee Correctional Institution
990 Wisacky Hwy
Bishopville, SC 29010

      Re:  In Re: Crawford
          Appeal No.  18-8022

Dear Mr. Crawford:

      This will acknowledge receipt on March 16 and March 30, 2020, of your correspondence dated March 10 and March 23, 2020, regarding the above-referenced case.  Please be advised that pursuant to this court's March 12, 2020 order, the Clerk was "directed not to accept any further filings under this appeal number as the case is closed."

      Additionally, with regard to your request that the correspondence also be docketed in case No. 19-2005, a non-party to an appeal may not make case filings absent the receipt of prior leave or permission from the court to do so.  It does not appear that you have received the required permission to file documents in that case.  As a result, I am returning your papers to you without acting on them.  I have also enclosed a copy of the March 12, 2020 order for your records.

          Sincerely,

          Maria R. Hamilton, Clerk

pat

Encl.

cc:
Jon M. Greenbaum, Lawrence E. Culleen, Nancy Leeds Perkins, Steven L. Mayer, Emma Dinan, Oren McCleary Sellstrom, Paul M. Sanford, William S. Consovoy, Patrick N. Strawbridge, Felicia H. Ellsworth, Seth P. Waxman, Ara B. Gershengorn, Joseph J. Mueller, Paul R.Q. Wolfson, Debo P. Adegbile, Andrew S. Dulberg, Elizabeth Connell Mooney, Daniel Winik, Sigmund D. Schutz, Eric Grant Penley, Dwight Gerard Duncan, Natashia Tidwell, Seth B. Orkand, Matthew S. Hellman, Kathryn R. Cook, Janai Nelson, Jin Hee Lee, Sherrilyn Ann Ifill, Rachel Kleinman, Richard J. Rosensweig, Sarah Elaine Harrington, Derek Tam Ho, Madeleine Kristine Rodriguez, Matthew R Segal, Sarah Hinger, Douglass C. Lawrence, Cynthia A. Young